# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/13/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00413DAE-LEK |
| CASE NAME: | Na Pali Haweo Community Association, a Hawaii non-profit corporation vs. Anthony Charles Grande, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 12/13/2005 | TIME: | |

COURT ACTION:  EO:

On November 29, 2005, the Grandes, through their counsel Steven B. Jacobson, submitted schematic plans for the correction of the front building envelope encroachment.

The Association reviewed the proposed plans and, in concept, approved the plans entitled "Sheet 1 Rev.," a copy of which is attached hereto as Exhibit "A", subject to (1) the striking of the phrase, "Both schemes resemble this elevation," and (2) the Grandes submitting complete plans of the dwelling incorporating the design scheme in the attached Exhibit "A" and reflecting the as-built conditions and/or design elements referenced in the agreement executed on September 30, 2005.  The Association disapproved the other proposals submitted by the Grandes on November 29, 2005

On December 6, 2005, a further status conference took place wherein counsel for the Association informed the Court of the foregoing.  During the status conference, the Court informed counsel for the Grandes that the Association approved the design scheme described in Exhibit "A" and disapproved the other proposals submitted by the Grandes on November 29, 2005.

The Court will hold a further status conference on December 23, 2005, 9:00 a.m. Counsel for the Association and the Grandes shall attend. Mr. and Mrs. Grande shall be available via telephone.

At the settlement conference, the Grandes shall be prepared to discuss:

1. Status and timing of their submission of complete plans of the dwelling as described above.
2. The status of the Grandes' retention of a contractor to perform remedial work, including but not limited to roof-related remedial work, the dates by which the remedial work is expected to commence and be completed by, and, if a contractor has not been retained, the date by which a contractor will be retained.

**Further Settlement Conference [with Counsel Steven B. Jacobson, Lance S. Fujisaki and John D. Zalewski physically present, Plaintiffs Anthony Charles Grande and Narindar Grande participating by phone]**

**set for 12/23/2005 09:00:00 AM before LEK.**

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager