# MINUTES

```
            FILED IN THE
    UNITED STATES DISTRICT COURT
         DISTRICT OF HAWAII
       12/23/2005 4:30 PM
       SUE BEITIA, CLERK
```

**CASE NUMBER:** CV 04-00413DAE-LEK

**CASE NAME:** Na Pali Haweo Community Association, a Hawaii non-profit corporation vs. Anthony Charles Grande; Narindar Kaur Grande; et al.

**ATTYS FOR PLA:**
Joyce Y. Neeley
Lance S. Fujisaki

John D. Zalewski
Elsa F.M. McGehee

**ATTYS FOR DEF:**
Steven B. Jacobson

Stanford M. Nakamoto
Blake W. Bushnell
Cid H. Inouye

**INTERPRETER:**

---

**JUDGE:** JUDGE LESLIE E. KOBAYASHI         **REPORTER:** IN CHAMBERS-NO RECORD

**DATE:** 12/23/2005                         **TIME:** 9:00-11:00

                                             **ROOM:** LEK CHAMBERS

---

**COURT ACTION:** EP
Further Settlement Conference [with Counsel Steven B. Jacobson, Lance S. Fujisaki and John D. Zalewski physically present, Plaintiffs Grande participating by phone] held.


Submitted by: Warren N. Nakamura, Courtroom Manager