# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/23/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00413DAE-LEK |
| CASE NAME: | Na Pali Haweo Community Association, a Hawaii non-profit corporation vs. Anthony Charles Grande, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 12/23/2005 | TIME: | |

COURT ACTION:  EO: New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Non-jury trial on August 29, 2006 at 9:00 a.m. before DAE
2. Final Pretrial Conference on July 18, 2006 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by July 11, 2006
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by May 31, 2006
7. File Dispositive Motions by March 29, 2006
8a. File Motions in Limine by August 8, 2006
8b. File opposition memo to a Motion in Limine by August 15, 2006
11a. Plaintiff's Expert Witness Disclosures by February 27, 2006
11b. Defendant's Expert Witness Disclosures by March 29, 2006
12. Discovery deadline June 30, 2006
13. **Further** Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by August 8, 2006
24. Exchange Exhibit and Demonstrative aids by August 1, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 8, 2006
26. File objections to the Exhibits by August 15, 2006

28a.  File Deposition Excerpt Designations by August 8, 2006
28b.  File Deposition Counter Designations and Objections by August 15, 2006
29.   File Trial Brief by August 15, 2006
30.   File Findings of Fact & Conclusions of Law by August 15, 2006

Other Matters: **Plaintiffs to advise defendants by 01/24/06 if plaintiffs will agree to build as drawn in 07/20/05 plans.**  A copy of the **Amended** Rule 16 Scheduling Order mailed to all parties.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00413DAE-LEK;
Na Pali Haweo Community Association, a Hawaii non-profit corporation vs. Anthony Charles Grande, et al.;
Rule 16 Scheduling Conference Minutes
12/23/2005

G:\docs\warren\CIVIL NO 04-00413DAE-LEK-(12-23-05).wpd