# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00413DAE-LEK |
| CASE NAME: | Na Pali Haweo Community Association, etc. Vs. Anthony Charles Grande, et al. |
| ATTYS FOR PLA: | John Zalewski and Lance Fujisaki |
| ATTYS FOR DEFT: | Steven Jacobson and Cid Inouye |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | None |
| DATE: | 1/9/2006 | TIME: | 9:13am-9:15am |

COURT ACTION:  EP: Status Conference Re-Trial Date and Other Deadlines-
(Resetting Conference)

1. Non-jury trial on December 12, 2006 at 9:00 a.m. before DAE
2. Final Pretrial Conference on October 31, 2006 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by October 24, 2006
5. File motions to Join/Add Parties/Amend Pleadings by May 12, 2006
6. File other Non-Dispositive Motions by September 13, 2006
7. File Dispositive Motions by July 12, 2006
8a. File Motions in Limine by November 21, 2006
8b. File opposition memo to a Motion in Limine by November 28, 2006
11a. Plaintiff's Expert Witness Disclosures by June 12, 2006
11b. Defendant's Expert Witness Disclosures by July 12, 2006
12. Discovery deadline October 13, 2006
13. Settlement Conference set for 8/31/2006 at 2:00 pm before LEK
14. Settlement Conference statements by 8/24/2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by November 21, 2006
24. Exchange Exhibit and Demonstrative aids by November 14, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 21,

    2006
26.    File objections to the Exhibits by November 28, 2006
28a.   File Deposition Excerpt Designations by November 21, 2006
28b.   File Deposition Counter Designations and Objections by November 28, 2006
29.    File Trial Brief by November 28, 2006
30.    File Findings of Fact & Conclusions of Law by November 28, 2006

Other Matters:


Submitted by Leslie L. Sai, Courtroom Manager




CV NO. 04-00413DAE-LEK;
Na Pali Haweo Community Association, etc. Vs. Anthony Charles Grande, et al.;
Rule 16 Scheduling Conference Minutes
1/9/2006