ORIGINAL

CASE LOMBARDI & PETTIT

JOHN D. ZALEWSKI   4718
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii   96813
Phone:  (808) 547-5400
Fax:  (808) 523-1888

Attorneys for
Counterclaim Defendants
NA PALI HAWEO COMMUNITY
ASSOCIATION and
RONALD K AWA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2006

at 2 o'clock and ___ min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10<br><br>Defendants, | CIVIL NO. 04-00413 DAE/LEK<br><br>NOTICE OF CHANGE OF FIRM NAME; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br>Trial Date:  December 12, 2006 |

| |
|---|
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, <br><br>          Counterclaim Plaintiffs, <br><br>vs. <br><br>NA PALI HAWEO COMMUNITY ASSOCITIATION; RONALD K. AWA; and DOES 1-25 <br><br>          Counterclaim Defendants |

## NOTICE OF CHANGE OF FIRM NAME

THE CLERK OF THE COURT AND ALL OTHER PARTIES HEREIN:

The undersigned, as attorney of record for Counterclaim Defendants NA PALI HAWEO COMMUNITY ASSOCIATION and RONALD K. AWA, hereby gives notice that effective immediately, the law corporation of Case Bigelow & Lombardi has changed its name to **CASE LOMBARDI & PETTIT**. The address, telephone number and facsimile number remain unchanged and are as follows:

28029/1/420242

2

JOHN D. ZALEWSKI, ESQ.
**Email: jzalewski@caselombardi.com**
**CASE LOMBARDI & PETTIT**
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No: (808) 547-5400
Facsimile No: (808) 523-1888

DATED:     Honolulu, Hawaii, February 22, 2006.

_____
JOHN D. ZALEWSKI
Attorney for Counterclaim Defendants
ASSOCIATION OF APARTMENT OWNERS
OF CROSSPOINTE and CROSSPOINTE
COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10<br><br>Defendants, | CIVIL NO. 04-00413 DAE/LEK<br><br>CERTIFICATE OF SERVICE |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCITIATION; RONALD K. AWA; and DOES 1-25<br><br>Counterclaim Defendants | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served on the following parties via hand delivery on the date indicated below:

>STEVEN B. JACOBSON, ESQ.
>P.O. Box 240761
>Honolulu, Hawaii 96824-0761
>
>>Attorneys for Defendants
>>ANTHONY CHARLES GRANDE
>>And NARINDAR KAUR GRANDE
>
>JOYCE Y. NEELEY, ESQ.
>LANCE FUJISAKI, ESQ.
>Pacific Guardian Center, Makai Tower
>733 Bishop Street, Suite 2301
>Honolulu, Hawaii 96813
>
>>Attorneys for Plaintiff
>>NA PALI HAWEO COMMUNITY ASSOCIATION

DATED:   Honolulu, Hawaii, February 22, 2006.

_____
JOHN D. ZALEWSKI
Attorney for Counterclaim Defendants
NA PALI HAWEO COMMUNITY
ASSOCIATION and RONALD K AWA