ORIGINAL

**NEELEY & ANDERSON LLP**
A Limited Liability Law Partnership

**JOYCE Y. NEELEY**        (3134-0)
**LANCE S. FUJISAKI**      (4224-0)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

Attorneys for Plaintiff
**NA PALI HAWEO COMMUNITY ASSOCIATION**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 4 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs, | CIVIL NO. CV04-00413 DAE/LEK<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES AND INTERROGATORIES**<br><br>(Department of Planning & Permitting - C & C of HNL – State of Hawaii) |

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | ) ) ) ) |
|  | ) |
| Counterclaim Defendants. | ) ) ) |

adr 022206.01

CERTIFICATE OF SERVICE
RE: NOTICE OF TAKING DEPOSITION
UPON WRITTEN INTERROGATORIES AND INTERROGATORIES

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the Notice of Taking Deposition Upon Written Interrogatories and Interrogatories (Re: C.O.R. Department of Planning and Permitting – City and County of Honolulu – State of Hawaii [March 8, 2006 at 9:00 a.m.]) was served upon:

STEVEN B. JACOBSON, ESQ.
P.O. Box 240761
Honolulu, Hawaii 96824-0761

Attorney for Defendants
**ANTHONY CHARLES GRANDE
and NARINDAR KAUR GRANDE**

JOHN D. ZALEWSKI, ESQ.
Case Bigelow & Lombardi
Pacific Guardian Center, Suite 2600
737 Bishop Street
Honolulu, Hawaii 96813

Attorney for Counterclaim Defendants
**NA PALI HAWEO COMMUNITY ASSOCIATION**

by depositing a copy of same in the United States mail, postage prepaid, this day, addressed to the above named at their last known address listed above.

DATED: Honolulu, Hawaii; _____FEB 2 4 2006_____.

_____
JOYCE Y. NEELEY
LANCE S. FUJISAKI

Attorneys for Plaintiff
**NA PALI HAWEO COMMUNITY ASSOCIATON**

3