ORIGINAL

CASE LOMBARDI & PETTIT

JOHN D. ZALEWSKI     4718
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii   96813
Phone:  (808) 547-5400
Fax:  (808) 523-1888

Attorneys for
Counterclaim Defendants
NA PALI HAWEO COMMUNITY
ASSOCIATION and
RONALD K. AWA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 27 2006

at ____ o'clock and 45 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10<br><br>             Defendants,<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>             Counterclaim<br>             Plaintiffs,<br><br>     vs. | CIVIL NO. 04-00413 DAE/LEK<br><br>CERTIFICATE OF SERVICE<br><br>RE: COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S NOTICE OF TAKING DEPOSITION UPON WRITTEN EXAMINATION<br><br>[CUSTODIAN OF RECORDS OF EDWARD A. RESH] |

28029/1/420440

NA PALI HAWEO COMMUNITY
ASSOCITIATION; RONALD K. AWA;
and DOES 1-25

       Counterclaim
       Defendants

CERTIFICATE OF SERVICE

I hereby certify that a copy of COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S NOTICE OF TAKING DEPOSITION UPON WRITTEN EXAMINATION[(CUSTODIAN OF RECORDS OF EDWARD A. RESH) will be duly served on the following parties by hand delivery on the date indicated below:

    STEVEN B. JACOBSON, ESQ.
    P.O. Box 240761
    Honolulu, Hawaii 96824-0761

        Attorneys for Defendants
        ANTHONY CHARLES GRANDE
        And NARINDAR KAUR GRANDE

    JOYCE Y. NEELEY, ESQ.
    LANCE FUJISAKI, ESQ.
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 2301
    Honolulu, Hawaii  96813

        Attorneys for Plaintiff
        NA PALI HAWEO COMMUNITY ASSOCIATION

```
BLAKE W. BUSHNELL, ESQ.          (courtesy copy)
Bushnell & Miller, LLLC
737 Bishop Street, Suite 3000
Honolulu, HI  96813
```

Attorney for Edward A. Resh

DATED:    Honolulu, Hawaii, February 27, 2006.

_____
JOHN D. ZALEWSKI
Attorneys for
Counterclaim Defendants
NA PALI HAWEO COMMUNITY ASSOCIATION
and RONALD K. AWA