ORIGINAL

Of Counsel:
CASE LOMBARDI & PETTIT

JOHN D. ZALEWSKI 4718
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Phone:  (808) 547-5400
Fax:  (808) 523-1888
Email: jzalewski@caselombardi.com

Attorneys for Counterclaim Defendants
NA PALI HAWEO COMMUNITY
ASSOCIATION and RONALD K. AWA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 10 2006
at 3 o'clock and 40 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10<br><br>Defendants, | CV NO. 04-00413 DAE/LEK<br><br>CERTIFICATE OF SERVICE<br><br>[COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE]<br><br>[CAPTION CONTINUED] |

```
ANTHONY CHARLES GRANDE and
NARINDAR KAUR GRANDE,

             Counterclaim
             Plaintiffs,

    vs.

NA PALI HAWEO COMMUNITY
ASSOCITIATION; RONALD K.
AWA; and DOES 1-25

             Counterclaim
             Defendants
```

CERTIFICATE OF SERVICE

I hereby certify that COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE dated March 10, 2006 will be duly served on the following parties in the following manner on the date indicated below:

| | |
|---|---|
| STEVEN B. JACOBSON, ESQ.<br>P.O. Box 240761<br>Honolulu, Hawaii 96824-0761 | Email & fax (1 copy) &<br>U.S. Mail<br>(Original + 1 copy) |

    Attorneys for Defendants
    ANTHONY CHARLES GRANDE
    And NARINDAR KAUR GRANDE

```
JOYCE Y. NEELEY, ESQ.            Hand delivery
LANCE FUJISAKI, ESQ.             1 copy)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii   96813

    Attorneys for Plaintiff
    NA PALI HAWEO COMMUNITY ASSOCIATION
```

DATED:   Honolulu, Hawaii, March 10, 2006.

_____
JOHN D. ZALEWSKI
Attorney for Counterclaim
Defendants
NA PALI HAWEO COMMUNITY
ASSOCIATION and RONALD K. AWA

3