ORIGINAL

**NEELEY & ANDERSON LLP**
A Limited Liability Law Partnership

| | |
|---|---|
| **JOYCE Y. NEELEY** | (3134-0) |
| (JNeeley@neeley-anderson.com) | |
| **PHILIP L. LAHNE** | (3709-0) |
| **LANCE S. FUJISAKI** | (4224-0) |
| **SCOTT R. GRIGSBY** | (6673-0) |

Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 15 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
**NA PALI HAWEO COMMUNITY ASSOCIATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>    Defendants.<br><br>———————————————————<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | CIVIL NO. CV04-00413 DAE/LEK<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES AND INTERROGATORIES**<br><br>(Brandt Homes, Inc.) |

```
                Counterclaim         )
                Plaintiffs,          )
                                     )
                                     )
      vs.                            )
                                     )
NA PALI HAWEO COMMUNITY              )
ASSOCIATION; RONALD K. AWA;          )
and DOES 1-25,                       )
                                     )
                Counterclaim         )
                Defendants.          )
_____)
```

adr 031406.03

## CERTIFICATE OF SERVICE
## RE: NOTICE OF TAKING DEPOSITION
## UPON WRITTEN INTERROGATORIES AND INTERROGATORIES

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the Notice of Taking Deposition Upon Written Interrogatories and Interrogatories (Re: C.O.R. Brandt Homes, Inc. [March 28, 2006 at 9:00 a.m.]) was served upon:

STEVEN B. JACOBSON, ESQ.
P.O. Box 240761
Honolulu, Hawaii 96824-0761

Attorney for Defendants
**ANTHONY CHARLES GRANDE**
**and NARINDAR KAUR GRANDE**

JOHN D. ZALEWSKI, ESQ.
Case Bigelow & Lombardi
Pacific Guardian Center, Suite 2600
737 Bishop Street
Honolulu, Hawaii 96813

Attorney for Counterclaim Defendants
**NA PALI HAWEO COMMUNITY ASSOCIATION**

by depositing a copy of same in the United States mail, postage prepaid, this day, addressed to the above named at their last known address listed above.

DATED: Honolulu, Hawaii; MAR 1 5 2006 .

JOYCE Y. NEELEY
PHILIP L. LAHNE
LANCE S. FUJISAKI
SCOTT R. GRIGSBY

Attorneys for Plaintiff
**NA PALI HAWEO COMMUNITY ASSOCIATON**

3