ORIGINAL

NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY        (3134-O)
LANCE S. FUJISAKI      (4224-O)
SCOTT R. GRIGSBY       (6673-O)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i 96813
Tel. No. (808) 536-8177

X:\NaPaliHaweo\Grande\RPOD1-fnl.cos.wpd

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 0 2006

at 4 o'clock and 01 min. P M
SUE BEITIA, CLERK

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00413-DAE LEK<br><br>(Injunctive Relief)<br><br>**CERTIFICATE OF SERVICE RE: PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE; EXHIBIT "A"** |

## CERTIFICATE OF SERVICE RE:
### PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE

The undersigned hereby certifies that a copy of the foregoing document will be duly served upon the following parties via first-class, U.S. Mail, postage-prepaid on  MAR 3 0 2006  .

TO:   STEVEN B. JACOBSON, ESQ..
      Post Office Box 240761
      Honolulu, Hawai`i 96824-0761
         Attorney for Defendants
         ANTHONY CHARLES GRANDE
         And NARINDAR KAUR GRANDE

DATED: Honolulu, Hawaii   MAR 3 0 2006

_____
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION