STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
  (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814
Facsimile: (808) 377-1814

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE FOR RESPONSES OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY GRANDE AND NARINDAR GRANDE TO COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |

ASSOCIATION; RONALD K.
AWA; and DOES 1-25,

       Counterclaim Defendants

### CERTIFICATE OF SERVICE FOR RESPONSES OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY GRANDE AND NARINDAR GRANDE TO COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

The undersigned hereby certifies that copies of the RESPONSES OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY GRANDE AND NARINDAR GRANDE TO COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS were served today by first-class United States mail, postage prepaid, upon the following:

    JOHN D. ZALEWSKI, ESQ.
    Case Lombardi & Pettit
    737 Bishop Street, Suite 2600
    Honolulu, HI 96813
    Attorneys for Counterclaim Defendants

    LANCE S. FUJISAKI, ESQ.
    Neeley & Anderson
    733 Bishop Street, Suite 2301
    Honolulu, Hawai'i 96813
    Attorneys for Plaintiff and Counterclaim Defendant
    Na Pali Haweo Community Association

    DATED: Honolulu, Hawaii, April 10, 2006.

        STEVEN B. JACOBSON
        Attorney at Law
        A Limited Liability Law Company

        _____
        STEVEN B. JACOBSON
        Attorneys for Defendants