NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY      (3134-O)
(JNeeley@neeley-anderson.com)
PHILIP L. LAHNE      (3709-O)
LANCE S. FUJISAKI    (4224-O)
SCOTT R. GRIGSBY     (6673-O)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i  96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

X:\NaPaliHaweo\Grande\Usdc PLEADINGS\MSJ-dr5 rsh final.wpd

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 2 2006

at ___ o'clock and ___min ___M
SUE BEITIA, CLERK

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs, | CIVIL NO. CV04-00413 DAE/LEK (Injunctive Relief)<br><br>PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CONCISE STATEMENT OF FACTS; AFFIDAVITS OF JAMES I. NISHIMOTO, JEFF KLOETZEL; RONALD K. AWA AND LANCE T. STEVENS; EXHIBITS "A"-"AA"; CERTIFICATE OF SERVICE<br><br>DATE: _____<br>TIME: _____<br>JUDGE: Honorable David A. Ezra<br><br>TRIAL: December 12, 2006 |

vs.

NA PALI HAWEO COMMUNITY
ASSOCIATION; RONALD K. AWA
and DOES 1-25,

     Counterclaim Defendants.

---

## PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S
## MOTION FOR SUMMARY JUDGMENT

Plaintiff  NA PALI HAWEO COMMUNITY ASSOCIATION ("Plaintiff")

hereby moves for summary judgment against Defendants ANTHONY CHARLES

GRANDE and NARINDAR KAUR GRANDE (collectively "Defendants") as there

are no genuine issues of material fact, and Plaintiff is entitled to judgment as a matter

of law on its claims for declaratory and injunctive relief asserted in its Complaint.

This Motion is made pursuant to Rules 7 and 56, Federal Rules of Civil

Procedure, and is based on the attached memorandum, concise statement of facts,

affidavits, exhibits and records and files herein.

DATED:  Honolulu, Hawai`i, April 12, 2006.


JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION