# TABLE OF CONTENTS

I. BACKGROUND ................................................... 1

II. FACTS ......................................................... 3

III. ARGUMENT .................................................... 12

    A.    SUMMARY JUDGMENT IS REQUIRED IN THIS CASE. ...... 12

    B.    DEFENDANTS ARE REQUIRED TO COMPLY WITH THE DESIGN GUIDELINES ................................................. 13

    C.    DEFENDANTS HAVE VIOLATED UNAMBIGUOUS PROVISIONS OF THE DECLARATION AND DESIGN GUIDELINES ....... 15

        1.    The Dwelling Exceeds the "Building Envelope" .......... 15
        2.    Front Yard Setback Encroachment .................... 17
        3.    Front Wall Violates Height Restrictions of Design Guidelines
            ................................................. 18
        4.    Roof Vents Violate Design Guidelines
            ................................................. 19
        5.    Skylights Violate Design Guidelines
            ................................................. 19
        6.    Failure to Construct Storage Facilities in Garage .......... 20
        7.    Exposed Air Conditioning Equipment Violates Design Guidelines
            ................................................. 21
        8.    Light Fixtures With Exposed Bulbs Violate Design Guidelines
            ................................................. 22
        9.    Failure to Complete the Dwelling in Accordance with Approved Plans Violates Design Guidelines ..................... 22

    D.    DEFENDANTS HAD ACTUAL AND CONSTRUCTIVE KNOWLEDGE OF THE LAW AND THE GOVERNING DOCUMENTS. ................................................. 23

    E.    INJUNCTIVE RELIEF IS APPROPRIATE IN THIS CASE. ...... 24

        1.    The Declaration Authorizes An Award of Injunctive Relief . 24
        2.    Authorities Support An Award of Injunctive Relief ....... 25

IV. CONCLUSION ................................................. 29

# TABLE OF AUTHORITIES

**STATE CASES:**

Abington Limited Partnership v. Heublein, 257 Conn. 570, 778 A.2d 885 (Conn. 2001) .................................................. 28

Ass'n of Apartment Owners of Kukui Plaza v. City and County of Honolulu, 7 Haw. App. 60, 742 P.2d 974 (1987) ...................................... 23

Association of Apartment Owners of Wailea Elua v. Wailea Resort Company, Ltd., 58 P.3d 608 (2002) ................................................ 27

Beattie v. State ex rel. Grande River Dam Authority, 41 P.3d 377, 2002 OK 3 (Okla. 2002) ............................................................... 28

Bishop Trust Co., Ltd. v. Central Union Church, 3 Haw. App. 624, 656 P.2d 1353 (1983) .............................................................. 12

California Federal Sav. and Loan Ass'n v. Bell, 6 Haw. App. 597, 735 P.2d 499 (Haw. App. 1987) .......................................................... 12

Chang v. Magbee, 45 Haw. 454, 370 P.2d 479 (1962) .................. 13, 26

Cho Mark Oriental Food, Ltd. v. K & K Int'l, 73 Haw. 509, 836 P2d 1057 (1992) 13

Clark v. Wodehouse, 4 Haw. App. 507, 669 P.2d 170 (1983) ............ 13, 26

Clarkin v. Reimann, Jr., 2 Haw. App. 618, 638 P.2d 857 (1981) ............ 12

Cordogan v. Union Nat'l Bank of Elgin, 64 Ill.App.3d 248, 21 Ill.Dec. 18, 380 N.E.2d 1194 (1978) .......................................................... 28

D'Elia v. Association of Apartment Owners of Fairway Manor, 2 Haw. App. 347, 632 P.2d 296 (1981) ................................................... 15

DeMund v. Lum, 5 Haw. App. 336, 690 P.2d 1316 (1984) .............. 13, 26

Fahser v. Hilgart, 630 N.W.2d 277 (Wis. App. 2001) ..................... 28

Fassler v. Okemo Mountain, Inc., 148 Vt. 538, 536 A.2d 930 (1987) ........................................................................ 13

Fox v. Kings Grant Maintenance Association, 167 N.J. 208, 770 A.2d 707 (2001) ........................................................................ 28

Grayco Land Escrow, Ltd., 57 Haw. 436, 559 P.2d 264, *cert. denied*, 433 U.S. 910, 97 S.Ct. 2976, 53 L.Ed.2d 1094 (1977) .................................. 12

Il Giardino, LLC v. Belle Haven Land Company, 254 Conn. 502, 757 A.2d 1103 (2000) ............................................................. 28

Kapena v. Kaleleonalani, 6 Haw. 579 (1885) ............................. 24

Laverty v. Alaska Railroad Corp., 13 P.3d 725 (Alaska 2000) .............. 28

Lee v. Puamana Community Association, 109 Haw. 561, 128 P.3d 874 (2006) ............................................................. 27

McDonough v. W. W. Snow Construction Co., 131 Vt. 436, 306 A.2d 119 ............................................................. 25

McNamee v. Bishop Trust Co., 62 Haw. 397, 616 P.2d 205 (1980) .......... 26

Nahrstedt v. Lakeside Village Condominium Ass'n, Inc, 8 Cal.4th 361, 33 Cal.Rptr.2d 63, 878 P.2d 1275 (1994) ............................................ 29

Pelosi v. Wailea Ranch Estates, 10 Haw. App. 424, 876 P. 2d 1320 (1994), *reconsideration denied*, 10 Haw. App. 631, 879 P.2d 591, *cert. denied*, 77 Haw. 373, 884 P.2d 1149 (1994) ............................................... 12

Pelosi v. Wailea Ranch Estates, 985 P.2d 1045, 91 Haw. 478, (Hawai'i 1999) ............................................................. 28

Plymouth Canton Community Crier, Inc. v. Prose, 619 N.W.2d 725 (Mich. App. 2000) ............................................................. 28

Reed & Martin, Inc. v. City and County of Honolulu , 50 Haw. 347, 440 P.2d 526 (1968) ............................................................. 12

Sandstrom v. Larsen, 59 Haw. 491, 583 P.2d 971 (1978) ............... 25, 28

SGM Partnership v. Nelson, 5 Haw. App. 526 (1985) ..................... 23

Skow v. Goforth, 618 N.W.2d 275 (Iowa 2000) ........................... 28

St. Clair v. Krueger, 579 Idaho 702, 769 P.2d 579 (1989) ................ 13

Stillwater Lakes Civic Association, Inc. v. Krawitz, 772 A.2d 118 (2001) ..... 28

Waikiki Malia Hotel, Inc. v. Kinkai Properties Ltd. Partnership, 75 Haw. 370, 862 P.2d 1048 (1993) .................................................. 28

**FEDERAL CASES**:

Application of Suekichi Tsuji, 4 U.S. Dist. Ct. Haw. 52 (1911) ............. 24

Field v. Liberty Mut. Ins. Co., 769 F. Supp. 1135 (D. Haw. 1991) .......... 12

Gee v. Tenneco, Inc., 615 F.2d 857 (9th Cir.1980) ....................... 12

**OTHER AUTHORITIES**:

10A C. Wright, A. Miller, and M. Kane, Federal Practice and Procedure, Civil 2d § 2730.1 (1983) .................................................. 13

Restatement of the Law of Property, Third, Servitudes (1998) § 8.3 ......... 27