IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>　　Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　Counterclaim Plaintiffs,<br><br>　　vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>　　Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/LEK (Injunctive Relief)<br><br>AFFIDAVIT OF JAMES I. NISHIMOTO |

## AFFIDAVIT OF JAMES I. NISHIMOTO

STATE OF HAWAI'I              )
                              ) SS.
CITY AND COUNTY OF HONOLULU   )

JAMES I. NISHIMOTO, being duly sworn upon oath, deposes and says:

1. I am a licensed architect in the State of Hawaii and have been retained by the NA PALI HAWEO COMMUNITY ASSOCIATION ("Association") as an expert witness in this matter. I make this Affidavit based on my own personal knowledge and information.

2. I am the President and Chief Operating Officer of the architectural firm Group 70 International and I have been a licensed architect in the State of Hawaii since 1980.

3. I have inspected the property owned by Defendants ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE ("Defendants") situate at 1251 Kamehame Drive, also known as Lot No. 49 (Kamehame Ridge Subdivision, Unit II-Phase 2-A shown on file Plan Number 2028), Maunalua, Honolulu, Hawaii 96825, including the dwelling thereon ("Property").

4. Attached to the Association's Concise Statement of Facts as Exhibit "T" is a true and accurate copy of the report that I prepared in connection with my inspection of the Property, entitled Listing of Violations - Grande Residence, April 1, 2005.

5. Attached to Exhibit "T" are true and accurate copies of photographs, marked as Attachments 3-10 and 12, which fairly and accurately depict

2

the Defendants' Property.

6. Attached to Exhibit "T" are true and accurate copies of scale drawings of the Defendants' Property, marked as Attachments 1 and 2, which accurately depict the Defendants' Property. Attachment 2 was prepared under my supervision using measurements of the Property taken by licensed professional land surveyor, Lance T. Stevens, on February 22, 2005.

7. My inspection of the Property revealed the following violations of the Association's Design Guidelines and/or deviations from the approved drawings submitted as part of the Design Review Submittal Process:

A) The Dwelling encroaches approximately 3 ½ inches into the required twenty-foot front setback at the left building appendage as described in Exhibit "T" at ¶ 1 and depicted in Attachments 1 and 2.

B) The Dwelling encroaches into the front setback building envelope as described in Exhibit "T" at ¶ 2 and depicted in Attachment 2. The shaded area in Attachment 2 depicts the portion of the Dwelling that protrudes through the building envelope. The shaded area includes two columns that support the roof above the master bedroom, the roof beam at the front edge of the roof, and a portion of the roof eaves.

C) Two skylights on the north roof slope are bubble type with white frost, plastic lens, and natural aluminum curbs as described in Exhibit "T" at ¶ 3 and depicted in Attachment 3.

D) Air conditioning equipment is exposed at the rear yard, with

3

no fence or screening as described in Exhibit "T" at ¶ 4 and depicted in Attachment 4.

   E) Roof exhaust vents (two) are natural aluminum finish instead of a color matching the roof material and are visible from the street as described in Exhibit "T" at ¶ 5 and depicted in Attachment 3.

   F) A sliding garage gate is missing leaving a double wall receptor exposed as described in Exhibit "T" at ¶ 6 and depicted in Attachment 5.

   G) Front entry light fixtures on the entry column bases have exposed bulbs as described in Exhibit "T" at ¶ 7 and depicted in Attachment 6.

   H) Portions of the garden wall at the front property line exceed the height indicated on the approved drawings and as permitted by the Design Guidelines as described in Exhibit "T" at ¶ 8 and depicted in Attachment 7.

   I) Exterior fenestrations have been modified from the approved/submitted drawings as described in Exhibit "T" at ¶ 9 and depicted in Attachments 8, 9, 10 and 11.

   J) The enclosed storage space within the garage, as required by the Design Guidelines and as indicated on the approved drawings, is not provided, as described in Exhibit "T" at ¶ 10 and depicted in Attachments 12 and 13.

   K) The concrete pad at the trash area as noted in the approved drawings is missing as noted by landscape architect Mike Miyabara, as described in Exhibit "T" at ¶ 11 and depicted in Attachment 14.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JAMES I. NISHIMOTO

Subscribed and sworn to before me this

24th day of March, 2006.

_____
(Signature)

Theresa A. Aea
(Printed Name)

Notary Public, State of Hawai`i
My Commission expires: 3/13/09