IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>　　Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　Counterclaim Plaintiffs,<br><br>　　vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>　　Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/LEK (Injunctive Relief)<br><br>AFFIDAVIT OF LANCE T. STEVENS |

## AFFIDAVIT OF LANCE T. STEVENS

STATE OF HAWAI'I            )
                            ) SS.
CITY AND COUNTY OF HONOLULU )

    LANCE T. STEVENS, being duly sworn upon oath, deposes and says:

1. I am employed by ControlPoint Surveying, Inc. as a land surveyor. I make this Affidavit based on my own personal knowledge and information.

2. I am a professional land surveyor licensed in the State of Hawaii.

3. I was hired by Group 70 International to perform a survey of Lot 49, of file plan 2028, Kamehame Ridge Subdivision, Unit II-Phase II-A, Maunalua, Honolulu, Oahu, Hawaii ("Property").

4. On February 22, 2005, I performed a survey of the Property.

5. Marked as "Attachment 1" to the report of James I. Nishimoto of Group 70 International, dated March 22, 2005, entitled Listing of Violations - Grande Residence is a true and correct copy of the Survey Map of the Property that I prepared dated March 1, 2005 ("Survey Map").

6. A "cloud" and a notation "Item 1" have been added to the Survey Map by someone other than myself.

2

FURTHER AFFIANT SAYETH NAUGHT.

_____ 4/11/06
LANCE T. STEVENS

Subscribed and sworn to before me this

11th day of April, 2006.

_____
(Signature)

Rowena J. Chong
(Printed Name)

L.S.

Notary Public, State of Hawai`i
My Commission expires: Feb. 1, 2008

3