

# LOWER FLOOR PLAN
SCALE: 1/4" = 1'-0"

HOUSE 1830 SF
ENTRY 75 SF
GARAGE 641 SF
STORAGE 125 SF

STEPPED CMU WALL SEE SITE PLAN

BEDROOM
BATH
DINING

NOTE: ALL GYP.BD. WALLS TO BE "THINWALL" CONSTRUCTION

8" CMU WALL TYP. LOWER FLR.

CONC. STOOP SEE SITE PLAN

KITCHEN
GRILLE
CT
OVEN
DW
DBL SINK
ISLAND
SINK
REF.
DISTILLER BELOW

TOILET ROOM SEE A-7
W D
LAY

FLOOR ABOVE

STORAGE UNDER SLAB
OPEN UNDER STAIRS
OPEN UNDER STAIRS

LIVING

5'-0" OPENING UNDER FLR SLAB W/ CONC. BEAM TO SPAN

3-CAR GARAGE

NOTE: HARDTILE ENTRY IF CARPET USED

3'-0" HIGH MTL RAILING

CAR WASH HOSE

9'-0"x6'-0" AUTO. GARAGE DR.

ENTRY
ARCH ABOVE
DN
PLANTER
PLANTER
4" CONC. WALK

KEY TO EXTERIOR ELEVATIONS
REAR
LEFT / RIGHT
FRONT

"D-1"

FRONT ELEVATION
SCALE: 1/4" = 1'-0"

3-CAR GARAGE

ENTRY
SEE SITE PLAN
SHT A-1

EXISTING BANK

10'-0"
5'-0"
15'-0"
18'

30'-0" MAX. HT. LIMIT

MONIER TILE ROOFING

12
4

26'±

EXIST. GRADE

NOTE: COPPER GUTTERS & DOWNSPOUTS W/ CONC. SPLASH BLOCKS - TYP.

15'-0"
5'-0"
5'±

EXIST. WALL
EXIST. ROAD

"D-2"

LEFT SIDE ELEVATION
SCALE: 1/4"=1'-0"

TOP OF PLATE
UPPER FLR. LINE
TOP OF SLAB

EPS FINISH, TYP

CONC. STEPS

VENTED 20"x20" SKYLIGHT

VENTED 20"x20" SKYLIGHT

"MONIER" TILE ROOFING

EXISTING GRADE

30' BLDG. ENVELOPE

BALCONY

UPPER FLR. LINE
PROP. LINE

4'-6"
20'-0"
10'-0"
2'-0"

"D-3"







"D-6"



"D-7"



"D-8"