

**ARCHITECTURAL
ASSOCIATES**

Design and
Architectural Drafting
Renovations
New Custom Homes

October 4, 2000

**Edward A. Resh**
Architect

To:   Architectural Review Committee
      of Napali Haweo

Re:   Preliminary/Final Plan Submittal
      on Lot 132 (Grande Residence)

Gentlemen:

The owner and I acknowledge receipt of the Design Guidelines
and have used them in the design of the residence stated above.

Very truly yours,

Edward A. Resh

Architect #3239

EXHIBIT "E"

560 N. Nimitz Hwy., Suite 217-A • Mail Box 74 • Honolulu, Hawaii 96817 • (808) 531-1842