EXHIBIT "G"

I certify that this is a full, true and correct copy of the original document on file with the Department of Planning and Permitting, City and County of Honolulu.

[signature]

3/7/2006
Date

Tax Map Key: 3-9-107:39
Application Index No.: A 2001-03-947
Project Name: Tony Grande
Building Permit No.: 525806

BUILDING DIVISION
DEPARTMENT OF PLANNING AND PERMITTING

## SUPPLEMENTAL INFORMATION FOR BUILDING OWNER, PERMIT APPLICANT AND CONTRACTOR

The following information should prove helpful in determining whether additional information should be obtained before starting your project.

1. ☒ A Phone Call May Save Your Life -- If you have underground utilities or if your work is under or near an electrical service line, investigate before you start work. Call:

| | WORKING HOURS | AFTER HOURS |
|---|---|---|
| Hawaiian Telephone Company | 483-8085 | |
| Hawaiian Electric Company | 543-5654 | 548-7961 |
| GASCO | 535-5933 | 535-5933 |
| Board of Water Supply | 527-6189 | 527-5200 |

**Be Aware Of the Sign, Noise and OSH Regulations**

| | |
|---|---|
| Sign Regulations - Building Division | 523-4505 |
| Noise Regulations - Department of Health | 586-4700 |
| Occupational Safety & Health - DOSH Department of Labor | 586-9100 |

2. ☒ Owners will be responsible to notify the Federal Aviation Administration (FAA) for structures which exceed 200 feet in height above ground line and certain structures within 4 miles from the nearest point of the nearest runway of each airport. (Single-family dwellings exempted.) FAA telephone is 541-1243.

3. ☒ REMINDER - Owners should check their deeds, lease agreements, and/or association by-laws for any building restrictions.

4. ☒ HOUSE NUMBERING REQUIREMENTS - All main entrances to buildings shall be numbered with numbers at least two inches in height. Address signs shall not exceed one square foot. Emergency service agencies such as fire, police, ambulance, etc., can respond more readily with minimum delays when buildings are properly numbered.

5. ☒ To prevent termite entry, the building code requires openings around pipes or other penetrations in concrete slab-on-grade to be filled with non-shrink grout.

6. ☐ Plumbing and/or Electrical plans not checked. Project subject to inspection for code compliance.

7. ☒ Plumbing and/or Electrical work shall be inspected and approved prior to concealment.

8. ☒ PROTECTION OF ADJOINING PROPERTY - The owner and contractor doing the excavation or fill shall be responsible to implement safety measures to protect adjoining properties, streets or natural watercourses from falling rocks, boulders, soil, debris and other dangerous objects.

9. ☒ EROSION AND SEDIMENT CONTROL - Since it is unlawful to discharge pollutants from the construction site, the owner and the contractor shall check the criteria for handling drainage discharges and ensure compliance with all appropriate regulations. Call 523-4921 for more information.

R. Ramos [signature] — Signature of Applicant
3.22.01 — Date

DPP-31 (REV. 8/98)

---

Building Permit No.: 525806
Tax Map Key: 3-9-107:39
Application Index No.: 2001-03-0947

BUILDING DEPARTMENT
CITY AND COUNTY OF HONOLULU

## BUILDING CODE REQUIREMENTS FOR SPECIAL INSPECTIONS

Section 1701 of the Uniform Building Code requires that the owner employ one or more special inspectors independent of the contractors performing the work. The special inspector shall provide inspection during construction on the following types of work:

1. Concrete
2. Bolts Installed in Concrete
3. Special Moment-Resisting Concrete Frame
4. Reinforcing Steel and Prestressing Steel Tendons
5. Structural Welding
6. High-Strength Bolting
7. Structural Masonry
8. Reinforced Gypsum Concrete
9. Insulating Concrete Fill
10. Spray-Applied Fireproofing
11. Piling, Drilled Piers and Caissons
12. Shotcrete
13. Special Grading, Excavation and Filling
14. Fire-Protection System
15. Special Cases (specify)
16. (circled) Sheathed Shear Walls and Diaphragms
17. (circled) Complete Load Path and Uplift Ties
18. (circled) Termite Protection

(Detailed clarification of above items are listed on the reverse side of this page.)

