July 15, 2003

Mr. Jeff Kloetzel
Hawaiiana Management Company, Ltd.
711 Kapiolani Boulevard, 7th Floor
Honolulu, HI  96813

Dear Mr Kloetzel:

My name is Glen Moribe and I reside at 1255 Kamehame Drive in the Na Pali Haweo Subdivision. I spoke to you on two occasions, the latest being about three weeks ago, regarding the home that is being constructed on the adjacent property that is located on the makai side of my residence.

My first conversation with you occurred shortly after the contractor completed the first story of the home. The first story appeared to be equivalent in height to the first story of my home. This meant that his first story was very tall given the fact that the grade of the lot was about 5' to 6' lower than the finished grade of my property.

My concern was that the overall height of the home would be the same as my house, which was constructed at the maximum height allowed by the Na Pali Haweo specs. My understanding of your response to me on this issue was that the front portion of the home would be limited to a height of 20' and could reach a height of 30' in the back portion of the home depending on the building envelope calculation.

My second conversation with your occurred about three weeks ago. At that point, it appeared that the front portion of the home reached a height in excess of 20'. Based on my inquiry about the building height, you had agreed to have the architect on the design review committee check on the plans and perform an inspection at the site. You did explain that the architect goes out to the construction sites about once a month but that you could not give me an exact date on when the inspection would occur. You did commit to get back to me when the architect provided you with feedback. To date I have not received any response to my inquiry.

The height of the house now appears to be reaching the height of my second floor soffits. The height of the walls are the same throughout the entire home. If the walls continue to increase in height, it appears that the entire house could reach the same height as the top of my home. This would seem to indicate that the house height exceeds 20' in the front and 30' in the rear given the fact that there is a 5' to 6' difference in elevation between my lot and this lot.

Given these issues, I would formally like to request that the design review committee review the plans and ensure that the height of the home is in compliance with the plans as approved by the committee. I further request a written response by the design review committee indicating what the approved height(s) of the home is and an assurance that the actual height of the home does not exceed the approved height. This assurance could be used to determine legal remedies if that legal action is pursued. The actual height of the home needs to be determined because contractors do not always follow plans as they are designed.



EXHIBIT "H"

If it is determined that the actual height of the home has exceeded the approved height I would further request that immediate corrective action be taken to bring the home in compliance.   Corrective action must include the demolition of the non-conforming portion of the home.

Thank you for your cooperation in this matter.


Yours truly,

Glen Y. Moribe