*For Jeff Klotzel*

# ARCHITECTURAL ASSOCIATES



Design and Architectural Drafting
Renovations
New Custom Homes

Edward A. Resh
Architect

8/8/03

TO – Kamehame Architectural Committee
AWA & Associates LLC
1831 Young St.
Honolulu, HI. c/o Ron Awa (955-0748)

RE – GRANDE RESIDENCE
Kamehame Drive
Honolulu, Hawaii

1. Residential elevation heights to existing grades by job-site verification. (Drawings previously submitted)

2. Item #1 relates to City & County building envelopes.

3. All items have been verified to be the same as approved plans previously submitted to Kamehame Architectural Committee.

Respectfully,
Edward A. Resh
#3239

EXHIBIT "J"

560 N. Nimitz Hwy., Suite 217-A • Mail Box 74 • Honolulu, Hawaii 96817 • (808) 531-1842