

Hawaiiana Management Company, Ltd.
Pacific Park Plaza, Suite 700
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Tel: (808) 593-9100
Fax: (808) 593-6333

August 29, 2003

Anthony Grande
501 Hahaione St. #9L
Honolulu, HI 96825

RE:  Lot 2A-49 (1251 Kamehame) conformance issues

Dear Mr. Grande:

In response to recent concerns brought to the attention of the Architectural Review Committee (ARC) regarding setback and height of your Na Pali Haweo home currently under construction, the ARC has reviewed the approved plans for your home and requested follow-up from the home's original architect Ed Resh. The ARC Chairman made a site inspection on 8/15/03 to check on the construction in question, and notes that the construction appears to be in conformance with the approved plans and building setbacks and height envelopes.

However, during the ARC inspection another compliance issue came to light.

The ARC-approved plans for your home indicate a 125 sq. ft. garage storage room. During the ARC's 8/15/03 site visit, the inspector noted a set of plans indicating plumbing fixtures within the room intended for storage. He also observed plumbing rough-ins in place.

These changes were not approved by the ARC, and the loss of required garage storage will result in non-conformance with Na Pali Haweo Design Guidelines.

The ARC and the Association require that you remedy this situation immediately.

Sincerely,

Hawaiiana Management Company, Ltd.
Agent for the Board of Directors of Na Pali Haweo

Jeff Kloetzel
Project Manager

EXHIBIT "K"

cc:   file