**ARCHITECTURAL
ASSOCIATES**



Design and
Architectural Drafting

Renovations
New Custom Homes

October 19, 2003

Edward A. Resh
Architect

To:  Kamehame Ridge
     Architectural Committee
     Honolulu, Hawaii

Re:  Variance Request for -
     Grande Residence
     Lot 132 Kamehame Drive
     Honolulu, HI  96825

Section - Design Standards 3.2.1 Building Envelope & Setbacks

Gentlemen:

We respectfully request a variance for the front 20 foot setback and the 20 foot building height allowed at the front setback on this residence.

1. We have been <u>approved</u> by the City & County Inspector on the project.
2. The front setback is 19'-8½" (actual) on which we submit the "deminimus" rule to clear the setback requirement. (See enclosure of State Law 131)
3. The 20 foot building height rule at the front of the building can be cleared by going up 20 feet from the <u>existing</u> grade on each side of the garage wall in question.
4. We can also go up 20 feet from the <u>finish</u> grade at the wall in question and easily clear the handrail (which is not a wall) at the balcony above the garage
5. See drawings A-1 through A-5 provided for the solutions to items 1 through 4.

                                              Very truly yours,

                                              Edward A. Resh

EXHIBIT "n"