

# NA PALI HAWEO
## COMMUNITY ASSOCIATION

November 6, 2003

Via email: neutz@hawaii.rr.com

Mr. Anthony Grande
501 Hahaione Street, No. 9L
Honolulu, HI 96825

Project:    Grande Residence
             1251 Kamehame Drive
             Phase 2A/Lot 49

Subject:    Request for Variance

Dear Mr. Grande:

Your requests for variance, submitted by your architect Edward Resh, dated October 19, 2003 was reviewed by the Architectural Review Committee (ARC) at its October meeting. Accompanying the request were two (2) sets of plans both dated July 2000, with annotations. The annotations comprised mainly of field notes and dimensions of the as-built conditions but had little substance in justifying the variance or indicating corrective work. The as-built plans contained plan revisions that were not submitted to the ARC for review and approval. The plans were returned to your contractor, Jeff Brandt, on November 6, 2003 at your request for reproduction purposes and are to be returned intact.

The ARC's review consisted of the following:

1. Front yard setback:

    Issue: NPH Design Guidelines 3.2.1 requires a 20-ft. setback from the front property line. The setback, as constructed, was reportedly measured at 19'-8-1/2". Your variance request contends that State Act 131 (1997), "deminimus" rule, allows a position discrepancy of 6" for residential property.

    Decision: Reference is made to an October 29, 2003 letter to you by Hawaiiana Management Company, Ltd. As the ARC is not qualified to render a legal interpretation of Act 131 or its applicability to your project, the ARC requires that you provide such legal opinion that both the NPH Board of Directors and ARC may consider at their next scheduled regular meeting in November.

2. Height Setback:

    Issue: NPH Design Guidelines 3.2.1(d) requires, in part, "*Any portion of a structure exceeding 20 feet shall be setback from the front yard buildable area boundary line, 1-foot for every 2 feet of additional height over 20 feet.*" Field measurements provided by your architect indicate the upper portion of two (2) cmu columns supporting the lanai roof encroaches beyond the height setback envelop. The condition is worsened by the front yard setback violation per item 1 above. Your request argues that the condition conforms to the City's LUO, was approved by the City & County inspector and that it would be in compliance with NPH design guidelines if measured from <u>existing</u> grade (which was higher than the finish grade).

c/o Hawaiiana Management Company, Ltd. • 711 Kapiolani Blvd. #700 • Honolulu, HI 96813
(808) 593-6846 • Fax (808) 593-6333


EXHIBIT "P"

Mr. Anthony Grande  
November 6, 2003  
Page 2

Grande Residence  
1251 Kamehame Drive

Decision: The Board of Directors has ruled that the ARC is not empowered to grant height setback variances. Therefore, your request is denied. Revised plans as necessary to bring the structure into compliance shall be submitted to the ARC for review and approval. You had earlier indicated that if necessary, this could be done by relocating the roof supports although you felt that the aesthetics may be compromised.

Please be reminded that as a general rule and as indicated in 3.2.1(d), the most restrictive provisions of the Design Guidelines and City's Land Use Ordinance shall apply. Where the Design Guidelines are silent, the ARC will generally apply the appropriate provisions of the LUO.

3. Garage Storage:

Issue: NPH Design Guidelines 3.2.4(b) requires a minimum 100 sf garage storage. During a site inspection it was observed that the storage was not provided as required by the Design Guidelines or as indicated on your approved plans. A review of the Contractor's plans revealed that the construction plans had been substantially revised but not re-submitted to the ARC.

Decision: The ARC determined that the required storage area must be provided in accordance with the Design Guidelines and that alteration plans indicating such be submitted for approval.

4. As-Built Changes:

Besides the loss of garage storage, the ARC's inspections also revealed other design revisions to plans submitted to the ARC that were constructed without the ARC's approval. Revised plans shall be submitted for the ARC's review along with the appropriate special review fees.

Please be advised that the ARC considers the variance requests of items 1 and 2 and the construction changes per items 3 and 4 as separate major issues requiring separate special design review fees of $500.00 each. The ARC's action on any future submittals cannot be made unless all fees have been paid. Please direct all communications and submittals to Jeffrey Kloetzel (593-6846) at Hawaiiana Management Company, Ltd.

Sincerely,

NA PALI HAWEO  
Architectural Review Committee

Ronald K. Awa, AIA

RKA:bhs

cc: Ron Yee, Fax #836-0887  
Mike Miyabara, Fax #533-6049  
Paul Shigeta, Fax #396-8107  
Joe Appolito, Fax #396-8882  
Jeffrey Kloetzel, Fax #593-6333  
Lane Uchimura, Fax #533-5152