

# NA PALI HAWEO
## COMMUNITY ASSOCIATION

November 26, 2003

Mr. Edward Resh
Architectural Associates
1400 Kapiolani Blvd., Suite C-26
Honolulu, HI 96814

Project:    Grande Residence
              1251 Kamehame Drive
              Phase 2A/Lot 49

Subject:   1) Request for Variance
              2) As-Built Changes

Dear Mr. Resh:

Your requests for variance and as-built changes, as submitted and received November 13, 2003 were reviewed by the Architectural Review Committee (ARC) at its November meeting. Accompanying the request were two (2) sets of plans both dated July 2000, with your annotations. The annotations were comprised mainly of field notes and dimensions of the as-built conditions and proposed corrective work of the height setback violations. The as-built plans contained plan revisions that were not submitted to the ARC for review and approval. Also received was a November 12, 2003 letter of opinion from attorney Dennis Hwang concerning Act 131 and the deminimus rule.

Following your presentation, the ARC's review and decisions consisted of the following:

1. Front yard setback:

    Issue: NPH Design Guidelines 3.2.1 requires a 20-ft. setback from the front property line. The setback, as constructed, was reportedly measured at 19'-8-1/2". Your variance request contends that State Act 131 (1997), "deminimus" rule, allows a position discrepancy of 6" for residential property.

    ARC Decision: The attorney's letter of November 12, 2003 was deferred to the NPH Board of Directors and its legal counsel for review and decision.

2. Height Setback:

    Issue: NPH Design Guidelines 3.2.1(d) requires, in part, *"Any portion of a structure exceeding 20 feet shall be setback from the front yard buildable area boundary line, 1-foot for every 2 feet of additional height over 20 feet."* Field measurements indicate the upper portion of two (2) cmu columns supporting the lanai roof encroaches beyond the height setback envelop. The condition is worsened by the front yard setback violation per item 1 above. While you had initially requested a variance from the ARC, you are now proposing to correct the violation.



EXHIBIT "Q"

c/o Hawaiiana Management Company, Ltd. • 711 Kapiolani Blvd. #700 • Honolulu, HI 96813
(808) 593-6846 • Fax (808) 593-6333

05-06-04 16:03   TO:NEELEY & ANDERSON   FROM:   P05

Mr. Edward Resh  
November 26, 2003  
Page 2

Grande Residence  
1251 Kamehame Drive

ARC Decision: Your proposal to remove and reconstruct the two (2) cmu columns to be in compliance with the height setback requirements was approved. The only work that shall project beyond the building envelop shall be roof overhangs as may be allowed by both the Design Guidelines and LUO.

3. Garage Storage:

   Issue: NPH Design Guidelines 3.2.4(b) requires a minimum 100 sf garage storage. During a site inspection it was observed that the storage was not provided as required by the Design Guidelines or as indicated on your approved plans. A review of the Contractor's jobsite plans revealed that the construction plans had been substantially revised but not re-submitted to the ARC.

   ARC Decision: As the ARC determined that the required storage area must be provided in accordance with the Design Guidelines, you proposed to construct a new full height storage room of approximately 81 sf with additional storage space below the stairs, which the ARC feels is not readily accessible. However, the ARC accepts your proposal with the additional requirement that additional wall cabinets along the garage wall as earlier proposed be provided to compensate for the lack of full height storage.

4. As-Built Changes:

   Besides the loss of garage storage, the ARC's inspections also revealed other design revisions to plans submitted to the ARC that were constructed without the ARC's approval. Revised plans, including square footage calculations for maximum floor area and lot coverage, shall be submitted for the ARC's review along with the appropriate special review fees. Of particular concern was the Owner's deletion of a roof overhang at the garage which had been previously approved by the ARC. To the extent permitted by applicable codes and regulations, the ARC requires that the roof overhang be constructed as approved.

5. Revise and resubmit final plans.

Please be advised that the ARC considers the variance requests of items 1 and 2 and the construction changes per items 3 and 4 as separate major issues requiring separate special design review fees of $500.00 each. The ARC's action on any future submittals cannot be made unless all fees have been paid. Please direct all communications and submittals to Jeffrey Kloetzel (593-6846) at Hawaiiana Management Company, Ltd.

Sincerely,

NA PALI HAWEO  
Architectural Review Committee

Ronald K. Awa, AIA

RKA:bhs

cc: Ron Yee, Fax #836-0887  
Paul Shigeta, Fax #396-8107  
Jeffrey Kloetzel, Fax #593-6333

Mike Miyabara, Fax #533-6049  
Joe Appolito, Fax #396-8882  
Lane Uchimura, Fax #533-5152