

# NA PALI HAWEO
## COMMUNITY ASSOCIATION

January 28, 2004

Mr. Edward Resh
Architectural Associates
1400 Kapiolani Blvd., Suite C-26
Honolulu, HI 96814

Project:   Grande Residence
           1251 Kamehame Drive
           Phase 2A/Lot 49

Subject:   Revised Alteration Plans

Dear Mr. Resh:

Your alteration plans, dated revised January 9, 2004, were reviewed by the Architectural Review Committee (ARC) at its January meeting.   The revisions were intended to respond to the ARC's November 26, 2003 review comments regarding as-built changes and required corrective work.   The submittal was disapproved with the following comments to be addressed on your resubmittal documents.

1. Sheet A-1, Site Plan:

   a. The ARC awaits the action of the NPH Board of Directors regarding the front yard setback violation and the applicability of State Act 131, "deminimus rule". The ARC's comments that follow may be subject to this action.
   b. If applicable, indicate all LUO required off-street parking stalls besides those within the garage area (2).

2. Sheet A-2, Lower Floor Plan; Sheet A-7, Partial Storage Plan:

   a. The ARC cannot equate the 125 sf storage area as shown on the computation summary against the 81 sf of storage area indicated.  The ARC does not compute 81 sf.  Further, the area below the stair is considered too restricted to be of any practical use.  Therefore, the ARC requires that a 100 sf storage room be provided in place of the 81 sf storage room as shown.  This should easily fit within the area without affecting the parking and conclude this matter.
   b. Revise Sheet A-7 Storage Plan to accurately reflect the toilet room in lieu of storage.  Also the room configuration and distiller location does not agree with Sheet A-2. Please coordinate.
   c. Provide a floor area summary comparing required and actual total floor area for both floors and lot coverage computations to ensure compliance with NPH Design Guidelines.



EXHIBIT "R"



FAXED

c/o Hawaiiana Management Company, Ltd. • 711 Kapiolani Blvd. #700 • Honolulu, HI 96813
(808) 593-6846 • Fax (808) 593-6333

Mr. Edward Resh  
January 28, 2004  
Page 2

Grande Residence  
1251 Kamehame Drive

3. Sheets A-3, A-4, A-5, A-6, A-9:

   a. The roof line over the balcony resulting from the roof cut-off is an obvious after thought and is unacceptable as it is out of character with the overall roof design.
   b. As stated in the ARC's November 26, 2003 decision, only roof overhangs that is allowed by both the NPH Design Guidelines and the City's LUO shall project beyond the building envelop. The beam shall be relocated together with its support columns and the affected roof plane be reconstructed to achieve a hip profile consistent with the adjacent roofs.

5. Revise all affected sheets and resubmit final plans.

Please be advised that the ARC considers the variance request for front yard setback violation and the various construction changes as separate major issues requiring separate special design review fees of $500.00 each which covers a maximum of three (3) reviews. Our records indicate that the ARC's January review was the fourth regarding the as-built revisions and variance requests and that additional review fees may be due and can be confirmed with Jeffrey Kloetzel. The ARC's action on any future submittals cannot be made unless all fees have been paid. Please direct all communications and submittals to Jeffrey Kloetzel (593-6846) at Hawaiiana Management Company, Ltd.

Sincerely,

NA PALI HAWEO

Architectural Review Committee

Ronald K. Awa, AIA

RKA:bhs

cc: Ron Yee, Fax #836-0887  
    Mike Miyabara, Fax #533-6049  
    Paul Shigeta, Fax #396-8107  
    Curtis Chun, Fax #236-3916  
    Jeffrey Kloetzel, Fax #593-6333  
    Lane Uchimura, Fax #533-5152