

Attachment No. 6









Attachment No. 8





Attachment No. 9





Attachment No. 10



ITEM NO. 9,b,1

ITEM NO. 9,a,6



Attachment No. 11







