| | | |
|---|---|---|
| JOYCE Y. NEELEY<br>M. ANNE ANDERSON<br>PHILIP L. LAHNE<br>GISELA IGLESIAS<br>LANCE S. FUJISAKI<br><br>RICHARD H. THOMASON<br>ANN C. KEMP<br>ROBIN MILLER | **NEELEY & ANDERSON LLP**<br>A LIMITED LIABILITY LAW PARTNERSHIP<br>733 BISHOP STREET, SUITE 2301<br>HONOLULU, HAWAII 96813 | TELEPHONE<br>(808) 536-8177<br>FACSIMILE<br>(808) 536-4977<br>E-MAIL<br>nanda@lava.net |

March 4, 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Anthony Grande
Ms. Narindar Grande
501 Hahaione Street, #9L
Honolulu, Hawai`i 96825

Re:  Na Pali Haweo Lot 2A-49 - Covenants Violations

Dear Mr. Grande and Ms. Grande:

This law firm represents Na Pali Haweo Community Association ("Association"). We have been advised that you are the owners of the subject property. As lot owners in Na Pali Haweo, you are subject to the provisions of the Declaration of Covenants, Conditions and Restrictions of Na Pali Haweo Subdivision ("Declaration")[1] and Na Pali Haweo Design Guidelines and must strictly comply with these governing documents. We have been advised that your lot is in violation of the restrictive covenants which are contained in the Declaration and the Design Guidelines. Accordingly, our law firm has been retained by the Board of Directors to take all such action as is necessary including institution of legal action, to achieve your compliance with the governing documents.

The Association has notified you that in violation of the Association's governing documents, you have commenced construction of and continued to construct a dwelling on your lot which deviates from plans approved by the Na Pali Haweo Architectural Review Committee ("ARC").

At the end of October 2003, you were requested to cease construction of the non-compliant portions of the dwelling until all outstanding issues were resolved. The non-compliant portions of the dwelling include the following: (1) the second floor balcony columns, (2) the front roof section above the garage, (3) any portion of the dwelling which violates the front set back requirements and (4) the interior garage storage (collectively "Non-Compliant Items"). By letter dated January 28, 2004, the Association provided the following notice to you:

<u>**THE ARC REQUIRES THAT ALL CONSTRUCTION ON NON-COMPLIANT PORTIONS OF THE HOME CEASE IMMEDIATELY.**</u>

---

[1]  The Declaration was filed in the Bureau of Conveyances of the State of Hawaii on April 18, 1991 as Document No. 91-049173.



EXHIBIT "U"

Mr. Anthony Grande
Ms. Narindar Grande
March 4, 2004
Page 2

<u>All final plans and solutions must be approved by the ARC before any further work on these areas may proceed.</u>

We are informed that despite such notice, you have proceeded with construction of one or more of the Non-Compliant Items.

Article IV, § 4.1 of the Declaration provides in part:

Any construction or reconstruction of, or the refinishing or alteration of any part of the exterior of, any Improvement upon any Lot is absolutely prohibited until and unless the Owner of such Lot **first obtains the approval therefor from the Architectural Committee** and otherwise complies with all of the provisions of the Design Guidelines and/or this Declaration. The Association may remove any Improvement constructed, reconstructed, refinished, altered or maintained in violation of this Section and the Owner thereof shall reimburse the Association for all expenses incurred in connection therewith. Any Owner proposing to construct or reconstruct, or to refinish or alter the Lot, or any part of the exterior of, any Improvement on or within his Lot, or to perform any work which under this Section requires the prior approval of the Architectural Committee, shall apply to the Architectural Committee for approval.

Article IV, Sections 4.3 and 4.3.4 of the Declaration provide:

4.3   <u>Residential Area: Permitted Uses and Limitations; Construction and Alteration of Improvements:</u> Absolutely **no construction or alteration** of Improvements may be undertaken on a Lot without prior approval of the Architectural Committee pursuant to the Design Guidelines and this Declaration. The following standards and restrictions are applicable to the use of a Lot and any and all Improvements from time to time existing upon any Lot . . .

4.3.4   <u>Improvements, Alterations and Repairs</u>: No Improvement, repair, Excavation, Fill or other work which in any way alters the exterior appearance of any Lot or the Improvements located thereon from its natural or improved state existing on the date such Lot was first conveyed or demised by the Trustees to Owner shall be made or done **without the prior written approval of the Architectural Committee** given pursuant to the provisions of the Design Guidelines and this Declaration, except as specifically authorized herein. All repairs, maintenance and care of the exterior surfaces of Residences and Lots shall be undertaken by Owner in accordance with

Mr. Anthony Grande
~~Ms. Narindar Grande~~
March 4, 2004
Page 3

this Article IV and the standards established in the Design Guidelines and/or Architectural Committee Rules.

Article VI, Paragraph 6.1.1 of the Design Guidelines provides:

By way of illustration, but without limitation, submissions to the Architectural Review Committee for approval are required for the following improvements:

- New construction, reconstruction, alteration or installation including dwellings . . . .

