**ARCHITECTURAL ASSOCIATES**

Design and
Architectural Drafting

Renovations
New Custom Homes

March 10, 2004

Edward A. Resh
Architect

To:  Kamehame Ridge (Na Pali Haveo)
     Architectural Review Committee
     c/o Mr. Ron Awa
     1831 Young St.
     Honolulu, HI  96826

Re:  Grande Residence
     Na Pali Haveo, Lot 2A-49
     Attorney's Letter 3-04-04

Dear Ron:

In answer to Item 3, page 3 in the attorney's letter dated above, I have **not** been asked by my client, Mr. Grande, to submit the requested drawings by March 16, 2004.  (See enclosure)


                                          Very truly yours,

                                          Edward A. Resh
                                          Architect


CC:  Jeff Kloetzel
     NEELY & ANDERSON


EXHIBIT "V"

560 N. Nimitz Hwy., Suite 217-A • Mail Box 74 • Honolulu, Hawaii 96817 • (808) 531-1842

03-12-04  14:54   TO:NEELEY & ANDERSON            FROM:1+808+593+9682        P02