



EXHIBIT "AA"