IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai'i non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, <br><br> Defendants. <br><br> ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, <br><br> Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/LEK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon the following attorneys in the manner and on the date indicated below:

| | |
|---|---|
| STEVEN B. JACOBSON, ESQ.<br>P.O. Box 240761<br>Honolulu, HI 96824-0761<br>    Attorney for Defendants<br>    ANTHONY CHARLES GRANDE<br>    and NARINDAR KAUR GRANDE | U.S. Mail |
| STANFORD H. NAKAMOTO, ESQ.<br>Pauahi Tower, Suite #2525<br>1001 Bishop Street<br>Honolulu, Hawai`i 96813<br>    Attorney for GLEN Y. MORIBE and<br>    SANDRA E. MORIBE Plaintiffs in<br>    Moribe, et al. v. Grande et al., Civil No.<br>    04-1-2132-11( First Circuit Court) | HAND DELIVERY<br>(courtesy copy) |
| JOHN D. ZALEWSKI, ESQ.<br>Case Lombardi & Pettit<br>Pacific Guardian Center, Mauka Tower<br>733 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>    Attorney for Counterclaim Defendants<br>    NA PALI HAWEO COMMUNITY ASSOCIATION<br>    and RONALD K. AWA | HAND DELIVERY |

DATED: Honolulu, Hawai`i, April 12, 2006.

/s/ Scott R. Grigsby
_____
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

2