ORIGINAL

Of Counsel:
CASE LOMBARDI & PETTIT

JOHN D. ZALEWSKI    4718
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Phone: (808) 547-5400
Fax: (808) 523-1888
Email: jzalewski@caselombardi.com

Attorneys for Counterclaim Defendants
NA PALI HAWEO COMMUNITY
ASSOCIATION and RONALD K. AWA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 18 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10<br><br>Defendants, | CIVIL NO. 04-00413 DAE/LEK<br><br>NOTICE OF JOINDER AND JOINDER TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED 04/12/06; CERTIFICATE OF SERVICE<br><br>DATE: June 26, 2006<br>TIME: 1:30 p.m.<br>JUDGE: The Honorable David A. Ezra<br><br>Trial Date: December 12, 2006 |

| |
|---|
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>        Counterclaim Plaintiffs,<br><br>vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25<br><br>        Counterclaim Defendants. |

### NOTICE OF JOINDER AND JOINDER TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED 04/12/06

Counterclaim Defendants NA PALI HAWEO COMMUNITY ASSOCIATION and RONALD K. AWA by and through their attorneys, Case Lombardi & Pettit, hereby joins in Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION's Motion For Summary Judgment filed on 04/12/06. This joinder is being filed in accordance with LR 7.9 of the Rules of the United States District Court for the District of Hawaii.

DATED:   Honolulu, Hawaii, April 18, 2006.

                                    _____
                                    JOHN D. ZALEWSKI
                                    Attorney for Counterclaim Defendants
                                    NA PALI HAWEO COMMUNITY
                                    ASSOCIATION and RONALD K. AWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10<br><br>    Defendants, | CIVIL NO. 04-00413 DAE/LEK<br><br>CERTIFICATE OF SERVICE |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>    vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCITIATION; RONALD K. AWA; and DOES 1-25<br><br>    Counterclaim Defendants | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served on the following parties in the following manner and on the date indicated below:

|  |  |
|---|---|
| STEVEN B. JACOBSON, ESQ.<br>P.O. Box 240761<br>Honolulu, Hawaii 96824-0761<br><br>Attorneys for Defendants<br>ANTHONY CHARLES GRANDE<br>And NARINDAR KAUR GRANDE | U.S. Mail |
| JOYCE Y. NEELEY, ESQ.<br>LANCE FUJISAKI, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2301<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>NA PALI HAWEO COMMUNITY ASSOCIATION | Hand Delivery |

DATED:   Honolulu, Hawaii, April 18, 2006.

_____
JOHN D. ZALEWSKI
Attorney for Counterclaim Defendants
NA PALI HAWEO COMMUNITY
ASSOCIATION and RONALD K AWA