NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY        (3134-O)
(JNeeley@neeley-anderson.com)
PHILIP L. LAHNE        (3709-O)
LANCE S. FUJISAKI      (4224-O)
SCOTT R. GRIGSBY       (6673-O)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i 96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

X:\NaPaliHaweo\Grande\Usdc PLEADINGS\ERRATA-drf.wpd

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 0 2006

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs, | CIVIL NO. CV04-00413 DAE/LEK (Injunctive Relief)<br><br>ERRATA SUPPLEMENTING PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT, FILED ON APRIL 12, 2006<br><br>DATE: June 26, 2006<br>TIME: 10:30 a.m.<br>JUDGE: Honorable David A. Ezra<br><br>TRIAL: December 12, 2006 |

|  |  |
|---|---|
| vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>    Counterclaim Defendants. |  |

ERRATA SUPPLEMENTING PLAINTIFF NA PALI HAWEO
COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY
JUDGMENT, FILED ON APRIL 12, 2006

On April 12, 2006, Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION, by and through its Attorneys, NEELEY & ANDERSON LLP A Limited Liability Law Partnership, filed a Motion for Summary Judgment. Attached to the Motion for Summary Judgment was the Affidavit of Ronald K. Awa. Due to a clerical error, paragraph number 10 was omitted from Mr. Awa's affidavit. Paragraph number 10 states:

> 10. Attached to the Association's Motion as Exhibit "M" is a true and accurate copy of a sketch given to the ARC by Resh dated September 29, 2003, regarding Resh's representation of the building envelope encroachment.

DATED: Honolulu, Hawai'i, April 20, 2006

                                      */s/ Scott R Grigsby*
                                      JOYCE Y. NEELEY
                                      LANCE S. FUJISAKI
                                      SCOTT R. GRIGSBY
                                      Attorneys for Plaintiff
                                      NA PALI HAWEO COMMUNITY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai'i non-profit corporation, | CIVIL NO. CV04-00413 DAE/LEK |
| | CERTIFICATE OF SERVICE |
| Plaintiff, | |
| vs. | |
| ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, | |
| Defendants. | |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, | |
| Counterclaim Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon the following attorneys in the manner and on the date indicated below:

| | |
|---|---|
| STEVEN B. JACOBSON, ESQ.<br>P.O. Box 240761<br>Honolulu, HI 96824-0761<br>    Attorney for Defendants<br>    ANTHONY CHARLES GRANDE<br>    and NARINDAR KAUR GRANDE | U.S. Mail |
| JOHN D. ZALEWSKI, ESQ.<br>Case Lombardi & Pettit<br>Pacific Guardian Center, Mauka Tower<br>733 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>    Attorney for Counterclaim Defendants<br>    NA PALI HAWEO COMMUNITY ASSOCIATION<br>    and RONALD K. AWA | HAND DELIVERY |

DATED: Honolulu, Hawai'i, April 20, 2006

_/s/ Scott R Grigsby_
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY
ASSOCIATION

2