## Steven B. Jacobson, AAL, ALLLC

**From:** "Steven B. Jacobson, AAL, ALLLC" <sjacobson.law@hawaiiantel.net>
**To:** "Lance Fujisaki" <LFujisaki@neeley-anderson.com>
**Cc:** "John Zalewski" <JDZ@casebigelow.com>
**Sent:** Monday, April 24, 2006 8:47 PM
**Subject:** Na Pali Haweo Comm. Assoc. v. Grande et al.

Lance,

We're going to need more time to respond to your client's discovery requests. Mrs. Grande's sister died (about her same age), and she and Mr. Grande have had to go from Florida to Singapore for the funeral and to make family arrangements.

Would a 20 day extension to respond be ok?

Steve Jacobson

EXHIBIT 1