## Steven B. Jacobson, AAL, ALLLC

**From:**      "Steven B. Jacobson, AAL, ALLLC" <sjacobson.law@hawaiiantel.net>
**To:**        "Lance Fujisaki" <LFujisaki@neeley-anderson.com>
**Cc:**        "John Zalewski" <JDZ@caselombardi.com>
**Sent:**      Friday, April 28, 2006 11:45 AM
**Subject:**   Fw: NPH Grande - Extension of time re interrogatories

The "etc." refers to the frame color and the fence around the air conditioner.

I should have asked about the as-built plans which have been submitted as well.

----- Original Message -----
**From:** Steven B. Jacobson, AAL, ALLLC
**To:** Lance S. Fujisaki
**Cc:** John Zalewski
**Sent:** Friday, April 28, 2006 11:29 AM
**Subject:** Re: NPH Grande - Extension of time re interrogatories

Lance,

Thanks. That may work with some modifications. We'll need, for example, to see your documents too.

Do you know the status of the ARC's examination of the proposed revision of the front wall, etc.?

Are you really going to maintain that the skylights, vents, etc., weren't fixed during the winter?

Steve

----- Original Message -----
**From:** Lance S. Fujisaki
**To:** Steve Jacobson
**Cc:** John Zalewski
**Sent:** Thursday, April 27, 2006 1:09 PM
**Subject:** NPH Grande - Extension of time re interrogatories

Dear Steve:

You have requested an extension of time to respond to the Association's request for answers to interrogatories. Responses are currently due on May 1, 2006.

The Association proposes that the parties agree and stipulate as follows:

1. Deadline for response to interrogatories to Grandes shall be extended to **May 15, 2006**. The Grandes must also produce all non-privileged documents that are responsive to the Association's First Request for Production of Documents on or before **May 15, 2006**.

2. The Association's disclosures under Rule 26(a)(2) regarding the Complaint shall be extended from June 9, 2006, to **July 7, 2006**.*

3. The Grandes' disclosures under Rule 26(a)(2) shall be extended from July 12, 2006, to **August 9, 2006**.

4. The Association's disclosure under Rule 26(a)(2) regarding the Counterclaim shall be extended from July 12, 2006, to **August 9, 2006**.

5. The Grandes shall execute the Stipulation re Rule 26(a)(1) pretrial disclosures sent to you on March 17, 2006.

EXHIBIT 2

*We are proposing to extend the deadline for Rule 26(a)(2) disclosures until after the June 26, 2006, hearing on the motion for summary judgment as the motion may resolve all or a portion of this case. This will help to minimize the attorneys' fees and costs incurred.

Thank you for your attention to this matter.

Lance S. Fujisaki

Neeley & Anderson LLP
A Limited Liability Law Partnership
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

==========================================================
CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail and destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.385 / Virus Database: 268.5.1/326 - Release Date: 4/27/2006