IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>    Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>    Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE |

14

15

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on this date by first-class United States mail, postage prepaid, upon the above-noticed counsel.

DATED: Honolulu, Hawaii, May 1, 2006.

>STEVEN B. JACOBSON
>Attorney at Law
>A Limited Liability Law Company
>
>_____
>STEVEN B. JACOBSON
>Attorneys for Defendants
>and Counterclaim Plaintiffs

15