ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814
Facsimile: (808) 377-1814

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 03 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>   Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>   Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>   Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE FOR (1) DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF and (2) DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST SET OF INTERROGATORIES TO PLAINTIFF |

ASSOCIATION; RONALD K.
AWA; and DOES 1-25,

Counterclaim Defendants

CERTIFICATE OF SERVICE FOR (1) DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF
and (2) DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

The undersigned hereby certifies that copies of (1) DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF and (2) DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST SET OF INTERROGATORIES TO PLAINTIFF were served today by hand delivery upon the following:

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI 96813
Attorneys for Counterclaim Defendants

JOYCE Y. NEELEY, ESQ. (two copies)
LANCE S. FUJISAKI, ESQ.
Neeley & Anderson
733 Bishop Street, Suite 2301
Honolulu, Hawai'i 96813
Attorneys for Plaintiff and Counterclaim Defendant
Na Pali Haweo Community Association

DATED: Honolulu, Hawaii, May 3, 2006.

        STEVEN B. JACOBSON
        Attorney at Law
        A Limited Liability Law Company

_____
STEVEN B. JACOBSON
Attorneys for Defendants