ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON    4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814
Facsimile: (808) 377-1814

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 01 2006

at 7 o'clock and 16 min. P M
SUE BEITIA, CLERK

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE FOR (1) FIRST RESPONSES OF DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE TO PLAINTIFFS' FIRST REQUESTS FOR ANSWERS TO INTERROGATORIES and (2) FIRST RESPONSES OF DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS |

ASSOCIATION; RONALD K. AWA; and DOES 1-25,

        Counterclaim Defendants

## CERTIFICATE OF SERVICE FOR (1) FIRST RESPONSES OF DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE TO PLAINTIFFS' FIRST REQUESTS FOR ANSWERS TO INTERROGATORIES and (2) FIRST RESPONSES OF DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

The undersigned hereby certifies that copies of the (1) FIRST RESPONSES OF DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE TO PLAINTIFFS' FIRST REQUESTS FOR ANSWERS TO INTERROGATORIES and (2) FIRST RESPONSES OF DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS were served today by first-class United States mail, postage prepaid, upon the following:

    JOHN D. ZALEWSKI, ESQ.
    Case Lombardi & Pettit
    737 Bishop Street, Suite 2600
    Honolulu, HI  96813
    Attorneys for Counterclaim Defendants

LANCE S. FUJISAKI, ESQ.
Neeley & Anderson
733 Bishop Street, Suite 2301
Honolulu, Hawai'i 96813
Attorneys for Plaintiff and Counterclaim Defendant
Na Pali Haweo Community Association

DATED: Honolulu, Hawaii, May 1, 2006.

                                         STEVEN B. JACOBSON
                                         Attorney at Law
                                         A Limited Liability Law Company

                                         STEVEN B. JACOBSON
                                         Attorneys for Defendants