ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON       4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814
Facsimile:  (808) 377-1814

Attorneys for Defendants Anthony Charles
Grande and Narindar Kaur Grande

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

MAY 0 2 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY | CIVIL NO. CV04-00413-DAE LEK<br><br>ORDER GRANTING EX PARTE MOTION OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY GRANDE AND NARINDAR GRANDE FOR ~~THIRTY-DAY~~ EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND DOCUMENT PRODUCTION REQUEST |



ASSOCIATION; RONALD K.
AWA; and DOES 1-25,

      Counterclaim Defendants.

## ORDER GRANTING EX PARTE MOTION OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY GRANDE AND NARINDAR GRANDE FOR ~~THIRTY DAY~~ EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND DOCUMENT PRODUCTION REQUEST

Upon consideration of the Ex Parte Motion of Defendants and Counterclaim Defendants Anthony Grande and Narindar Grande for Thirty Day Extension of Time to Respond to Plaintiff's Interrogatories and Document Production Request, and good cause appearing therefor, IT IS HEREBY ORDERED that said motion is GRANTED, and that the date by which Defendants Anthony Grande and Narindar Grande must respond to (1) Plaintiff's First Request for Answers to Interrogatories to Defendant Narindar Kaur Grande, (2) Plaintiff's First Request for Answers to Interrogatories to Defendant Anthony Charles Grande, and (3) Plaintiff's Request for Production of Documents and Things to Defendants Anthony Charles Grande and Narindar Kaur Grande is extended from Monday, May

/

/

/

/

1, 2006, to Wednesday, May ~~31~~ 10, 2006.

DATED: Honolulu, Hawai‘i, 5/4/06.

_____
UNITED STATES
MAGISTRATE JUDGE

3