ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON     4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814
Facsimile:  (808) 377-1814

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2006

at 9 o'clock and 45 min. ᴘM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE FOR (1) FIRST SUPPLEMENTAL RESPONSES OF DEFENDANT ANTHONY CHARLES GRANDE TO PLAINTIFFS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES and (2) FIRST SUPPLEMENTAL RESPONSES OF DEFENDANT NARINDAR KAUR GRANDE TO PLAINTIFFS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES |

ASSOCIATION; RONALD K.
AWA; and DOES 1-25,

        Counterclaim Defendants

CERTIFICATE OF SERVICE FOR (1) FIRST SUPPLEMENTAL RESPONSES OF DEFENDANT ANTHONY CHARLES GRANDE TO PLAINTIFFS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES and (2) FIRST SUPPLEMENTAL RESPONSES OF DEFENDANT NARINDAR KAUR GRANDE TO PLAINTIFFS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES

The undersigned hereby certifies that copies of the (1) FIRST SUPPLEMENTAL RESPONSES OF DEFENDANT ANTHONY CHARLES GRANDE TO PLAINTIFFS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES and (2) FIRST SUPPLEMENTAL RESPONSES OF DEFENDANT NARINDAR KAUR GRANDE TO PLAINTIFFS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES were served today by first-class United States mail, postage prepaid, upon the following:

    JOHN D. ZALEWSKI, ESQ.
    Case Lombardi & Pettit
    737 Bishop Street, Suite 2600
    Honolulu, HI  96813
    Attorneys for Counterclaim Defendants (one copy)

    LANCE S. FUJISAKI, ESQ.
    Neeley & Anderson
    733 Bishop Street, Suite 2301
    Honolulu, Hawai'i  96813
    Attorneys for Plaintiff and Counterclaim Defendant
    Na Pali Haweo Community Association (two copies)

DATED: Honolulu, Hawaii, May 10, 2006.

                                        STEVEN B. JACOBSON
                                        Attorney at Law
                                        A Limited Liability Law Company

                                        STEVEN B. JACOBSON
                                        Attorneys for Defendants