

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 2 2006

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

STEVEN B. JACOBSON,
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON     4117-0
  (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814
Facsimile: (808) 377-1814

Attorneys for Defendants Anthony Charles
Grande and Narindar Kaur Grande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. | CIVIL NO. CV04-00413-DAE LEK<br><br>MOTION FOR JOINDER OF ADDITIONAL PARTIES; MEMORANDUM IN SUPPORT OF MOTION; EXHIBIT; CERTIFICATE OF SERVICE |

AWA; and DOES 1-25,

      Counterclaim Defendants.

## MOTION FOR JOINDER OF ADDITIONAL PARTIES

Defendants Anthony Grande and Narindar Grande (collectively "Grandes") hereby move for an Order of the Court joining Brandt Homes, Incorporated, and Jeffrey A. Brandt, as parties to this action, and permitting service of a third-party complaint in the form of the attached exhibit upon them.

This motion is made pursuant to Rules 1, 7(b)(1), 14(a), 19(a) and 21 of the Federal Rules of Civil Procedure, and Local Rule 7. It is based upon the following memorandum and exhibit, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawai'i, May 12, 2006.

                                STEVEN B. JACOBSON
                                Attorney at Law
                                A Limited Liability Law Company

                                STEVEN B. JACOBSON
                                Attorneys for Defendants