IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>MEMORANDUM IN SUPPORT OF MOTION |

MEMORANDUM IN SUPPORT OF MOTION

This action has been brought by Plaintiff Na Pali Haweo Community Association ("Association") against two of its members, Mr. and Mrs. Grande ("Grandes"), alleging that a largely-constructed dwelling on their

3

property at 1251 Kamehame Drive, Honolulu, in the Na Pali Haweo Subdivision, is in alleged violation of certain allegedly required Design Guidelines. (Complaint, para. 1-3, 5-25) The Association's Complaint seeks, *inter alia*, an injunction compelling compliance with the alleged Design Guidelines and damages. (Complaint, prayer)

Grandes do not believe the dwelling is in violation of any enforceable Design Guideline as properly interpreted. Grandes believe that their contractors' slight deviations from the architectural plans provided for the construction are immaterial, and that the Association's Complaint is without merit.

However, in the event the Court rules otherwise, and the Court further determines that the Association is entitled to relief, Grandes' contractor should, in turn, be liable to them for all such relief, for deviating from the architectural plans provided for the construction.

Grandes therefore move for joinder of their contractor as a Third-Party Defendant, and for leave to file a Third-Party Complaint, in the form of Exhibit A hereto.

If their contractor is not joined as a party, Grandes are subject to the risk of bearing inconsistent obligations, *i.e.*, of being required to pay the

4

contractor for work which this Court determines to be materially inconsistent with the plans provided to the contractor.

WHEREFORE, Defendants' motion for joinder should be granted.

DATED: Honolulu, Hawai'i, May 12, 2006.

           STEVEN B. JACOBSON
           Attorney at Law
           A Limited Liability Law Company

           _____
           STEVEN B. JACOBSON
           Attorneys for Defendants