IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>          Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>          Counterclaim Plaintiffs,<br><br>     v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>          Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>THIRD-PARTY COMPLAINT |

## THIRD-PARTY COMPLAINT

Third-Party Plaintiffs Anthony Charles Grande and Narindar Kaur Grande allege as follows:

EXHIBIT

6

1. Third-Party Plaintiffs are the owners of the real property in the City and County of Honolulu bearing TMK No. (1)-3-9-107-039.

2. Third-Party Defendant Brandt Homes, Incorporated ("Brandt Homes") is a Hawaii corporation which did and does business within the City and County of Honolulu.

3. Third-Party Defendant Jeffrey A. Brandt ("Brandt") is a resident of the City and County of Honolulu and President of Brandt Homes. Brandt is a licensed Hawaii contractor.

4. Third-Party Plaintiffs and Brandt Homes entered into a contract whereby Brandt Homes was to construct a home on their property. Brandt was to be the contractor-licensee responsible for the construction.

5. Third-Party Plaintiffs have been sued by the Na Pali Haweo Community Association ("Association"), which alleges that aspects of those parts of the construction of their home performed by Brandt, Brandt Homes and/or its subcontractors violate aspects of the Association's Design Guidelines, in ways that deviate from the architectural plans provided to Brandt and Brandt Homes for their use in constructing their home. Brandt and Brandt Homes also failed to complete the construction.

6. Third-Party Plaintiffs do not believe that the construction violates enforceable aspects of the Association's Design Guidelines, and that Brandt

Homes' and Brandt's deviations from the architectural plans provided for their use are and should be deemed immaterial.

7. If, however, the Court rules otherwise, Brandt Homes and Brandt Homes should be responsible for making any required alterations to Third-Party Plaintiffs' home, and for paying any damages, costs, fees, etc., which are assessed.

8. Brandt Homes and Brandt are liable to Third-Party Plaintiffs for all damages they have incurred and will occur as a result of their failure to complete the construction and their deviations from the plans provided, for their fees and costs incurred in defending against the Associations' claims, for their fees and costs incurred in defending a related lawsuit brought against them by Glen and Sandra Moribe, and for their fees and costs incurred in the prosecution of this Third-Party Complaint.

WHEREFORE, Third-Party Plaintiffs pray as follows:

1. For an determination that if the Court determines that if Third-Party Plaintiffs' home materially violates enforceable aspects of the Association's Design Guidelines, and that the Association is entitled to relief, Brandt Homes and Brandt are responsible for making any required alterations, and for paying any damages, costs, fees, etc., which are assessed.

2.  For a determination that Brandt Homes and Brandt are liable to Third-Party Plaintiffs for all damages they have incurred and will occur as a result of their failure to complete the construction and their deviations from the plans provided, for Third-Party Plaintiffs' fees and costs incurred in defending against the Associations' claims, for Third-Party Plaintiffs' fees and costs incurred in defending a related lawsuit brought against them by Glen and Sandra Moribe, and for Third-Party Plaintiffs' fees and costs incurred in the prosecution of this Third-Party Complaint.

3.  For such other and further relief as the Court may deem just and proper.

DATED:  Honolulu, Hawaii, _____.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

_____
STEVEN B. JACOBSON
Attorneys for Defendants and
Third-Party Plaintiffs