IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai‘i non-profit corporation,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>　　Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　Counterclaim Plaintiffs,<br><br>　　vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>　　Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon the following attorneys in the manner and on the date indicated below:

    STEVEN B. JACOBSON, ESQ.    U.S. Mail
    P.O. Box 240761
    Honolulu, HI 96824-0761
        Attorney for Defendants
        ANTHONY CHARLES GRANDE
        and NARINDAR KAUR GRANDE

    JOHN D. ZALEWSKI, ESQ.    HAND DELIVERY
    Case Lombardi & Pettit
    Pacific Guardian Center, Mauka Tower
    733 Bishop Street, Suite 2600
    Honolulu, HI 96813
        Attorney for Counterclaim Defendants
        NA PALI HAWEO COMMUNITY ASSOCIATION
        and RONALD K. AWA

DATED: Honolulu, Hawai'i, May 26, 2006

*/s/ Scott R. Grigsby*
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION