IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>　　　　Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>　　　　Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>DECLARATION OF STEVEN B. JACOBSON |

DECLARATION OF STEVEN B. JACOBSON

STEVEN B. JACOBSON declares as follows:

6

1. I am an attorney admitted to practice before this Court, and counsel for Mr. and Mrs. Grande in this and other actions. I have personal knowledge of the facts in this Declaration, and could and would competently testify to them if called as a witness.

2. Exhibit 1 hereto is a true and correct copy of a document executed on behalf of the Association and others in the Court's chambers in September 2005.

3. Exhibit 2 hereto is a true and correct copy of a document Mr. Fujisaki's office emailed to me on May 31, 2006.

4. Exhibit 3 hereto is a true and correct copy of a document I received in the US mail on June 3, 2006.

5. Exhibit 4 hereto is a true and correct copy of a document I received in the US mail from Mr. Nakamoto's office. Mandatory judicial notice is requested.

6. I have been to the site of Grandes' home several times during the past weeks, most recently yesterday. The previous panoramic view from Moribes' and Grandes' homes, from the mountains to Koko Head, with ocean views from ewa of Diamond Head to Koko Head, has been blocked by new homes built on previously vacant lots across the street on the other side of Kamehame Drive.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of June, 2006, at Honolulu, Hawaii.

_____
STEVEN B. JACOBSON
Attorneys for Defendants

8