```
                                            1ST CIRCUIT COURT
                                            STATE OF HAWAII
                                                 FILED

STANFORD H. NAKAMOTO, ESQ #2757             2006 FEB 21 PM 2:59
Pauahi Tower, Suite 2525
1001 Bishop Street
Honolulu, HI 96813                              M.N. TANAKA
Tel. 521-7465                                      CLERK
```

Attorney for Plaintiffs

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| GLEN Y. MORIBE and SANDRA E. MORIBE, | ) CIVIL NO. 04-1-2132-11 (GWBC)<br>) (Other Civil Action)<br>) |
| Plaintiffs, | ) STIPULATION TO DISMISS ALL<br>) CLAIMS AND ALL PARTIES |
| vs. | ) WITHOUT PREJUDICE<br>) |
| ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation; HAWAIIANA MANAGEMNT COMPANY, LTD.; EDWARD A. RESH, doing business as ARCHITECTURAL ASSOCIATES; BRANDT HOMES INCORPORATED; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMANTAL UNITS 1-10, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) (No Trial Date) |

### STIPULATION TO DISMISS ALL CLAIMS AND ALL PARTIES WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and through all parties appearing herein, pursuant to Rules 41(a)(1)(B) of the Hawaii Rules of Civil Procedure, that the Complaint

EXHIBIT 4

filed herein on November 16, 2004, be dismissed without prejudice. Each party shall be responsible for their own attorney's fees and costs.

There are no remaining claims or parties.

DATED: Honolulu, Hawaii, FEB 13 2006

_____
STANFORD H. NAKAMOTO, ESQ
Attorney for Plaintiffs

_____
STEVEN B. JACOBSON, ESQ
Attorney for Defendants ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE

_____
JOHN D. ZALEWSKI, ESQ.
Attorney for Defendants HAWAIIANA MANAGEMENT CO., LTD. and NA PALI HAWEO COMMUNITY ASSOCIATION

_____
CID H. INOUYE, ESQ.
Attorney for Defendant BRANDT HOMES INCORPORATED

_____
BLAKE W. BUSHNELL, ESQ.
Attorney for Defendant EDWARD A. RESH dba ARCHITECTURAL ASSOCIATES

2