IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>　　　　Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>　　　　Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing were served today by hand-delivery or first-class United States mail, postage prepaid, upon the following:

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI 96813
Attorneys for Counterclaim Defendants

LANCE S. FUJISAKI, ESQ.
Neeley & Anderson
733 Bishop Street, Suite 2301
Honolulu, Hawai'i 96813
Attorneys for Plaintiff and Counterclaim Defendant
Na Pali Haweo Community Association

DATED: Honolulu, Hawaii, June 5, 2006.

        STEVEN B. JACOBSON
        Attorney at Law
        A Limited Liability Law Company

        STEVEN B. JACOBSON
        Attorneys for Defendants