ORIGINAL

NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY      (3134-O)
(JNeeley@neeley-anderson.com)
PHILIP L. LAHNE      (3709-O)
LANCE S. FUJISAKI    (4224-O)
SCOTT R. GRIGSBY     (6673-O)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i 96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 5 2006

at /0 o'clock and 40 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants. | CIVIL NO. CV04-00413 DAE/LEK<br>(Injunctive Relief)<br><br>CERTIFICATE OF SERVICE RE: 1) PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S RESPONSE TO DEFENDANTS AND COUNTERCLAIM PLAINTIFF'S ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, AND 2) PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S RESPONSE TO DEFENDANTS AND COUNTERCLAIM PLAINTIFFS |

|  |  |
|---|---|
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>Counterclaim Defendants. | ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST SET OF INTERROGATORIES TO PLAINTIFF |

## CERTIFICATE OF SERVICE
### RE: 1) PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S RESPONSE TO DEFENDANTS AND COUNTERCLAIM PLAINTIFF'S ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, AND 2) PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S RESPONSE TO DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY CHARLES GRANDE NARINDAR KAUR GRANDE'S FIRST SET OF <u>INTERROGATORIES TO PLAINTIFF</u>

The undersigned hereby certifies that a copy of the Subpoena was duly served upon the following parties at their last known addresses by U.S. Mail on June 2, 2006.

        STEVEN B. JACOBSON, ESQ.
        P.O. Box 240761
        Honolulu, Hawaii 96824-0761
            Attorney for Defendants
            ANTHONY CHARLES GRANDE
            and NARINDAR KAUR GRANDE

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
Pacific Guardian Center, Suite 2600
737 Bishop Street
Honolulu, Hawaii 96813
    Attorney for Counterclaim Defendants
    NA PALI HAWEO COMMUNITY ASSOCIATION


DATED: Honolulu, Hawai'i, <u>June 2, 2006</u>.


_____
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY
ASSOCIATION