# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

06/06/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00413DAE-LEK |
| CASE NAME: | Na Pali Haweo Community Association, a Hawaii non-profit corporation vs. Anthony Charles Grande, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 06/06/2006 | TIME: | |

COURT ACTION:  EO: Court Orders the following:

Initial Disclosures are due 6/13/06.

Simultaneous Discovery Letter Briefs are due 6/9/06 by 4:00 p.m.  Letter Briefs are limited to 3 to 5 pages including exhibits.  Briefs may be faxed directly to Magistrate Judge Leslie E. Kobayashi's chambers at 541-1386.  Any faxed letter brief must be followed up with a hard copy hand delivered.

Status Conference/Discovery Conference set for 6/16/06 at 9:00 to follow hearing on Motion for Joinder.

Status Conference set for 6/9/06 at 9:00 is Vacated.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager