ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
  (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814
Facsimile:  (808) 377-1814

Attorneys for Defendants Anthony Charles
Grande and Narindar Kaur Grande

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 8 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>    Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>NA PALI HAWAO COMMUNITY | CIVIL NO. CV04-00413-DAE LEK<br><br>NOTICE OF MOTION; EX PARTE MOTION OF DEFENDANTS ANTHONY GRANDE AND NARINDAR GRANDE FOR LEAVE TO FILE A CONCISE STATEMENT IN EXCESS OF FIVE PAGES AND 1500 WORDS; DECLARATION OF STEVEN B. JACOBSON; CERTIFICATE OF SERVICE |

ASSOCIATION; RONALD K.
AWA; and DOES 1-25,

      Counterclaim Defendants.

## NOTICE OF MOTION

TO:   JOYCE Y. NEELEY, ESQ.
       LANCE S. FUJISAKI, ESQ.
       Neeley & Anderson LLP
       733 Bishop Street, Suite 2301
       Honolulu, Hawai‘i  96813

       Attorneys for Plaintiff and Counterclaim Defendant
       Na Pali Haweo Community Association

       JOHN D. ZALEWSKI, ESQ.
       Case, Bigelow & Lombardi
       737 Bishop Street, Suite 2600
       Honolulu, HI  96813

       Attorneys for Plaintiff and Counterclaim Defendants
       Na Pali Haweo Community Association and Ronald K. Awa

       PLEASE TAKE NOTICE that the following ex parte motion has been

lodged with the Court.

       DATED:  Honolulu, Hawai‘i, June 8, 2006.

                         STEVEN B. JACOBSON
                         Attorney at Law
                         A Limited Liability Law Company

                         STEVEN B. JACOBSON
                         Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>       Defendants.<br><br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>       Counterclaim Plaintiffs,<br><br>   v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>       Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>EX PARTE MOTION OF DEFENDANTS ANTHONY GRANDE AND NARINDAR GRANDE FOR LEAVE TO FILE A CONCISE STATEMENT IN EXCESS OF FIVE PAGES AND 1500 WORDS |

## EX PARTE MOTION OF DEFENDANTS ANTHONY GRANDE AND NARINDAR GRANDE FOR LEAVE TO FILE A CONCISE STATEMENT IN EXCESS OF FIVE PAGES AND 1500 WORDS

Defendants Anthony Grande and Narindar Grande (Grandes) hereby move for leave to file their concise statement in support of their Counter-Motion for Summary Judgment, lodged concurrently herewith, which exceeds five pages and 1500 words.

This motion is made pursuant to FRCP 7(b) and Local Rules 7 and 56.1. It is based upon the attached Declaration, the documents lodged concurrently herewith, and such other and further evidence and argument as may subsequently be presented.

DATED:  Honolulu, Hawai'i, June 8, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON
Attorneys for Defendants