IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>      Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>      Counterclaim Plaintiffs,<br><br>   v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>      Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>DECLARATION OF STEVEN B. JACOBSON |

DECLARATION OF STEVEN B. JACOBSON

Steven B. Jacobson declares as follows:

1.	I am an attorney licensed to practice before this Court, and counsel of record for Mr. and Mrs. Grande in this action. I have personal knowledge of the facts in this Declaration.

2.	This is an extraordinarily fact-centered case. The plaintiff Association has accused Mr. and Mrs. Grande with twenty-two purported "violations" of purported Association regulations. (See Association Ex. T, filed April 12, 2006) Most have separate and distinct facts relating to them. There are also questions of whether the Association has complied with its own regulations and prelitigation requirements. It is impossible to present all of the facts essential to Mr. and Mrs. Grande's counter-motion for summary judgment within the usual number of pages and words provided in the Local Rules.

3.	On the other hand, because the case is so fact centered, Grandes' supporting memorandum is well below the maximum number of pages or words allowed under the Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of June, 2006, at Honolulu, Hawaii.

_____
STEVEN B. JACOBSON

6