IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>    Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>    Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF COMPLIANCE |

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing concise statement contains no more than 1500 words, specifically 1214 words, according to the word count of the word processing system used to produce it.

DATED: Honolulu, Hawai'i, June 8, 2006.

        STEVEN B. JACOBSON
        Attorney at Law
        A Limited Liability Law Company

        _____
        STEVEN B. JACOBSON
        Attorneys for Defendants