ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

Attorneys for Defendants Anthony
and Narindar Kaur Grande

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 8 2006

at ___o'clock and ___min.___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE LEK<br><br>DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATIONS OF JAMES I. NISHIMOTO, JEFF KLOETZEL and RONALD K. AWA; CERTIFICATE OF SERVICE<br><br>Date:  June 26, 2006<br>Time:  9:00 a.m.<br>Judge:  Hon. David Alan Ezra |

1

|                                    |
| ---------------------------------- |
| Counterclaim Defendants.           |

## DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATIONS OF JAMES I. NISHIMOTO, JEFF KLOETZEL and RONALD K. AWA

Defendants Anthony and Narindar Kaur Grande hereby object to the below-described portions of the Declarations of James I. Nishimoto, Jeff Kloetzel and Ronald K. Awa, and move that they be stricken.

Under FRCP Rule 56(e), declarations supporting a summary judgment motion:

"shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith."

Key portions of the declarations submitted by the Plaintiff Association fail to meet these elementary and essential requirements, as detailed below.