## NISHIMOTO DECLARATION

| | |
|---|---|
| 1-2. "I . . . have been retained . . . as an expert witness . . . ." "I make this Affidavit on . . . information." | Not qualified as an expert. Lack of foundation and personal knowledge. |
| 3. "I have inspected . . . ." | Vague and ambiguous as to date. Relevance as apparent date was over a year ago. |
| 4. "Attached . . . is . . . April 1, 2005." | Not qualified as an expert. Relevance as dated over a year ago. Compound. |
| 5. ". . . true and accurate photographs . . . which fairly and accurately depict the Defendants' Property." | As of when? Vague and ambiguous as to date. Relevance as apparent date was over a year ago. Lack of personal knowledge. |
| 6. ". . . which accurately depict the Defendants' Property." "Attachment 2 . . . on February 22, 2005." | As of when? Vague and ambiguous as to date. Relevance as apparent date was over a year ago. Lack of personal knowledge. Double lack of expert qualification. Hearsay. |
| 7. "My inspection . . . revealed violations . . . of Design Guidelines and/or deviations from the approved drawings submitted as part of the Design Review Submittal Process." | Not qualified as an expert. Legal conclusions. Lack of foundation. Lack of personal knowledge. Best evidence rule, hearsay, conclusory. Relevance as date was over a year ago. |

| | |
|---|---|
| 7A. . . . "the required twenty-foot setback area." | Contradicted by Ex. D-3. Not qualified as an expert. Legal conclusions. Lack of foundation. Lack of personal knowledge. Best evidence rule, hearsay, conclusory. Relevance as date was over a year ago. |
| 7B. "The Dwelling encroaches into the front setback building envelope . . . ." | Contradicted by Ex. D-3. Not qualified as an expert. Legal conclusions. Lack of foundation. Lack of personal knowledge. Best evidence rule, hearsay, conclusory. Relevance as date was over a year ago. |
| 7C. "Two skylights are . . . ." | Relevance as date was over a year ago. Not qualified as an expert. Legal conclusions. Lack of foundation. Lack of personal knowledge. Best evidence rule, hearsay, conclusory. Vague and ambiguous as to what supposedly was violated. |
| 7D. "Air conditioning equipment is . . . ." | Relevance as date was over a year ago. Not qualified as an expert. Legal conclusions. Lack of foundation. Lack of personal knowledge. Best evidence rule, hearsay, conclusory. Vague and ambiguous as to what supposedly is/was violated. |

4

| | |
|---|---|
| 7E. "Roof exhaust vents (two) are . . . ." | Relevance as date was over a year ago. Not qualified as an expert. Legal conclusions. Lack of foundation. Lack of personal knowledge. Best evidence rule, hearsay, conclusory. Vague and ambiguous as to what supposedly is/was violated. |
| 7F. "A sliding garage gate is missing . . . ." | Relevance as date was over a year ago. Not qualified as an expert. Legal conclusions. Lack of foundation. Lack of personal knowledge. Best evidence rule, hearsay, conclusory. |
| 7G. "Front entry light fixtures . . . have exposed bulbs . . . ." | Relevance as date was over a year ago. Not qualified as an expert. Legal conclusions. Lack of foundation. Lack of personal knowledge. Best evidence rule, hearsay, conclusory. Vague and ambiguous as to what supposedly is/was violated. |
| 7H. "Portions of the garden wall exceed . . . ." | Relevance as date was over a year ago. Not qualified as an expert. Legal conclusions. Lack of foundation. Lack of personal knowledge. Best evidence rule, hearsay, conclusory. |

5

| | |
|---|---|
| 7I. "Exterior fenestrations have been modified . . . ." | Relevance as date was over a year ago. Not qualified as an expert. Legal conclusions. Lack of foundation. Lack of personal knowledge. Best evidence rule, hearsay, conclusory. |
| 7J. "The enclosed storage space within the garage, as required . . . is not . . . ." | Relevance as date was over a year ago. Not qualified as an expert. Legal conclusions. Lack of foundation. Lack of personal knowledge. Best evidence rule, hearsay, conclusory. |
| 7K. "The concrete pad in the trash area . . . is missing as noted by . . . Mike Miyabara . . . ." | Relevance as date was over a year ago. Not qualified as an expert. Legal conclusions. Lack of foundation. Best evidence rule, hearsay, conclusory. Lack of personal knowledge. False (it's been there for years). |