## KLOETZEL DECLARATION

1. . . . "I make this Affidavit based on . . . information."

Lack of personal knowledge as to the entire declaration.

8. "Exhibit I . . . requesting . . . ."

Best evidence rule. Hearsay description of a document's contents.

13. . . . "in 2003 the Association received . . . ." ". . .then in the initial stages of construction . . . ."

Lack of personal knowledge. Best evidence rule. Hearsay description of unidentified documents' contents. Vague and ambiguous as to times and "initial stages of construction."

14. "On July 30, 2003, I sent a facsimile to Resh informing him . . . ."

Best evidence rule. Hearsay description of a document's contents.

15. "By letter dated August 8, 2003, Resh confirmed. . . ."

Best evidence rule. Hearsay description of a document's contents.

16. . . . "I notified Defendants of . . . by letter . . . ."

Best evidence rule. Hearsay description of a document's contents and what someone else purportedly saw and found.

17. "By letter dated September 22, 2003, the Association advised . . . ."

Best evidence rule. Hearsay description of documents' contents.

18. Everything after "The inspection confirmed . . . ."

Best evidence rule, contrary to the contents of documents, conclusory, hearsay, vague and ambiguous, lack of expert qualification as to the alleged contents of envelope and setback restrictions and whether they were violated.

| | |
|---|---|
| 19. "By letter . . . Resh requested . . . ." | Best evidence rule. Hearsay description of a document's contents. |
| 20. "By letter . . . the ARC asked . . . ." ". . . the ARC did not have authority to grant a height setback variance." | Best evidence rule. Hearsay description of a document's contents. Best evidence rule, hearsay, conclusory, and lack of expert qualification as to the alleged contents of the CC&Rs. Contradicted by Section 4.9 of the CC&Rs. |
| 21. "noncompliant portions of the Dwelling" "substantially incomplete state" "work resumed." | Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, and lack of expert qualification as to alleged non-compliance. Vague and ambiguous as to an allegedly "substantially incomplete state" and what "work" was resumed. Relevance. |
| 22. "By letter . . . the Association demanded . . . ." | Best evidence rule. Hearsay description of a document's contents. Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, and lack of expert qualification as to alleged non-compliance. |

8

| | |
|---|---|
| 23. "Despite my January 28, 2004, letter and subsequent letters from the Association's attorneys demanding . . . ." "non-compliant" "Defendants continued with construction." | Argumentative. Best evidence rule. Hearsay description of a document's contents. Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, and lack of expert qualification as to alleged non-compliance. Vague, ambiguous and irrelevant as to "construction." |
| 24. "Defendants have violated . . . Design Guidelines . . . which continue to exist" | Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 24A. ". . . protrude beyond the Building Envelope in violation of . . . ." | Contradicted by Ex. D-3. Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 24B. ". . . "significant portion of the Dwelling . . . in violation of . . . ." | Contradicted by Ex. D-3. Argumentative, best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 24C. ". . . which are not designed . . . in violation of . . . ." | Argumentative, best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |

| | |
|---|---|
| 24D. ". . . with no fence or screening in violation of . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 24E. ". . . which differ . . . in violation of . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 24F. "Failing to install a garage gate . . . a deviation from . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 24G. ". . . that have exposed bulbs . . . in violation of . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 24H. ". . . which deviates . . . in violation of . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 24I. ". . . which deviate . . . in violation of . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |

| | |
|---|---|
| 24J. "Failing to construct a storage area within the garage . . . in violation of . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 24K. "Failing to install a concrete pad in the trash area, which deviates . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 24L. "Constructing various other improvements on the Property which deviate . . . in violation of . . . ." | Vague and ambiguous. Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 25. **"Upon information and belief, as of this date, the covenant violations listed above still exist."** | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge. |
| 26. ". . . photographs which . . . depict the Dwelling . . . ." | Vague and ambiguous because several houses appear in the photographs. Conclusory. The photos only show limited parts of the Dwelling. |
| 27. Attached are . . . ." | Best evidence rule. Hearsay description of documents' contents. The date alleged is contrary to the documents. |

| | |
|---|---|
| 28. "On March 4, 2004, . . . Neeley and Anderson . . .wrote . . . ." "noncompliant construction . . . cease" "Attached . . . letter from Neeley and Anderson . . . ." | Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, lack of expert qualification, obvious lack of personal knowledge. |
| 29. "On May 25, 2005, Neeley and Anderson wrote . . . ." "noncompliant construction . . . cease" "Attached . . . letter from Neeley and Anderson . . . ." | Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, lack of expert qualification, obvious lack of personal knowledge. |
| 30. "By letter dated June 7, 2004, the Association offered . . . ." "cease all unauthorized construction" "Attached . . . letter from Neeley and Anderson . . . ." | Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, lack of expert qualification, obvious lack of personal knowledge. |
| 31. "By letter dated June 10, 2004, Defendants' counsel advised . . . ." "cease unauthorized construction" "Defendants continued the unauthorized work." "Attached . . . letter . . . to Neeley and Anderson" | Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, lack of expert qualification, obvious lack of personal knowledge. |
| 32. "On June 23, 2004, the Association repeated . . . ." "cease . . . unauthorized construction" "No response was received." "Attached . . . letter from Neeley and Anderson . . . ." | Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, lack of expert qualification, obvious lack of personal knowledge. |

12