## AWA DECLARATION

| | |
|---|---|
| 1. . . . "I make this Affidavit based on . . . information." | Lack of personal knowledge as to the entire declaration. (see esp. para. 32). |
| 8. . . . "dated July 2000." | Best evidence rule. Inaccurate hearsay description of a document's contents. |
| 9, 11, 15. . . . "regarding . . . ." | Best evidence rule. Inaccurate hearsay description of a document's contents. |
| 18. "Defendants" "inexplicably" "Defendants did not provide the Association . . . ." "The plans approved by the City differed . . . ." | Best evidence rule. Inaccurate hearsay description of documents' contents. Argumentative. Lack of personal knowledge. Vague and ambiguous as to the alleged "differences" and their materiality. |
| 20. "By letter dated August 8, 2003, Resh confirmed. . . ." | Best evidence rule. Incomplete and misleading hearsay description of a document's contents. |
| 22. "Houses within Na Pali Haweo are subject to front yard setbacks equal to twice the distance mandated . . . ." "The purpose of the building envelope . . . ." "In the present case, the Dwelling violated the Building Envelope . . . because . . . ." | Best evidence rule. Inaccurate, incomplete, and hearsay description of documents' contents. Lack of personal knowledge, foundation, and expert qualification. Conclusory. Contrary to Exhibit D-3 and Attachment 2 to Exhibit T. |
| 23. "the building envelope violation" "illustrating the building envelope violation" "The professional standard is . . . ." | Best evidence rule. Inaccurate, incomplete, and hearsay description of documents' contents. Lack of personal knowledge, foundation, and expert |

| | |
|---|---|
| | qualification. Conclusory. Contrary to Exhibit D-3 and Attachment 2 to Exhibit T. |
| 24. Entire paragraph. | Best evidence rule. Hearsay description of documents' contents. Argumentative. |
| 25. Entire paragraph. | Best evidence rule. Hearsay description of documents' contents. Best evidence rule, hearsay, conclusory, and lack of expert qualification as to the alleged contents of the CC&Rs and Design Guidelines. Contradicted by the CC&Rs and Design Guidelines. |
| 26. "Resh submitted revised plans showing . . . ." "By letter . ." | Best evidence rule. Hearsay description of documents' contents. Argumentative. |
| 27. "In January, Resh submitted . . . ." "By letter dated January 28, 2004, the ARC . . . ." "the violation of the building envelope restriction" "Defendants were informed . . . ." "encroach beyond the building envelope" "lack of adequate storage in the garage" | Best evidence rule. Hearsay description of documents' contents. Conclusory, lack of foundation, lack of expert qualification as to the alleged contents of the CC&Rs and Design Guidelines. Contradicted by the CC&Rs, Design Guidelines, and written exhibits. |

14

| | |
|---|---|
| 28. "construction ultimately continued" "the building envelope violation" | Vague and ambiguous as to time and "construction." Best evidence rule. Hearsay description of documents' contents. Conclusory, lack of foundation, lack of expert qualification as to the alleged contents of the CC&Rs and Design Guidelines. Contradicted by the CC&Rs, Design Guidelines, and written exhibits. Relevance. |
| 29. Entire paragraph. | Argumentative. Best evidence rule. Hearsay description of documents' contents. Conclusory, lack of foundation, lack of expert qualification. Contradicted by the CC&Rs, Design Guidelines, and written exhibits. |
| 30. Entire paragraph. | Argumentative. Best evidence rule. Hearsay description of documents' contents. Conclusory, lack of foundation, lack of expert qualification. Contradicted by the CC&Rs, Design Guidelines, and written exhibits. Vague and ambiguous as to time. |
| 31. "Defendants have violated . . . Design Guidelines . . . which continue to exist" | Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |
| 31A. ". . . protrude beyond the Building Envelope in violation of . . . ." | Contradicted by Ex. D-3. Best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |

15

| | |
|---|---|
| 31B. ". . . "significant portion of the Dwelling . . . in violation of . . . ." | Contradicted by Ex. D-3. Argumentative, best evidence rule, hearsay, conclusory, vague and ambiguous, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |
| 31C. ". . . which are not designed . . . in violation of . . . ." | Argumentative, best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 25). |
| 31D. ". . . with no fence or screening in violation of . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |
| 31E. ". . . which differ . . . in violation of . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |
| 31F. "Failing to install a garage gate . . . a deviation from . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |
| 31G. ". . . that have exposed bulbs . . . in violation of . . . ." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |

16

| | |
|---|---|
| 31H. "... which deviates ... in violation of...." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |
| 31I. "... which deviate ... in violation of...." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |
| 31J. "Failing to construct a storage area within the garage ... in violation of...." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |
| 31K. "Failing to install a concrete pad in the trash area, which deviates...." | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |
| 31L. "Constructing various other improvements on the Property which deviate ... in violation of ...." | Vague and ambiguous. Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge (see para. 32). |
| 32. **"Upon information and belief, as of this date, the covenant violations delineated above still exist."** | Best evidence rule, hearsay, conclusory, lack of foundation, lack of expert qualification, admitted lack of personal knowledge. |

17

DATED: Honolulu, Hawaii, June 8, 2006.

                                            STEVEN B. JACOBSON
                                            Attorney at Law
                                            A Limited Liability Law Company

                                            _____
                                            STEVEN B. JACOBSON
                                            Attorneys for Defendants