
STEVEN B. JACOBSON,
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON     4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Defendants Anthony
Grande and Narindar Kaur Grande

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 8 2006

at 11 o'clock and 49 min P M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>      Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>      Counterclaim Plaintiffs,<br><br>      v.<br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE LEK<br><br>COUNTER-MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF COUNTER-MOTION and IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>Date: June 26, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. David Alan Ezra |

| Counterclaim Defendants. |

## COUNTER-MOTION FOR SUMMARY JUDGMENT

Defendants Anthony and Narindar Kaur Grande hereby move for entry of summary judgment in their favor on the Complaint of Plaintiff Na Pali Haweo Community Association ("Association"), and for dismissal of the Association's Complaint with prejudice.

Alternatively, and only if summary judgment is not entered for Grandes on the entirety of the Association's Complaint, Grandes' move for entry of partial summary judgment in their favor on each and every aspect of the Association's claims.

This motion is made pursuant to FRCP Rules 1, 7(b), and 56(b) through 56(e), and Local Rules 7.1 through 7.9 and 56.1, on the grounds that there are no genuine issues of material fact as to Grandes' right to prevail against the Association's Complaint in this action, and that Grandes are entitled to prevail thereon as a matter of law.

This motion is based upon the attached Memorandum, the Concise Statement of Material Facts as to which There Is No Genuine Issue In Support of Counter-Motion for Summary Judgment filed concurrently herewith, the Request for Mandatory Judicial Notice, Declarations and

Exhibits attached thereto, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawai'i, June 8, 2006.

STEVEN B. JACOBSON<br>
Attorney at Law<br>
A Limited Liability Law Company<br>
<br>
*/s/ Steven B. Jacobson*<br>
STEVEN B. JACOBSON<br>
Attorneys for Defendants