IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>    Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>  v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>    Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>REQUEST FOR MANDATORY JUDICIAL NOTICE |

## REQUEST FOR MANDATORY JUDICIAL NOTICE

The Court is hereby requested to take mandatory judicial notice of the following:

1.  Grandes' lettered exhibits (A-AA) are excerpts from the same documents as Plaintiff's lettered exhibits. The only differences are that Grandes' have highlighted aspects of some pages, added additional pages omitted by Plaintiffs, and omitted irrelevant pages.

2.  The pages includes in Exhibit A hereto are true and correct copy of excerpts from the Na Pali Haweo Declaration of Covenants, Conditions and Restrictions, recorded as Document 91-049173 in the Hawaii Bureau of Conveyances.

3.  Ronald Yee and his wife are the owners of the home at 1243 Kamehame Drive. The document showing that fact which is included within Exhibit 8 is a true and correct copy of a document from the City's online property records.

4.  Everett McDaniel and others are the owners of the home at 1100 Hoa Street. The document showing that fact which is included within Exhibit 6 is a true and correct copy of a document from the City's online property records.

5.      The photograph of 1309 Kamehame Drive included within attached Exhibit 8 is a true and accurate representation of the home at that address from Kamehame Drive.

DATED:  Honolulu, Hawai'i, June 8, 2006.

>                          STEVEN B. JACOBSON
>                          Attorney at Law
>                          A Limited Liability Law Company
>
>                          _____
>                          STEVEN B. JACOBSON
>                          Attorneys for Defendants