IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br><br>Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>DECLARATION OF OWEN CHOCK |

## DECLARATION OF OWEN CHOCK

OWEN CHOCK declares as follows:

1.  I am a duly licensed architect. I received my B.Arch.E. in Architecture from the University of Pennsylvania in 1956. I was licensed to practice by the State of Hawaii in 1965, and have continuously practiced architecture in the State of Hawaii since then. My practice has included the design of high quality homes, and I am fully familiar with design practices and design styles of upscale communities.

2.  I am fully familiar with the practices of community associations and architectural review committees (ARCs), including the Na Pali Haweo ARC. I was the first chair of the Na Pali Haweo ARC, serving from its opening in 1993 until July 2000. My other experience includes serving as chair of the Hawaii Loa Ridge ARC from 1988 through the present.

3.  I have been retained by Mr. and Mrs. Grande as their expert witness, and make this Declaration solely in that capacity. In that capacity, I have examined various aspects of Grandes' home, their neighbors' homes, and other homes within Na Pali Haweo.

### Front Setback

4.      3½" inches in the Grandes' front setback is not material to their home's appearance. Moving it back 3½" would not noticeably change its appearance.

5.      3½" in Grandes' front setback does not materially affect the view from Grandes' uphill neighbors' home at 1255 Kamehame Drive.

6.      There are other homes in Na Pali Haweo within 20' of their front property lines, or appearing to be at least as close to their front property lines as Grandes' home.

7.      Current photographs of those homes are attached as Exhibit 1.

### Garage Service and Storage Space

8.      While I was on the Na Pali Haweo ARC, we did not require owners to build separate storage rooms or storage cabinets in their garages, and counted areas for service facilities in part toward the "100 square feet of area for service and storage facilities" provided for in the Design Guideline. As I recall, most of the plans we approved did not have separate rooms or such cabinets.

9.      The common meaning in the homebuilding industry of "enclosed and covered area" is only that such an area is indoors rather than outdoors.

3

<u>Front Roofs</u>

10.    I have read the allegation in Association Exhibit T (9.a.6) that "the roof over the entry and the roof over the master bedroom are not separate and distinct elements as shown in the submitted drawings," and have reviewed Attachment Nos. 8 and 11 to Exhibit T which allegedly show the difference between those roofs as-built and as-drawn.

11.    The allegation is incorrect. Attachment No. 11 shows no difference between the front roofs as-built and as-drawn. The photograph in Attachment No. 8 is taken from a low angle, from which only the edges of the front roofs as-built can be seen. When the as-built front roofs are viewed from the same angle as they were drawn, they are clearly separate and clearly distinct, and are the same as in the drawing shown in Attachment No. 8.

12.    Current pictures of Grandes' front roofs, as seen from their neighbors' homes across the street at 1246 and 1250 Kamehame Drive, are attached as Exhibit 2.

<u>Other Aspects of Association Exhibit T's Allegations</u>

13.    Association Exhibit T appears factually incorrect or out-of-date in other respects too.

14.    The skylights on Grandes' side roof are flat rather than "bubble" type and their frames have been painted red like Grandes' roof, as Association Exhibit

4

AA (top photo) shows. The Grandes' backyard air conditioner is screened, the roof exhaust vents are on a roof not facing the street, the roof exhaust vents are colored to match the roof, and the bulbs in the front entry light fixtures are covered. Current photographs of the skylights, the screened air conditioner, the roof exhaust vents, and the front entry light fixtures, are included in attached Exhibits 3 and 7.

15. The concrete floor in Grandes' trash area is installed as and where specified in Association Exhibit D, page A-1, and appears to have been there for some time. A current photograph of the concrete floor is also included in Exhibit 3. Attachment No. 5 to Association Exhibit T is not a picture of the location specified for the concrete floor, which is further to the left and behind the wall in the picture.

16. The front living room windows do not appear to have been lowered, or to have only been minimally lowered, as Attachment No. 8 to Association Exhibit T shows. The upper windows in the photograph appear to be in essentially the same places as the clouded upper windows in the drawing.

## Revisions During Construction

17. It is common in homebuilding, including homebuilding within planned communities, to make minor revisions from approved plans during construction, and to then seek approval for the revisions once the home is

completed, by showing them in the final as-built plans submitted along with notices of completion. My practice is to ask that owners certify in their notices of completion that their residences have been built in accordance with approved plans, except as otherwise noted in their final as-built plans.

