IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>   Plaintiff,<br><br> v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>   Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>   Counterclaim Plaintiffs,<br><br> v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>   Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>DECLARATION OF STEVEN JACOBSON |

## DECLARATION OF STEVEN JACOBSON

Steven Jacobson declares as follows:

1. I am a member of this Court's Bar, and represent Mr. and Mrs. Grande in this action. I have personal knowledge of the facts in this Declaration.

2. Exhibit 16 consists of true and correct copies of documents I sent to the persons address on the dates thereof.

4. Exhibit 4 consists of true and correct copies of documents I delivered to the address indicated thereon on April 19, 2006.

5. Exhibit 5 consists of true and correct copies of documents I received from Mr. Fujisaki's office by email on May 31, 2006.

6. Exhibit 14 is a true and correct copy of excerpts from the Association's interrogatory answers.

7. Association Exhibits W, X and Z are the only demands I received from anyone purporting to be acting on the Association's behalf prior to the filing of this suit.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of June, 2006, at Honolulu, Hawaii.

STEVEN JACOBSON