# NA PALI HAWEO

## DESIGN GUIDELINES



CYP International
Architecture/Planning

17992 Mitchell South
Irvine, California 92714
714/660-0970

April 16, 1993

_Dwen Charle_

EXHIBIT B 

# TABLE OF CONTENTS

I. INTRODUCTION .......................................................... 1

   1.1 Purpose and Intent ............................................. 1
   1.2 Site Description ............................................... 2
   1.3 Definitions .................................................... 3

II. SITE DEVELOPMENT STANDARDS ........................................... 5

   2.1 Environmental and Design Considerations ........................ 5
   2.2 Site Preparation ............................................... 7

III. ARCHITECTURAL STANDARDS .............................................. 9

   3.1 The Design Character ........................................... 9
   3.2 Design Standards ............................................... 11

IV. CONCEPTUAL LANDSCAPE STANDARDS ....................................... 21

   4.1 Landscape Character ............................................ 21
   4.2 Landscape Standards ............................................ 23
   4.3 Recommended Plant List ......................................... 24

V. SPECIAL AREA TREATMENT ................................................ 26

   5.1 View Channels .................................................. 26
   5.2 Landscape Design at Street Intersections ....................... 27

VI. SUBMITTAL PROCESS .................................................... 28

   6.1 Purpose and Intent ............................................. 28
   6.2 Submissions Required ........................................... 30
   6.3 Submittal Criteria ............................................. 31

# INTRODUCTION

I.

1.1 Purpose and Intent.

These Design Guidelines establish the concept and general guidelines to provide direction for the expression of development within Na Pali Haweo. The guidelines are intended to provide an overall framework for future development, achieving a sense of community identity that will establish and maintain the design character of the community. More importantly, these Design Guidelines seek to be a positive influence by helping create a community with a sense of timelessness and permanence.

The sketches and graphic representations contained herein are to be used as general visual aids in understanding the basic intent of the guidelines and are not meant to depict any actual lot or building design. The guidelines express "intentions" rather than "absolutes," allowing each lot to be developed individually while fulfilling the design goals and objectives. The guidelines have been designed to promote creativity and innovation, while fostering consistent quality within Na Pali Haweo.

The development of Na Pali Haweo has involved an extraordinary expenditure of time and resources for infrastructure, landscaping and other site improvements which have been carefully designed and constructed to provide property owners with the fullest enjoyment of the homesites and the community. Considerable efforts will continue to be expended to assure that these improvements perform as intended from both a functional and an aesthetic standpoint. These guidelines address that commitment to establish and protect values and provide a community of lasting quality. In essence, these guidelines are meant to encourage good design.

The Design Guidelines are a part of the CC&Rs and have the same effect. Design Guidelines and CC&Rs are to be read and construed together; but in the event of any conflict between them, the CC&Rs shall control.

1

1.3 Definitions.

If there are any conflicts between the definitions set forth in these Design Guidelines and those of the CC&Rs, the CC&Rs will have priority.

ARCHITECT: A person registered to practice architecture in the State of Hawaii or, if registered elsewhere, permitted to practice architecture under Hawaii State law.

ARCHITECTURAL REVIEW COMMITTEE: The committee appointed to review and approve or disapprove proposals and/or plans for the construction or installation of improvements within Na Pali Haweo.

BALCONY: A roofed or unroofed deck or platform of any type above finished grade.

BUILDABLE AREA: The area of a Lot that is within the required setbacks established in this document.

BUILDING ENVELOPE: The three dimensional limits of a residence that sets the maximum height, setback and bulk of each residence.

DECLARANT: Hawaii Kai Development Company, its successors and assigns, developer of Na Pali Haweo.

EXCAVATION: The removal of earth or rock to a depth of 18 inches or more from the existing surface of the ground.

EXISTING GRADE: The topography of the Lot at the time the Lot is conveyed from the Declarant to the original purchaser.

FILL: The addition of earth or rock that raises the existing ground elevation by 18 inches or more.

FINISHED GRADE: Final grade as approved by the Architectural Review Committee.

