



NOTE PROXI GUTT V/PROX SHOW

270" x 270" VENTILATING SKYLIGHT
A-6

270" x 270" VENTILATING SKYLIGHT
A-6

18"Ø MTL ATTIC VENT

SOLAR PANELS VERIFY LOCATION W/OWNER.

ENTRY ROOF

"D-7"