Mr. Edward Resh
November 26, 2003
Page 2

Grande Residence
1251 Kamehame Drive

ARC Decision: Your proposal to remove and reconstruct the two (2) cmu columns to be in compliance with the height setback requirements was approved. The only work that shall project beyond the building envelop shall be roof overhangs as may be allowed by both the Design Guidelines and LUO.

3. Garage Storage:

Issue: NPH Design Guidelines 3.2.4(b) requires a minimum 100 sf garage storage. During a site inspection it was observed that the storage was not provided as required by the Design Guidelines or as indicated on your approved plans. A review of the Contractor's jobsite plans revealed that the construction plans had been substantially revised but not re-submitted to the ARC.

ARC Decision: As the ARC determined that the required storage area must be provided in accordance with the Design Guidelines, you proposed to construct a new full height storage room of approximately 81 sf with additional storage space below the stairs, which the ARC feels is not readily accessible. However, the ARC accepts your proposal with the additional requirement that additional wall cabinets along the garage wall as earlier proposed be provided to compensate for the lack of full height storage.

4. As-Built Changes:

Besides the loss of garage storage, the ARC's inspections also revealed other design revisions to plans submitted to the ARC that were constructed without the ARC's approval. Revised plans, including square footage calculations for maximum floor area and lot coverage, shall be submitted for the ARC's review along with the appropriate special review fees. Of particular concern was the Owner's deletion of a roof overhang at the garage which had been previously approved by the ARC. To the extent permitted by applicable codes and regulations, the ARC requires that the roof overhang be constructed as approved.

5. Revise and resubmit final plans.

Please be advised that the ARC considers the variance requests of items 1 and 2 and the construction changes per items 3 and 4 as separate major issues requiring separate special design review fees of $500.00 each. The ARC's action on any future submittals cannot be made unless all fees have been paid. Please direct all communications and submittals to Jeffrey Kloetzel (593-6846) at Hawaiiana Management Company, Ltd.

Sincerely,

NA PALI HAWEO
Architectural Review Committee

Ronald K. Awa, AIA

RKA:bhs

cc: Ron Yee, Fax #836-0887
Paul Shigeta, Fax #396-8107
Jeffrey Kloetzel, Fax #593-6333

Mike Miyabara, Fax #533-6049
Joe Appolito, Fax #396-8882
Lane Uchimura, Fax #533-5152

EXHIBIT