

**1050 Hanohano Place**

EXHIBIT





1025 Kaumauna



1025 Kaumauna



Na Pali Haweo
Kuamauna & Hoa



**1028 Hanohano Place**



Na Pali Haweo
Hoa Street



Na Pali Haweo
Hoa Steet