



Exhibit 2



**Exhibit 2**