



Exhibit 3