ANTHONY & NARINDAR GRANDE
125 Mar Len Drive
Melbourne Beach, FL 32951
April 14, 2006

Architectural Review Committee
Na Pali Haweo Community Association
c/o Hawaiiana Management Company, Ltd.
Attn: Jeff Kloetzel
711 Kapiolani Boulevard, Suite 700
Honolulu, HI 96813

Re: Updates Plans for 1251 Kamehame Drive

Dear Committee Members:

Enclosed are updated plans for our house at 1251 Kamehame Drive.

The plans are "as built" with the following exceptions:

Although the front setback and the house as constructed are within the Building Envelope as approved by the Committee on October 17, 2000, we are nonetheless willing to modify the roofline, gutters, etc., as shown on the updated plans.

We were directed not to reduce the height of the front wall until the Committee approved that aspect of the updated plans. Such approval is hereby requested.

In addition to the 100+ square feet of enclosed and covered area for service and storage facilities already in the garage, the plans show additional storage areas and as-yet unbuilt cabinets where we would also place stored items.

We were directed not to complete construction in the front setback area. Consequently, we have not yet constructed the eyebrow roof over the garage.

Sincerely yours,

Anthony Grande

*[signature]*

Narindar Grande

*[signature]*

*page 1*

EXHIBIT 4



(Site plan drawing — Grande Residence, Kamehameha Drive, Lot 182, Hawaii Kai, HI 96825)

Annotations visible on drawing:
- 78.57' PROP. LINE
- 590
- 591.0 TOW
- +588 TOW
- +585 FG
- +581.2 TOW
- HEADER TYP.
- FOCAL ELEMENT EL. +586.0
- +587.0 FG
- +586.0 FG
- +588.0 E
- +585.25
- SLOPE
- 11,000 SF
- E +587.0
- +585.0
- +592.0 TOW
- +591.0 TOW
- CONC. LANAI 587.19
- EXIST. GRADE
- 595
- 140.00'
- BLACK PLASTIC HDR.
- 582 TOW
- A/C
- +585.75 FG
- 585
- 586
- +584.75 FG
- 584.5
- +585.0 TOW LEVEL
- +573
- CONCRETE STEPS
- 587
- STEPPING STONES
- +585
- +582.0 TOW LEVEL
- +580
- CONC. STEPS
- PROP. LINE
- 580
- 50 CONC. STEPPING STONES 2'-0" OC
- CONC. STAIR 2/A1 SIM
- SIM A1
- HOUSE EL. 587.29
- PROP LINE
- CONCRETE WALK
- 580 TOW
- 10'-0"
- CMU WALL
- 23'-6" VERIFY
- EXIST. CMU WALL 12" N.I.C.
- 19'-8½" ARTICLE 131
- TRASH CONC FLOOR
- GARAGE EL. 581.99
- +581 TP
- ENTRY 587.19 DN
- METAL RAILING
- +578.0 FG
- PLANTS
- DRIVEWAY CONC.
- CONC. STAIR 2/A1
- +578.5
- +578.5 TOW
- +583.3 TOW
- 580
- 583 TOW
- UP
- 578.5
- 583 TOW
- A1 SIM
- CMU WALL
- +574 FG
- CB
- +578.0 TOW
- SEE 5/A1
- MAILBOX 4/A1
- 78.57
- 2'-0" WIDE PLANTING
- DRAINAGE CHANNEL
- A-1 RIGHT SIDE
- +581 TP
- PROP LINE

Title block: GRANDE RESIDENCE / KAMEHAMEHA DRIVE / HAWAII KAI, HI 96825 / LOT 182 — SITE PLAN
Date: JULY 2000
Scale: AS SHOWN
Revisions: 1/9/04 ER; 4/13/06 ER



LOWER FLOOR PLAN





### GENERAL NOTES:

The contractor and all subcontractors shall coordinate all the work and the necessary inform and materials, accessories, anchors, connections, patterns, templates, etc... shall be delivere required in order to prevent any delay in the progress and completion of the work. Coopera between all the trades is of essence.

- The contractor shall visit the job site and examine the existing conditions. The contractor, signing a construction contract or agreement; warrants that he has visited the site and famili himself with all the conditions thereof. No extra payments will be issued for conditions whi be determined by thorough examination f the site and documents.

- The contractor shall not make alterations in the drawings. In all cases when there is a discre in the quality of an item, installation, details, workmanship or other construction techniques provided to produce the best available cost of work required. In any event, a discrepancy w the drawings should immediately be brought to the attention of the Engineer for a decision, proceeding with the particular work involved. Work carried out disregarding these instructi subject to removal and replacements at the expense of the contractor.

In all cases figure dimensions take precedence over scaled measurements. No dimensions s any time be determined by scale.

The contractor shall install/apply all materials in strict compliance with the manufacture's directions.

The contractor shall clean up and remove any trash, dirt, debris, and spillage arising for the to the satisfaction of the owner and Architect, including: cleaning of dirt, putty, paint, etc... the work areas, and cleaning of windows, trim and mullions.

- The contractor is to verify all dimensions and conditions before proceeding with the work.

- The contractor is to layout and be responsible for the correctness for laying out all spatial improvements and for locating services and utilities.

The contractor is to repair any damage to the existing conditions, that are to remain; and sh finish said conditions to match the intent of the documents; at the cost of the contractor.

All construction shall conform to the 1994 edition of the Uniform Building Code [UBC] as adopted and amended by the City and County of Honolulu.

The contractor shall install all owner furnished equipment. Including electrical and plumbin fixtures as required to meet the intent of the documents.

All new lumber shall be treated against Termite infestation. The contractor shall provide independent inspections of all termite protection procedures.

