

Click on the parcel id in the left column for details.

Search for Address: **1100 Hoa**  Results **1-4** of **4**

| Parcel ID | Owner | Situs Address |
|---|---|---|
| 391070790000 | MCDANIEL,DOLORES E | 1100 HOA ST |
| 391070790000 | MCDANIEL,EVERETT S J... | 1100 HOA ST |
| 391070790000 | MCDANIEL,EVERETT S S... | 1100 HOA ST |
| 391070790000 | TROSPER,KELLY A | 1100 HOA ST |

Last Updated: 6/4/2006
Printed on Tuesday, June 06, 2006, at 2:51:38 AM

*Powered by Akanda*



EXHIBIT 6



1155 Kamehame Drive



167 Hanohano Place





**1021 Hoa Street**





1056 Hoa Street





1100 Hoa Street



**120 Waihili Place**





111 Hoolako Place
(on hill)