

Exhibit 7
Grandes' Skylights



**1203 Kamehame Place**



**162 Hoolako Place**