

391070410000

**1243 KAMEHAME DR**                                    **YEE,RONALD K B**

### Parcel Data

| | |
|---|---|
| TMK | 391070410000 |
| Site Address | 1243 KAMEHAME DR |
| Apartment No. | |
| Property Class | Please select the Land Details tab. |
| Neighborhood Code | 3937A-1 |
| Neighborhood Name | KAMEHAMEHA RIDGE |
| Total Parcel Area | .286 Acres |
| Zoning | U/03/00 |

### Ownership

| Owner | Address | City | State | Country | Zip Code | Owner Type |
|---|---|---|---|---|---|---|
| YEE,RONALD K B | 1243 KAMEHAME DR | HONOLULU | HI | | 96825 | Fee Owner |
| YEE,SUN YOUNG | | | | | | Fee Owner |

### Data Last Updated : 6/4/2006

### Disclaimer

The City and County of Honolulu Real Property Assessment & Treasury Divisions make every possible effort to produce and publish the most current and accurate information. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. Utilization of the search facility indicates understanding and acceptance of this statement by the user.

Last Updated: 6/4/2006
Printed on Tuesday, June 06, 2006, at 2:49:26 AM EST

*Powered by Akanda*





**1309 Kamehame Drive**



Na Pali Haweo
1243 Kamehame



Na Pali Haweo
1243 Kamehame