

# NA PALI HAWEO
# RESERVATION AGREEMENT AND
# SALES CONTRACT FOR FEE SIMPLE LOT

This Reservation Agreement and Sales Contract (herein called the "Contract") is made by and between MAUNALUA ASSOCIATES, INC., a Hawai'i corporation, with offices at 501 Kealahou Street, Suite A23, Honolulu, Hawai'i 96825 (herein called the "Seller"), and the purchaser named in Part I, Section B below (herein called "Purchaser").

## PART I.

### RESERVATION AND SALES CONTRACT

A. Description of Single-Family Residential Fee Simple Lot:

　　Lot No.: __49__　　　　　　　　Lot Area: __11,000__

　　Street Address: __1251 Kamehame Drive__

(X)　File Plan 2028, Kamehame Ridge Subdivision Unit II-Phase II-A
( )　File Plan 2033, Kamehame Ridge Subdivision Unit II-Phase II-B

　　Tax Map Key No.: (1st Div.) 3-9-10__7-39__

B. Purchaser:　(Full name - no middle initials. If no middle name, use "NMN" to indicate).

1. Name: __Anthony Charles Grande__　　　　　S.S.# __221 54 6067__

　　Spouse's Name: __Narindar Kaur Grande__　　S.S.# __576 83 9948__

　　Residence Address: __501 Hahaione Street #9L  Honolulu, HI 96825__

　　Mailing Address: __Same__

　　Residence Phone: __808-396-5333__　　Business Phone: __None (use Home)__

　　Facsimile Phone: __None__　　　　　　Spouse Business Phone: __None__

　　Married:　　　　　　　　Yes (✓)　　No ( )

　　Title to include Spouse?　Yes (✓)　　No ( )

2. Name: _____ S.S.# _____

　　Spouse's Name: _____ S.S.# _____

　　Residence Address: _____

　　Mailing Address: _____

　　Residence Phone: _____ Business Phone: _____

　　Facsimile Phone: _____ Spouse Business Phone: _____

　　Married:　　　　　　　　Yes ( )　　No ( )

　　Title to include Spouse?　Yes ( )　　No ( )

Phase 2A & 2B (rev. 06/16/99)　　　EXHIBIT 9　　　Buyer's Initials _ACG_ _NKG_

a. **Na Pali Haweo Community Association.** The Na Pali Haweo Community Association is a Hawai'i non-profit corporation, of which each owner of a residential lot in the Subdivision is required to be a member.

b. **Assessments.** The Declaration provides for the assessment and collection of fees payable to the Association, the imposition of a lien against Purchaser's interest in the Lot, and the right of the Association to foreclose said lien in the event of nonpayment of said assessments.

c. **Annexation of Additional Property.** Seller has the right to annex additional property to be included in the Association and subject to the Declaration; such additional property may be some or all of the property as described in the Declaration, either as presently subdivided or in such consolidated and/or resubdivided configuration as Seller may determine in its sole discretion.

d. **Design Restrictions and Minimum Design Standards.** All improvements on a lot must comply with the design and development guidelines and applications and review procedures (the "Design Guidelines") established pursuant to the Declaration, unless a variance is granted therefrom by the Architectural Review Committee established by the Declaration. The Architectural Review Committee will enforce the minimum design standards (such as but not limited to a minimum enclosed floor area of ~~1,500~~ *[handwritten: ALAM 2000]* square feet exclusive of a 400 square feet minimum enclosed garage and attached or detached open lanai(s)) for improvements to be constructed on the lots in the Subdivision.

e. **Height Limitations.** As part of the design standards imposed by the Design Guidelines, four (4) of the seventy-one (71) lots in Phase II-A of the Subdivision and thirteen (13) of the sixty-one (61) lots in Phase II-B of the Subdivision (the "Height Limited Lots") will have a height limitation of eighteen feet (18') for improvements (including landscaping) on such lots. The four (4) Height limited Lots in Phase II-A are lots 58 through 61. The thirteen (13) Height Limited Lots in Phase II-B are lots 1 through 4; 10 through 12; and 51 through 56.

f. **Landscaping.** Purchaser must within ninety (90) days of completion of his residence on the Lot, landscape and irrigate the Lot in accordance with a plan approved by the Architectural Committee, and shall be solely responsible for landscaping and maintaining his Lot.

g. **Two Class Voting System.** There is a two class voting system whereby the Seller will be provided with three (3) votes for each lot which has not been conveyed to a party other than Seller and/or an affiliate of Seller, however such two class voting system shall expire no later than April 30, 2000.

h. **View Channels.** The Declaration provides for view channels as indicated on an overall map of the Subdivision contained in the Design Guidelines issued pursuant to the Declaration. No trees, hedges or other plants within the view channel area shall be allowed to grow above the view plane of certain lots. An owner of a lot shall, from time to time as necessary, remove or trim such trees, hedges or other plants to conform to the view plane limit.

Seller advises Purchaser to read, review and understand all of the covenants, conditions, restrictions, provisions and terms of the Declaration including the Design Guidelines.

25. **Certain Disclaimers.**

a. **No Warranties.** The Lot is being demised "as is" and "where is" with all defects known or unknown, latent or patent. Seller makes no warranties, express or implied, with respect to the Lot and the Subdivision, including but not limited to warranties of merchantability or fitness for a particular purpose.

b. **Soils.** The Subdivision has been graded and is comprised of built-up earth fill overlaying the pre-existing earth. Some of the soils in the pre-existing underlying earth are moderately expansive and some settlement and movement of the earth in the Lot may occur. Seller makes no warranties, express or implied, with respect to the soils condition of the Lot. Seller shall not have any liability or responsibility whatsoever in connection with damage due to concentration of water on the Lot or saturation of water in the soils therein or in connection with any future improvement constructed on the Lot. Seller recommends that Purchaser retain the services of a licensed soils engineer to determine the soils condition of the Lot.