



EXHIBIT 10

# Nov. 2003(mid month)



# Dec.29, 2003



# Oct. 30, 2003

