## The Complaint

Just one week later, on June 1, 2004, the Association filed its Complaint initiating this action. The Complaint alleges that the two columns supporting the second-story front roof (which Grandes had proposed to conform, no matter where they were measured from, in November) protrude beyond the building envelope, that the front setback (which Grandes had just been told, on May 25, that they need not address) is less than 20 feet, and about the interior storage space (about which the Association had changed its mind in January, after previously approving Grandes' proposed earlier resolution,). (Complaint, para. 12-14, 26)

The Complaint also alleges several other purported violations, none of which it had raised before, and which Grandes therefore had no opportunity to cure or otherwise address. (AGD, para. 31) The new allegations concern roof vents, skylights, the fences-walls at the very front of the lot, and "roof ridges, hips and/or valleys." (Complaint, para. 15-25)

As to vents, the Complaint alleges (para. 17) that they are different from those shown on the approved plans, and violate design guidelines in that they are not colored to match the roof and are visible from the street. Grandes are not sure whether the vents on the house differ from those depicted on page A.6. of their approved plans, and are willing to have them painted whatever other color (if any)

EXHIBIT 11

11

is necessary for compliance. (AGD, para. 32) There are other homes in the Subdivision with vents not matching the roof colors. (*Id.*)

As to skylights, the Complaint does *not* allege (para. 21) that they differ from those on Grandes' approved plans. (See AGD, para. 33) Instead, it alleges that "the skylights are not designed as an integral part of the roof, the skylight glazing is white, the skylight framing is not bronze anodized or colored to match the roof and the skylights are of a bubble design." If the contractor in fact installed skylights of an unapproved and improper color or an unapproved and improper design, Grandes will have them replaced. (AGD, para. 33)

As for the new allegation about the fences-walls at the front of the lot, the Complaint alleges (para. 24), without specifying which front wall(s) or how, that "a wall on the Property ... deviates from plans previously approved by the ARC and ... violates ... the Design Guidelines." Grandes are willing to remedy any actual fence-wall violations at the front of the lot. (AGD, para. 34)

As to unspecified "roof ridges, hips and/or valleys" which allegedly (para. 25) "deviate from plans approved by the ARC and/or which violate the Governing Documents," Grandes don't know what the Association is referring to. (AGD, para. 35)

The Complaint asks for (1) a prohibitory injunction against the construction of "improvements in violation of the Governing Documents," (2) a mandatory

12