31. The Association's Complaint also alleges several other purported violations. None of the ARC's letters had raised them before, so we did not have any opportunity to cure or otherwise address them. These new allegations concern roof vents, skylights, the wall at the front of the lot, and unspecified "roof ridges, hips and/or valleys." (Complaint, para. 15-25)

32. As to vents, the Complaint alleges (para. 17) that they are different from those shown on the approved plans and violate design guidelines in that they are not colored to match the roof and are visible from the street. We are not sure whether the vents on the house differ from those depicted on page A.6. of our approved plans, and are willing to have them painted whatever other color (if any) is necessary for compliance. There are other homes in the Subdivision with vents not matching the roof colors.

33. As to skylights, the Complaint does *not* allege (para. 21) that they differ from those on our approved plans. Instead, it alleges that "the skylights are not designed as an integral part of the roof, the skylight glazing is white, the skylight framing is not bronze anodized or colored to match the roof and the skylights are of a bubble design." If the contractor installed skylights of an unapproved and improper color or an unapproved and improper design, we will have them replaced.

EXHIBIT 12

34.     As to the walls at the front of the house, the Complaint alleges (para. 24), without specifying which front wall(s) or how, that "a wall on the Property ... deviates from plans previously approved by the ARC and ... violates ... the Design Guidelines." We are willing to remedy any actual front wall violations.

35.     As to unspecified "roof ridges, hips and/or valleys" which allegedly (para. 25) "deviate from plans approved by the ARC and/or which violate the Governing Documents," we don't know what the Association is referring to.

36.     Exhibits R and S are copies of pages from the Association's By-Laws and Design Guidelines, as provided to me by the Association.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and belief.

Executed this _____ day of September, 2004, at _____,
_____.

/s/
_____
ANTHONY CHARLES GRANDE

13