Photographs attached to the Association's Motion for Summary Judgment

<u>Construction Plans</u>
Construction Plans obtained from Edward Resh
Construction Plans the Grandes submitted to ARC/Ron Awa
Construction Plans obtained from Brandt Homes
Construction Plans obtained from City and County of Honolulu
Construction Plans obtained from the Grandes

<u>Association's Project Documents</u>
Na Pali Haweo Community Association Declaration of Covenants, Conditions
    and Restrictions
By-Laws for Na Pali Haweo Community Association
Na Pali Haweo Community Association Design Guidelines

<u>Other</u>
Documents obtained from the Grandes
Documents subpoenaed from City and County of Honolulu
Documents subpoenaed from Edward Resh
Documents obtained from Jeffrey Brandt/Brandt Homes, Incorporated
Documents obtained from the Association's Architectural Review Committee
Documents obtained from Glen and Sandra Moribe
Documents obtained from Lance Stevens
All documents attached to the Association's Motion for Summary Judgment
All documents produced by the Association during discovery

2.    Please list the names, offices, and dates of tenure therein, of all past and present officers and directors of the Plaintiff Association, and all past and present members of its Architectural Review Committee.

ANSWER:
The Association objects to this interrogatory on the basis that it is overly broad in scope with no definition whatsoever provided as to the time frame covered by the interrogatory, and seeks information which is not relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

*SCOTT R. GRIGSBY*

EXHIBIT 14

Without waiving the foregoing objections the Association responds as follows:

<u>Officers and Directors</u>
Lane Uchimura, President
Amy Takahashi, Vice President
Joe Appolito, Vice President
Morris Robinson, Treasurer/Secretary
Everett McDaniel, Secretary/Treasurer
David Williams, Director
Ernest Nishizaki, Vice President
Austin Vali, Director
Everett Kaneshige, Director

<u>Architectural Review Committee</u>
Owen Chock - Chairman
Ron Awa - Chairman
Mike Miyabara, Member
Dan Miasato, Member
Cathleen Peters, Developer Representative
Brett Drevno, Developer Representative
Dan O'Sullivan, Member
Ron Yee, Member
Joe Appolito, Member
Curtis Chun, Member
Paul Shigeta, Member
Bob Iwai, Member
Tim Gutierrez

The Association is researching the dates of tenure for the above listed individuals and upon completion thereof will supplement its response to this Interrogatory.

3.   Please list the dates and title of and all amendments to the Declaration of Covenants, Conditions and Restrictions and/or Design Guidelines of Na Pali Haweo, and please produce the same.