# *Brandt Homes*

*46-038 Ipuka Street*
*Kaneohe, HI 96744*
*Licence # BC 22810*
*(808) 478-8185 cell (808) 234-1323 fax*

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/9/2004 | 137 |

**Invoice Submitted To:**

Grande, Mr. & Mrs. Tony
8429 Lansingwood Cv.
Germantown, TN 38139

**Work Performed At:**

1251 Kamehame Dr.
Honolulu, HI 96825

| Terms |
|-------|
| Due on receipt |

| Description of Work | Amount |
|---------------------|--------|
| -Countertop installation: $2,021.59 | |
|     $1407.00 reimbursed on 11/03/03 Marble slab (4) not included in proposal | |
|     $614.59 additional installation of countertops | |
| -Bedroom door installation (downstairs) $315.00 | |
| -Attic Access $245.00 | |
| -Ceramic tile installation change to marble tile installation  $2407.50 | |
| -Soffit (kitchen) $690.00 | |
| -Electrical (220 outlet in garage for car lift) $275.00 | |
| -Plumbing (exterior shower plumbing) $105.00 | |
| -Electrical (6 extra can lights in kitchen) $238.00 | |
| -Equipment Rental (Bobcat-landscaping + Dirt Haul) $936.81 | |
| | |
| Deductions: Allowance Items reimbursed for unused portion: $16,245.73 | |
| -Plumbing fixtures: Total spent: $6,939.30 (Allowance: $9,500.00) difference:  -$2,560.70 | |
| -Electrical fixtures: Total spent: $3,610.40 (Allowance: $5,000.00) difference: -$1,389.60 | |
| -Carpet: Total Spent: $4,510.50 (Allowance: $5,000.00) difference: -$489.50 | |
| -Ceramic Tile: Total Spent: $105.54 (Allowance: $2,500.00) difference: -$2,394.46 | |
| -Roofing: Total Spent: $11,672.61 (Allowance: $12,500.00) difference: -$827.39 | |
| -Cabinets: Total Spent: $8,850.42 (Allowance: $12,000.00) difference: -$3,149.58 | |
| -Appliances: Total Spent: $9,565.50 (Allowance: $15,000.00) difference: -$5,434.50 | |
| | |
| Deduction of $7,300.00 for remainder unfinished portion of home in dispute (Design Guidelines with Association) | |
| -Roofing | |
| -Stucco finish | |
| -Eyebrow roof | |
| -Distiller tube installation | |
| -Garage Door | |
| -Rain Gutter | |

**Please remit to above address.**

**Please make all checks payable to: Brandt Homes**

**If you have any questions, please contact Jeff at 478-8185 or Star at 255-9527. Mahalo!**



EXHIBIT 15

# *Brandt Homes*

*46-038 Ipuka Street*
*Kaneohe, HI 96744*
*Licence # BC 22810*
*(808) 478-8185 cell (808) 234-1323 fax*

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/27/2004 | 117 |

| Invoice Submitted To: |
|---|
| Grande, Mr. & Mrs. Tony |

| Work Performed At: |
|---|
| 1251 Kamehame Dr.<br>Honolulu, HI 96825 |

| Terms |
|---|
| Due on receipt |

| Description of Work | Amount |
|---|---|
| Progress Payment for completion of the following:<br>-Bath Tile Complete $11,866.00<br>-Interior Trim $9,665.00<br>-Interior Paint $7,799.00<br>-Cabinets, Vanities, and To $29,665.00<br>-Finish Floors/Carpets $23,732.00<br>-Electric Complete $8388.55 | 91,115.55T |
| Please remit to above address. | **Total Due** |

Please make all checks payable to: Brandt Homes

If you have any questions concerning this invoice, please call Jeff or Star at 239-3942.

**Narindar Grande**

| | |
|---|---|
| **From:** | brandtj001@hawaii.rr.com |
| **Sent:** | Monday, December 22, 2003 1:09 PM |
| **To:** | neutz@hawaii.rr.com |
| **Subject:** | Invoice from Brandt Homes, Inc. Checking |

Dear :

Your invoice appears below. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Brandt Homes, Inc. Checking



# Brandt Homes

46-038 Ipuka Street
Kaneohe, HI 96744
Licence #, BC 22810
(808) 478-8185 cell (808) 234-1323 fax

# Invoice

| Date | Invoice # |
|---|---|
| 12/22/2003 | 109 |

| **Invoice Submitted To:** |
|---|
| Grande, Mr. & Mrs. Tony |
| Mr. & |

| **Work Performed At:** |
|---|
| 1251 Kamehame Dr. |
| Honolulu, HI 96825 |

**Terms**

Due on receipt

| Description of Work | Amount |
|---|---|
| Progress payment for the following: | 57,866.00 |
| -Exterior Siding $12,000.00 | |
| -Interior Trim $20,000.00 | |
| -Interior Paint $10,000.00 | |
| -Soffits $4,866.00 | |
| -Roofing Material $11,000.00 | |
| Sales Tax Included | 0.00 |
| Please remit to above address. | |

| **Total Due** | $57,866.00 |
|---|---|

12/22/2003

**From:** brandtj001@hawaii.rr.com
**Sent:** Wednesday, December 03, 2003 9:36 AM
**To:** neutz@hawaii.rr.com
**Subject:** Invoice from Brandt Homes, Inc. Checking

Dear :

Your invoice appears below. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Brandt Homes, Inc. Checking



# Brandt Homes

46-038 Ipuka Street
Kaneohe, HI 96744
Licence #, BC 22810
(808) 478-8185 cell (808) 234-1323 fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/03/2003 | 108 |

| Invoice Submitted To: |
|-----------------------|
| Grande, Mr. & Mrs. Tony<br>Mr. & |

| Work Performed At: |
|--------------------|
| 1251 Kamehame Dr.<br>Honolulu, HI 96825 |

**Terms**

Due on receipt

| Description of Work | Amount | T |
|---------------------|--------|---|
| Progress payment for the following:<br>-Interior Lathed and Drywall $17,799.00<br>-Drywall Taped and Sprayed $17,799.00<br>-Insulation Installed $5933.00<br>-Soffits $7000.00<br>Sales Tax Included | 48,531.00 | |
| | 0.00 | |

THANK YOU FOR YOUR BUSINESS!!!

| **Total Due** | $48,531.00 |
|---------------|------------|

Please make all checks payable to: Brandt Homes

If you have any questions concerning this invoice, please call Jeff or Star at 239-3942.