# Steven B. Jacobson
## Attorney at Law
## A Limited Liability Law Company

E-MAIL:
SJACOBSON.LAW@VERIZON.NET

May 3, 2004

VIA FAX (536-4977), E-MAIL AND U.S. MAIL
Lance S. Fujisaki, Esq.
Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, HI 96813

Re: Na Pali Haweo Lot 2A-49

Dear Mr. Fujisaki:

This is in further response of your letter to Mr. Anthony Grande and Mrs. Narindar Grande, dated March 4, 2004, and sent on purported behalf of Na Pali Haweo Community Association.

Your letter indicated that the association's board was still considering the *de minimus* setback issue on March 4. Although nearly two months have elapsed since that date, and although the setback question had been pending for months before that, Mr. and Mrs. Grande are still -- even now -- awaiting the board's decision.

Please let us have the board's decision as soon as possible. It would be a waste of everyone's time and resources for another set of plans to be submitted to the ARC now, only to find out later that those plans would have to be revised once again in light of the board's decision. The applicable declaration and design guidelines themselves contemplate that plan submissions be as complete as possible, rather than being done piecemeal.

Sincerely yours,

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

Steven B. Jacobson

EXHIBIT 16

# Steven B. Jacobson
## Attorney at Law
## A Limited Liability Law Company

E-MAIL:
SJACOBSON.LAW@VERIZON.NET

July 13, 2004

Gisela Iglesias, Esq.
Lance S. Fujisaki, Esq.
Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, HI  96813

     Re: <u>Grande adv. & v.  Na Pali Haweo Community Association; USDC Civ. No. 04-00413 DAE LEK</u>

Dear Counsel:

     This will confirm my telephone message of today, in which I asked for a one-week extension of time to respond to the Complaint filed by your firm on behalf of the Na Pali Haweo Community Association, until Thursday, July 22, 2004.

     As you know, Mr. Grande is an airline pilot whose employment requires him to be away from home in several-day time chunks.  He is currently away and will not be able to review the draft response until the end of this week.  I actually hope to file the response early next week, and will file it once it is finished.

     This will also confirm Mr. and Mrs. Grande's continued willingness to mediate their claims and the Association's allegations before The Mediation Center of the Pacific, as you previously suggested – as long as the mediation takes place within a reasonable time, and the Association is willing to mediate expeditiously and in good faith.

     Please let me have your response to the extension request at your earliest convenience.

                                    Sincerely yours,

                                    STEVEN B. JACOBSON
                                    Attorney at Law
                                    A Limited Liability Law Company

                                    /s/

                                    Steven B. Jacobson