**ProtectoWrap®** — *SERVING THE WATERPROOFING INDUSTRY FOR OVER 50 YEARS!*

WELCOME | ENERGY PRODUCTS | WATERPROOFING | BUILDING TAPES | ROOFING | FLOORING | PROTECTO TAC | SPECIALTY

**ROOFING PRODUCTS**
- RAIN-PROOF 40-60
- JIFFY SEAL ICE & WATER GUARD
- RAIN-PROOF TM
- TILE FLASH

## RAIN-PROOF TM

### DESCRIPTION:
Rainproof TM roofing underlayment is a 40 mil self adhering sheet membrane used for protecting roof substrates against water penetration from wind driven rain and water back-up caused by ice dams. This membrane is used in new construction and re-roofing, beneath single-ply roofing, metal, slate, tile and asphalt shingles. The membrane will self adhere to wood and plywood, and will adhere to metal, precast concrete, cast in place concrete and lightweight structural concrete with the use of our Primer.

Rainproof TM is comprised of a strong, cross laminated, non-thermaling, skid-resistant, polyethylene film laminated to a peel and stick layer of highly adhesive rubberized asphalt. A siliconized release sheet is used to prevent the material from sticking together in the roll, and is easily stripped away for installation. The membrane adheres tenaciously to the deck, permanently bonds to itself at the laps and provides a seal around nails or other fasteners that penetrate the deck during installation of the primary roofing material.

### APPLICABLE STANDARDS:
Rainproof TM roofing underlayment meets or exceeds the requirements of:
- International Conference of Building Officials (ICBO) Report #4252
- UL-790 (Roof Underlayment) Class A and C
- ASTM 13- 1970

### LIMITATIONS:
- Roof deck surface must be clean, dry and free of debris and loose particles
- Surface must be free of sharp protrusions which could cut through the membrane.
- Rainproof TM roofing underlayment must be covered with finished roofing materials within 30 days. Consult Protecto Wrap Company if membrane is to be exposed for a longer time. This membrane is not intended for permanent exposure to sunlight.
- Apply Rainproof TM in fair weather when the ambient air, deck and membrane temperatures are 40°F or higher.
- For applications down to 20°F, BT-Primer should be used prior to installing Rainproof TM. NOTE: For applications below 40°F, keep Rainproof TM in a heated air space at 50°F or above just prior to installation.

### INSTALLATION:
Install Rainproof TM roofing underlayment in the following critical locations on a typical sloped roof:
- Low pitched roofs
- Up the roof lines past the highest anticipated point of the ice dam
- Around dormers and skylights
- Centered over ridges
- Centered in valleys
- Around corners and penetrations
- Eave edges Roof to wall intersections

EXHIBIT D

### SURFACE PREPARATION: