**House Expenses to finish house after Jeff Quit**

| House Expenses | Payment method | Date | $ |
|---|---|---|---|
| **2004** | | | |
| Fed-Ex - Mike Mitchell | cash | 5/24/2004 | 8.11 |
| Martin Garage doors- Garage door for house, 50% paym | MLCC | 6/1/2004 | 1366.66 |
| Martin Garage doors- Garage door for house, Balance d | MLCC | 8/30/2004 | 1366.66 |
| Fed-Ex - Mike Mitchell | cash | 6/11/2004 | 8.11 |
| Longs drugs- scissors for house | amexcard?-3408 | 6/24/2004 | 6.55 |
| City Mill- misc house build/repair items | MLCC | 6/24/2004 | 42.61 |
| City Mill Bulbs, Screwdriver, key tags | MLCC | 6/25/2004 | 21.79 |
| City Mill- Bulb, electrical covers | MLCC | 6/25/2004 | 6.94 |
| Fed-Ex - Mike Mitchell | cash | 8/12/2004 | 13.38 |
| RSI tile- Receipt in House exp file | MLCC | 8/31/2004 | 541.25 |
| Fed-Ex - Mike Mitchell | cash | 9/3/2004 | 8.17 |
| Mike Mitchell- All work, See separate breakdown | see attached | 9/5/2004 | 14189.43 |
| Interstate Barbeque- For helping with house | MLCC | 9/9/2004 | 118.38 |
| Fed Ex- to ship ribbs | MLCC | 9/9/2004 | 44.98 |
| Fed-Ex - Simon Wilford | cash | 9/22/2004 | 6.51 |
| City Mill- Home repair and cleaning products | MLCC | 9/27/2004 | 80.36 |
| City Mill- Home repair and build products | MLCC | 9/28/2004 | 39.85 |
| City Mill- Home repair and cleaning products | MLCC | 9/29/2004 | 22.88 |
| Longs drugs- scouring pad to clean house | cash | 9/30/2004 | 1.45 |
| City Mill- tin snips and knife for house | MLCC | 10/1/2004 | 9.35 |
| Tesoro- Gas for rental car | MLCC | 10/1/2004 | 35.59 |
| Nimitz Chevron- Gas for rental car | MLCC | 10/2/2004 | 18.62 |
| National Rental Car | Costco Amex | 10/2/2004 | 381.7 |
| | | Subtotal | 18339.33 |
| **2006** | | | |
| Randy Hamana- Latice around Airconditioner | Pd from PM reserve | 3/6/2006 | |
| Randy Hamana- Lights at Front Entry Columns | Pd from PM reserve | 3/6/2006 | |
| All Solar | MLCC | 4/4/2006 | 312 |
| Skylights of Hawaii | MLCC | 4/4/2006 | 494.79 |
| All Solar | MLCC | 4/7/2006 | 417.16 |
| | | Subtotal | 1223.95 |
| | | Total | 19563.28 |

EXHIBIT 18