# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00413DAE-LEK |
| CASE NAME: | Na Pali Haweo Community Association, a Hawaii non-profit corporation vs. Anthony Charles Grande, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 06/15/2006 | TIME: | |

COURT ACTION:  EO: Defendants Anthony Charles Grande and Narindar Kaur Grande's Motion for Joinder of Additional Parties set for 6/16/06 at 9:00 a.m. before Magistrate Judge Leslie E. Kobayashi is Vacated.  Motion is Denied.  Court to issue Order.

Status Conference/Discovery Conference set for 6/16/06 at 9:00 a.m. before Magistrate Judge Leslie E. Kobayashi remains as calendered.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager