ORIGINAL

oc/lek

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Defendants Anthony
and Narindar Kaur Grande



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 3 2006

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>　　　　Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v. | CIVIL NO. CV04-00413-DAE LEK<br><br>INITIAL DISCLOSURES; CERTIFICATE OF SERVICE |

| |
|---|
| NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>    Counterclaim Defendants |

## INITIAL DISCLOSURES

Defendants and Counterclaim Plaintiffs Anthony and Narindar Kaur Grande (Grandes) hereby provide their Initial Disclosures.

Plaintiff and Counterclaim Defendant Na Pali Haweo Community Association (Association) has just, on May 31, 2006, provided a letter and "matrix" attempting to substantially revise its positions herein, without revealing the basis for its new positions. Grandes cannot fully evaluate all aspects of the Association's new positions, or determine what all of their defenses to them might be, without knowing the basis for them.

1.  Individuals likely to have discoverable information Grandes may use to support their claims or defenses, unless solely for impeachment, include:

> All present and past officers, directors, and members of the Architectural Review Committee of the Association, addresses and telephone numbers unknown except as previously provided. The past and present contents of the Association's CC&Rs and Design Guidelines, and how they have been interpreted and applied. The Association's dealings with Grandes (including the procedures followed).
>
> The present and past owners of the homes or lots at 167 Hanohano Place, 1028 and 1050 Hanohano Way, 1021, 1052, 1056 and 1100

Hoa Street, 111 and 162 Hoolako Place, 1155, 1203, 1243, 1246, 1247, 1250, 1255 and 1309 Kamehame Drive, 1025 Kaumana, and 120 Waihili Place, addresses (past owners) and telephone numbers unknown. How the Association's CC&Rs and Design Guidelines have been interpreted and applied.

Jeff Kloetzel, Ken Witten, and other employees of Hawaiiana Group Inc., 711 Kapiolani Blvd., Suite 700, 593-9100. The past and present contents of the Association's CC&Rs and Design Guidelines, and how they have been interpreted and applied. The Association's dealings with Grandes (including the procedures followed).

Joyce Neeley, Lance Fujisaki, Scott Grigsby and Gisela Iglesias, 733 Bishop Street, Suite 2301, 536-8177. How the Association's CC&Rs and Design Guidelines have been interpreted and applied. The Association's pre-litigation and post-litigation dealings with Grandes (including the procedures followed). The delay from October 2003 to May 2004 in the Association's taking of a position on the front setback question.

James I. Nishimoto and other employees of Group 70 International, 925 Bethel Street, 523-5866. The state of the property in March 2005, the Association's dealings with Grandes (including the procedures followed), and whether the Design Guidelines provide for 100 square feet of only storage space.

Lance T. Stevens, ControlPoint Surveying, Inc., 1150 S. King Street, Suite 102, 591-2022. The state of the property in March 2005.

The building inspectors of the City and County of Honolulu who inspected the property, names and telephone numbers unknown. The state of construction and the property at the times of their inspections.

Ed Resh, c/o Blake Bushnell, Bushnell & Miller, 737 Bishop Street, Suite 3000, 585-6050. The design of Grandes' home, the history of its construction, the various plans and sketches provided and offered to the Association and the ARC, what was constructed, its compliance with the building envelope and other guidelines and/or requirements, and the Association's dealings with Grandes.

Ed Short, Ed Short & Associates, 49 Hotel Street, Room 207, 521-1511. The design of Grandes' landscaping, the history of its installation, the various plans and sketches provided and offered to the Association and the ARC, and the Association's dealings with Grandes.

Jeff Brandt and Brandt Homes, Inc., c/o Cid Inouye, Reinwald O'Connor & Playdon, 733 Bishop Street, Suite 2400, 524-8350. The construction of Grandes' home, why he stopped construction, the identities and roles of subcontractors, compliance with the building envelope as approved by the ARC, and the cost of alternative construction.

Mike Mitchell, East Oahu Home Repair, 501 Hahaione Street, #10K, 396-1969. The construction of aspects of Grandes' home after Brandt quit, and the identities and roles of any subcontractors he used (if any).

Warren Dote, The Property Managers, 1311 Kapiolani Boulevard, Suite 308, 596-2511. Attempts to rent and rental of Grandes' home. Work done on the property to meet the Association's desires.

Simon Wolford, Merrill Lynch, 1001 Bishop Street, Suite 2800, Pauahi Tower Penthouse, 525-8300. Grandes' finance costs and their inability to obtain permanent financing while interest rates were lower because of the Association's claims.

Takenya Johnson, Merrill Lynch, 4802 Deer Lake Drive East, Jacksonville, FL 32246. Grandes' inability to obtain permanent financing while interest rates were lower because of the Association's claims.

Setsuko Realty, 1314 S King Street, Suite 1255, 596-0073. Grandes' rent while waiting for completion of their home.

Kathryn Lindsay and other employees of Skylights of Hawaii LLC, 1824 Dillingham Blvd., 847-5500. The installation and cost of Grandes' replacement skylights. The bubble skylights visible throughout Na Pali Haweo.

John Ogrodny and John Scoggins of All Solar, 589-1574. Work done on the vents to meet the Association's desires.

Randal Hamana, Ku'uhale, 3635 Halekipa Place, 735-9782. Miscellaneous work done on the property to meet the Association's desires.

2.      The documents Grandes may use to support their claims or defenses, unless solely for impeachment, include all of their exhibits to their filings in this action, all of the documents already produced in this action by Grandes themselves, and the documents the Association has been asked to produce in this action.

3.      Computation of Damages:

The extra interest Grandes have paid and will pay on their construction and home loans because the Association required that they stop construction, sued them, and placed a lien on their home. Supporting payment information already produced. Computation to follow.

The extra expense Grandes have incurred and will incur as a result of their contractor's leaving the job, and having to employ others to complete his work, because of the Association's demands to stop work. Amounts paid to others already disclosed. Extra expense not ascertainable yet because work not completed yet.

The extra rent Grandes paid because they were unable to move into their home. $1,450 per month.

Lost rents because work was stopped before construction was completed. Computation to follow.

The cost of replacing Grandes skylights at the Association's insistence although it had abandoned any bubble skylight requirement. $494.79.

5

Lost enjoyment of the use of their home. $50,000.

Emotional distress. $750,000.

Punitive Damages: $1,000,000 or more.

4.  Insurance Agreements: None.

DATED: Honolulu, Hawai'i, June 13, 2006.

>STEVEN B. JACOBSON
>Attorney at Law
>A Limited Liability Law Company
>
>_____
>STEVEN B. JACOBSON
>Attorneys for Defendants
>and Counterclaim Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>     Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>     Counterclaim Plaintiffs,<br><br>     v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>     Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing document will be served by the equivalent of first-class United States mail, postage prepaid, mailed today, upon each of the following:

JOYCE Y. NEELEY, ESQ.
LANCE S. FUJISAKI, ESQ.
Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, Hawai'i 96813

Attorneys for Plaintiff
and Counterclaim Defendant
Na Pali Haweo Community Association

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Attorneys for Plaintiff
and Counterclaim Defendants
Na Pali Haweo Community Association
and Ronald K. Awa

DATED: Honolulu, Hawaii, June 13, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON
Attorneys for Defendants