ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 13 2006
at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK

LODGED
JUN 0 8 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814
Facsimile:  (808) 377-1814

Attorneys for Defendants Anthony Charles
Grande and Narindar Kaur Grande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY | CIVIL NO. CV04-00413-DAE LEK<br><br>ORDER GRANTING EX PARTE MOTION OF DEFENDANTS ANTHONY GRANDE AND NARINDAR GRANDE FOR LEAVE TO FILE A CONCISE STATEMENT IN EXCESS OF FIVE PAGES AND 1500 WORDS |

ASSOCIATION; RONALD K. AWA; and DOES 1-25,

       Counterclaim Defendants.

## ORDER GRANTING EX PARTE MOTION OF DEFENDANTS ANTHONY GRANDE AND NARINDAR GRANDE FOR LEAVE TO FILE A CONCISE STATEMENT IN EXCESS OF FIVE PAGES AND 1500 WORDS

Upon consideration of the Ex Parte Motion of Defendants Anthony Grande and Narindar Grande for Leave To File A Concise Statement in excess of Five Pages and 1500 Words, and good cause appearing therefore, IT IS HEREBY ORDERED that said motion is granted.

_____
UNITED STATES DISTRICT JUDGE