ORIGINAL

NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY          (3134-O)
(JNeeley@neeley-anderson.com)
PHILIP L. LAHNE         (3709-O)
LANCE S. FUJISAKI       (4224-O)
SCOTT R. GRIGSBY        (6673-O)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i  96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 14 2006

at 10 o'clock and ___ min. ___M
SUE BEITIA, CLERK

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>    Defendants. | CIVIL NO. CV04-00413 DAE/LEK<br>(Injunctive Relief)<br><br>AMENDED CERTIFICATE OF SERVICE RE:  1) PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S RESPONSE TO DEFENDANTS AND COUNTERCLAIM PLAINTIFF'S ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, AND 2) PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S RESPONSE TO DEFENDANTS |

| | |
|---|---|
| ANTHONY CHARLES GRANDE and ) <br> NARINDAR KAUR GRANDE, ) <br>   ) <br> Counterclaim Plaintiffs, ) <br>   ) <br> vs. ) <br>   ) <br> NA PALI HAWEO COMMUNITY ) <br> ASSOCIATION; RONALD K. AWA ) <br> and DOES 1-25, ) <br>   ) <br> Counterclaim Defendants. ) <br>   ) <br> _____ ) | AND COUNTERCLAIM PLAINTIFFS <br> ANTHONY CHARLES GRANDE AND <br> NARINDAR KAUR GRANDE'S FIRST <br> SET OF INTERROGATORIES TO <br> PLAINTIFF |

AMENDED CERTIFICATE OF SERVICE
RE: 1) PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S RESPONSE TO DEFENDANTS AND COUNTERCLAIM PLAINTIFF'S ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, AND 2) PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S RESPONSE TO DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST SET OF <u>INTERROGATORIES TO PLAINTIFF</u>

The undersigned hereby certifies that a copy of the 1) PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S RESPONSE TO DEFENDANTS AND COUNTERCLAIM PLAINTIFF'S ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, AND 2) PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S RESPONSE TO DEFENDANTS AND COUNTERCLAIM

PLAINTIFFS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S FIRST SET OF INTERROGATORIES TO PLAINTIFF were duly served upon the following parties at their last known addresses by U.S. Mail on June 2, 2006.

>STEVEN B. JACOBSON, ESQ.
>P.O. Box 240761
>Honolulu, Hawaii 96824-0761
>   Attorney for Defendants
>   ANTHONY CHARLES GRANDE
>   and NARINDAR KAUR GRANDE
>
>JOHN D. ZALEWSKI, ESQ.
>Case Lombardi & Pettit
>Pacific Guardian Center, Suite 2600
>737 Bishop Street
>Honolulu, Hawaii 96813
>   Attorney for Counterclaim Defendants
>   NA PALI HAWEO COMMUNITY ASSOCIATION

DATED: Honolulu, Hawai'i, June 14, 2006.

/s/ Scott R. Grigsby
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION