IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>　　　　　Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　　　　Counterclaim Plaintiffs,<br><br>　vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>　　　　　Counterclaim Defendants.<br>_____ | Civil No. CV04-00413-DAE/LEK |

ORDER GRANTING DEFENDANTS ANTHONY GRANDE AND NARINDAR KAUR GRANDE'S EX PARTE MOTION FOR LEAVE TO FILE A CONCISE STATEMENT IN EXCESS OF FIVE PAGES AND 1500 WORDS

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. On June 8, 2006, Defendants Anthony Charles Grande and Narindar Kaur Grande (collectively, "Grande Defendants") lodged an *Ex Parte* Motion for Leave To File a Concise Statement In Excess of Five Pages and 1500 Words. ("*Ex Parte* Motion"). In the *Ex Parte* Motion, the Grande Defendants represent that there are separate and distinct facts relating to each of the twenty-two alleged violations in Plaintiff's Motion for Summary Judgment. Declaration of Steven B. Jacobson, Esq. at 2. Grande Defendants further state that in preparing their Statement of Facts in Support of a counter-motion for summary judgment, they are unable to provide and present the Court with a complete statement of the information and facts within the five-page, 1500-word limit imposed by Local Rule 56.1(d) 7.5(d), and 7.5(e). Id.

Consequently, Grande Defendants request permission to file a Statement that is in excess of five pages and 1500 words. Id.

After reviewing Defendants' *Ex Parte* Motion and the supporting declaration, the court GRANTS Grande Defendants' *Ex Parte* Motion for Leave To File a Concise Statement of Facts in Excess of Five Pages and 1500 Words.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 15, 2006.



_____
David Alan Ezra
United States District Judge

Na Pali Haweo Community Association, vs. Anthony Charles Grande, et. al., Civil No. 04-00413 DAE/LEK; ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE A CONCISE STATEMENT OF FACTS IN EXCESS OF FIVE PAGES AND 1500 WORDS.