ORIGINAL

NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY     (3134-O)
(JNeeley@neeley-anderson.com)
PHILIP L. LAHNE     (3709-O)
LANCE S. FUJISAKI   (4224-O)
SCOTT R. GRIGSBY    (6673-O)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i 96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 6 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants. | CIVIL NO. CV04-00413 DAE/LEK<br>(Injunctive Relief)<br><br>**AMENDED CERTIFICATE OF SERVICE RE:** PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED APRIL 12, 2006, AND MEMORANDUM IN OPPOSITION TO COUNTER-MOTION FOR SUMMARY JUDGMENT FILED JUNE 8, 2006; DECLARATION OF JEFF KLOETZEL; DECLARATION OF RONALD K. AWA; DECLARATION OF RONALD YEE; DECLARATION OF JAMES I. NISHIMOTO; DECLARATION OF |

| | |
|---|---|
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | LANE K. UCHIMURA; AFFIDAVIT OF JEFF BRANDT; EXHIBIT "A"; AFFIDAVIT OF SCOTT R. GRIGSBY; EXHIBITS "BB" - "UU" CERTIFICATE OF SERVICE (FILED JUNE 15, 2006) |

X:\NaPaliHaweo\Grande\Usdc PLEADINGS\ACOS.ReplyMSJ6-15-06.wpd

## AMENDED CERTIFICATE OF SERVICE RE:
PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED APRIL 12, 2006, AND MEMORANDUM IN OPPOSITION TO COUNTER-MOTION FOR SUMMARY JUDGMENT FILED JUNE 8, 2006; DECLARATION OF JEFF KLOETZEL; DECLARATION OF RONALD K. AWA; DECLARATION OF RONALD YEE; DECLARATION OF JAMES I. NISHIMOTO; DECLARATION OF LANE K. UCHIMURA; AFFIDAVIT OF JEFF BRANDT; EXHIBIT "A"; AFFIDAVIT OF SCOTT R. GRIGSBY; EXHIBITS "BB" - "UU" CERTIFICATE OF SERVICE (FILED JUNE 15, 2006)

The undersigned hereby certifies that a copy of The Plaintiff Na Pali Haweo Community Association's Reply in Support of Motion for Summary Judgment Filed April 12, 2006, and Memorandum in Opposition to Counter-motion for Summary Judgment Filed June 8, 2006; Declaration of Jeff Kloetzel; Declaration of Ronald K. Awa; Declaration of Ronald Yee; Declaration of James I. Nishimoto; Declaration of Lane K. Uchimura; Affidavit of Jeff Brandt; Exhibit "A"; Affidavit

2

of Scott R. Grigsby; Exhibits "BB" - "UU" Certificate of Service (Filed June 15, 2006) were duly served via hand delivery on June 16, 2006.

> STEVEN B. JACOBSON, ESQ.
> P.O. Box 240761
> Honolulu, Hawaii 96824-0761
>   Attorney for Defendants
>   ANTHONY CHARLES GRANDE
>   and NARINDAR KAUR GRANDE
>
> JOHN D. ZALEWSKI, ESQ.
> Case Lombardi & Pettit
> Pacific Guardian Center, Suite 2600
> 737 Bishop Street
> Honolulu, Hawaii 96813
>   Attorney for Counterclaim Defendants
>   NA PALI HAWEO COMMUNITY ASSOCIATION

DATED: Honolulu, Hawai'i, <u>June 16, 2006</u>.

_/s/ Scott R. Grigsby_
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION