

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation, | ) CIVIL NO. CV04-00413 DAE/LEK )<br>)<br>) DECLARATION OF JEFF KLOETZEL |
| Plaintiff, | ) |
| vs. | )<br>) |
| ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | )<br>)<br>) |
| Counterclaim Plaintiffs, | )<br>) |
| vs. | )<br>) |
| NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, | )<br>)<br>) |
| Counterclaim Defendants. | )<br>) |

DECLARATION OF JEFF KLOETZEL

1.     I work for Hawaiiana Management Company, Ltd.  ("Hawaiiana") as a

project manager.

2.    I make this Declaration based on my personal knowledge and information.

3.    I have been employed by Hawaiiana to serve as a project manager since approximately 1995, and since February 2002 I have been assigned to assist Na Pali Haweo Community Association ("Association") with design review coordination and covenants compliance.  I am in possession of the records of the Association referenced herein which are kept in the ordinary course and scope of business, am familiar with the subject matter of this action, and am qualified to make this Declaration on behalf of the Association.

4.    I am personally familiar with the property owned by ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE ("Grandes") located at 1251 Kamehame Drive, Honolulu, Hawai`i, and the dwelling constructed thereon ("Dwelling").

5.    Na Pali Haweo is a planned community association in Honolulu, Hawai`i, composed of 193 lots.

6.    The Grandes have not provided written notice to the Association or its Architectural Review Committee ("ARC") that construction of the Dwelling has been completed.

7.    The Grandes have not requested a hearing before the Association's Board of Directors or its ARC regarding the matters which are the subject of the captioned litigation.

8.     The Association filed the present lawsuit because of the Grandes' ongoing construction in violation of the Association's Declaration and/or Design Guidelines despite demands by the Association that the Grandes cease all non-compliant construction.

9.     The Declaration of Owen Chock states at ¶ 21 that, "There are bubble skylights on other homes throughout Na Pali Haweo, inlcuding those at 1155 Kamehame Drive, 167 Hanohano Place, 1021 Hoa Street, 1056 Hoa Street, 1100 Hoa Street, 111 Hoolako Place, and 120 Waihili Place." All of these houses were approved when Owen Chock was the Chair of the ARC.

10.    The Declaration of Owen Chock states at ¶ 22 in part, "The roof at 162 Hoolako Place is green and the skylight frames there are painted a darker green. The roof at 1203 Kamehame Drive is light grey and the skylights frames there are painted black." Both of these houses were approved when Owen Chock was the Chair of the ARC.

11.    Attached to the Association's Reply in Support of Motion For Summary Judgment Filed April 12, 2006, And Memorandum in Opposition to Counter-Motion For Summary Judgment ("Association's Reply") as Exhibit "BB" is a true and accurate copy of an excerpt of the plans approved by the ARC on October 5, 2000.

12.    Attached to the Association's Reply as Exhibit "CC" are true and accurate copies of excerpts of plans approved by the ARC on October 17, 2000 and plans submitted by the Grandes on April 19, 2006.

13.    Attached to the Association's Reply as Exhibit "DD" are true and accurate copies of excerpts of plans submitted by the Grandes dated January 9, 2004 and plans submitted by the Grandes on April 19, 2006.

14.    Attached to the Association's Reply as Exhibit "EE" is a true and accurate copy of a letter from Cid H. Inouye to Steve B. Jacobson and the Association's counsel, Neeley & Anderson LLP, dated April 5, 2005.

15.    Attached to the Association's Reply as Exhibit "FF" is a true and accurate copy of a letter from the Association's counsel Neeley & Anderson LLP to Steven B. Jacobson dated May 19, 2005.

16.    Attached to the Association's Reply as Exhibit "GG" is a true and accurate copy of a letter from the Association's counsel Neeley & Anderson LLP to Steven B. Jacobson dated August 11, 2005.

17.    Attached to the Association's Reply as Exhibit "HH" is a true and accurate copy of a letter from Steven B. Jacobson to the Association's counsel, Neeley & Anderson LLP, dated December 6, 2005.

18.    Attached to the Association's Reply as Exhibit "II" is a true and accurate copy of an electronic mail from the Association's counsel Neeley & Anderson LLP to Steven B. Jacobson dated December 7, 2005.

19.    Attached to the Association's Reply as Exhibit "JJ" is a true and accurate copy the court's minutes of Judge Leslie E. Kobayashi's minutes dated December 13, 2005 in Civil No. 04-00413DAE/LEK.

20.    Attached to the Association's Reply as Exhibit "KK" is a true and accurate copy of a letter from Steven B. Jacobson to Judge Leslie E. Kobayashi dated December 20, 2005.

21. Attached as Exhibit "LL" is a true and accurate copy of a letter from Steven B. Jacobson to the Association's counsel, Neeley & Anderson LLP, dated January 5, 2006.

22. Attached to the Association's Reply as Exhibit "MM" are true and accurate excerpts of plans received from the Grandes marked revised November 13, 2003, showing the Grandes' proposed deletion of the eyebrow roof above the garage.

23. Attached to the Association's Reply as Exhibit "NN" is a true and correct copy of an excerpt of the plans approved by the ARC on October 17, 2000.

24. Attached to the Association's Reply as Exhibit "OO" is true and accurate excerpt of a certified and self-authenticated copy of the Declaration of Covenants, Conditions and Restrictions of Na Pali Haweo Community Association dated April 11, 1991, and recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 91-049173 on April 18, 1991, as amended.

25. Attached to the Association's Reply as Exhibit "PP" are true and accurate copies of excerpts of plans submitted by the Grandes dated July 17, 2005.

26. Attached to the Association's Reply as Exhibit "QQ" is a and accurate copies of letter dated February 23, 2004 from Dennis J. Hwang to the Grandes produced by Brandt Homes, Inc. under subpoena.

27. Attached to the Association's Reply as Exhibit "RR" is a and accurate copies of letter dated April 1, 2004 from Dennis J. Hwang to the Grandes produced by Brandt Homes, Inc. under subpoena.

28. Attached to the Association's Reply as Exhibit "SS" is a and accurate copies of letter dated May 3, 2004 from Steven B. Jacobson to Cid H. Inouye produced by Brandt Homes, Inc. under subpoena.

I, JEFF KLOETZEL, do declare under penalty of law that the foregoing is true and correct.

DATED:  Honolulu, Hawai`i, _____6/15/06_____.

_____

JEFF KLOETZEL