IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, <br><br> Defendants. <br><br> ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, <br><br> Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/LEK <br> (Injunctive Relief) <br><br> DECLARATION OF RONALD YEE |

## DECLARATION OF RONALD YEE

1. I am the President of Wasa Electrical Services, Inc., and a member of the Na Pali Haweo Architectural Review Committee ("ARC").

2. I make this Declaration based on my personal knowledge and information.

3. I have served as a member of the ARC from approximately 2000 to the present.

4. I am the owner of 1243 Kamehame Drive located next to, and downhill from, the dwelling owned by Anthony Charles Grande and Narindar Kaur Grande ("Grandes").

5. Anthony Grande told me on several occasions that he intended to build his house as far forward as possible so as to maximize his view. He even asked me to cut down two palm trees in my front yard which could potentially obstruct his view.

6. On or around October 16, 2003, Anthony Grande approached me regarding a 3½ inch encroachment of his dwelling into the 20 foot front setback. I told him that short of tearing down the front of his house the only thing he could do was to enquire whether the ARC would grant him a variance.

7. I did not, and could not, tell the Grandes that their request for a variance would be granted, especially since I was just one of five voting members of the ARC.

8. To my knowledge the ARC has never granted a front setback variance.

9. The Grandes' request for a variance was discussed at various ARC meetings.

10. I did not tell Narindar Grande that she was not allowed to attend ARC meetings or that ARC Chair Ronald Awa would not allow "wives" to attend ARC meetings "because they are too emotional" or for any other reason.

11. I did not notice that the Grandes had made changes to their skylights, roof vents, air conditioner or light fixtures until May 29, 2006.

12. Construction of my house at 1243 Kamehame Drive was completed around 1999. The air conditioning equipment in my back yard was shown on the approved plans and was "roughed in" back in 1999, however the air conditioning equipment was not installed until 2005. I intend to install appropriate screening around the air conditioning equipment.

I, RONALD YEE, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, 15 JUNE 2006.

_____
RONALD YEE