IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOV'T. UNITS 1-10, <br><br> Defendants. <br><br><br> ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, <br><br> Counterclaim Defendants. | CV 04-00413 DAE/LEK <br><br> DECLARATION OF LANE K. UCHIMURA |

## DECLARATION OF LANE K. UCHIMURA

1. I am Senior Vice President, Commercial Division, Special Projects of Dick Pacific Construction Co., Ltd., and President of Na Pali Haweo Community Association.

2. I make this Declaration based on my personal knowledge and information.

3. In approximately 1997 and 1998, I served as a member on the Na Pali Haweo Architectural Review Committee ("ARC").

4. I have served on the Board of Directors of the Association as Vice President from approximately 1998 through 1999, and since then, as President of the Association.

5. As a member of the ARC and an officer of the Association, I am familiar with architect Owen Chock who served as chair of the ARC from approximately 1993 through 2000.

6. Mr. Chock was appointed by the developer of Na Pali Haweo to serve as chair of the ARC.

7. The Board replaced Mr. Chock as chair of the ARC in 2000 as it was dissatisfied with the quality of services rendered by Mr. Chock.

8. Among the problems caused by Mr. Chock is that he permitted owners to use materials or install features prohibited under the Design Guidelines.

9. For example, Mr. Chock allowed owners to use Masonite siding although this material is specifically prohibited under Article III, Section 3.2.2(a) of the Na Pali Haweo Design Guidelines which prohibits use of prefabricated siding less than 5/8" thick.

10. Mr. Chock allowed owners to install flat roofs on their homes although the Design Guidelines specifically state that the roof slopes shall have a "minimum slope of four inches (4") in twelve inches (12")." *See* Design Guidelines at Article III, Section 3.2.3(c).

11. As a result of the foregoing violation, a different owner requested ARC approval to construct a large flat roof for his home and when his application was denied, he filed suit against the Association claiming that because Mr. Chock permitted other owners to construct flat roofs, he was entitled to do the same.

12. Mr. Chock allowed owners of a lot at Na Pali Haweo to install an exterior mounted chimney in violation of Article III, Section 3.2.3(h) of the Design Guidelines which states in part with regard to chimneys: "Exposed metal flues and spark arrestors are not permitted."

13.  I believe Mr. Chock knowingly allowed owners to construct or install other items in violation of the Design Guidelines.

14.  In response to complaints by owners, the Board found that Mr. Chock provided owners with inconsistent interpretations of the Design Guidelines, failed to provide owners with sufficient feedback to allow owners to correct deficiencies in their plans, and failed to adequately perform construction inspections and final inspections.

I, LANE K. UCHIMURA, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, ___JUNE 14, 2006___.

_____
LANE K. UCHIMURA

X:\NaPaliHaweo\Grande\Usdc PLEADINGS\Decl Uchimura-drf.doc