REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

CID H. INOUYE          4243
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813
Phone: 524-8350

Attorneys for JEFF BRANDT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants. | Civil No. CV04-00413 DAE/LEK (Injunctive Relief)<br><br>AFFIDAVIT OF JEFF BRANDT; EXHIBIT "A" |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs, | |

|  |
|---|
| vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>  Counterclaim Defendants. |

## AFFIDAVIT OF JEFF BRANDT

STATE OF HAWAI'I           )
                           ) SS.
CITY AND COUNTY OF HONOLULU )

  I JEFF BRANDT, being duly sworn upon oath, deposes and says:

  1. I am the President of Brandt Homes, Inc. ("Brandt").

  2. My address is 46-038 Ipuka Street, Kaneohe, Hawaii 96744.

  3. In my position, I have in my care, custody and control the records that are responsive to the Subpoena Duces Tecum filed March 23, 2006, attached hereto as Exhibit "A," which was served upon me.

  4. The records that are responsive to Exhibit "A" are selected documents (selected by counsel for Na Pali Haweo) from records made or maintained by Brandt during the course of its regularly conducted business activity, at or near the time of the acts, events, or conditions described therein.

5.  No portion of these records has ever been removed from my care, custody and control.

6.  No portion of these records has ever been altered.

7.  The records being produced are responsive to the Subpoena Duces Tecum.

8.  I have produced to Plaintiff true and accurate copies of some of the items listed in the Subpoena Duces Tecum as selected by Na Pali Haweo's counsel which was served upon me. These documents are bates stamped 00001 through 00835.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JEFF BRANDT

Subscribed and sworn to before me this
___1st___ day of ___June___,
2006.

_____
(signature)

Sherrie Yabes
(printed name)
Notary Public, State of Hawai`i
My commission expires: April 7, 2010



3