**NEELEY & ANDERSON LLP**
A Limited Liability Law Partnership

**JOYCE Y. NEELEY**      (3134-0)
(JNeeley@neeley-anderson.com)
**PHILIP L. LAHNE**      (3709-0)
**LANCE S. FUJISAKI**      (4224-0)
**SCOTT R. GRIGSBY**      (6673-0)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 3 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
**NA PALI HAWEO COMMUNITY ASSOCIATION**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation, | ) CIVIL NO. CV04-00413 DAE/LEK<br>)<br>)<br>) **SUBPOENA DUCES TECUM**<br>) |
| Plaintiff, | ) |
| | ) (Brandt Homes, Inc.) |
| vs. | ) |
| | ) |
| ANTHONY CHARLES GRANDE;<br>NARINDAR KAUR GRANDE; JOHN<br>DOES 1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>CORPORATIONS 1-10; DOE<br>ENTITIES 1-10; AND DOE<br>GOVERNMENTAL UNITS 1-10, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| ———————————————— | )<br>) |
| ANTHONY CHARLES GRANDE and<br>NARINDAR KAUR GRANDE, | )<br>) |



EXHIBIT "A"

|  | ) |
|---|---|
| Counterclaim | ) |
| Plaintiffs, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| NA PALI HAWEO COMMUNITY | ) |
| ASSOCIATION; RONALD K. AWA; | ) |
| and DOES 1-25, | ) |
|  | ) |
| Counterclaim | ) |
| Defendants. | ) |

adr 031406.03

## SUBPOENA DUCES TECUM

THE STATE OF HAWAII:

        TO THE SHERIFF of the State of Hawaii or his Deputy, or any Police

Officer in the State of Hawaii:

        YOU ARE COMMANDED to Subpoena the **Custodian of Records of**

**BRANDT HOMES, INC., 46-038 Ipuka Street, Kaneohe, Hawaii 96744**, to appear at

**Ralph Rosenberg Court Reporters, Inc., 1001 Bishop Street, Suite 2460, American**

**Savings Bank Tower, Honolulu, Hawaii 96813 on March 28, 2006 at 9:00 a.m.,**

before a notary public from RALPH ROSENBERG COURT REPORTERS, INC.

(Ph. 524-2090), authorized by law to administer oaths, to testify on behalf of the

PLAINTIFF **NA PALI HAWEO COMMUNITY ASSOCIATION** in the above-captioned

matter and to bring with him/her, and to turn over for purposes of inspection and

copying, the following:

        **Any and all original records, documents, writings, files,**
        **plans, sketches, diagrams, blueprints, correspondence,**
        **letters, faxes, memoranda, e-mail messages, notes,**
        **reports, summaries, work papers, schedules,**
        **computations, calculations, agreements, financial**

documents, billing statements, timesheets, and invoices
relating to any of the following:

i.    That certain real property situated at 1251
      Kamehame Drive, Honolulu, Hawaii, Lot No. 49
      (Kamehame Ridge Subdivision, Unit II-Phase II-as
      shown on File Plan Number 2028), Maunaloa,
      Honolulu, Hawaii 96825)

ii.   Any services that you or your office provided to
      Anthony Charles Grande and/or Narindar Kaur
      Grande.

NOTICE TO A PERSON OR ENTITY SERVED WITH A
SUBPOENA DUCES TECUM WHO IS NOT A PARTY TO THIS CASE

      The Subpoena attached hereto should specifically set forth the materials
sought to be subpoenaed.

      Any person and/or entity or their attorney objecting to the Subpoena or to
disclosure of any materials subpoenaed shall appear on the date and at the time and
place for return indicated on the Subpoena and state their objections.  Failure to object
on the return date may be considered a waiver of any objections.

      The person or entity subpoenaed or their counsel may submit a written
statement of objections to the court.  If a person or entity objects to disclosure of only
part of the material, the pages or sections of material considered confidential and/or
nondisclosable shall be tabbed or marked for the court.

      Matters presented at the return may be continued from time to time
without further notice except as announced at the time of return.

      DATED: Honolulu, Hawaii: _____MAR 1 5 2006_____.


                        _____
                        JOYCE Y. NEELEY
                        PHILIP L. LAHNE
                        LANCE S. FUJISAKI
                        SCOTT R. GRIGSBY

                        Attorneys for Plaintiff
                        **NA PALI HAWEO COMMUNITY
                        ASSOCIATON**

3

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | March 20, 2006, 7:00 p.m. | 46-038 Ipuka Street<br>Kaneohe, Hawaii 96744 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Custodian of Records of BRANDT HOMES, INC,, Through Jeff Brandt | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Alejandro Souza | Deputy Sheriff nka Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    March 29, 2006
                        DATE

_Elijah Souza_
SIGNATURE OF SERVER

1001 Bishop Street, # 2460
ADDRESS OF SERVER

Honolulu, Hawaii, 96813

3/20/06
7:00 p.m.

Jeff Brandt