IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/LEK (Injunctive Relief)<br><br>AFFIDAVIT OF SCOTT R. GRIGSBY |

## AFFIDAVIT OF SCOTT R. GRIGSBY

STATE OF HAWAI'I              )
                              ) SS.
CITY AND COUNTY OF HONOLULU   )

SCOTT R. GRIGSBY, being duly sworn upon oath, deposes and says:

1. Affiant is an attorney with the law firm of Neeley & Anderson LLP, A Limited Liability Law Partnership ("Neeley & Anderson"), and is an attorney for Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION ("Association") in the above-entitled matter and makes this affidavit based on his own personal knowledge and information.

2. Attached to the Association's Reply in Support of Motion For Summary Judgment Filed April 12, 2006, And Memorandum in Opposition to Counter-Motion For Summary Judgment ("Association's Reply") as Exhibit "UU" is a true and accurate copy of the Listing of Violations - Grande Residence, dated April 1, 2005, prepared by James I. Nishimoto of Group 70 International.

3. Exhibit "UU" was correctly referenced in the Association's Motion For Summary Judgment filed April 12, 2006, as Exhibit "T" however an earlier version of Exhibit "UU" dated March 22, 2005, was erroneously attached to the Motion for Summary Judgment as Exhibit "T".

FURTHER AFFIANT SAYETH NAUGHT.

_____
SCOTT R. GRIGSBY

Subscribed and sworn to before me this
15th day of June, 2006.

L.S. _____
(Signature)

_____
(Printed Name) Leatuva Hirata

Notary Public, State of Hawai'i
My Commission expires: 2/9/2009