

Plans approved 10/17/00



Plans submitted 4/19/06

EXHIBIT "CC"



Plans approved 10/17/00



Plans submitted 4/19/06