

Plans dated 1/9/04



Plans submitted 4/19/06

EXHIBIT "DD"



Plans dated 1/9/04

Plans submitted 4/19/06



Plans dated 1/9/04



Plans submitted 4/19/06