JOYCE Y. NEELEY
M. ANNE ANDERSON
PHILIP L. LAHNE
LANCE S. FUJISAKI

ROBIN MILLER
CHERRYLINA C. PIEDAD

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 BISHOP STREET, SUITE 2301
HONOLULU, HAWAII 96813

TELEPHONE
(808) 536-8177
FACSIMILE
(808) 536-4977

May 19, 2005

VIA: FACSIMILE TRANSMISSION,
EMAIL and U.S. MAIL

Steven B. Jacobson, Esq.
P.O. Box 240761
Honolulu Hi. 96824-0761

Re:   Na Pali Haweo Community Association v. Grande;
      Civ. No. 0410-00413 DAE LEK (USDC)

Dear Mr. Jacobson:

Pursuant to the instructions of United States Magistrate Judge Leslie Kobayashi and Rule 408 of the Federal Rules of Evidence, the Association is providing the Grandes with the attached schematic drawing to assist them in designing a solution to the building envelope and setback violations and preparing plans and specifications for review and approval by the Association's Board of Directors. The Grandes are not required to follow the schematic drawing and may instead propose an alternate design that conforms with the Na Pali Haweo Design Guidelines; however, the design must include, among other things, moving the plate line to within the building envelope, construction of eaves in conformance with the Design Guidelines and a roof profile consistent with the overall design of the structure. Also, in providing the attached schematic drawing, the Association is not providing any warranty or other representation as to the soundness of the depicted design. The Grandes must address the structural and any other construction issues and all requirements of the Association's governing documents in preparing the proposed plans and specifications due on June 20, 2005.

Sincerely,

NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

Joyce Y. Neeley
Lance S. Fujisaki

EXHIBIT "FF"

Steven B. Jacobson, Esq.
May 19, 2005
Page 2

JYN/LSF:etb

cc: The Honorable Magistrate Judge Leslie E. Kobayashi
United States District Court for the District of Hawai'i

John D. Zalewski, Esq. (via fax & mail)
Case Bigelow & Lombardi

Tony Wong, Esq. (via fax & mail)
Matsui Chung Sumida & Tsuchiyama

Cid H. Inouye, Esq. (via fax & mail)
Reinwald O'Connor & Playdon

Stanford H. Nakamoto, Esq. (via fax & mail)
Kuichi & Nakamoto

Na Pali Haweo Community Association

X:\NaPaliHaweo\Grande\Jacobson.Ltr11-fnl.wpd

MAXIMUM HEIGHT OF STRUCTURE

620.1

614.5

606.7

604.4

586.8

581.99 (FIN. ELEV.)

12 / 4

1 / 2

30'-0" PARALLEL TO GRADE

20'-0" (SETBACK HEIGHT)

19'-9 1/2" TO BLDG

20'-0" SETBACK

GRADE

NEW ROOF LINE

BEDROOM EXTERIOR WALL LINE

LANAI RAILING AREA

SHADED AREA INDICATES ENCROACHMENT WITHIN FRONT SETBACK BUILDING ENVELOPE

ROOF OVERHANG CONFORMING TO SECT. 3.2.1(d) OF THE NPH DESIGN GUIDELINES

ROOF EYEBROW CONFORMING TO SECT. 3.2.1(d) OF THE NPH DESIGN GUIDELINES

FRONT SETBACK ENCROACHMENT TO BE REMOVED

FRONT PROPERTY LINE

LEFT SIDE ELEVATION
SCALE: 1/8" = 1'-0"
PROPOSED FIX TO BUILDING ENCROACHMENT

GRANDE RESIDENCE
TAX MAP KEY: 3-9-107:039