## Lance S. Fujisaki

**From:** "Lance S. Fujisaki" <lfujisaki@neeley-anderson.com>
**To:** "Steve Jacobson" <sjacobson.law@verizon.net>
**Sent:** Wednesday, December 07, 2005 7:56 AM
**Subject:** NPH/Grande

12/7/05

Steve:

I received the letter you faxed last evening. I will be circulating it to the Association and will provide you with a response as soon as possible. The Grandes should not proceed with any work until the Association has had an opportunity to review your letter and respond in writing.

Thank you. Please do not hesitate to call if you have any questions.

Lance S. Fujisaki

Neeley & Anderson LLP
A Limited Liability Law Partnership
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

==================================================================
CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail and destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

EXHIBIT "II"