# Steven B. Jacobson
## Attorney at Law
## A Limited Liability Law Company

E-MAIL:
SJACOBSON.LAW@VERIZON.NET

December 20, 2005

Hon. Leslie E. Kobayashi
United States Magistrate Judge
United States Courthouse
300 Ala Moana Boulevard
Honolulu, HI 96850

Dear Magistrate Judge Kobayashi:

Re: Civil No. 04-00413 DAE LEK, Na Pali Haweo Community Ass'n v. Grande, Minutes dated December 13, 2005

    I have now had an opportunity to review the Court's Minutes of December 13, 2005.

    As I have previously advised both the Courtroom Deputy and other counsel, Mr. Grande cannot be available on Friday, December 23. (Please see the enclosed emails) He is and was previously scheduled to be working that day. He is an airline pilot, and December 23 is at the height of the holiday flying season.

    Moreover, the minutes reflect an important misunderstanding of recent events in the above action.

    The Grandes did *not* submit "schematic plans" for anything on November 29, 2005. Rather, as the enclosed copy of my letter to Mr. Fujisaki shows, they merely submitted "*drawings* showing *two* possible revisions to the front of the home on their property." (emphasis added)

    Submitted were (1) one side-view drawing of one possible revision (#1); (2) one side-view drawing of the other possible revision (#2); and (3) a front-view of both possible revisions, which noted that "both schemes resemble this elevation."

    Copies of the two side views of possible revisions #1 and #2 are enclosed.

    "Sheet 1 rev." was not a third and separate possible revision. As the cover letter said, the Grandes were submitting "*two* possible revisions," not three.

EXHIBIT "KK"

Hon. Leslie E. Kobayashi
December 20, 2005
Page Two


Rather, the drawing in the upper-left hand corner of "Sheet 1 Rev." is merely the front-view part of possible revisions #1 and #2.

The concept of merely "tracing over" parts of other drawings, to move matters along, was discussed at prior conferences.

Accordingly, there was no third proposal in existence for the Association's counsel to pretend that it was approving on December 6.

The Association is apparently submitting "Sheet 1 Rev.," with its proposed modification, as its own counterproposal. It will be evaluated as such.

                                    Sincerely yours,

                                    STEVEN B. JACOBSON
                                    Attorney at Law
                                    A Limited Liability Law Company

                                    Steven B. Jacobson

CC: Cid Inouye, Esq.
    Lance Fujisaki, Esq.
    Stanford Nakamoto, Esq.
    John Zalewski, Esq.