

EXHIBIT "MM"-1



FRONT ELEVATION
SCALE: 1/4" = 1'-0"

EXHIBIT "MM" - 2



EXHIBIT "MM" - 3

UPPER FLOOR PLAN
SCALE: 1/4" = 1'-0"





RIGHT SIDE ELEV