





UPPER FLOOR PLAN — SCALE 1/4"=1'-0"