# Reinwald O'Connor & Playdon LLP

Arthur B. Reinwald*
Dennis E. W. O'Connor
George W. Playdon, Jr.*
Gilbert D. Butson*
Jerrold K. Guben
W. Thomas Fagan
Michael J. McGuigan
James A. Kawachika*
Cid H. Inouye
Kelvin H. Kaneshiro, D.M.D.
Jeffrey W. Juliano, LL.M.

*A Law Corporation*

A LIMITED LIABILITY LAW PARTNERSHIP
ATTORNEYS AT LAW  *Since 1876*

Pacific Guardian Center - Makai Tower - 733 Bishop Street - 24th Floor
Honolulu, Hawaii 96813-4070

P.O. Box 3199
Honolulu, Hawaii 96801-3199
Telephone: (808)524-8350 • Fax: (808)531-8628
email: djh@roplaw.com

Dennis E. W. O'Connor Jr.
S. Kalani Bush
Charles S. O'Neill, Jr., LL.M.
Lisette S. Blumhardt

*COUNSEL*
Dennis J. Hwang

February 23, 2004

<u>VIA EXPRESS MAIL</u>

Anthony & Narinda Grande
429 Lansingwood Cove
German Town, Tennessee, 38139

    RE:    <u>Lot 2A-49 (1251 Kamehame Dr.)</u>

Dear Mr. & Mrs. Grande:

    Our office represents Brandt Homes, Inc. Recently, you insisted that our client finish work on the above referenced property in accordance with the original construction plans, although portions are still in dispute with the Na Pali Haweo Community Association. We strongly urge you to reconsider.

    Completion of the work in violation of the Notice to Cease Construction sent to you by Hawaiiana Management Company, Ltd. on January 28, 2004 is likely to subject you, as the homeowners, to a lawsuit by the Community Association, neighbors and property owners. This may result in tearing down portions of the disputed non-compliant structure and rebuilding at your expense. Furthermore, you may be responsible for attorneys' fees if you do not prevail, and other additional fees may need to be paid to the Association. We urge you to work with the Association to expeditiously obtain all proper approvals before proceeding with construction, as required by the Construction Contract. We also note that the dispute with the Association has, and may continue to cause a delay in completion of the project. This is a factor that is beyond the control of Brandt Homes, Inc.

    Nevertheless, if you insist that our client complete the non-compliant areas before full approval is obtained from the Association, we would require that you provide Brandt Homes, Inc. a full indemnity, with hold harmless and duty to defend clauses. Our client requires this protection because work in these areas may subject them to increased liability. The specific areas covered by the indemnity are those outlined in the January 28, 2004 Notice to Cease Construction. Thus, the indemnity would cover work for the second floor balcony columns, the front roof section above the garage, the home's

EXHIBIT "QQ"

00178

Anthony & Narinda Grande
February 23, 2004
Page 2

front setback, the interior garage storage, or any other work that is in compliance with the original plans, but at issue with the Association and/or your neighbor.

Attached to this letter is an Indemnity Agreement. Once you both sign the Agreement, please fax a copy to Brandt Homes, Inc. at (808-234-1323) and our office (808-531-8628). A mailed copy should also be sent to both addresses. Brandt Homes will then comply with your demand to finish the house according to the original construction plans. Please feel free to call our office if you have any questions or comments.

Sincerely

REINWALD O'CONNOR & PLAYDON LLP

Dennis J. Hwang

DJH:as
Attachment

## INDEMNITY AGREEMENT

We (Anthony and Narinda Grande) agree to defend, indemnify and hold harmless Brandt Homes, Inc., their officers, directors, employees, shareholders, and agents from and against any liability, loss, damage, cost and expense, including all attorneys' fees, and all claims, suits and demands therefore, arising out of or resulting from our decision to proceed with construction of the house according to the original construction plans, despite the concerns raised by the January 28, 2004 Notice to Cease Construction by Hawaiiana Management Company, Ltd. The portions of the work covered by this indemnity include the second floor balcony columns, the front roof section over the garage, the home's front setback, the interior garage storage, or any other work that is in compliance with the original plans, but at issue with the Association and/or your neighbor.

The provisions of this Agreement shall remain in full force and effect notwithstanding the expiration or early termination of the Brandt Homes Construction Contract Agreement with Mr. & Mrs. Anthony Grande, dated December 3, 2002.

BRANDT HOMES, INC.

_____          By_____
Anthony Grande, Owner                   JEFFREY BRANDT
                                        Its President

                                   Date: _____
_____
Narinda Grande, Owner

Date: _____

00180