# Steven B. Jacobson
## Attorney at Law
## A Limited Liability Law Company

E-MAIL:
SJACOBSON.LAW@VERIZON.NET

May 3, 2004

<u>VIA E-MAIL, FAX and U.S. MAIL</u>

Cid H. Inouye, Esq.
Reinwald O'Connor & Playdon LLP
733 Bishop Street, 24th Floor
Honolulu, HI 96813-4070

Dear Mr. Inouye:

    <u>Re: 1251 Kamehame Drive</u>

    This is in response to your letter of April 28, which included a threat to file an action if no response to your demand is received by today.

    I understand that Mr. Grande and Mr. Brandt are working with each other, to work out questions regarding the accuracy of the costs and expenses asserted in your letter.

    In response to the larger question posed by your letter, we do not "know" that the Grandes' house is substantially completed, and the amount of "liquidated damages" your clients are proposing is woefully inadequate. It does not include, for example, any offset for the amounts your clients owe as a result of their failure to timely complete construction.

    Most importantly, both the assertion that the house has been substantially completed, and the proposed "liquidated damages" amount, overlook the unfortunate circumstance that your clients built the house on the Grandes' lot several inches too close to the street, in violation of applicable covenants, conditions and restrictions – creating a "dispute" referenced in your letter. Unless the community association waives compliance, the entire house will need to be moved further back onto the lot, which would entail (we understand) moving or replacing everything under the house that supports it.

    Our understanding is that the community association's board is still considering the setback problem. I am aware of Dennis Hwang's opinion letter to the association of November 12, 2003, in which he indicates his view that compliance with the CCRs should be waived. However, the board has not yet accepted his views, and we understand that others do not agree with them.

EXHIBIT "SS"    00192

Cid H. Inouye, Esq.
May 3, 2004
Page Two


      We will continue to try to work matters out. Hopefully the board will waive noncompliance with the setback requirement.

                Sincerely yours,

                STEVEN B. JACOBSON
                Attorney at Law
                A Limited Liability Law Company


                Steven B. Jacobson

00193