dsc01225 (1280x960x24b jpeg)



EXHIBIT "TT"