IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, <br><br> Defendants. <br><br> ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, <br><br> Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/LEK <br> (Injunctive Relief) <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the Plaintiff Na Pali Haweo Community Association's Reply in Support of Motion for Summary Judgment Filed April 12, 2006, and Memorandum in Opposition to Counter-motion for Summary Judgment; Declaration of Jeff Kloetzel; Declaration of Ronald K. Awa; Declaration of Ronald Yee; Declaration of James I. Nishimoto; Declaration of Lane K. Uchimura; Affidavit of Jeff Brandt; Exhibit "A"; Affidavit of Scott R. Grigsby; Exhibits "BB - "UU"; Certificate of Service were duly served upon the following parties at their last known addresses by June 16, 2006.

>STEVEN B. JACOBSON, ESQ.
>P.O. Box 240761
>Honolulu, Hawaii 96824-0761
>    Attorney for Defendants
>    ANTHONY CHARLES GRANDE
>    and NARINDAR KAUR GRANDE
>
>JOHN D. ZALEWSKI, ESQ.
>Case Lombardi & Pettit
>Pacific Guardian Center, Suite 2600
>737 Bishop Street
>Honolulu, Hawaii 96813
>    Attorney for Counterclaim Defendants
>    NA PALI HAWEO COMMUNITY ASSOCIATION
>    and RONALD K. AWA

DATED:  Honolulu, Hawai'i, _____JUN 15 2006_____.


                                                                /s/ Lance S. Fujisaki
                                     JOYCE Y. NEELEY
                                     LANCE S. FUJISAKI
                                     SCOTT R. GRIGSBY
                                     Attorneys for Plaintiff
                                     NA PALI HAWEO COMMUNITY
                                     ASSOCIATION