ORIGINAL

STEVEN B. JACOBSON,
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON       4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

Attorneys for Defendants Anthony
Grande and Narindar Kaur Grande

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 21 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE LEK<br><br>ORIGINAL SIGNATURES FOR DECLARATIONS OF OWEN CHOCK, ANTHONY GRANDE and NARINDAR GRANDE (filed June 8, 2006); CERTIFICATE OF SERVICE<br><br>Date:  June 26, 2006<br>Time:  10:30 a.m.<br>Judge:  Hon. David Alan Ezra |

Counterclaim Defendants.

<u>ORIGINAL SIGNATURES FOR DECLARATIONS OF OWEN CHOCK, ANTHONY GRANDE and NARINDAR GRANDE (filed June 8, 2006)</u>

Na Pali Haweo, and are not substantial deviations from their plans as approved by the ARC.

### The Ultimate Look

30.  The photographs in Association Exhibit T, taken in March 2005, do not reflect the ultimate look of Grandes' home because they do not show the approved "eyebrow" roof Grandes will build over their garage door once allowed to perform construction in that area, or the effect of the approved landscaping.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of June, 2006, at Honolulu, Hawaii.

_____
Owen Chock

Executed this 8th day of June, 2006, at Melbourne Beach, Florida.

_____
ANTHONY GRANDE

25. After receiving a copy of Association Exhibit Q, dated November 26, 2003, in which the ARC indicated that a compromise had been reached and said nothing about stopping construction, I believed we had resolved the building envelope questions.

26. I was therefore surprised, and dismayed, two months later when I received a Notice To Cease Construction from the Association's Board of Directors dated January 28, 2004, along with a copy of the ARC's letter of January 28, 2004, withdrawing its approvals of two months earlier. (Compare Association Exhibits Q and R)

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this 8th day of June, 2006, at Melbourne Beach, Florida.

_____<br>NARINDAR GRANDE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing document will be served today by hand delivery or first-class United States mail, postage prepaid, upon each of the following:

JOYCE Y. NEELEY, ESQ.
LANCE S. FUJISAKI, ESQ.
SCOTT GRIGSBY, ESQ.
Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, Hawai'i 96813

Attorneys for Plaintiff
and Counterclaim Defendant
Na Pali Haweo Community Association

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Attorneys for Plaintiff
and Counterclaim Defendants
Na Pali Haweo Community Association
and Ronald K. Awa

DATED: Honolulu, Hawaii, June 21, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

_____
STEVEN B. JACOBSON
Attorneys for Defendants

2