IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>    Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>    Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5(b) |

25

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5(b)

Undersigned counsel hereby certifies that the foregoing Memorandum complies with Local Rule 7.5(b), containing 4,494 words according to the word count of my word processing system.

DATED: Honolulu, Hawai'i, June 21, 2006.

> STEVEN B. JACOBSON
> Attorney at Law
> A Limited Liability Law Company
>
> _____
> STEVEN B. JACOBSON
> Attorneys for Defendants
> and Counterclaim Plaintiffs