IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>    Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>  v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>    Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>REQUEST FOR MANDATORY JUDICIAL NOTICE |

## REQUEST FOR MANDATORY JUDICIAL NOTICE

The Court is hereby requested to take mandatory judicial notice of the following:

1. Exhibit 19 is a true and correct copy of excerpts from a document recorded against Grandes' home on the date shown thereon.

2. Exhibit 20 is a true and correct copy of excerpts from a document filed in First Circuit Court on the date shown thereon.

DATED: Honolulu, Hawai'i, June 21, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

_____
STEVEN B. JACOBSON
Attorneys for Defendants