IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>       Defendants.<br><br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>       Counterclaim Plaintiffs,<br><br>  v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>       Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>DECLARATION OF STEVEN JACOBSON |

## DECLARATION OF STEVEN JACOBSON

Steven Jacobson declares as follows:

1.      I am a member of this Court's Bar, and represent Mr. and Mrs. Grande in this and related actions.  I have personal knowledge of the facts in this Declaration.

2.      After I wrote Exhibit SS to Mr. Inouye, contractor Brandt's attorney, on May 3, 2004, during negotiations to see whether litigation between Brandt and Grandes (over whether Brandt had adequately performed) could be avoided, Mr. Inouye reminded me that the Association had approved a building envelope for Grandes' home beginning 10' from their front property line – so the idea that elements of Grandes' home are outside of its building envelope is merely a belated allegation of the Association.

3.      Subsequently, in counterclaiming against Brandt after he sued them for not paying him in full, Grandes effectively alleged only that the Association was so arguing.  (G Ex. 20, para. 6)

4.      Association Exhibit EE was Brandt's response, during the settlement negotiations herein, after the Association presented Grandes and Brandt with Exhibit T.

5.      I represented Mr. and Mrs. Grande at the settlement conference herein on September 30, 2005.  Mr. Kloetzel was present, but only as an observer who

occasionally provided information.  He was not one of the negotiators, and was not one of the Association's decision-makers.  Counsel were the negotiators, and the Association's officers were its decision-makers.

6.      The plans the Association purported to accept during settlement negotiations on August 11, 2005, did not represent a proposal of Grandes.  The Association, through Mr. Fujisaki, has asked for a drawing reflecting its own concept of what it wanted, then purported to "accept" it.

7.      Later on, in December 2005, the Association again attempted to "accept" a proposal Grandes hadn't made, as reflected in my letter of December 20, 2005, to the Magistrate Judge.  (See A Ex. KK)

Executed this 21st day of June, 2006, at Honolulu, Hawaii.

_____
STEVEN JACOBSON

3