## Aug, 23, 2003



## Sep 5, 2003



EXHIBIT 10