AK
C



R-866  STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
SEP 13, 2005    02:00 PM

Doc No(s) 2005-183299



/s/ CARL T. WATANABE
REGISTRAR OF CONVEYANCES

20   1/1   Z2

| LAND COURT SYSTEM | REGULAR SYSTEM |
|---|---|

AFTER RECORDATION, RETURN BY MAIL ( )   PICKUP (x)

NEELEY & ANDERSON LLP
A Limited Liability Law Partnership
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
Ph:  (808) 536-8177

TITLE OF DOCUMENT:

NOTICE OF DEFAULT AND LIEN

PARTIES TO DOCUMENT:

NA PALI HAWEO COMMUNITY ASSOCIATION

ANTHONY CHARLES GRANDE
NARINDAR KAUR GRANDE
8429 Lansing Wood Cove
German Town, IN   38139

PROPERTY DESCRIPTION:
\*
\*
\*   TMK NO. (1) 3-9-107-039
\*

EXHIBIT 18

## NOTICE OF DEFAULT AND LIEN

STATE OF HAWAII             )
                            )  SS:
CITY AND COUNTY OF HONOLULU )

NOTICE IS HEREBY GIVEN to ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE ("GRANDES"), whose mailing address is 8429 Lansing Wood Cove, German Town, IN 38139 and to all others whom it may concern, as follows:

WHEREAS, Article VII, Section 7.7 of the Declaration of Covenants, Conditions and Restrictions of the Na Pali Haweo Community Association ("Declaration") provides that if the owner of any property subject to the Declaration defaults in the payment of any assessment or fine due to the NA PALI HAWEO COMMUNITY ASSOCIATION ("ASSOCIATION"), a Hawaii non-profit corporation, said assessment or fine shall constitute a lien upon such property.

WHEREAS, Article VII, Section 7.3 of the Declaration provides that the Board of Directors of the ASSOCIATION shall levy an assessment against any owner whose failure to comply with the Declaration, the Rules (as defined in the Declaration) or the Architectural Committee Rules results in monies being expended by the Association from the Operating Fund in performing its functions under the Declaration, including without limitation, "engineers', architects', attorneys', and accountants' fees when reasonably incurred by the Association."

WHEREAS, the ASSOCIATION has reasonably incurred engineers', architects' and attorneys' fees and costs in connection with the GRANDES' violations, and the resulting enforcement, of the ASSOCIATION's governing documents.

NOW, THEREFORE, pursuant to and in accordance with Article VII, Section 7.7 of the Declaration, the ASSOCIATION, by its Board of Directors, hereby provides notice of default and claims a lien for unpaid engineers', architects' and attorneys' fees and costs imposed against that certain property described in Exhibit "A" attached hereto and incorporated herein by reference,

2

which property is subject to the Declaration and is owned or reputedly owned by ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, married, as Tenants by the Entirety, by virtue of that certain Warranty Deed dated March 9, 2000, and recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2000-038054.

The amount of said lien through August 25, 2005, is FIFTY-NINE THOUSAND ONE HUNDRED FOURTEEN AND 50/100 DOLLARS ($59,114.50) representing the following engineers', architects' and attorneys' fees and costs incurred under Article VII of the Declaration:

| | |
|---|---|
| Engineers' fees and costs | $ 1,916.50 |
| Architects' fees and costs | $ 7,245.22 |
| Attorneys' fees and costs | $49,952.78 |
| Total | $59,114.50 |

NOTICE IS FURTHER GIVEN THAT THE LIEN CLAIMED HEREIN INCLUDES ALL OTHER ADDITIONAL ENGINEERS', ARCHITECTS' AND ATTORNEYS' FEES AND COSTS AND OTHER EXPENSES WHICH WILL CONTINUE TO BE INCURRED BY OR ON BEHALF OF THE ASSOCIATION, AFTER THE FOREGOING DATE, FOR THE ENFORCEMENT OF THE GOVERNING DOCUMENTS, COLLECTING ANY DELINQUENT ASSESSMENTS IMPOSED AGAINST THE SUBJECT PROPERTY AND FORECLOSING THE LIEN THEREON.

DATED: SEP - 9 2005

NA PALI HAWEO COMMUNITY ASSOCIATION

By: _____(signature)_____

Typed Name: EVERETT S. MCDANIEL, SR
Its: SECRETARY