STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON    4117-0
(sjacobson.law@verizon.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814
Facsimile: (808) 377-1814

Attorneys for Defendants and
Counterclaimants Anthony Charles
Grande and Narindar Kaur Grande

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 FEB 21 PM 3:18

F. OTAKE
CLERK

# IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAI'I

| | |
|---|---|
| BRANDT HOMES INCORPORATED, a Hawaii corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE; et al.,<br><br>    Defendants.<br><hr>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaimants,<br><br>v.<br><br>BRANDT HOMES INCORPORATED; JEFFREY BRANDT; and NA PALI HAWEO COMMUNITY ASSOCIATION,<br><br>    Counterclaim-Defendants | CIVIL NO. 05-1-2061-11 KNB<br><br>AMENDED ANSWER TO COMPLAINT; COUNTERCLAIM; CERTIFICATE OF SERVICE; SUMMONS |



EXHIBIT 20

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| BRANDT HOMES INCORPORATED, a Hawaii corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE; et al.,<br><br>Defendants.<br><hr>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaimants,<br><br>v.<br><br>BRANDT HOMES INCORPORATED; JEFFREY BRANDT; and NA PALI HAWEO COMMUNITY ASSOCIATION,<br><br>Counterclaim Defendants. | CIVIL NO. 05-1-2061-11 KNB<br><br>COUNTERCLAIM |

## COUNTERCLAIM

Counterclaimants Anthony Charles Grande and Narindar Kaur Grande allege as follows:

1. Counterclaimants are the owners of the real property in the City and County of Honolulu bearing TMK No. (1)-3-9-107-039.

2. Counterclaim Defendant Brandt Homes, Incorporated ("Brandt Homes") is a Hawaii corporation which did business within the City and County of Honolulu.

3. Counterclaim Defendant Jeffrey A. Brandt ("Brandt") is a resident of the City and County of Honolulu and President of Brandt Homes. Brandt was a licensed Hawaii contractor

6

from November 1, 1990 until October 26, 2005, and a licensed Hawaii general building contractor from November 9, 2000 until October 26, 2005, when his licenses were terminated by the State of Hawaii.

4. Counterclaim Defendant Na Pali Haweo Community Association ("Association") is a Hawaii corporation doing business within the City and County of Honolulu. Counterclaimants' property is located within the Na Pali Haweo Community.

5. Counterclaimants and Brandt Homes, Incorporated entered into a contract whereby Brandt Homes was to construct a home on their property. Brandt was the contractor-licensee responsible for the construction.

6. Counterclaimants are informed by the Association, and believe in part, that Brandt Homes failed to comply with the Association's Design Guidelines and the architectural plans approved by the Association in constructing their home. Brandt Homes also failed to complete the construction. Brandt's breaches of duty were one factor in Brandt Homes' non-compliance.

7. As a result of Brandt Homes' non-compliance and purported non-compliance, and Brandt's breaches, the Association has filed suit against the Counterclaimants purportedly seeking compliance, and has recorded a lien against the property for a total of $59,114.50 of allegedly resultant engineers, architects and attorneys' fees and costs through August 25, 2005. The suit was filed in this Court on June 1, 2004, initiating this Court's Civil Action No. 04-1-1008-06, and is now pending in the U. S. District Court for the District of Hawaii as that Court's Civil No. 04-00413. The lien was recorded in the Bureau of Conveyances on September 13, 2005, as Document No. 2005-183299. Counterclaimants have had to incur and will incur fees, costs and expenses in defending themselves in that action, including (but not limited to) the expense of traveling from their residence on the U. S. Mainland to Honolulu for a settlement

7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE |