ORIGINAL

NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY       (3134-O)
(JNeeley@neeley-anderson.com)
PHILIP L. LAHNE       (3709-O)
LANCE S. FUJISAKI     (4224-O)
SCOTT R. GRIGSBY      (6673-O)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i 96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2006

at __10__ o'clock and __ __ min. __A__ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>        Defendants. | CIVIL NO. CV04-00413 DAE/LEK<br>(Injunctive Relief)<br><br>**CERTIFICATE OF SERVICE RE:** PLAINTIFF'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT NARINDAR KAUR GRANDE; INTERROGATORIES; VERIFICATION |

```
ANTHONY CHARLES GRANDE and )
NARINDAR KAUR GRANDE,       )
                            )
    Counterclaim Plaintiffs,)
                            )
vs.                         )
                            )
NA PALI HAWEO COMMUNITY     )
ASSOCIATION; RONALD K. AWA  )
and DOES 1-25,              )
                            )
    Counterclaim Defendants.)
                            )
                            )
```

X:\NaPaliHaweo\Grande\Usdc PLEADINGS\ACOS ReplyMSJ6-15-06.wpd

## CERTIFICATE OF SERVICE RE: PLAINTIFF'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT NARINDAR KAUR GRANDE; INTERROGATORIES; VERIFICATION

The undersigned hereby certifies that a copy of The Plaintiff Na Pali Haweo Community Association's **Certificate of Service Re:** Plaintiff's Second Request for Answers to Interrogatories to Defendant Narindar Kaur Grande; Interrogatories; Verification, were duly served via U.S. Mail, first-class, postage pre-paid on June 20, 2006.

> STEVEN B. JACOBSON, ESQ.
> P.O. Box 240761
> Honolulu, Hawaii 96824-0761
>     Attorney for Defendants
>     ANTHONY CHARLES GRANDE
>     and NARINDAR KAUR GRANDE

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
Pacific Guardian Center, Suite 2600
737 Bishop Street
Honolulu, Hawaii 96813
    Attorney for Counterclaim Defendants
    NA PALI HAWEO COMMUNITY ASSOCIATION


DATED: Honolulu, Hawai'i, <u>June 20, 2006</u>.


                         /s/ Scott R Grigsby
                         JOYCE Y. NEELEY
                         LANCE S. FUJISAKI
                         SCOTT R. GRIGSBY
                         Attorneys for Plaintiff
                         NA PALI HAWEO COMMUNITY
                         ASSOCIATION