

ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
  (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2006

at 1 o'clock and 43 min. PM
SUE BEITIA, CLERK

Attorneys for Defendants Anthony
and Narindar Kaur Grande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE LEK<br><br>DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATIONS OF JAMES I. NISHIMOTO (Second), JEFF KLOETZEL (Second), RONALD K. AWA (Second), RONALD YEE, LANE K. UCHIMURA and SCOTT R. GRIGSBY and EXHIBITS T-U, W-Z, CC-MM, PP-SS, and UU; CERTIFICATE OF SERVICE<br><br>Date: June 26, 2006<br>Time: 10:30 a.m.<br>Judge: Hon. David Alan Ezra |

1

Counterclaim Defendants.

## DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATIONS OF JAMES I. NISHIMOTO (Second), JEFF KLOETZEL (Second), RONALD K. AWA (Second), RONALD YEE, LANE K. UCHIMURA and SCOTT R. GRIGSBY and EXHIBITS T-U, W-Z, CC-MM, PP-SS, and UU

Defendants Anthony and Narindar Kaur Grande hereby object to the below-described "evidence" offered by the plaintiff Association in its filing of June 15, 2006, and moves that it be stricken.

Under FRCP Rule 56(e), declarations supporting a summary judgment motion:

> "shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein. **Sworn** or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith."

Key portions of the declarations submitted by the Association fail to meet these elementary and essential requirements, as detailed below.

Because they are irrelevant and/or have not been properly authenticated by the Declarations (as shown below), Exhibits CC through MM, PP through SS, and UU, must be stricken.

So must Exhibits T-U and W-Z, as shown in Grandes' earlier evidentiary objections to the Declarations purporting to authenticate them filed June 8, 2006.