## SECOND NISHIMOTO DECLARATION

| | |
|---|---|
| 1-2. "I . . . have been retained . . . as an expert witness . . . ." "I make this Affidavit on . . . information." | Not qualified as an expert or legal expert. Lack of foundation and personal knowledge. |
| 3. "I have inspected . . . ." | Vague and ambiguous as to date. Relevance depending upon what the date was. Note that he hasn't evaluated other residences in Na Pali Haweo, so has no basis for comparing Grandes' home with others, and does not profess any knowledge of the history of the Governing Documents. |
| 5. "Article IV . . provides" . . . "As the Declaration does not contemplate . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. |
| 6. "In my opinion . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. |
| 7. "Section 3.2.1(d) . . requires . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. |
| 8. "Section 3.2.1(d) . . authorizes . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. |
| 9. Article VI . . requires . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not |

3

| | |
|---|---|
| | qualified as an expert or a legal expert. |
| 10. "The approved plans showed . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Vague and ambiguous. |
| 11. "The building envelope is established by . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. |
| 12. The . . lattice work screening . . is not permitted . . ." "Section 3.2.7 . . prohibits . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. |
| 13. "Section 3.2.14(a) . . requires . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. |
| 15. The foregoing statement . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. |
| 18. Based upon the foregoing provision, the LUO would not . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. |
| 19. "The principle . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. |

4

| | |
|---|---|
| 20. "Contrary to Mr. Resh's statement . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. |
| 21. "Various changes made by the Grandes . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Obvious lack of personal knowledge. |
| 22. "The aggregate effect . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Obvious lack of personal knowledge. |
| 23. "I disagree . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Lack of personal knowledge. |
| 24. "The Grandes did not . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Obvious lack of personal knowledge. |

| | |
|---|---|
| 26. "The Design Guidelines (1) provide . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Obvious lack of personal knowledge (what the ARC has done). |
| 27. "Plans received from Grandes . . do not . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous (which roof?). Lack of personal knowledge. |
| 28. "Portions of the garden wall . . ." "I have reviewed plans . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Lack of personal knowledge. |
| 29. "I have reviewed various . . ." "It is my opinion . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Lack of personal knowledge. |