## SECOND KLOETZEL DECLARATION

| | |
|---|---|
| 2. "I make this Affidavit on . . information." | Lack of personal knowledge as to the entire declaration. |
| 7. "The Grandes have not requested . . ." (entire paragraph) | Irrelevant. |
| 8. "The Association filed the present lawsuit because . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Vague and ambiguous. Argumentative. Lack of personal knowledge. |
| 9. "All of these houses . . ." | Best evidence rule. Hearsay. Conclusory. No foundation. Vague and ambiguous. Lack of personal knowledge. Irrelevant. |
| 10. "Both of these houses . . ." | Best evidence rule. Hearsay. Conclusory. No foundation. Vague and ambiguous. Lack of personal knowledge. Irrelevant. |
| 12 and 13. ". . . plans submitted by the Grandes on April 19, 2006." | Irrelevant. **A comparison of the lower drawings in Exhibits CC and DD and actual photos of Grandes' home (A Ex. T, Att. 8; G Ex. 2, at 2-2; G Ex. 10) shows that the windows alongside Grandes' front door and along the adjacent side of their home have been drawn too low in the lower drawings in Exhibits CC and DD. They are at least as high as the window over the door.** |

7

| | |
|---|---|
| 14-22. Attached .. is . . ." (entire paragraphs) | Obvious lack of personal knowledge. Hearsay. Best evidence rule. FRE 408. |
| 25. Attached .. are . . ." (entire paragraph) | FRE 408 |
| 26-28. Attached .. is . . ." (entire paragraphs) | Obvious lack of personal knowledge. Hearsay. Best evidence rule. FRE 408. |