## SECOND AWA DECLARATION

| | |
|---|---|
| 1. "I make this Affidavit based on . . . information." | Lack of personal knowledge. |
| 3. "familiar" | Vague and ambiguous. |
| 4. "Section 3.2.1(d) . . requires . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. |
| 5. "Section 3.2.1(d) . . authorizes . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. |
| 7. "The ARC did not grant . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Contradicted by the documents upon which it purports to be based. |
| 8. "The plans submitted by the Grandes in October 2000 contained . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. |
| 9. ". . a letter stating . . ." | Best evidence rule. Hearsay. Irrelevant. |
| 10. "The plans showed . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. |

| | |
|---|---|
| 11. "This statement is not true . . ." (remainder of paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Contradicted by the documents upon which it purports to be based. |
| 12. "The ARC did not grant . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Contradicted by the documents upon which it purports to be based. |
| 13. ". . acknowledged and discussed . . ." (remainder of paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous (what was said?). Argumentative. Contradicted by the documents upon which it purports to be based. |
| 14. The . . lattice work screening . . is not permitted . . ." "Section 3.2.7 . . prohibits . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Argumentative. Contradicted by the documents upon which it purports to be based. |
| 16. The foregoing statement . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. |

| | |
|---|---|
| 19. Based upon the foregoing provision, the LUO would not . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. |
| 20. "The principle . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. |
| 21. "Contrary to Mr. Resh's statement . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. |
| 22. "In any event, . . ." (entire paragraph) | Irrelevant. |
| 24. "Mr. Resh's statement is incorrect . . ." (entire paragraph) | Not responsive. Irrelevant. Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. |
| 26. "The . . design proposed by Mr. Resh . . ." | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Irrelevant. |
| 27. "The Grandes previously . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Irrelevant. |

11

| | |
|---|---|
| 28. "Despite . . property." | Argumentative. Irrelevant. |
| 29. "Various changes made by the Grandes . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Lack of personal knowledge. |
| 30. "The aggregate effect . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Lack of personal knowledge. |
| 31. "I disagree . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Lack of personal knowledge. |
| 32. "The Grandes did not . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Lack of personal knowledge. |
| 34. "The Design Guidelines (1) provide . . ." (entire paragraph) | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Lack of personal knowledge (what the ARC has done). |

| | |
|---|---|
| 35. "The angle of the eyebrow roof was not shown . . ." "These plans also do not indicate the color of the roof . . ." | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Relevance. Vague and ambiguous. Argumentative. Contradicted (as to the angle) by the document itself. |

13