## YEE DECLARATION

| | |
|---|---|
| 2. "I make this Affidavit on . . information." | Lack of personal knowledge. |
| 5 "Anthony Grande told me . . ." (entire paragraph) | Irrelevant. Vague and ambiguous. Conclusory. |
| 6. "encroachment . . into the 20 foot front setback.." | Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Vague and ambiguous. Argumentative. Lack of personal knowledge. |
| 7. "could not . . . especially . . the ARC" | Argumentative. Conclusory. Best evidence rule. Hearsay. No foundation. Not qualified as an expert or a legal expert. Vague and ambiguous (is he incapable of talking?). Lack of personal knowledge. |
| 8. "To my knowledge . . ." (entire paragraph) | Lack of personal knowledge. Best evidence rule. Hearsay. Irrelevant. Contradicted by para. 6 of Awa Declaration. |
| 9. "The Grandes request . . ." (entire paragraph | Vague and ambiguous as to time and what was said. |