## UCHIMURA DECLARATION

| | |
|---|---|
| 2. "I make this Affidavit on . . information." | Lack of personal knowledge. |
| 6. "Mr. Chock was appointed . . ." (entire paragraph) | Lack of personal knowledge and irrelevant. |
| 7. "The Board replaced . . ." (entire paragraph) | Argumentative. Irrelevant. Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Vague and ambiguous. Lack of personal knowledge. |
| 8-14. Among the problems . . ." (the entirety of each paragraph) | Argumentative. Irrelevant. Best evidence rule. Hearsay. Conclusory. No foundation. Not qualified as an expert or a legal expert. Vague and ambiguous. Lack of personal knowledge. |