## GRIGSBY DECLARATION

| | |
|---|---|
| 1. "I make this Affidavit on . . information." | Lack of personal knowledge. Mr. Grigsby was practicing in Virginia when the HSBA 2005-2006 Bar Directory was published. |
| 2-3. "Attached . . dated . . 2005 . .prepared by James I. Nishimoto . ." (both paragraphs) | Lack of personal knowledge and foundation. Hearsay. Conclusory. |

DATED: Honolulu, Hawaii, June 21, 2006.

                                            STEVEN B. JACOBSON
                                            Attorney at Law
                                            A Limited Liability Law Company

                                            _____
                                            STEVEN B. JACOBSON
                                            Attorneys for Defendants