# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00413DAE-LEK |
| CASE NAME: | Na Pali Haweo Community Association, a Hawaii non-profit corporation v. Anthony Charles Grande; Narindar Kaur Grande; et al. |
| ATTYS FOR PLA: | Lance S. Fujisaki |
| ATTYS FOR DEFT: | Steven B. Jacobson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 6/26/2006 | TIME: | 10:30am-11:25am |

COURT ACTION:  EP: [100]Plaintiff Na Pali Haweo Community Association's Motion for Summary Judgment.  Counterclaim Defendants Na Pali Haweo Community and Ronald K. Awa's Joinder to Plaintiff's Motion for Summary Judgment filed 4/12/06.  [119]Counter-Motion for Summary Judgment by Defendants Anthony Charles Grande and Narindar Kaur Grande.

Oral arguments heard.

[100]Plaintiff Na Pali Haweo Community Association's Motion for Summary Judgment- TAKEN UNDER ADVISEMENT.

[119]COUNTER-MOTION FOR SUMMARY JUDGMENT by Defendants Anthony Charles Grande and Narindar Kaur Grande- TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager