STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

Attorneys for Defendants

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 3 2006

at 11 o'clock and 15 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br><br>Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE FOR DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S SECOND SET OF INTERROGATORIES TO PLAINTIFF AND COUNTERCLAIM DEFENDANTS |

AWA; and DOES 1-25,

       Counterclaim Defendants

### CERTIFICATE OF SERVICE FOR DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S SECOND SET OF INTERROGATORIES TO PLAINTIFF AND COUNTERCLAIM DEFENDANTS

The undersigned hereby certifies that two copies of DEFENDANTS ANTHONY CHARLES GRANDE AND NARINDAR KAUR GRANDE'S SECOND SET OF INTERROGATORIES TO PLAINTIFF AND COUNTERCLAIM DEFENDANTS were served today by hand delivery upon each of the following:

    JOHN D. ZALEWSKI, ESQ.
    Case Lombardi & Pettit
    737 Bishop Street, Suite 2600
    Honolulu, HI 96813
    Attorneys for Counterclaim Defendants

    JOYCE Y. NEELEY, ESQ.
    LANCE S. FUJISAKI, ESQ.
    SCOTT GRIGSBY, ESQ.
    Neeley & Anderson
    733 Bishop Street, Suite 2301
    Honolulu, Hawai‘i 96813
    Attorneys for Plaintiff and Counterclaim Defendant
    Na Pali Haweo Community Association

DATED: Honolulu, Hawaii, June 23, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

_____
STEVEN B. JACOBSON
Attorneys for Defendants