ORIGINAL

STEVEN B. JACOBSON,
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 7 2006

at __9__ o'clock and __32__ min. __4__ M
SUE BEITIA, CLERK

Attorneys for Defendants Anthony Charles
Grande and Narindar Kaur Grande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>      Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>      Counterclaim Plaintiffs,<br><br>      v.<br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE LEK<br><br>MOTION FOR RECONSIDERATION OF "ORDER DENYING DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' MOTION FOR JOINDER OF PARTIES, FILED MAY 12, 2006," FILED JUNE 21, 2006; MEMORANDUM IN SUPPORT OF MOTION; REQUEST FOR JUDICIAL NOTICE; EXHIBITS 1, D, G, T AND EE; CERTIFICATE OF SERVICE<br><br>Magistrate Judge:  Hon. Leslie E. Kobayashi |

Counterclaim Defendants.

## MOTION FOR RECONSIDERATION OF "ORDER DENYING DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' MOTION FOR JOINDER OF PARTIES, FILED MAY 12, 2006," FILED JUNE 21, 2006

Defendants and Counterclaim Plaintiffs Anthony Grande and Narindar Grande (collectively "Grandes") hereby move for reconsideration of the Court's ORDER DENYING DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' MOTION FOR JOINDER OF PARTIES, FILED MAY 12, 2006, filed June 21, 2006.

This motion is made pursuant to Rules 1, 6(b)(2) and 7(b)(1) of the Federal Rules of Civil Procedure, and Local Rules 6(2)(b), 7, 60.1 and 74.1.

This motion is based upon the following memorandum, judicial notice request and exhibits, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED:  Honolulu, Hawai'i, June 27, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company


STEVEN B. JACOBSON
Attorneys for Defendants
and Counterclaim Plaintiffs

2