IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>   Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>   Counterclaim Plaintiffs,<br><br>   v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>   Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>REQUEST FOR MANDATORY JUDICIAL NOTICE |

10

## REQUEST FOR MANDATORY JUDICIAL NOTICE

The Court is hereby requested to take mandatory judicial notice of the following:

1. Exhibit 1 consists of true and correct releases by the NWA Airline Pilots Association on the dates indicated.

2. Exhibit D is a true and correct copy of excerpts from Grandes' plans approved by the Association's ARC in October 2000.

3. Exhibit G is a true and correct copy of excerpts from Grandes' plans as approved by the City and County of Honolulu.

4. Exhibit T is a true and correct copy of excerpts from an analysis by the Association's purported expert, Mr. Nishimoto, offered in support of its motion for summary judgment.

5. Exhibit EE is a true and correct copy of excerpts from a letter offered by the Association in support of its motion for summary judgment.

DATED: Honolulu, Hawai'i, July 27, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

_____
STEVEN B. JACOBSON
Attorneys for Defendants and
Counterclaim Plaintiffs