## GENERAL NOTES:

The contractor and all subcontractors shall coordinate all the work and the necessary information and materials, accessories, anchors, connections, patterns, templates, etc... shall be delivered when required in order to prevent any delay in the progress and completion of the work. Cooperation between all the trades is of essence.

The contractor shall visit the job site and examine the existing conditions. The contractor, upon signing a construction contract or agreement, warrants that he has visited the site as I familiarized himself with all the conditions thereof. No extra payments will be issued for conditions which can be determined by thorough examination f the site and documents.

The contractor shall not make alterations in the drawings. In all cases when there is a discrepancy in the quality of an item, installation, details, workmanship or other construction techniques provided to produce the best available cost of work required. In any event, a discrepancy within the drawings should immediately be brought to the attention of the Engineer for a decision, before proceeding with the particular work involved. Work carried out disregarding these instructions is subject to removal and replacements at the expense of the contractor.

In all cases figure dimensions take precedence over scaled measurements. No dimensions shall at any time be determined by scale.

The contractor shall install/apply all materials in strict compliance with the manufacturer's directions.

The contractor shall clean up and remove any trash, dirt, debris, and spillage arising for the work to the satisfaction of the owner and Architect, including: cleaning of dirt, putty, paint, etc... from the work areas, and cleaning of windows, trim and mullions.

The contractor is to verify all dimensions and conditions before proceeding with the work.

The contractor is to layout and be responsible for the correctness the laying out all spatial improvements and for locating services and utilities.

The contractor is to repair any damage to the existing conditions, that are to remain, and shall finish said conditions to match the intent of the document at the cost of the contractor.

All construction shall conform to the 1994 edition of the Uniform Building Code [UBC] as adopted and amended by the City and County of Honolulu.

The contractor shall install all owner furnished equipment, including electrical and plumbing fixtures as required to meet the intent of the drawings.

All new lumber shall be treated against termite infestation. The contractor shall provide independent inspections of all termite protection procedures.

EXTERIOR ELEVATIONS

GRANDE RESIDENCE

Exhibit G

Date JULY 2000
Scale AS SHOWN
Drawn BF
Job
Sheet
A1-3