

Attachment No. 2

EXHIBIT T