IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai'i non-profit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE, ET AL.,<br><br>        Defendants. | CIVIL NO. 04-00413 DAE-LEK |

**ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION**

Before the Court is Defendants and Counterclaim Plaintiffs Anthony Charles Grande and Narindar Kaur Grande's (collectively, "the Grandes") Motion for Reconsideration of "Order Denying Defendants and Counterclaim Plaintiffs' Motion for Joinder of Parties, Filed May 12, 2006" ("Motion for Reconsideration"), filed June 27, 2006.  The Court finds this matter suitable for disposition without a hearing pursuant to Rule LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawai`i ("Local Rules").

Courts recognize three grounds for granting reconsideration of an order: "(1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice." White v. Sabatino, 424 F. Supp. 2d 1271, 1274 (D. Hawai`i 2006)

1

(citing Mustafa v. Clark County Sch. Dist., 157 F.3d 1169, 1178-79 (9th Cir. 1998)) (some citations omitted); see also Local Rule LR60.1.  The Grandes failed to establish any of these grounds in their Motion for Reconsideration.  The Grandes' Motion for Reconsideration, filed June 27, 2006, is therefore DENIED.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAI`I, June 28, 2006.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**NA PALI HAWEO COMMUNITY ASSOCIATION V. ANTHONY CHARGES GRANDE; CIVIL NO. 04-00413 DAE-LEK; ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION**