# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CIVIL NO. 04-00413DAE-LEK

CASE NAME:    Na Pali Haweo Community Association, a Hawaii non-profit corporation vs. Anthony Charles Grande, et al.

ATTYS FOR PLA:    Lance S. Fujisaki
John D. Zalewski

ATTYS FOR DEFT:    Steven B. Jacobson

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 6/30/2006 | TIME: | 10:00-12:00 |

COURT ACTION:   EP: Further Settlement Conference held.

Further Settlement Conference set for 2:30 7/7/06, LEK.  Counsel Steven B. Jacobson to be physically present.  Counsel Lance S. Fujisaki and John D. Zalewski are to be available by phone.  Defendants are to be available by phone.

Submitted by: Warren N. Nakamura