# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/3/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL NO. 04-00413DAE-LEK

CASE NAME: Na Pali Haweo Community Association, a Hawaii non-profit corporation vs. Anthony Charles Grande, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE: Leslie E. Kobayashi REPORTER:

DATE: 7/3/2006 TIME:

---

COURT ACTION: EO: Discovery is stayed for 30 days from 6/30/06, with the exception of Defendants' Appeal of this Court's Denial of Defendants' Motion for Reconsideration, no motions shall be filed until after 7/30/06, and all unexpired deadlines are continued for 30 days.

The following are continued:

Non-Dispositive Motions previously due 9/13/06 are now due **10/13/06.**
Dispositive Motions previously due 7/12/06 are now due **8/11/06.**
Defendant's Expert Witness Disclosures previously due 7/12/06 are now due **8/11/06.**
Discovery Deadline previously set for 10/13/06 is now **11/13/06**.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager