## 1.3 Definitions.

If there are any conflicts between the definitions set forth in these Design Guidelines and those of the CC&Rs, the CC&Rs will have priority.

ARCHITECT: A person registered to practice architecture in the State of Hawaii or, if registered elsewhere, permitted to practice architecture under Hawaii State law.

ARCHITECTURAL REVIEW COMMITTEE: The committee appointed to review and approve or disapprove proposals and/or plans for the construction or installation of improvements within Na Pali Haweo.

BALCONY: A roofed or unroofed deck or platform of any type above finished grade.

BUILDABLE AREA: The area of a Lot that is within the required setbacks established in this document.

BUILDING ENVELOPE: The three dimensional limits of a residence that sets the maximum height, setback and bulk of each residence.

DECLARANT: Hawaii Kai Development Company, its successors and assigns, developer of Na Pali Haweo.

EXCAVATION: The removal of earth or rock to a depth of 18 inches or more from the existing surface of the ground.

EXISTING GRADE: The topography of the Lot at the time the Lot is conveyed from the Declarant to the original purchaser.

FILL: The addition of earth or rock that raises the existing ground elevation by 18 inches or more.

FINISHED GRADE: Final grade as approved by the Architectural Review Committee.

IMPROVEMENTS: Any structure, planting or appurtenance of every kind and type including but not limited to buildings, accessory buildings, shade structures, patio covers, walkways, sprinkler pipes, drainage devices, garages, swimming pools, spas, tennis courts, driveways, roads, parking areas, paving of all types, fences, screening walls, retaining walls, stairs, decks, landscaping, exterior lighting, signs, mailboxes, and any mechanical equipment.

LOT: The subdivided lot and all appurtenant easements.

LOT COVERAGE: TOTAL AREA less the area above the ground floor.

L.U.O.: Land Use Ordinance of the City and County of Honolulu.

TOTAL AREA: The total area of all floors of all structures on the lot measured to the outer face of walls, supports and balconies. Unroofed structures flush with finished grade shall not be considered part of total area.

EXHIBIT B