

Attachment No. 1

EXHIBIT T

**LEFT SIDE ELEVATION**
SCALE: 1/8" = 1'-0"

**GRANDE RESIDENCE**
TAX MAP KEY: 3-9-107:039

30'-0" PARALLEL TO GRADE
20'-0"
20'-0" SETBACK
GRADE
PROPERTY LINE

586.8
620.1
614.5
551.99
606.7
604.4

Attachment No. 2

EXHIBIT T