# Reinwald O'Connor & Playdon LLP

Arthur B. Reinwald*
Dennis E. W. O'Connor
George W. Playdon, Jr.*
Gilbert D. Butson*
Jerrold K. Guben
W. Thomas Fagan
Michael J. McGuigan
James A. Kawachika*
Cid H. Inouye
Kelvin H. Kaneshiro, D.M.D.
Jeffre W. Juliano, LL.M.

*A Law Corporation

A LIMITED LIABILITY LAW PARTNERSHIP
ATTORNEYS AT LAW  Since 1876

Pacific Guardian Center o Makai Tower o 733 Bishop Street o 24th Floor
Honolulu, Hawaii 96813-4070

P.O. Box 3199
Honolulu, Hawaii 96801-3199
Telephone: (808) 524-8350 o Fax: (808) 531-8628
email: info@roplaw.com

Dennis E. W. O'Connor Jr.
S. Kalani Bush
Charles S. O'Neill, Jr., LL.M.
Elmira K.L. Tsang
Lisette S. Blumhardt
R. Aaron Creps

COUNSEL
Dennis J. Hwang

April 5, 2005

Steven B. Jacobson, Esq.
P.O. Box 240761
Honolulu, Hawaii 96824-0761

√ Lance S. Fujisaki, Esq.
Neeley & Anderson LLP
733 Bishop Street, Suite 201
Honolulu, Hawaii 96813

      Re:   <u>Na Pali Haweo Community Association v. Grande, et al.,</u>
              Civil No. 04-00413 DAE LEK (U.S.D.C.)

Dear Sirs:

      This is in response to the Listing of Violations dated March 22, 2005.

      As you know, Brandt Homes was the original contractor on the project and was provided with plans that were approved by the City and County Building Department. They were not given the set of plans that were submitted to the AOAO for their approval. Brandt Homes has yet to be provided with those plans. Brandt Homes' obligation as the contractor was to build the Grande home in accordance with the plans and information given to him. The following is Brandt Homes' position regarding each issue raised by James I. Nishimoto. References to Exhibits ending with a "-1" are from the plans provided to Brandt and were the basis of construction, and those ending with a "-2" are from plans submitted to the Association for approval, but only given to Brandt last week. All other Exhibits are attachments from the Association's list of alleged violations recently presented to the parties.

Exhibit "EE"

Steven B. Jacobson, Esq.
Lance S. Fujisaki, Esq./Neeley & Anderson LLP
April 5, 2005
Page 2

1. **Building encroachment of 3-1/2 inches into the required twenty-foot front setback at left building appendage.**

   The Plans require a twenty-foot front setback. Brandt Homes is responsible for the setback being only 19.6-1/2 feet, but cite the "de minimus" rule as accepted by the City and County building inspector. This is consistent with Hawaii Revised Statutes Section 669-12, which provides that where a residential structure has a position discrepancy of less than a half of a foot, such a discrepancy is not a zoning violation. See also HRS § 669-12 (1).

   Further, Jeff Kloetzel, a representative of the Association, stated to Mr. Brandt in November of 2003 that a similar de minimus exception would be extended to this encroachment if all of Grande's other violations are corrected.

2. **Building encroachment within a front setback building envelope for a setback of one foot for every two feet of additional height over twenty feet.**

   Brandt Homes is not responsible for this problem as this portion of the building was built accordance with the plans supplied by owner and approved by City and County of Honolulu. See Exhibits "B"-1-3.

3. **Two skylights on the north roof slope are bubble type with white frost, plastic lens, and natural aluminum curbs.**

   Brandt Homes is not responsible for these claims as no specifications and/or CC&R requirements were provided to it. See Exhibit "B"-1 and 2. The skylights are located as per the plan. No further details were given to Brandt Homes.

4. **Air conditioning equipment is exposed at the rear yard, with no fence or earth embankment screening.**

   Brandt Homes is not responsible for the problem with the location of the air conditioning equipment. The plans and specifications given to Brandt did not provide the location and/or enclosure requirements for the air conditioner. See Exhibit "C"-1. The specific location for the air conditioning unit was determined by owner.