Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P.H. SUMIDA          2544-0
THOMAS TSUCHIYAMA          3768-0
LANCE S. AU                6244-0
ANTHONY L. WONG            6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawai`i  96813
Telephone No. 808-356-2600

Attorneys for Counterclaim Defendant
Na Pali Haweo Community Association

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| BRANDT HOMES INCORPORATED, a Hawaii Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, et al.,<br><br>Defendants.<br><br>_____<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE<br><br>Counterclaimants,<br><br>vs.<br><br>BRANDT HOMES INCORPORATED, JEFFREY BRANDT, and NA PALI HAWEO COMMUNITY ASSOCIATION,<br><br>Counterclaim-Defendants. | CIVIL NO. 05-1-2061-11 (KNB)<br><br>COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S REPLY TO COUNTERCLAIM FILED FEBRUARY 21, 2006; DEMAND FOR JURY TRIAL; CERTIFICATE OF SERVICE |

EXHIBIT 9

COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S
REPLY TO COUNTERCLAIM FILED FEBRUARY 21, 2006

Comes now NA PALI HAWEO COMMUNITY ASSOCIATION ("this Defendant"),

by its attorneys, and for reply to the Counterclaim filed herein aver and allege as

follows:

FIRST DEFENSE:

      1.    The Counterclaim fails to state a claim against these Defendants

upon which relief can be granted.

SECOND DEFENSE

      2.    These Defendants are without knowledge or information sufficient

to form a belief as to the allegations of paragraph 1, 2, 3, 5, 6, 7, 8, and 9 of

Counterclaim except that it:

    a.    admits that Counterclaimants' construction does not comply with

applicable restrictions pertaining to their property;

    b.    admits that this Defendant has sued counterclaimants and that suit is

pending in the United States District Court for the District of Hawaii;

    c.    admits that the Moribes filed suit in the Circuit Court of the First Circuit.

      3.    Paragraphs 4 and 10 are denied except it is admitted that NA PALI

HAWEO is a non-profit Hawaii Corporation, and that counterclaimants' property which is

the subject of this and other litigation is located within the City and County of Honolulu,

State of Hawaii.

      4.    Any allegations not specifically admitted herein are denied.

THIRD DEFENSE

     5.    Privilege and/or immunity whether qualified or absolute.

FOURTH DEFENSE

     6.    Failure to mitigate damages.

     WHEREFORE, this Defendants prays that:

     A.    The Counterclaim herein be dismissed and it be given its costs and attorney's fees;

     B.    It be given such other and further relief as to this Court deems just.


DATED:   HONOLULU, HAWAII,    **JUN 2 8 2006**

KEVIN P. H. SUMIDA
ANTHONY L. WONG
LANCE S. AU
Attorneys for Counterclaim
Defendant Na Pali Haweo
Community Association

- 3 -