# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00413DAE-LEK

CASE NAME:       Na Pali Haweo Community Association, a Hawaii non-profit
                 corporation vs. Anthony Charles Grande; Narindar Kaur
                 Grande; et al.

ATTYS FOR PLA:   Joyce Y. Neeley
                 Lance S. Fujisaki
                 Scott R. Grigsby

                 John D. Zalewski
                 Elsa F.M. McGehee

ATTYS FOR DEFT:  Steven B. Jacobson

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 07/7/2006 | TIME: | 3:00-4:00 |

COURT ACTION:  EP: Further Settlement Conference [with Counsel Steven B.
Jacobson physically present] held.  Lance S. Fujisaki and John D. Zalewski participated
by phone.

Submitted by: Theresa Lam, Courtroom Manager