ORIGINAL

NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY        (3134-O)
(JNeeley@neeley-anderson.com)
PHILIP L. LAHNE        (3709-O)
LANCE S. FUJISAKI      (4224-O)
SCOTT R. GRIGSBY       (6673-O)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i  96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2006

at 10 o'clock and 42 min. a.m. M
SUE BEITIA, CLERK

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation, | CIVIL NO. CV04-00413 DAE/LEK (Injunctive Relief) |
| Plaintiff, | CERTIFICATE OF SERVICE RE: PLAINTIFF'S RESPONSE TO STATEMENT OF APPEAL, FILED JULY 3, 2006 (FILED JULY 14, 2006) |
| vs. | |
| ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, | |
| Defendants. | |

| | |
|---|---|
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | )<br>)<br>) |
| Counterclaim Plaintiffs, | )<br>) |
| vs. | )<br>) |
| NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, | )<br>)<br>)<br>) |
| Counterclaim Defendants. | )<br>) |

CERTIFICATE OF SERVICE
RE: PLAINTIFF'S RESPONSE TO STATEMENT OF APPEAL, FILED JULY 3, 2006 (FILED JULY 14, 2006)

The undersigned hereby certifies that a copy of PLAINTIFF'S RESPONSE TO STATEMENT OF APPEAL, FILED JULY 3, 2006 (FILED JULY 14, 2006) was duly served upon the following parties at their last known addresses by U.S. Mail on July 18, 2006.

       STEVEN B. JACOBSON, ESQ.
       P.O. Box 240761
       Honolulu, Hawaii 96824-0761
          Attorney for Defendants
          ANTHONY CHARLES GRANDE
          and NARINDAR KAUR GRANDE

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
Pacific Guardian Center, Suite 2600
737 Bishop Street
Honolulu, Hawaii 96813
    Attorney for Counterclaim Defendants
    NA PALI HAWEO COMMUNITY ASSOCIATION


DATED: Honolulu, Hawai'i, <u>July 18, 2006</u>.


                              /s/ Scott R. Grigsby
                        _____
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION