# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00413DAE-LEK |
| CASE NAME: | Na Pali Haweo Community Association Vs. Anthony Charles Grande, et al. |
| ATTYS FOR PLA: | Lance Fujisaki and John Zalewski |
| ATTYS FOR DEFT: | Steven Jacobson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | None |
| DATE: | 7/26/2006 | TIME: | 2:16pm-2:35pm |

COURT ACTION: EP: Status Conference Re: Stay and Trial Date and Deadlines-

Judge Ezra has rendered a Decision as to the outstanding Dispositive Motions in the Case.

A new Trial Date, Final PreTrial Conference Date and other Trial Related Deadlines will be given out.

1. Non-jury trial on April 24, 2007 at 9:00 a.m. before DA
2. Final Pretrial Conference on March 13, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by March 6, 2007
5. File motions to Join/Add Parties/Amend Pleadings closed.
6. File other Non-Dispositive Motions by January 24, 2007
7. File Dispositive Motions by November 22, 2006
8a. File Motions in Limine by April 3, 2007
8b. File opposition memo to a Motion in Limine by April 10, 2007
11a. Plaintiff's Expert Witness Disclosures by October 23, 2006
11b. Defendant's Expert Witness Disclosures by November 22, 2006
12. Discovery deadline stayed.
13. Settlement Conference set for  at  before Counsel are to call Warren Nakamura, Courtroom Manager for Judge Kobayashi for a date after they after conferred with their clients.
14. Settlement Conference statements by

20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by April 3, 2007
24. Exchange Exhibit and Demonstrative aids by March 27, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 3, 2007
26. File objections to the Exhibits by April 10, 2007
28a. File Deposition Excerpt Designations by April 3, 2007
28b. File Deposition Counter Designations and Objections by April 10, 2007
29. File Trial Brief by April 10, 2007
30. File Findings of Fact & Conclusions of Law by April 10, 2007

Other Matters:

Submitted by Leslie L. Sai, Courtroom Manager

CV NO. 04-00413DAE-LEK;
Na Pali Haweo Community Association Vs. Anthony Charles Grande, et al.;
Rule 16 Scheduling Conference Minutes
7/26/2006