

ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
  (sjacobson.law@verizon.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

Attorneys for Defendants
Anthony and Narindar Grande

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 1 2006

at ___7___ o'clock and __51__ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE LEK<br><br>MOTION FOR RECONSIDERATION OF "ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING IN PART DEFENDANTS' COUNTER-MOTION FOR SUMMARY JUDGMENT"; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>JUDGE:  Hon. David Alan Ezra |

Counterclaim Defendants.

## MOTION FOR RECONSIDERATION OF "ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING IN PART DEFENDANTS' COUNTER-MOTION FOR SUMMARY JUDGMENT"

Defendants and Counterclaim Plaintiffs Anthony and Narindar Grande (collectively "Grandes") hereby move for reconsideration of this Court's Order Granting In Part and Denying In Part Plaintiff's Motion for Summary Judgment and Denying in Part Defendants' Counter-Motion for Summary Judgment.

This motion is made pursuant to Rules 1, 6(b)(2), 7(b)(1) and 54(b) of the Federal Rules of Civil Procedure, and Local Rules 6(2)(b), 7, 60.1 and 74.1.

This motion is based upon the following memorandum, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED:  Honolulu, Hawai'i, August 1, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON
Attorneys for Defendants
and Counterclaim Plaintiffs