IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>    Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>    Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing document will be served today by hand delivery upon each of the following:

JOYCE Y. NEELEY, ESQ.
LANCE S. FUJISAKI, ESQ.
SCOTT GRIGSBY, ESQ.
Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, Hawai'i 96813

Attorneys for Plaintiff
and Counterclaim Defendant
Na Pali Haweo Community Association

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Attorneys for Plaintiff
and Counterclaim Defendants
Na Pali Haweo Community Association
and Ronald K. Awa

DATED: Honolulu, Hawaii, August 1, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON
Attorneys for Defendants