ORIGINAL

STEVEN B. JACOBSON,
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON    4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

Attorneys for Defendants Anthony Charles
Grande and Narindar Kaur Grande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE LEK<br><br>NOTICE OF NON-HEARING MOTION; MOTION FOR RECONSIDERATION OF "ORDER REGARDING SANCTIONS ASSOCIATED WITH SET ASIDE OF ENTRY OF DEFAULT"; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Magistrate Judge: Hon. Leslie E. Kobayashi |

Counterclaim Defendants.

## NOTICE OF NON-HEARING MOTION

PLEASE TAKE NOTICE that the following non-hearing Motion has been filed with the above-entitled Court, and that any responses thereto are due within the period provided by Local Rule 7.4.

DATED: Honolulu, Hawai'i, October 5, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

_____
STEVEN B. JACOBSON
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>      Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>      Counterclaim Plaintiffs,<br><br>  v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>      Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>MOTION FOR RECONSIDERATION OF "ORDER REGARDING SANCTIONS ASSOCIATED WITH SET ASIDE OF ENTRY OF DEFAULT" |

<u>MOTION FOR RECONSIDERATION OF "ORDER REGARDING SANCTIONS ASSOCIATED WITH SET ASIDE OF ENTRY OF DEFAULT"</u>

Defendants Anthony Grande and Narindar Grande (collectively "Grandes") hereby move for Reconsideration of this Court's Order, filed September 25, 2006, titled "Order Regarding Sanctions Associated With Set Aside of Entry of Default," and that no sanctions be entered upon reconsideration.

This motion is made pursuant to Rules 1, 6(b)(2) and 7(b)(1) of the Federal Rules of Civil Procedure, and Local Rules 6(2)(b), 7, 60.1 and 74.1.

This motion is based upon the following memorandum, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED:  Honolulu, Hawai'i, October 5, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON
Attorneys for Defendants