IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>Counterclaim Defendants. | CIVIL NO. CV04-00413-DAE LEK<br><br>REQUEST FOR JUDICIAL NOTICE |

REQUEST FOR JUDICIAL NOTICE

The Court is hereby requested to take judicial notice that Exhibits 1-4 are true and correct copies of excerpts from Circuit Court documents filed on the date shown thereon.

5

DATED: Honolulu, Hawai'i, October 18, 2006.

                                          STEVEN B. JACOBSON
                                          Attorney at Law
                                          A Limited Liability Law Company

                                          STEVEN B. JACOBSON