FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 APR 26  AM 10: 09

____H. CHING____
CLERK

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON          4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814
Facsimile:  (808) 377-1814

Attorneys for
Counterclaimants Anthony Charles
Grande and Narindar Kaur Grande

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI‘I

| | |
|---|---|
| BRANDT HOMES INCORPORATED, a Hawaii corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE; et al.,<br><br>Defendants.<br>─────────────────────────<br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaimants,<br><br>v.<br><br>BRANDT HOMES INCORPORATED; JEFFREY BRANDT; and NA PALI HAWEO COMMUNITY ASSOCIATION,<br><br>Counterclaim-Defendants | CIVIL NO. 05-1-2061-11 KNB<br><br>REQUEST FOR CLERK'S ENTRY OF DEFAULT OF COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION; DECLARATION OF STEVEN B. JACOBSON; CLERK'S ENTRY OF DEFAULT; CERTIFICATE OF SERVICE |

EXHIBIT 1

## REQUEST FOR CLERK'S ENTRY OF DEFAULT OF COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION

Counterclaim Na Pali Haweo Community Association having failed to respond to the Counterclaim of Counterclaimants Anthony Charles Grande and Narindar Kaur Grande within twenty days of service of said Counterclaim and the Summons therefor, and no extensions of the date to respond having been requested or granted, the Clerk of the Court is requested to enter the default of Counterclaim Defendant Na Pali Haweo Community Association in responding to said Counterclaim.

DATED:  Honolulu, Hawaii, April 26, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON
Attorneys for Counterclaimants

2

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| BRANDT HOMES INCORPORATED, a Hawaii corporation, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE; et al., <br><br> Defendants. <br> ———————————— <br> ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, <br><br> Counterclaimants, <br><br> v. <br><br> BRANDT HOMES INCORPORATED; JEFFREY BRANDT; and NA PALI HAWEO COMMUNITY ASSOCIATION, <br><br> Counterclaim Defendants. | CIVIL NO. 05-1-2061-11 KNB <br><br> DECLARATION OF STEVEN B. JACOBSON |

## DECLARATION OF STEVEN B. JACOBSON

Steven B. Jacobson declares as follows:

I am a member of the Hawaii Bar and counsel of record for Counterclaimants. I have personal knowledge of the facts in this Declaration, and could and would competently testify to them if called as a witness.

The Return and Acknowledgment of Service filed in this action on April 4, 2006, shows that more than twenty days have elapsed since Counterclaim Defendant Na Pali Haweo

Community Association was served with the Counterclaim of the Counterclaimants in this action, and the record should show that no response thereto has been filed by said Association.

I have not received any request from said Association, oral or written, for an extension of time to respond, and have not granted the Association any such extension.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, April 26, 2006.

                                    STEVEN B. JACOBSON

4

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| BRANDT HOMES INCORPORATED, a Hawaii corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE; et al.,<br><br>        Defendants.<br>_____<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>        Counterclaimants,<br><br>    v.<br><br>BRANDT HOMES INCORPORATED; JEFFREY BRANDT; and NA PALI HAWEO COMMUNITY ASSOCIATION,<br><br>        Counterclaim Defendants. | CIVIL NO. 05-1-2061-11 KNB<br><br>CLERK'S ENTRY OF DEFAULT |

CLERK'S ENTRY OF DEFAULT

It appearing from the record that Counterclaim Defendant Na Pali Haweo Community

Association has failed to plead or otherwise defend against the Counterclaim of

Counterclaimants Anthony Charles Grande and Narindar Kaur Grande, and that the time within

which Counterclaim Defendant Na Pali Haweo Community Association may plead or otherwise

defend against said Counterclaim has expired, the default of Counterclaim Defendant Na Pali

Haweo Community Association in pleading or otherwise defending against the Counterclaim of

Counterclaimants Anthony Charles Grande and Narindar Kaur Grande is hereby entered

pursuant to Rule 55(a) of the Hawaii Rules of Civil Procedure.

DATED:  Honolulu, Hawaii, _____APR 2 6 2006_____.

H. CHING    (SEAL)

_____
CLERK OF THE ABOVE ENTITLED COURT

6

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| BRANDT HOMES INCORPORATED, a Hawaii corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE; et al.,<br><br>       Defendants.<br><br>_____<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>       Counterclaimants,<br><br>   v.<br><br>BRANDT HOMES INCORPORATED; JEFFREY BRANDT; and NA PALI HAWEO COMMUNITY ASSOCIATION,<br><br>       Counterclaim-Defendants | CIVIL NO. 05-1-2061-11 KNB<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served today by first-class mail or hand delivery upon:

CID H. INOUYE, ESQ.
R. AARON CREPS, ESQ.
CHARLES R. PRATHER, ESQ.
REINWALD O'CONNOR & PLAYDON LLP
733 Bishop Street, 24th Floor
Honolulu, HI 96813

Attorneys for Plaintiff

7

DATED:  Honolulu, Hawaii, April 26, 2006.

                              STEVEN B. JACOBSON
                              Attorney at Law
                              A Limited Liability Law Company


                              _____
                              STEVEN B. JACOBSON
                              Attorneys for Counterclaimants

8