ORIGINAL

Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

| | |
|---|---|
| KEVIN P.H. SUMIDA | 2544-0 |
| LANCE S. AU | 6244-0 |
| ANTHONY L. WONG | 6018-0 |

Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawai`i 96813
Telephone No. 808-356-2600

Attorneys for Counterclaim Defendant
Na Pali Haweo Community Association

STATE OF HAWAII
FILED
2006 JUL 17 AM 8:47
E. ALAGAO
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| BRANDT HOMES INCORPORATED, a Hawaii Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, et al.,<br><br>Defendants.<br>_____<br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE<br><br>Counterclaimants,<br><br>vs.<br><br>BRANDT HOMES INCORPORATED, JEFFREY BRANDT, and NA PALI HAWEO COMMUNITY ASSOCIATION,<br><br>Counterclaim-Defendants. | CIVIL NO. 05-1-2061-11 (KNB)<br><br>ORDER GRANTING COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S MOTION TO SET ASIDE ENTRY OF DEFAULT FILED ON APRIL 26, 2006<br><br>Hearing Date:<br><br>Date:   JUNE 27, 2006<br><br>Time:   9:30 a.m.<br><br>Judge: Karen N. Blondin |

EXHIBIT 4

RECEIVED
FIFTEENTH DIVISION   JUL 1 3 2006

ORDER GRANTING COUNTERCLAIM
DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S
MOTION TO SET ASIDE ENTRY OF DEFAULT FILED ON APRIL 26, 2006

Counterclaim Defendant NA PALI HAWEO having filed, on or about June 2, 2006, *COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S MOTION TO SET ASIDE ENTRY OF DEFAULT FILED ON APRIL 26, 2006*; said Motion having regularly come on for hearing before the Honorable Karen N. Blondin in her courtroom on Tuesday, June 27, 2006, at 9:30 a.m.; counterclaimants ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE having been represented by Steven B. Jacobson, Esq., counterclaim defendant NA PALI HAWEO COMMUNITY ASSOCIATION being represented by Anthony L. Wong, Esq. with Lance S. Fujisaki, Esq. also being present in the courtroom without entering an appearance, and no appearance having been made for plaintiff BRANDT HOMES INCORPORATED, and the Court having considered the argument of counsel and having been duly advised in the premises, and due deliberation having been had, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that *Counterclaim Defendant Na Pali Haweo Community Association's Motion To Set Aside Entry Of Default Filed On April 26, 2006*, be, and the same is hereby, GRANTED.

NA PALI HAWEO COMMUNITY ASSOCIATION shall file its responsive pleading by July 3, 2006.

/
/
/
/
/

- 2 -

DATED: HONOLULU, HAWAII, JUL 17 2006 _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
STEVEN B. JACOBSON, ESQ
Attorney for Counterclaimants
ANTHONY CHARLES GRANDE and
NARINDAR KAUR GRANDE

---

BRANDT HOMES INCORPORATED, v. ANTHONY CHARLES GRANDE, et al., CIVIL NO. 05-1-2061-11 (KNB); ORDER GRANTING COUNTERCLAIM DEFENDANT NA PALI HAWEO COMMUNITY ASSOCIATION'S MOTION TO SET ASIDE ENTRY OF DEFAULT FILED ON APRIL 26, 2006

---