NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY     (3134-O)
(JNeeley@neeley-anderson.com)
PHILIP L. LAHNE     (3709-O)
LANCE S. FUJISAKI   (4224-O)
SCOTT R. GRIGSBY    (6673-O)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i  96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>    Defendants. | CIVIL NO. CV04-00413 DAE/LEK<br>(Injunctive Relief)<br><br>CERTIFICATE OF SERVICE<br>RE: PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY OF JAMES I. NISHIMOTO, AIA, PURSUANT TO Rule 26(a)(2)<br><br><br>JUDGE: Honorable David A. Ezra |

|   |   |
|---|---|
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | ) ) ) |
| Counterclaim Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, | ) ) ) ) ) |
| Counterclaim Defendants. | ) ) ) |

CERTIFICATE OF SERVICE
RE: PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY OF JAMES I. NISHIMOTO, AIA, PURSUANT TO RULE 26(a)(2)

The undersigned hereby certifies that the Supplemental Disclosure of Expert Testimony of James I. Nishimoto, AIA, Pursuant to Rule 26(a)(2) was duly served upon the following parties at their last known addresses by U.S. Mail on October 23, 2006.

> STEVEN B. JACOBSON, ESQ.
> P.O. Box 240761
> Honolulu, Hawaii 96824-0761
>    Attorney for Defendants
>    ANTHONY CHARLES GRANDE
>    and NARINDAR KAUR GRANDE

2

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
Pacific Guardian Center, Suite 2600
737 Bishop Street
Honolulu, Hawaii 96813
    Attorney for Counterclaim Defendants
    NA PALI HAWEO COMMUNITY ASSOCIATION
    and RONALD K. AWA


DATED: Honolulu, Hawai'i, October 23, 2006.


_____
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY
ASSOCIATION