# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/02/2006 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00413DAE-LEK |
| CASE NAME: | Na Pali Haweo Community Association, a Hawaii non-profit corporation vs. Anthony Charles Grande, et al. |
| ATTYS FOR PLA: | Lance S. Fujisaki<br>John D. Zalewski |
| ATTYS FOR DEFT: | Steven B. Jacobson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 11/02/2006 | TIME: | 9:37-9:41 |

COURT ACTION: EP: Status Conference Re: Trial Date and Deadlines held.

Dispositive Motions Deadline set for 11/22/06 is continued to **12/20/06**.

Further Settlement Conference to be set.

Submitted by: Warren N. Nakamura, Courtroom Manager