# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

12/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00413DAE-LEK |
| CASE NAME: | Na Pali Haweo Community Association, a Hawaii non-profit corporation vs. Anthony Charles Grande, et al. |
| ATTYS FOR PLA: | Lance S. Fujisaki<br>John D. Zalewski |
| ATTYS FOR DEFT: | Steven B. Jacobson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 12/13/2006 | TIME: | 9:00-11:40; 1:00-3:00 |

COURT ACTION:  EP: Further Settlement Conference held.

Status Conference Re: Settlement Documentation set for 2/8/2007 at 9:30 AM before Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager