STEVEN B. JACOBSON,
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON   4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 5 2006

at 4 o'clock and 19 min P M
SUE BEITIA, CLERK

LODGED

DEC 19 2006
5:00 pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE LEK<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO STATEMENT OF APPEAL; ORDER<br><br>JUDGE:  Hon. David Alan Ezra |

| Counterclaim Defendants. |

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO STATEMENT OF APPEAL

Subject to the approval of the Court, IT IS HEREBY STIPULATED, by and between the parties hereto, that the date by which any responses to the Statement On Appeal filed herein in December 8, 2006, may be served and filed shall be extended from Tuesday, December 19, 2006, through and including Thursday, January 18, 2007.

DATED: Honolulu, Hawai'i, December 14, 2006.

_____
LANCE S. FUJISAKI
Attorney for Plaintiff

_____
STEVEN B. JACOBSON
Attorney for Defendants and Counterclaim Plaintiffs

_____
JOHN D. ZALEWSKI
Attorney for Counterclaim Defendants

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE