ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
 (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

Attorneys for Defendants
Anthony and Narindar Grande

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 27 2007

at 2 o'clock and 5 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. | CIVIL NO. CV04-00413-DAE LEK<br><br>REQUEST FOR (1) DESIGNATION OF A DIFFERENT JUDGE TO HANDLE ALL FURTHER NON-DISPOSITIVE MATTERS AND TO ADJUDICATE MOTIONS AND OTHER REQUESTS FOR ATTORNEYS' FEES, COSTS AND/OR EXPENSES; and/or (2) DISQUALIFICATION OF CURRENT MAGISTRATE JUDGE, OR THAT CURRENT MAGISTRATE JUDGE PROCEED NO FURTHER; MEMORANDUM IN SUPPORT OF REQUEST; DECLARATION RE BIAS and/or PREJUDICE; REQUEST FOR MANDATORY JUDICIAL NOTICE; EXHIBITS 1-2; CERTIFICATE OF GOOD FAITH; CERTIFICATE OF SERVICE<br><br>HON. DAVID ALAN EZRA<br>HON. LESLIE E. KOBAYASHI |

AWA; and DOES 1-25,

    Counterclaim Defendants

## REQUEST FOR (1) DESIGNATION OF A DIFFERENT JUDGE TO HANDLE ALL FURTHER NON-DISPOSITIVE MATTERS AND TO ADJUDICATE MOTIONS AND OTHER REQUESTS FOR ATTORNEYS' FEES, COSTS AND/OR EXPENSES; and/or (2) DISQUALIFICATION OF CURRENT MAGISTRATE JUDGE OR THAT CURRENT MAGISTRATE JUDGE PROCEED NO FURTHER

Defendants Anthony and Narindar Grande (collectively "Grandes") hereby request that (1) a District Judge enter an Order, pursuant to LR 53.1 and the District Court's other powers, designating a Judge other than the current Magistrate Judge to handle all further non-dispositive matters in this action, and to adjudicate any and all motions or other requests for attorneys' fees, costs and/or expenses; (2) the current Magistrate Judge disqualify herself or be disqualified pursuant to 28 USC §§ 455(a) & 455(b)(1); and/or (3) the current Magistrate Judge proceed no further, pursuant to 28 USC § 144, in light of the attached Declaration Re Bias and/or Prejudice.

This request is made because (1) a different Judge should be appointed in the interests of sound judicial administration and to speed an appropriate final result in this action; and (2) the current Magistrate Judge is required to disqualify herself and/or to proceed no further under said sections of Title 28.

This request is based upon the attached memorandum, declaration, request for judicial notice, exhibits, and certificate of good faith, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawai'i, January 27, 2007.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

_/s/ Steven B. Jacobson_
STEVEN B. JACOBSON
Attorneys for Defendants