IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>　　　Defendants.<br><br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>　　　Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>REQUEST FOR MANDATORY JUDICIAL NOTICE |

## REQUEST FOR MANDATORY JUDICIAL NOTICE

The Court is hereby requested to take mandatory judicial notice that (1) the documents attached as Exhibit 2 hereto are true and correct copies of excerpts from the Circuit Court record in the *Village Park* case; (2) the first two pages of Exhibit

18

2 are the Village Park Community Association's declaration summarizing and authenticating its fee and cost request, and showing that it was filed on August 8, 2003; (3) the third page of Exhibit 2 is the last page of the Village Park Association's supporting invoices, showing that no fees were requested for work performed with respect to the fee and cost application after the trial court's decision therein was received in August 2003; and (4) none of the other invoices submitted in support of the Village Park Association's fee and cost requests sought fees or costs for work on its fee and cost request.

      DATED:  Honolulu, Hawaii, January 27, 2007.

                                        STEVEN B. JACOBSON
                                        Attorney at Law
                                        A Limited Liability Law Company

                                        STEVEN B. JACOBSON
                                        Attorneys for Defendants