GKT
EJS

OF COUNSEL:
DEELEY, KING & PANG

WILLIAM J. DEELEY  2386
DENNIS W. KING    1734
CHARLES R. PRATHER  7664
810 Richards Street, Suite 810
Honolulu, Hawaii 96813
Telephone: 533-1751

Attorneys for Plaintiff
VILLAGE PARK COMMUNITY
ASSOCIATION

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
2003 AUG -3 PM 4: 14
H. CHING
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| VILLAGE PARK COMMUNITY ASSOCIATION, | ) ) ) ) ) | CIVIL NO. 01-1-002274(KRM) <br><br> DECLARATION OF WILLIAM J. DEELEY RE ATTORNEYS FEES; EXHIBITS "A" & "B"; CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| STEVEN NISHIMURA and ELIZABETH NISHIMURA, | ) ) ) | |
| Defendants. | ) ) ) | Judge: Hon. Sabrina S. McKenna <br><br> Trial Dates: June 3 & 4, 2003 |

### DECLARATION OF WILLIAM J. DEELEY

WILLIAM J. DEELEY hereby declares under oath, that:

1. I am one of the attorneys for the Plaintiff herein and I give this declaration based upon personal knowledge.

2. I have been practicing law in the State of Hawaii since 1978.

3. My associate, Charles R. Prather, has been practicing law under the direct supervision of Dennis W. King and myself since December 2001 and performed the


EXHIBIT 2

services referred to in Exhibit "A" under my direct supervision.

4. Attached hereto as Exhibit "A" are true and accurate copies of the invoices for legal services which were provided to the plaintiff by my firm in connection with this case. I have redacted material that is protected by the attorney-client privilege.

5. I believe that these fees are fair and reasonable under the circumstances. The hourly rate charged the Plaintiff for my time was $175. The hourly rate charged for Mr. Prather's time was $85.

6. The total bill for legal services from this firm is $ **26,542.33** and the total bill for costs is $**1,567.19**.

7. In addition to the fees incurred by the Plaintiff for the charges billed by my firm, the Plaintiff incurred charges of **$840.79** for the services of their regular (non-litigation) attorney, James W. Tharp. Attached as Exhibit "B" is a detailed itemization of Mr. Tharp's charges.

8. The **total** of James W. Tharp's charges and this firm's charges is **$28,950.31.**

DATED: Honolulu, Hawaii:     August 8, 2003.

*(signature)*
WILLIAM J. DEELEY

2

# Deeley, King & Pang

**810 Richards Street, Ste. 810**
**Honolulu, HI 96813**
**Telephone: (808) 533-1751**
**Fax: (808) 599-2908**

| | DATE | INVOICE # |
|---|---|---|
| | 08/08/2003 | 10172 |

VILLAGE PARK COMMUNITY ASSN
MS. THERESA VILORIA
c/o ED LEIS
332 N. SCHOOL STREET
HONOLULU, HI 96817

RE: TIME BILLED THROUGH    08/08/2003

| DATE | REP | DESCRIPTION | HRS/QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/10/2003 | WJD | t/c/w Ed Leis re: status | 0.2 | 175.00 | 35.00 |
| 07/30/2003 | WJD | review memorandum opinion of J. McKenna, ofcw DWK re: same | 0.4 | 175.00 | 70.00 |
| 07/31/2003 | CRP | Review of memorandum decision from Judge McKenna. Ofcw/WJD re same. Review of e-mails from Village Park and Cadmus. | 0.5 | 85.00 | 42.50 |
| 08/01/2003 | WJD | t/c/w JWT, VP counsel re: court findings | 0.6 | 175.00 | 105.00 |
| 08/02/2003 | WJD | continue review of J. McKenna's decision, review and analyze McNamee v. Bishop Estate, skim Donoghue v. Prynnwood, LeBlanc v. Webster and Boiling Springs Lakes Division of Reeves Telcon Corporation v. Coastal Services Corporation cited therein | 1.2 | 175.00 | 210.00 |
| 08/06/2003 | WJD | t/c/w Terry Revere re: settlement | 0.3 | 175.00 | 52.50 |
| 08/13/2003 | WJD | Anticipated fees: attendance at VP board of directors meeting, discussion of decision and related matters | 1 | 175.00 | 175.00 |
| | | Subtotal | | | 690.00 |
| | | General Excise Tax | | 4.166% | 28.75 |
| | | Fax Transmittals | 1 | 2.50 | 2.50 |
| | | General Excise Tax | | 4.166% | 0.10 |

| CASE | ATTY | TERMS | | |
|---|---|---|---|---|
| | WJD | Due on recpt | **Total** | **$721.35** |
| | | | **Payments/Credits** | **$0.00** |
| | | | **Balance Due** | **$721.35** |

Payment is due upon receipt of this invoice. Interest at the rate of 1% per month (12% per annum) will be charged on all accounts not paid within 30 days.
3.25% Federal Taxes and surcharges have been added to any long distance phone charges.
Expenses incurred but not yet received during the above period will be billed after receipt.