IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>    Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>    Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF GOOD FAITH |

## CERTIFICATE OF GOOD FAITH

Pursuant to 28 USC § 144, undersigned counsel of record for Defendants Anthony and Narindar Grande hereby certifies that the foregoing documents are filed in good faith.

20

DATED: Honolulu, Hawaii, January 27, 2007.

                                        STEVEN B. JACOBSON
                                        Attorney at Law
                                        A Limited Liability Law Company

                                        _____
                                        STEVEN B. JACOBSON
                                        Attorneys for Defendants