ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 27 2007

at 7 o'clock and 43 min P M
SUE BEITIA, CLERK

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON     4117-0
  (sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Defendants
Anthony and Narindar Grande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. | CIVIL NO. CV04-00413-DAE LEK<br><br>ERRATA CORRECTING MEMORANDUM IN SUPPORT OF REQUEST and DECLARATION RE BIAS and/or PREJUDICE FILED JANUARY 27, 2007; CERTIFICATE OF SERVICE<br><br>HON. DAVID ALAN EZRA<br>HON. LESLIE E. KOBAYASHI |

AWA; and DOES 1-25,

      Counterclaim Defendants

ERRATA CORRECTING MEMORANDUM IN SUPPORT OF REQUEST and DECLARATION RE BIAS and/or PREJUDICE FILED JANUARY 27, 2007

      Line 12 on page 5 of Defendants' Memorandum in Support of Request should read (omitted portion underscored):

      "App. 2005), holds that they are available under HRS § 421-J10, and that federal limitations on expert fees are irrelevant under"

      Similarly, line 11 on page 16 of Defendants' Declaration re Bias and/or Prejudice should read" (omitted portion underscored):

      "*Village Park v. Community Association v. Nishimura*, (App. 2005), holds that they are available under HRS § 421-J10, and"

      DATED: Honolulu, Hawai'i, January 27, 2007.

                                    STEVEN B. JACOBSON
                                    Attorney at Law
                                    A Limited Liability Law Company

                                    STEVEN B. JACOBSON
                                    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>  Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>  Counterclaim Plaintiffs,<br><br>  v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>  Counterclaim Defendants | CIVIL NO. CV04-00413-DAE LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing were served today by first class mail upon the following:

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI 96813
Attorneys for Counterclaim Defendants

M. ANNE ANDERSON, ESQ.
LANCE S. FUJISAKI, ESQ.
Neeley & Anderson
733 Bishop Street, Suite 2301
Honolulu, Hawai'i 96813
Attorneys for Plaintiff and Counterclaim Defendant
Na Pali Haweo Community Association

DATED: Honolulu, Hawaii, January 27, 2007.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON
Attorneys for Defendants