IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10<br><br>　　　　　Defendants. | CIVIL NO. 04-00413 DAE/LEK<br><br>CERTIFICATE OF COMPLIANCE |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　　　　Counterclaim Plaintiffs,<br><br>　　　vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25<br><br>　　　　　Counterclaim Defendants. | |

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to LR 7.5, that the attached JOINT OPPOSITION

TO DEFENDANTS' REQUEST FOR (1) DESIGNATION OF A DIFFERENT

28029/1/656713.1

JUDGE TO HANDLE ALL FURTHER NON-DISPOSITIVE MATTERS AND TO ADJUDICATE MOTIONS AND OTHER REQUESTS FOR ATTORNEYS' FEES, COSTS, AND/OR EXPENSES; AND/OR (2) DISQUALIFICATION OF CURRENT MAGISTRATE JUDGE, OR THAT CURRENT MAGISTRATE JUDGE PROCEED NO FURTHER, FILED 1/27/2007 contains <u>5,663</u> words, less than the 9,000-word limit specified in LR 7.5(b), as determined by the word count feature of our law firm's Microsoft Word program.

DATED: Honolulu, Hawaii, March 1, 2007.

/s/ John D. Zalewski<br>
JOHN D. ZALEWSKI<br>
Attorney for Counterclaim Defendants<br>
NA PALI HAWEO COMMUNITY<br>
ASSOCIATION and RONALD K AWA