IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10<br><br>Defendants. | CIVIL NO. 04-00413 DAE/LEK<br><br>CERTIFICATE OF SERVICE |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25<br><br>Counterclaim Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served on the following parties in the following manner and on the date indicated below:

> STEVEN B. JACOBSON, ESQ.   U.S. Mail
> P.O. Box 240761
> Honolulu, Hawaii 96824-0761
>
> > Attorneys for Defendants/Counterclaimants
> > ANTHONY CHARLES GRANDE
> > And NARINDAR KAUR GRANDE

DATED:   Honolulu, Hawaii, March 1, 2007.

> /s/ John D. Zalewski
> JOHN D. ZALEWSKI
> Attorney for Counterclaim Defendants
> NA PALI HAWEO COMMUNITY
> ASSOCIATION and RONALD K AWA