IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai`i non-profit corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 04-00413 DAE-LEK ORDER OF RECUSAL |
| Plaintiff, | | |
| vs. | | |
| ANTHONY CHARLES GRANDE, ET AL., | | |
| Defendants. | | |

ORDER OF RECUSAL

  Joyce Neeley, counsel of record for Plaintiffs in the instant action has recently been appointed chairperson of the committee for this Court's application for reappointment. This Court could be construed as having an interest in the outcome of the litigation. This Court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter to avoid even the appearance of impropriety.

DATED: Honolulu, Hawai'i, March 13, 2007.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**NA PALI HAWEO COMMUNITY ASSOCIATION V. ANTHONY CHARLES GRANDE, ET AL; CIVIL NO. 04-00413 DAE-LEK; ORDER OF RECUSAL**