IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>    Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>    vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>    Counterclaim Defendants<br>_____ | CV. NO. 04-00413 DAE-LEK |

**ORDER RENDERING MOOT DEFENDANTS' REQUEST FOR DESIGNATION OF A DIFFERENT JUDGE AND/OR DISQUALIFICATION**

       Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendants' motion and the

supporting and opposing memoranda, the Court renders Defendants' Motion MOOT in light of Magistrate Judge Leslie E. Kobayashi's Order of Recusal. On January 27, 2007, Defendants and Counterclaimants, Anthony and Narindar Grande, filed a Request for (1) Designation of a Different Judge to Handle All Further Non-Dispositive Matters and To Adjudicate Motions and Other Requests for Attorneys' Fees, Costs and/or Expenses; and/or (2) Disqualification of Current Magistrate Judge or That Current Magistrate Judge Proceed No Further ("Request"). On March 1, 2007, Plaintiff and Counterclaim Defendant, Na Pali Haweo Community Association, and Counterclaim Defendant, Ronald K. Awa, jointly opposed that Request. Seven days later, Defendants filed their reply.

      On March 13, 2007, the Court, through Magistrate Judge Kobayashi, recused itself on its own motion in an Order of Recusal from any and all proceedings in this matter "to avoid even the appearance of impropriety." The case since has been reassigned to Magistrate Judge Barry M. Kurren for all further proceedings. In light of that Order, Defendants' Request is rendered moot and dismissed accordingly.

For the reasons stated above, the Court renders Defendants' Motion MOOT in light of Magistrate Judge Leslie E. Kobayashi's Order of Recusal.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 14, 2007.



_____
David Alan Ezra
United States District Judge

<u>Na Pali Haweo Community Association vs. Anthony Charles Grande, et al.</u>, CV No. 04-00413 DAE-LEK; ORDER RENDERING MOOT DEFENDANTS' REQUEST FOR DESIGNATION OF A DIFFERENT JUDGE AND/OR DISQUALIFICATION