# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/21/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00413DAE-BMK |
| CASE NAME: | Na Pali Haweo Community Association, a Hawaii non-profit corporation v. Anthony Charles Grande, et al. |
| ATTYS FOR PLA: | Lance Fujisaki<br>John Zalewski |
| ATTYS FOR DEFT: | Steven Jacobson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 - no record |
| DATE: | 3/21/2007 | TIME: | 9:00-9:15am |

COURT ACTION:  EP: Status Conference.  Mr. Fujisaki confirmed settlement in this case.  Counsel are in the process of resolving the Settlement Agreement and request the court's assistance for review of the plans and specifications.

Court vacates the 4/24/07 Non Jury trial date.

Court directs counsel, over the next 30 days, to work out the remaining issues.  A Status Conference will be set, in chambers, for 4/16/07 at 9:30am before Judge Kurren.  Counsel shall submit letters as to the remaining issues the day before said conference.

Submitted by: Shari Afuso, Courtroom Manager