# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/23/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-0413DAE-BMK

CASE NAME:       Na Pali Haweo Community Association v. Anthony Charles
                 Grande, et al.

ATTYS FOR PLA:    Lance S. Fujisaki, John D. Zalewski

ATTYS FOR DEFT:   Steven B. Jacobson

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
|--------|-----------------|-----------|----------|
| DATE:  | 04/23/2007      | TIME:     | 1:30 - 2 |

COURT ACTION:  EP: Status Conference on Remaining Issues held.  Further Settlement
Conference is set for 7/2/2007 @ 1:30 p.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn W. Young, courtroom manager