STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
(sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Defendants and Counterclaim
Plaintiffs Anthony and Narindar Grande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. | CIVIL NO. CV04-00413-DAE BMK<br><br>NOTICE OF MOTION; MOTION FOR LEAVE TO WITHDRAW AS COUNSEL; DECLARATION OF STEVEN B. JACOBSON; CERTIFICATE OF SERVICE |

AWA; and DOES 1-25,

        Counterclaim Defendants

## NOTICE OF MOTION

TO:  JOYCE Y. NEELEY, ESQ.
       LANCE S. FUJISAKI, ESQ.
       SCOTT GRIGSBY, ESQ.
       Neeley & Anderson LLP
       733 Bishop Street, Suite 2301
       Honolulu, Hawai'i 96813

       Attorneys for Plaintiff
       and Counterclaim Defendant
       Na Pali Haweo Community Association

       JOHN D. ZALEWSKI, ESQ.
       Case Lombardi & Pettit
       737 Bishop Street, Suite 2600
       Honolulu, HI 96813

       Attorneys for Plaintiff
       and Counterclaim Defendants
       Na Pali Haweo Community Association
       and Ronald K. Awa

       ANTHONY C. GRANDE
       NARINDAR KAUR GRANDE
       125 Mar-Len Drive
       Melbourne Beach, FL 32951
       (321)-728-2942

       Defendants and Counterclaim
       Plaintiffs

PLEASE TAKE NOTICE that Steven B. Jacobson and Steven B. Jacobson, Attorney at Law, a Limited Liability Law Company, have filed the following Motion for Leave to Withdraw as Counsel with the Clerk of the United States District Court for the District of Hawaii, 300 Ala Moana Boulevard, Honolulu, HI 96850, (808)-541-1300.

PLEASE TAKE FURTHER NOTICE that Defendants and Counterclaim Plaintiffs Anthony and Narindar Grande are personally responsible for compliance with all court orders and time limitations established by any applicable rules, and will continue to be personally responsible for compliance with all court orders and time limitations established by any applicable rules upon the granting of the motion.

PLEASE TAKE FURTHER NOTICE that Defendants and Counterclaim Plaintiffs Anthony and Narindar Grande are hereby advised that it would be in their best interest to promptly obtain and retain substitute counsel to represent them in this action.

DATED: Honolulu, Hawai'i, June 28, 2007.

STEVEN B. JACOBSON<br>
Attorney at Law<br>
A Limited Liability Law Company<br>
<br>
_____<br>
STEVEN B. JACOBSON<br>
Attorneys for Defendants and<br>
Counterclaim Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>　　　　Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>　　　　Counterclaim Defendants | CIVIL NO. CV04-00413-DAE BMK<br><br>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

　　Steven B. Jacobson and Steven B. Jacobson, Attorney at Law, a Limited Liability Law Company, hereby move for leave to withdraw as

4

counsel for Defendants and Counterclaim Plaintiffs Anthony and Narindar Grande.

This motion is made pursuant to FRCP 7(b)(1) and Local Rules 7 and 83.6(b), on the grounds that:

1. Rule 3.7(a) of the Hawaii Rules of Professional Conduct require Mr. and Mrs. Grande's current counsel to withdraw because he is likely to be a necessary witness for Mr. and Mrs. Grande at the trial of this action.

2. The terms and conditions of his employment by the University of Hawaii will preclude Mr. and Mrs. Grande's current counsel from serving as Mr. and Mrs. Grande's sole counsel and trial counsel from and after the UH Fall Semester begins in August 2007.

3. The representation of Mr. and Mrs. Grande has imposed and will impose an unreasonable financial burden upon Mr. and Mrs. Grande's current counsel.

4. Other professional considerations within the scope of HRPC Rule 1.16(b) – *not* including 1.16(b)(1-2) – provide good cause for withdrawal.

This motion is based upon the attached Declaration, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawaiʻi, June 28, 2007.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

_____
STEVEN B. JACOBSON
Attorneys for Defendants and
Counterclaim Plaintiffs