IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>　　　　Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>　　　　Counterclaim Defendants | CIVIL NO. CV04-00413-DAE BMK<br><br>DECLARATION OF STEVEN B. JACOBSON |

DECLARATION OF STEVEN B. JACOBSON

Steven B. Jacobson declares as follows:

1.   I am a member of the Bar of this Court. I have personal knowledge of the facts in this Declaration, and could and would competently testify to them if called as a witness.

2.   Given the matters at issue in this lawsuit, I am likely to be a necessary witness for Mr. and Mrs. Grande at the trial of this action.

3.   I will be teaching at the University of Hawaii starting with the Fall Semester of 2007, which begins in August. The terms and conditions of my employment by the University will preclude me from serving as Mr. and Mrs. Grande's sole counsel and trial counsel thereafter, and I am supposed to be preparing to teach prior to the beginning of the semester.

4.   The representation of Mr. and Mrs. Grande has imposed and will impose an unreasonable financial burden upon me and my family. Because of the financial exigencies created by this lawsuit and an attendant lien, Mr. and Mrs. Grande have been unable to pay me the agreed upon amounts for my legal services to them since this action began in June 2004. There is also a related state court action between Mr. and Mrs. Grande and the builder of their subject house. The trial of that action began this month, and will resume in July. I have not been paid the agreed upon amounts for any of my services in that action either.

8

5.  Other professional considerations within the scope of HRPC Rule 1.16(b) – *not* including 1.16(b)(1-2) – provide good cause for withdrawal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of June, 2007, at Honolulu, Hawaii.

_____
STEVEN B. JACOBSON

9