# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00413DAE-BMK |
| CASE NAME: | Na Pali Haweo Community Association v. Anthony Charles Grande |
| ATTYS FOR PLA: | Lance S. Fujisaki, John D. Zalewski |
| ATTYS FOR DEFT: | Steven B. Jacobson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6Fand Chambers |
| DATE: | 07/02/2007 | TIME: | 1:26 - 1:30<br>1:30 - 1:40 |

COURT ACTION:  EP: [192] Defendants and Counterclaim Plaintiffs Anthony and Narindar Grande's Motion for Leave to Withdraw as Counsel - GRANTED.  Mr. Jacobson to prepare the order, and will remain as counsel of record through 8/10/2007.

Further Settlement Conference held.  Further Settlement Conference 8/6/2007 @ 1:30 p.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager