# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00413DAE-BMK |
| CASE NAME: | Na Pali Haweo Community Association v. Anthony Charles Grande |
| ATTYS FOR PLA: | Lance S. Fujisaki, John D. Zalewski |
| ATTYS FOR DEFT: | Steven B. Jacobson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 08/06/2007 | TIME: | 1:30 - 4:15 |

COURT ACTION:  EP: Further Settlement Conference held.  No settlement at this time.  Further conference on call.

Submitted by Richlyn W. Young, courtroom manager