**LODGED**

JUL 31 2007
9:56 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 15 2007

at 10 o'clock and 45 min. A M.
SUE BEITIA, CLERK

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON    4117-0
(sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Defendants and Counterclaim
Plaintiffs Anthony and Narindar Grande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. | CIVIL NO. CV04-00413-DAE BMK<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

AWA; and DOES 1-25,

    Counterclaim Defendants

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Upon consideration of the Motion for Leave to Withdraw as Counsel filed on behalf of Steven B. Jacobson and Steven B. Jacobson, Attorney at Law, a Limited Liability Law Company, on June 28, 2007, IT IS HEREBY ORDERED that said motion is GRANTED, and that Steven B. Jacobson and Steven B. Jacobson, Attorney at Law, a Limited Liability Law Company, are relieved as counsel for Defendants and Counterclaim Defendants Anthony Charles Grande and Narindar Kaur Grande effective August 11, 2007.

Defendants and Counterclaim Plaintiffs Anthony Charles Grande and Narindar Kaur Grande are and shall continue to be personally responsible for compliance with all court orders and time limitations established by any applicable rules.

Defendants and Counterclaim Plaintiffs Anthony and Narindar Grande are advised that it would be in their best interest to promptly obtain and retain substitute counsel to represent them in this action.

DATED: Honolulu, Hawai'i, 8/4-2007.

_____
UNITED STATES MAGISTRATE JUDGE

CIVIL NO. CV04-00413-DAE BMK; ORDER GRANTING MOTION
FOR LEAVE TO WITHDRAW AS COUNSEL