# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00413DAE-BMK |
| CASE NAME: | Na Pali Haweo Community Association v. Anthony Charles Grande |
| ATTYS FOR PLA: | Lance S. Fujisaki, John D. Zalewski |
| ATTYS FOR DEFT: | Anthony C. Grande by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 11/14/2007 | TIME: | 10:54 - 11:05 |

COURT ACTION: EP: Status Conference Re Settlement - Na Pali Haweo Community Association member, Everett Kaneshige, participated by phone.

Dates given. Court to prepare a scheduling order.

1. Non-jury trial on July 15, 2008 at 9:00 a.m. before DAE
2. Final Pretrial Conference on June 3, 2008 at 9:00 a.m. before BMK
3. 
4. Final Pretrial Statement by May 27, 2008
5. File motions to Join/Add Parties/Amend Pleadings by December 14, 2007
6. File other Non-Dispositive Motions by April 16, 2008
7. File Dispositive Motions by February 13, 2008
8a. File Motions in Limine by June 24, 2008
8b. File opposition memo to a Motion in Limine by July 1, 2008
11a. Plaintiff's Expert Witness Disclosures by January 14, 2008
11b. Defendant's Expert Witness Disclosures by February 13, 2008
12. Discovery deadline May 16, 2008
13. Settlement Conference set for May 5, 2008 at 9:00 a.m. before BMK
14. Settlement Conference statements by April 28, 2008
20. 
21. File Final witness list by June 24, 2008
24. Exchange Exhibit and Demonstrative aids by June 17, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by June 24, 2008
26. File objections to the Exhibits by July 1, 2008
28a. File Deposition Excerpt Designations by June 24, 2008

28b. File Deposition Counter Designations and Objections by July 1, 2008
29. File Trial Brief by July 1, 2008
30. File Findings of Fact & Conclusions of Law by July 1, 2008

cc: Tammy Kimura
Submitted by Richlyn Young, Courtroom Manager

CV 04-00413DAE-BMK;
Na Pali Haweo Community Association v. Anthony Charles Grande;
Rule 16 Scheduling Conference Minutes
11/14/2007