Of Counsel:
CASE LOMBARDI & PETTIT

JOHN D. ZALEWSKI    4718
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Phone:  (808) 547-5400
Fax:  (808) 523-1888
Email: jdz@caselombardi.com

Attorneys for Counterclaim Defendants
NA PALI HAWEO COMMUNITY
ASSOCIATION and RONALD K. AWA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10,<br><br>    Defendants. | CV NO. 04-00413 DAE/BMK<br><br>COUNTERCLAIM DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br><br><br><br><br>Trial: July 15, 2008 |

ANTHONY CHARLES GRANDE and
NARINDAR KAUR GRANDE,

        Counterclaim
        Plaintiffs,

   vs.

NA PALI HAWEO COMMUNITY
ASSOCIATION; RONALD K. AWA;
and DOES 1-25,

        Counterclaim
        Defendants.

## COUNTERCLAIM DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

Counterclaim Defendants NA PALI HAWEO COMMUNITY

ASSOCIATION (the "Association") and RONALD K. AWA ("Mr. Awa") hereby

move for summary judgment against Plaintiffs ANTHONY CHARLES GRANDE

("Mr. Grande") and NARINDAR KAUR GRANDE (collectively, the "Grandes").

Summary judgment should be granted because the Grandes' Counterclaim

filed herein lacks factual and legal merit. This Court has already ruled that the

Grandes violated the governing documents in several respects. The Grandes have

no basis to assert claims against the Association or Mr. Awa.

This Motion is made pursuant to Rule 56 of the Federal Rules of Civil

Procedure, the attached Memorandum in Support of Motion, the Concise

Statement of Facts and evidence submitted concurrently herein, the records and

files of this case, and such further information that may be adduced at the hearing on this motion.

DATED:     Honolulu, Hawaii, January 25, 2008.


/s/ John D. Zalewski
JOHN D. ZALEWSKI
Attorney for Counterclaim Defendants
NA PALI HAWEO COMMUNITY
ASSOCIATION and RONALD K. AWA

3