IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10<br><br>Defendants. | CIVIL NO. 04-00413 DAE/BMK<br><br>DECLARATION OF COUNSEL; EXHIBITS A-F |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>Counterclaim Defendants. | |

## DECLARATION OF COUNSEL

I, John D. Zalewski, hereby declare under penalty of law that the following is true and correct:

1.  I am an attorney and a director of Case Lombardi & Pettit, counsel for Counterclaim Defendants NA PALI HAWEO COMMUNITY ASSOCIATION and RONALD K. AWA. I am licensed to practice law before all courts in the State of Hawaii. I have personal knowledge of the matters set forth herein.

2  Attached hereto as Exhibit A is a true and accurate copy of the Counterclaim of Defendants/Counterclaim Plaintiffs ANTHONY CHARLES GRANDE ("Mr. Grande") and NARINDAR KAUR GRANDE filed herein on July 19, 2004, including the face page of the file-stamped pleading entitled Answer And Counterclaim; Certificate Of Service; Summons.

3.  Attached hereto as Exhibit B is a true and accurate copy of this Court's Order Granting In Part And Denying In Part Plaintiff's Motion For Summary Judgment And Denying In Part Defendant's Counter-Motion For Summary Judgment, filed herein on July 18, 2006.

4.  Attached hereto as Exhibit C is a true and accurate, certified copy of the Findings Of Fact And Conclusions Of Law; Order filed in Hawaii First Circuit Court on September 14, 2007 in the civil action entitled Brandt Homes

<u>Incorporated, et al. v. Anthony Charles Grande, et al.</u>, Civil No. 05-1-2061-11 (GJK) (the "Hawaii First Circuit Court Action").

5.    Attached hereto as Exhibit D are true and accurate excerpts of the Partial Transcript Of Proceedings of the trial testimony of Mr. Grande in the Hawaii First Circuit Court Action on June 21, 2007.

6.    Attached hereto as Exhibit E are true and accurate excerpts of the Partial Transcript Of Proceedings of the trial testimony of Mr. Grande in the Hawaii First Circuit Court Action on June 22, 2007.

7.    Attached hereto as Exhibit F are true and accurate excerpts of the transcript of the oral deposition of Mr. Grande in the Hawaii First Circuit Court Action taken on June 14, 2007.

DATED:    Honolulu, Hawaii, January 25, 2008.

/s/ John D. Zalewski
JOHN D. ZALEWSKI