PERMISSION TO COPY DENIED, HRS 606.13, etc.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

BRANDT HOMES, INC.          )   CIVIL NO. 05-1-2061
                            )
            vs.             )   FURTHER NON-JURY TRIAL
                            )
ANTHONY CHARLES GRANDE,     )
ET AL.                      )
                            )
            Defendants.     )
_____)

PARTIAL TRANSCRIPT OF PROCEEDINGS

before the HONORABLE GLENN J. KIM, Judge presiding,

Fourth Division, on Friday, June 22, 2007.

APPEARANCES:

For the Plaintiff:      CID INOUYE, ESQ.
                        KELVIN KANESHIRO, ESQ.

For the Defendants:     STEVEN JACOBSON, ESQ.

For Na Pali Haweo:      ANTHONY WONG, ESQ.

REPORTED BY:
  JUNE SPOHN, CSR 236
  Official Court Reporter
  State of Hawaii

June Spohn, CSR 236
Official Court Reporter
First Circuit Court, State of Hawaii

EXHIBIT E

```
 1                          INDEX
 2
 3   DEFENDANTS' WITNESS      CROSS   REDIRECT   RECROSS   DIRECT
 4      Anthony C. Grande, Jr.   3      104        114
 5         (Resumed.)           31                 122
 6         (Resumed.)           81
 7
 8   PLAINTIFFS' EXHIBITS                         IN EVIDENCE
 9         LLL                                         33
10         QQQ                                         30
11         TTT                                          8
12
13   DEFENDANTS' EXHIBITS
14         D-5                                        100
15         D-7                                        108
16         D-14                                       109
17         D-26                                       113
```

June Spohn, CSR 236
Official Court Reporter
First Circuit Court, State of Hawaii

PERMISSION TO COPY DENIED, HRS 606.13, etc.

3

```
1    FRIDAY, JUNE 22, 2007                    8:55 O'CLOCK P.M.
2                          --oOo--
3                          *  *  *
4         (Proceedings had, not transcribed.)
5         THE COURT:  Mr. Grande, would you take the
6    stand, please?
7         So the record will -- will reflect that
8    Mr. Grande is back on the stand.  Cross-examination by
9    Mr. Inouye will continue.
10        Mr. Grande, you're still under oath.
11        All right.  Mr. Inouye, anytime you're ready.
12        MR. JACOBSON:  Excuse me, your Honor.
13        Which reminded again, I want to make sure
14   that he didn't leave with the exhibits.
15        THE COURT:  Go ahead.  Take a brief recess.
16        Let's go off the record.
17        (Recess taken.)
18        THE COURT:  Okay.  Back on the record.
19        Proceed, Mr. Inouye.
20        MR. INOUYE:  Can I have TTT, TT, D-2?
21   TT, D-2.
22               CROSS-EXAMINATION (Resumed.)
23   BY MR. INOUYE:
24        Q.   Mr. Grande, I'm showing you what's been
25   marked for identification as Exhibit TTT.  Do you
```

June Spohn, CSR 236
Official Court Reporter
First Circuit Court, State of Hawaii

```
 1       Q.    All right.  And you understood that the plans
 2  needed to comply with this C.C.N.R.s as well?
 3       A.    I assume that everything had to comply with
 4  everything in those two packets there.
 5       Q.    All right.
 6       A.    Which is --
 7       Q.    You mean the plans?  The plans had to comply
 8  with the C.C.N.R.s and the Design Guidelines, correct?
 9       A.    Yeah.  I guess, the -- the house had to.
10  Yeah.  I guess, yes, for the house.
11       Q.    Okay.  You understood the house had to comply
12  with the C.C.N.R.s and the Design Guidelines, correct?
13       A.    Correct.
14       Q.    And you relied on Ed Resh to make sure that
15  would happen, correct?
16       A.    Ed and Jeff, yes.
17       Q.    Well, at this point in time, when you got
18  that, you didn't have -- Jeff wasn't in the picture,
19  right?
20       A.    Correct.
21       Q.    Okay.  The design process starts with the
22  architect drafting the plans, right?
23       A.    Correct.
24       Q.    And at that point, you're relying on Ed Resh
25  to make sure that the plans and -- the plans comply with
```

June Spohn, CSR 236
Official Court Reporter
First Circuit Court, State of Hawaii

```
 1   correct?
 2       A.   Correct.  There is no agreement.
 3       Q.   And, in fact, you got sued by the association
 4   after this, correct?
 5       A.   Correct.
 6       Q.   All right.  It also says, furthermore, you
 7   may be responsible for attorneys fees if you do not
 8   prevail and other additional fees may be needed to be paid
 9   to the association, correct?
10       A.   Correct.
11       Q.   We urge you to work with the association to
12   expeditiously obtain all proper approvals before
13   proceeding with construction as required by the
14   construction contract, right?
15       A.   Correct.
16       Q.   And, in fact, what happened is you went
17   forward with Mr. Mitchell and completed the house even
18   though you did not have an agreement with the Association,
19   correct?
20       A.   I completed it, yes, Mitchell completed the
21   --
22       Q.   Okay.
23       A.   -- the --
24       Q.   The areas in the disputed area, right?
25       A.   Yeah.  They were disputed areas.  We didn't
```

June Spohn, CSR 236
Official Court Reporter
First Circuit Court, State of Hawaii

PERMISSION TO COPY DENIED, HRS 606.13, etc.

37

```
 1   agree with what they were saying.  Yes.  They're disputed
 2   areas.
 3        Q.   But you completed work in the disputed areas
 4   before receiving an agreement with the Association,
 5   correct?
 6        A.   Well, the Association approved the plans.  So
 7   he completed the building.  Yes.  He completed it.
 8        Q.   You completed the building even in the
 9   disputed areas even though the Association was telling you
10   to stop, right?
11        A.   Yes.
12        Q.   Okay.  All right.
13        A.   I had to cut my losses.  Right.
14        Q.   Attached to this letter was a Indemnity
15   Agreement, correct?
16        A.   Yes.
17        Q.   And Brandt Homes didn't want to proceed
18   forward with the project unless you indemnify them
19   concerning the non-compliant areas, correct?
20        A.   That's correct.
21        Q.   All right.  But you did not agree to that,
22   correct?
23        A.   Correct.  I did not agree with that.  I was
24   not going to -- I did not agree with that.
25        Q.   All right.  All right.  Now, between January
```

June Spohn, CSR 236
Official Court Reporter
First Circuit Court, State of Hawaii