Circle the number corresponding to the types of work for this project requiring special inspection. Fill the circled numbers in the table below together with the identity of all special inspectors who will be performing the inspection.

| Item No. | Identity of Special Inspector | License Number | Telephone Number | Signature of Special Inspector | Approved by Plans Examiner |
|---|---|---|---|---|---|
| 16,17,18 | Edward A. Resh | 3239 | 941-6154 | Edward A. Resh | [initials] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Duties and responsibilities of the special inspector:

1. Observe work assigned for conformance with approved design drawings and specifications.
2. Furnish inspection reports to the owner, the engineer or architect of record, and other owner-designated persons. All discrepancies shall be brought to the immediate attention of the contractor for correction, then, if uncorrected, to the proper design authority and to the building official.
3. Submit a final signed report stating whether the work requiring special inspection was, to the best of the special inspector's knowledge, in conformance with approved plans and specifications and the applicable workmanship provisions of the Building Code. Also, indicate the type of work that was inspected. This report shall be submitted prior to the issuance of the Certificate of Occupancy.

Edward A. Resh — Edward A. Resh [signature] — 4/16/01
Print name and provide signature of the structural engineer or architect responsible for the structural design. — Date

941-6154
Telephone Number

DISTRIBUTION:
APPLICANT
BLDG. INSP.
FILE

BD/W8
(REV. 1/97)



DINING
NOTE: ALL GYP. BD. WALLS TO BE "THINWALL" CONSTRUCTION
KITCHEN
ISLAND
BATH
LIVING
ENTRY
PORCH ABOVE
PLANTER
TOILET
2-CAR GARAGE
5/8" TYPE X GYP. BD. CEILING & STRUCTURAL SUPPORTS
16'0"x16'-0" AUTO. GARAGE DR.
NOTE: VERIFY SIZE OF DISTILLER.
STEEL STAIR SEE DET. 1/A-7
NOTE: HARD TILE ENTRY IF CARPET USED
45'-4"
24'-10"
20'-6"
52'-0"
35'-0"
17'-0"
LEFT
"G-1"


TOP OF PLATE
UPPER FLR. LINE
TOP OF SLAB
"MONIER" TILE ROOFING
VENTED 30" x 30" SKYLIGHT
VENTED 30" x 30" SKYLIGHT
BALCONY
OPEN
UPPER FLR. LINE
PROP. LINE
20'-0"
10'-0"
20'-0"
4'-6"
8'-0"
EXISTING GRADE
EFS FINISH, TYP.
CONC. STEPS
LEFT SIDE ELEVATION

"G-2"

"MONIER" TILE ROOFING

30'-0" MAX. HT. LIMIT

25°

12
4

EXISTING BANK

15'-0"

9'-0"

10'-0"

581

3-CAR GARAGE

589

ENTRY
SEE SITE PLAN
SHT. A-1

NOTE:
COPPER GUTTERS
& DOWNSPOUTS
W/CONC. SPLASH
BLOCKS - TYP.

15'-0"

5'-0"

EXIST. WALL

EXIST. GRADE

580

EXIST. ROAD

"G-3"

30' BLDG. ENVELOPE

"MONIER" TILE ROOFING

12
4

TOP OF PLATE

BALCONY

(OPEN)

PROP LINE

10'-0"

20'-0"

20'-0"

METAL RAILING

ENTRY BEYOND

CMU WALL W/ EFS FINISH (OR EXTERIOR STUCCO FINISH).

UPPER FLR. LINE

1x4 TRIM, TYP.

TOP OF SLAB

580

585

EXISTING GRADE

# RIGHT SIDE ELEVATION

SCALE: 1/4"=1'-0"



"MONIER" TILE ROOFING
10" DIA. VENT
A-5 SCALE: 1"=1'-0"
VENT
SOLAR PIPING
SOLAR PANELS
4" FIBERGLAS INSULATION @ LR CEILING ONLY
METAL TRUSS @ 24" OC
1/2" GYP. BD. CLG
4
12
3'-0"
← OPEN →
C FLR. LINE
8" CMU WALL
1/2" GYP. BD. CLG., TYP
MTL. FLR. JST. @ 12" OC
EXT. FIN., TYP
STEEL STAIR CONTRACTOR TO PROVIDE SHOP DWG. & CALCS.
OPEN
KITCHEN
4" THK CONC SLAB SEE FOUNDATION PLAN
DINING BEYOND
3 A-5 SECTION SCALE: 1/4"=1'-0"


"G-5"



20"x20" VENTILATING SKYLIGHT
A A-6
20"x20" VENTILATING SKYLIGHT
A A-6
18"Ø MTL ATTIC VENT
SOLAR PANELS VERIFY LOCATION W/OWNER
ENTRY ROOF


"G-6"