Despite the Association's correspondence to you demanding that you stop work on the Non-Compliant Items, you have failed to do so. Pursuant to Article VI, Section 6.10 and Article XII, Section 12.2.1 of the Declaration, the Association is entitled to enforce the provisions of the Declaration and all costs incurred by it in seeking such enforcement shall be paid by the owner against whom such enforcement is sought. Article VII, Section 7.3 of the Declaration authorizes the Board to levy an assessment against owners whose violations of the governing documents results in monies being spent by the Association, including attorneys' fees and costs. Accordingly, your failure to strictly comply with the provisions of the Declaration and Design Guidelines constitutes grounds for a legal action to be brought against you. The costs of such legal action, including attorneys' fees, shall be your responsibility.

IN LIGHT OF THE FOREGOING, DEMAND IS HEREBY MADE THAT YOU DO AS FOLLOWS:

1. IMMEDIATELY CEASE AND DESIST CONSTRUCTION OF ALL NON-COMPLIANT ITEMS ON THE SUBJECT LOT UNLESS AND UNTIL YOU RECEIVE WRITTEN AUTHORIZATION FROM THE ASSOCIATION TO PROCEED WITH SAID WORK.

2. BY NO LATER THAN MARCH 8, 2004, PROVIDE THIS LAW FIRM WITH WRITTEN CONFIRMATION THAT YOU SHALL COMPLY WITH ALL TERMS AND CONDITIONS OF THIS LETTER.

3. BY NO LATER THAN MARCH 16, 2004, SUBMIT TO THE ARCHITECTURAL REVIEW COMMITTEE PLANS WHICH ADDRESS EACH OF THE ISSUES AND/OR DEFICIENCIES DISCUSSED IN THE JANUARY 28, 2004, LETTER FROM RONALD K. AWA, AIA (EXCLUDING THE FRONT SET BACK ISSUE WHICH IS UNDER CONSIDERATION BY THE BOARD).

Mr. Anthony Grande
~~Ms. Narindar Grande~~
March 4, 2004
Page 4


IN THE EVENT YOU FAIL TO COMPLY WITH THIS LETTER, THE ASSOCIATION MAY DEMAND THAT ANY AND ALL UNAUTHORIZED IMPROVEMENTS BE REMOVED AT YOUR SOLE COST AND EXPENSE. THE ASSOCIATION EXPRESSLY RESERVES, AND NOTHING IN THIS LETTER SHALL BE CONSTRUED TO WAIVE AND/OR IMPAIR, ANY OF THE ASSOCIATION'S RIGHTS UNDER ITS GOVERNING DOCUMENTS AND/OR APPLICABLE LAWS, INCLUDING WITHOUT LIMITATION ANY CLAIM FOR LEGAL FEES AND COSTS IN CONNECTION WITH THIS MATTER.

IN THE EVENT YOU FAIL TO COMPLY WITH THE AFOREMENTIONED DEMANDS, THE ASSOCIATION MAY HAVE NO ALTERNATIVE BUT TO FILE A LAWSUIT AGAINST YOU SEEKING INJUNCTIVE RELIEF, DAMAGES, AND ANY OTHER AVAILABLE REMEDIES.

Very truly yours,

NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

Joyce Y. Neeley
Lance S. Fujisaki

JYN/LSF:etb

cc:   Mr. Anthony Grande and
      Ms. Narindar Grande (via first class mail)

      Dennis J. Hwang, Esq. (via hand-delivery)

      Edward Resh
      Architectural Associates

      Board of Directors
      Na Pali Haweo Community Association
      c/o Mr. Jeff Kloetzel
      Mr. Ken Whitten
      Hawaiiana Management Company, Ltd.

C:\Docs\Na Pali Haweo\Grande\Grande1-fnl.wpd

**RECEIPT**
71627592678140002586

FROM:
Neeley & Anderson
RE:

SEND TO:
Mr. Anthony Grande
Ms. Narindar Grande
501 Hahione Street
Honolulu, HI 96825

FEES:
| | |
|---|---|
| Postage | 0.34 |
| Certified Fee | 1.90 |
| Special Restricted Receipt | 1.50 |
| TOTAL | $ 3.74 |

POSTMARK OR DATE

---

NEELEY & ANDERSON
733 BISHOP STREET, SUITE 2301
HONOLULU, HAWAII 96813

CTJ

Restricted Delivery? (Extra Fee) ☐ Yes
3. Service Type: CERTIFIED
2. Article Number: 7162 7592 6781 4000 2586

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature (☐ Addressee or ☐ Agent) X [signature]
B. Received By: (Please Print Clearly) Anthony C. Grande
C. Date of Delivery
D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor (Please Print Clearly)
Delivery Address
City        State        ZIP + 4 Code

7162 7592 6781 4000 2586

1. Article Addressed To:
MR. ANTHONY GRANDE
MS. NARINDAR GRANDE
501 HAHIONE STREET
HONOLULU, HI 96825