18.  Fenestration (such as windows, doors, railings, gates, etc.) and landscaping (fill heights, planters, trees, plants, flower beds, etc.) are examples of matters often revised during construction. For Grandes' home, such matters would include the roof exhaust vents, the front entry light fixtures (if shown on the approved plans), the roof eyebrow over the garage, the corners of the garage wall opening, the window above the front entry door, the roofs over the front entry and master bedroom (if changed any change is unascertainable), the living room front windows (if changed the change was minor), the front planters, the front railings, the movement of the back corner of the house (the change described in Exhibit T is minor), the back corner windows, the living room side windows, the "decorative panel," the master bedroom windows, and the substitution of a side wall of the same height for the side metal balcony railing. The Committee would then comment on these items based upon the overall approved concept.

## The Association's Response of May 31, 2006

19.    I have reviewed the plans of and for Grandes' home submitted to Na Pali Haweo's ARC in April 2006 (as attached as Exhibit 4), and the Association's Response dated May 31, 2006 (as attached as Exhibit 5).

20.    The Association's Response overlooks that Grandes' skylights are not "facing the street" for purposes of Design Guideline 3.2.3(i), which says that "skylights facing the street shall be . . . subject to the approval of the Architectural Review Committee." They are on one of Grandes' side facing-roofs, as shown in Attachment No. 3 to Association Exhibit T, and in the top picture of Association Exhibit AA.

21.    There are bubble skylights on other homes throughout Na Pali Haweo, including those at 1155 Kamehame Drive, 167 Hanohano Place, 1021 Hoa Street, 1056 Hoa Street, 1100 Hoa Street, 111 Hoolako Place, and 120 Waihili Place. Current photographs showing those bubble skylights are attached as Exhibit 6.

22.    There are far fewer flat skylights in Na Pali Haweo. Aside from Grandes', there are flat skylights on the homes at 162 Hoolako Place and 1203 Kamehame Drive. Current photographs showing those skylights and Grandes' skylights are attached as Exhibit 7. The roof at 162 Hoolako Place is green and the skylight frames there are painted a darker green. The roof at 1203 Kamehame

7

Drive is light grey and the skylights frames there are painted black. Grande's roof is multiple shades of red and their skylight frames are red.

23. The Association's response overlooks Na Pali Haweo Design Guideline 3.2.14, which only says that air conditioning is to be "screened" from view. The screening Grandes have installed around their backyard air conditioner is a "screen."

24. Grandes' backyard air conditioner is not visible from the street.

25. Because backyards in Na Pali Haweo are not visible from the street, I have been unable to see or photograph the kinds of air-conditioner screens used by other owners. However, attached as Exhibit 8 are current photographs showing the view from Grandes' backyard into the backyard of their downhill next-door neighbors at 1243 Kamehame Drive, showing that the neighbors' backyard air conditioner is completely unscreened.

26. The Association's Response overlooks that the current location of the roof exhaust vents is shown on page A-9 of the April 2006 plans.

27. The Association's response overlooks the specification, on page A-1 of the plans, that the proposed lowering of the height of Grandes' front garden wall will be to an elevation of 583.3 tow (top of wall) on the left side as viewed from the street, and 583.0 to 578.5 tow (top of wall) on the right side.

28. The Association's response overlooks the specification of "'Monier' tile roofing," as on the rest of their roofs, for Grandes' "eyebrow" roof over their garage on page A-2 of the plans

29. The double front wall on the left side of Grandes' home as viewed from the street (Ex. T, Att. 6), the squaring off of the corners of the garage door opening (Ex. T, Att. 8), the substitution of a decorative window for an arched celestory window above the front entry door (*id.*), the "lowering" of the front living room windows (*if* they were lowered, *id.*), the deletion of planter boxes from the front porch (*id.*), any modification of the front stair railings (not specifically described in Ex. T, not mentioned in the Response), the moving out of the back corner of the house and resultant slight roofline change (Ex. T, Att. 10-11, 13), the change in size of the back corner bedroom windows (Ex. T, Att. 10), the "lowering" of the side living room windows (moving the lower of the two openable windows to beneath the upper openable window, see Ex. T, Att. 10), the "deletion" of the side decorative panel (moving it to over the front door, Ex. T, Att. 8-10), the revision of the master suite bedroom windows (opposite the neighbors' picture window, one looking into the master bath, Ex. T, Att. 9), and substituting a solid wall of the same height for a metal railing on the side of the front balcony (Ex. T, Att. 9), are fully consistent with the design and aesthetics of other homes in

Na Pali Haweo, and are not substantial deviations from their plans as approved by the ARC.

### The Ultimate Look

30. The photographs in Association Exhibit T, taken in March 2005, do not reflect the ultimate look of Grandes' home because they do not show the approved "eyebrow" roof Grandes will build over their garage door once allowed to perform construction in that area, or the effect of the approved landscaping.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of June, 2006, at Honolulu, Hawaii.

_____
Owen Chock