IMPROVEMENTS: Any structure, planting or appurtenance of every kind and type including but not limited to buildings, accessory buildings, shade structures, patio covers, walkways, sprinkler pipes, drainage devices, garages, swimming pools, spas, tennis courts, driveways, roads, parking areas, paving of all types, fences, screening walls, retaining walls, stairs, decks, landscaping, exterior lighting, signs, mailboxes, and any mechanical equipment.

LOT: The subdivided lot and all appurtenant easements.

LOT COVERAGE: TOTAL AREA less the area above the ground floor.

L.U.O.: Land Use Ordinance of the City and County of Honolulu.

TOTAL AREA: The total area of all floors of all structures on the lot measured to the outer face of walls, supports and balconies. Unroofed structures flush with finished grade shall not be considered part of total area.

3

The following address criteria regarding site design in the preliminary design phase:

- Do structural improvements fit on the site with a minimum negative impact to the natural topography and landscape?

- Do the structural improvements fit on the site allowing sufficient space for valuable court and/or garden space?

- Is the connection to the street and entry developed in a related and elegant way?

- Do the main building and landscape material complement each other?

- Does the massing of the house respect the privacy and views of adjacent property owners?

When developing the siting concept (i.e., placement, massing, etc.) of the main structure; and its out buildings, there are specific elements that must be considered:

- Physical topography of the site
- Views from and into project site and homesites.



Diamond Head

Forest Reserve Ridges

Molokai

Sandy Beach

North

Koko Head

6

April 16, 1993
2/90239.SPE/RES

- Natural amenities such as existing landscape and landform
- Sun orientation and exposure
- Wind orientation and exposure
- Rainfall and homesite drainage
- Height restrictions, setbacks and other site development standards
- Privacy and security
- Proximity and height of adjacent structures (including residences that may be built on undeveloped lots)

Although each site will be reviewed independently, major consideration will be given to the impact upon adjacent sites and View Channels. Care must be taken to site each structure so as not to intrude upon the View Channels, the solar exposure of adjacent properties and the natural amenities of the site.

2.2   Site Preparation.

The land comprising the project is formed of basaltic rock. Due to steep topography and rapid water runoff, the soils are generally dry except during periods of extremely heavy rainfall. Soil covering is thin and characterized by rock outcroppings and loose surface rock. Owner is encouraged to seek the assistance of a licensed soil engineer to examine and test the soils conditions on his Lot prior to undertaking any design or construction. Declarant and the Trustees make no representations or warranties, express or implied, as to the soil conditions.

Owner shall accept the condition of the Lot as-is and shall be responsible for the maintenance of the Lot, including wind and water erosion control. All grading, excavation, fill, drainage and site work required after Owner purchases his Lot shall be done only in accordance with plans approved by the Architectural Review Committee and will be at the Owner's expense.

2.2.1   Grading. Owner shall obtain all permits for grading work as required by the City and County of Honolulu prior to commencement of any excavation or filling and shall abide by requirements of all local ordinances.

2.2.2   Excavation and Fill. Fill or top soil material brought to the site by Owner shall be free of adobe, termites and deleterious matter.

All excavation and fill areas shall be done so as not to adversely affect the adjacent land forms and shall be shaped to blend into adjacent lots or common area.

Whenever excavation and fill creates an unstable or potentially unstable bank condition, Owner shall take appropriate action to control and retain the embankment. Excavation or fill, which in the judgment of the Architectural Review Committee creates a high or unsightly retaining wall, may be disapproved.

Whenever excavation or fill requires the construction of a retaining wall, it shall be Owner's responsibility to install and maintain the wall. All retaining walls placed upon embankments or fill areas of more than two feet (2') in height or depth shall be designed by a registered Architect or structural engineer.

Whenever excavation or fill causes destruction of existing drainage swales or natural drainage patterns, it shall be Owner's responsibility to restore such swales and drainage patterns or to otherwise provide for adequate drainage.

2.2.3   Drainage. The Subdivision Map locates all drainage easements. Owner shall direct his Architect to examine the Subdivision Map before preparing the site plans. The flow of surface or subsurface drainage onto, across or from each Lot must not be obstructed or unreasonably altered. Such runoff shall be dispersed or channeled by surface swales or other

7

The use of traditional Hawaiian architectural elements is encouraged. Careful placement and treatment of accent windows, for example, help create scale and character. In addition, exterior elements such as pergolas, columns and courtyard walls should be carefully integrated into the design. Large masses should be broken up to articulate several volumes to reduce the impact of scale. The use of porches, balconies, entry treatments, shadow from openings and projections provide relief and rhythm to large surfaces, providing visual interest and scale.

Roofs should be simple hip or gable forms with low to medium roof pitches. It is essential that roof forms are appropriately articulated with respect to the individual Lot, the neighboring houses and the community as a whole.

Accessory structures should be located and designed to be compatible with the design and form of the main residence. The use of landscaping is encouraged to soften the appearance of such structures.



Exterior Elements for Scale and Character
Porches, Balconies, Courtyards, Varied Roof Planes, etc...

10

April 16, 1993

3.2  Design Standards.

3.2.1  Building Envelope and Setbacks

(a)  <u>Minimum Floor Area</u>.  The minimum floor area shall be 1,500 square feet. The minimum floor area shall be defined as TOTAL AREA less the area of the garage, the garage storage, exterior balconies, and unroofed lanais (whether attached or detached). For homes with a minimum area, as herein defined, of less than 2,000 square feet, the total area of the second floor shall not exceed 50% of the roofed area of the first floor.

(b)  <u>Maximum Floor Area</u>.  The maximum floor area shall be forty percent (40%) of the Lot area. The maximum floor area shall be defined as TOTAL AREA less the area of the basement (basement as defined by the current edition of the Uniform Building Code).

(c)  <u>Maximum Lot Coverage</u>.  The maximum Lot Coverage shall be one third (1/3) of the Lot area.

(d)  <u>Building Envelope</u>.  All improvements shall be constructed in accordance with applicable building line, setback and height provisions set forth on the subdivision map and/or local ordinance. No structure of any nature shall be constructed or permitted on a Lot which violates any provisions of the requirements of the Land Use Ordinance of the City and County of Honolulu, as amended, or any other declaration of building restrictions recorded against the Lot, whichever is more restrictive.

The Building Envelope sets the maximum height, setback, and bulk of each house. It does not represent the ultimate shape or architectural appearance of the building.

No part of any structure or auxiliary structure may protrude outside the building envelope except roof overhangs, eaves, sunshades, sills, beam ends, awnings, planters, and other architectural embellishments or appendages with less than a 30 inch vertical thickness. Roof overhangs may protrude not more than 2-1/2 feet outside the envelope. Chimneys may protrude outside the envelope only



11

to meet code requirements of the City/County, but should not encroach within 5' of the property line.

The following first and second story envelopes together define the typical limits of the building envelope.

### Typical First Story Envelope

The first story portion of the envelope is the area in which only ground level construction is allowed.

Front: 20' setback from the Property line.
Side: 5' setback from the Property line.
Rear: 5' setback from the Property line.

### Flag Lots

Front: 10' setback from the Property line.
Side: 5' setback from the Property line.
Rear: 5' setback from the Property line.

Variance from these requirements will be considered by the Architectural Review Committee in cases involving unusually shallow or odd shape Lots or in which extensive excavation, fill or embankment will be required. In these cases, the only variance that will be considered is to allow a single level turn-in garage to encroach a maximum of ten feet (10') into the twenty foot (20') setback area.

### Second Story Envelope

The second story portion of the envelope is the area within which second story construction is permitted. Inclusive of the first story envelope, the second story envelope sets the maximum height allowed.



April 16, 1993
2/90239.SPE/RES

The maximum height of structures shall be determined by the building envelope created as the result of the intersection of two planes. The first plane shall be measured horizontally across the parcel at 25 feet above the high point of the buildable area boundary line. The second plane shall run parallel to grade, measured at a height of 30 feet. If the two planes do not intersect, then the building envelope shall be determined by the first plane. Some Lots will be restricted to a maximum height of 18 feet from the high point of the buildable area boundary line to protect views. In these Restricted Lots, up to twenty percent (20%) of the ground floor footprint of the building or structure may exceed the 18' height plane, up to but not in excess of twenty-five (25) feet above the corner of the buildable area with the highest ground elevation. Refer to the View Channel Map for identification of these Lots.

### Height Setbacks:

Any portion of a structure exceeding 20 feet shall be set back from the front yard buildable area boundary line 1 foot for every 2 feet of additional height over 20 feet.

Any portion of a structure exceeding 15 feet shall be set back from every side and rear buildable area boundary line 1 foot for each 2 feet of additional height over 15 feet. No chimney shall extend more than four feet (4') above the highest point of the roof of the residence.



NOTE: NUMBERS IN PARENTHESES INDICATE 18' HEIGHT LIMIT.

13

April 16, 1993

(viii) Glossy or reflective materials;
(ix) Cap sheet;
(x) Gravel.

Other types of roofing material will be considered by the Architectural Review Committee if Owner submits evidence of quality comparable to recommended roofing materials and provided the material is compatible to the surroundings. Materials for low slope roofs must be submitted for approval by the Architectural Review Committee.

(b) _Roof Colors._ Roofs shall have earthtone colors complementary to the surrounding hillsides and in harmony with the terrain. Skylight frames shall be colored to match the surrounding roofing color.

(c) _Roof Slopes._ Roof slopes shall have a minimum slope of four inches (4") in twelve inches (12"). Roof overhangs are encouraged.

(d) _Gutters and Downspouts._ Gutters and downspouts must be concealed unless designed as a continuous architectural feature. Exposed gutters used as an architectural feature are to be colored to match roof trim or wall material unless copper is used. Exposed downspouts must be colored to match the surface to which they are attached unless copper is used.

(e) _Flashing and Sheet Metal._ All flashing and sheet metal must be colored to match the material to which it is attached, unless copper is used.

(f) _Vents._ All vents, stacks and pipes must be colored to match the roof or wall material from which they project, must not be visible from the street, and are to be grouped so as to minimize roof penetrations.

(g) _Antenna._ All antenna are restricted to the attic or interior of the residence. It is mandatory that all homes be pre-wired to accommodate cable reception. Satellite "dish" antennas are prohibited.

(h) _Chimneys._ Chimneys cannot exceed those by the building codes and Land Use Ordinance used b, County of Honolulu. Exposed metal flues and spark arr. permitted.



THIS



NOT THIS

April 16, 1993
2/90239.SPE/RES

(i) *Skylights*. Skylights are to be designed as an integral part of the roof. Skylight glazing must be clear, solar bronze or gray; white or reflective glazing is prohibited. Skylight framing material must be bronze anodized or colored to match adjacent roof. Natural aluminum is prohibited. No bubble or plastic skylights will be allowed and skylights facing the street shall be non-operable and subject to the approval of the Architectural Review Committee.

(i) *Solar*. Solar heating panels should be an integral part of the design of the Improvements and all plans submitted to the Architectural Review Committee for approval shall be required to indicate a design solution for incorporating panels even though panels are not a part of the initial Improvements. Subsequent installation shall conform to this design. Solar heating panels must be screened from view.

3.2.4   Windows, Doors and Garage Doors.

(a) *Exterior Glass and Glazing*. The following glass and glazing materials are recommended:

*Glass*. Clear with colored metal frames, vinyl clad or wood frames are recommended.

The following glass and glazing materials are prohibited:

(i)   Mirrored glass;
(ii)  Green or blue-tinted glass; and
(iii) Nonanodized or clear anodized aluminum frames.

Usage of the following glazing material(s) is subject to the approval of the Architectural Review Committee:

(i) *Jalousie windows*.

(b) *Garages*. A double-car garage containing not less than four hundred (400) square feet of parking area and a clear width of not less than eighteen feet (18) between outside support shall be attached to the residence; provided, however, that a detached double-car garage may be substituted in cases where an attached garage is not feasible. Every whether attached or detached, which has a vehicular entrance facing a shall contain not less than an additional one hundred (100) square fe_ enclosed and covered area for service and storage facilities. Carports and single-car garages will not be permitted. However, garages for more than two cars will be permitted. All garages must be fully enclosed and have automatic roll-up doors. Strongly applied patterns of detail moldings and/or color are not acceptable.

(c) *Awnings*. Canvas awnings are not encouraged. Metal awnings are not acceptable.

3.2.5   Paving.

(a) *Paving Materials*. The following paving materials are recommended:

(i)   Uncolored concrete with sand, trowel or broom finish;
(ii)  Quarry tile, or paving brick tile in earthtones;
(iii) Concrete, integrally colored, rock salt or exposed aggregate finish with brick or wood edge;
(iv)  Cobblestone-textured or stamped concrete;
(v)   Washed terrazzo;
(vi)  Exposed aggregate, pea gravel in concrete; and
(vii) Large, rough-textured precast integrally colored pavers.

Asphalt is prohibited.

Drop driveways shall be constructed by Owner prior to any other work being done and shall be used during construction in order to prevent damage to existing concrete gutters, curbs, sidewalks and any underground utility lines. Any damage caused by Owner, his contractor or agent shall be the responsibility of Owner.

3.2.6   *Exterior Lighting*. All exterior lighting is to be indirect and shielded to prevent spillover onto adjacent lots and the street. Exposed bulbs, spotlights, reflectors and lenses are prohibited.

April 16, 1993

3.2.7  **Fences.** (a) *Height of Fences.* No garden wall or fence built along property lines or within the setback areas, whether or not used as a retaining wall, shall have an exposed face higher than six feet (6') from existing grade and the area between such walls or fences and the property line at street frontage shall be adequately landscaped.

The front streetscape forms the visual experience of the community. Front setback areas and front facades are an important part of this visual experience. These areas should be designed to create a cohesive neighborhood environment that complements the hillside character yet allows for individual expression within each Lot.

Walls or fences constructed within the front twenty foot (20') setback shall comply with the following:

(a)  Be no higher than five feet (5') above the finished grade on the side of the wall facing adjacent property;

(b)  Not extend in a single plane more than thirty percent (30%) of the Lot frontage; and

(c)  The total horizontal dimension shall not exceed fifty percent (50%) of the Lot frontage.

Walls or fences that allow visual access or walls less than two feet (2') in height measured from the finished grade on the side of the wall facing adjacent property shall not be considered part of the total. Additionally, walls and fences built facing the street shall be set back at least two feet (2') to provide a landscape strip at the base of the wall or fence.

Proposed walls and fences not in compliance with the limits set forth herein may be authorized by application for a variance issued by the Architectural Review Committee on a case-by-case basis.

Existing community fencing or walls may not be modified or altered. Sideyard fencing between Lots must be kept inside property lines and may not be constructed on a property line without the written consent of Owners affected. Affected lot owners must provide copies of the Architectural Review Committee for approval. Structures unfinished sides of fences and walls may not be exposed to a right-of-way or neighboring lot.

No fences, hedges or walls shall be erected or maintained on any Lot other than as are initially installed by Declarant unless first approved by the Architectural Review Committee.

The following wall and fence materials and styles are recommended:

(i)  Concrete block so long as it is an integral color or painted to be harmonious with the color of the residence with a four inch (4") coursing maximum;

(ii)  Concrete block with a textured finish so long as it is an integral color or painted to be harmonious with the color of the residence;

(iii)  Brick in earthtone colors;

(iv)  Concrete that has been textured, sandblasted, painted or of an integral color;

(v)  Textured plaster/stucco so long as it is an integral color or painted to be harmonious with the color of the residence;

(vi)  Stone;

(vii)  Wood (milled, solid members); and

(viii)  Combinations of wood and stone.

Wrought iron and ceramic tiles may be permitted as accents.

The following wall and fence materials and styles are prohibited:

(i)  Chain link fences or gates;

(ii)  Unpainted or uncolored gray concrete block;

(iii)  Open-slat wood; and

(iv)  Standard precision block

(v)  Plywood or prefabricated siding less than 5/8" thick;

(vi)  Prefabricated lattice work.

17

3.2.8    *Mailboxes.* Mailboxes shall be constructed as shown in the guidelines and must be approved by the Architectural Review Committee. Mailbox locations are shown on the Mailbox Location Plan. House address numbers shall be incorporated into the design. There shall be no exterior newspaper tubes. Mailboxes must be installed prior to completion of construction of the residence.

3.2.9    *Basketball Standards.* No basketball standards or fixed sport apparatus shall be attached to any residence or garage or be erected on any Lot, except as approved by the Architectural Review Committee.

3.2.10    *Patio Structures, Trellises, Sun Shades, And Gazebos.* These appurtenant improvements to the Residence must be located entirely within the Building Envelope and are subject to the same restrictions. All such auxiliary structures are to be designed and integrated into the architecture of the house.

3.2.11    *Sundecks, Patios and Pool Decks.* Decks may not protrude beyond the Building Envelope if they are constructed above the finished first floor elevation.

3.2.12    *Pools and Gamecourts.* Pools and Gamecourts should be designed so they do not impact adjoining properties with light or sound. Pool heaters and pumps must be screened from view and sound insulated from neighboring houses.

The construction of swimming pools and other types of ponds will be governed by the following:

   (i)    Only in-ground pools/ponds will be allowed.
   (ii)   Construction shall be in accordance with plans first prepared by Owner and approved in writing by the Architectural Review Committee and use shall be subject to the terms and conditions of the CC&Rs.
   (iii)  Owner shall provide a sound-treated filtering pump unit in order to prevent noise nuisance.
   (iv)   The pool or pond shall be kept operable in accordance with the rules and regulations of the State Department of Health. Upon abandonment, or should the pool or pond become a nuisance, Owner will demolish the same and, insofar as is practicable, restore the land to a condition approximating that which existed prior to the construction of the pool or pond, and will thereafter properly landscape and maintain said restored land. The method of demolishing the pool or pond shall be subject to the approval of the Architectural Review Committee.

3.2.13    *Gas and Electric Meters.* Gas and electric meter locations are to be designed into architecture and screened from view.

3.2.14    *Mechanical Equipment.* All air conditioning, heating equipment and soft water tanks must be screened from view and be insulated for sound attenuation. Air conditioning units are not permitted on roofs.

   (a)    *Air Conditioning System.* Prior to the installation of the air conditioning systems, Owner shall secure the written concurrence of the Architectural Review Committee as to the location and type of system. Such air conditioning system shall be sound-treated to prevent noise nuisance.

   (b)    *Utility Service.* No lines, wires, pipes or other devices for the transmission of electrical current, communication signals, sewage or water shall be constructed, placed or maintained anywhere in or upon any Lot unless the same shall be concealed underground and/or contained in conduits or cables constructed, placed and maintained pursuant to plans and specifications approved by the Architectural Review Committee. Specifically, all such lines, wires, cables, conduits, pipes and other devices shall be concealed underground.

   (c)    *Clothes Drying Facilities.* No outside clotheslines or other outside clothes drying or airing facilities shall be maintained except in an area adequately concealed so as not to be seen from a street or any Lot.

April 16, 1993
2/90239.SPE/RES

(ii) Preliminary selections of finish materials, colors, and textures should be identified.

(iii) The maximum permitted Building Envelope must be shown in relation to the proposed structure for all elevations.

(g) *Exterior Colors and Finishes.*

A material color sample board or an elevation sheet with color chips attached and a clear indication as to which surface the color relates, and a sample of finish roofing material is recommended at this stage and must be provided with the final submission.

(h) *Fence and Wall Plans.*

Drawings must include specifications of materials, color and height. Heights should also be shown in relation to adjacent ground elevations.

The plot plan should clearly indicate the location of proposed construction including location and height of existing fences, walls and structures.

(i) *Perspective, Isometric, Rendering or Scale Models.*

These additional drawings are not required; however, they may help the Architectural Review Committee to understand the proposal.

6.3.2 *Review Process.*

The Architectural Review Committee will meet monthly to review submittals. Once preliminary approval has been granted, the Owner may submit for final approval in the subsequent review. Once final approval has been granted, the Owner is requested to place a construction deposit with the Na Pali Haweo Community Association. Formal notification of final approval will be granted upon receipt of the construction deposit. Please refer to section 6.2.1 for more information regarding the construction deposit.

Should the Architectural Review Committee disapprove any submittal the Owner may revise his plans and apply for resubmission at any time.