IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10<br><br>            Defendants. | CIVIL NO. 04-00413 DAE/BMK<br><br>DECLARATION OF RONALD K. AWA; EXHIBITS G-I |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>            Counterclaim Plaintiffs,<br><br>    vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>            Counterclaim Defendants. | |

## DECLARATION OF RONALD K. AWA

I, RONALD K. AWA, hereby declare under penalty of law that the following is true and correct:

1.    I am a licensed architect in the State of Hawaii and I am a member of the Architectural Review Committee (the "ARC") of the NA PALI HAWEO COMMUNITY ASSOCIATION (the "Association"). I have personal knowledge of the matters set forth herein.

2.    I have been a member of the ARC since approximately mid-2000. I am in possession of the records of the ARC which are kept in the ordinary course of business referenced herein,

3.    Attached hereto as Exhibit G is a true and accurate copy of the Association's Architectural Review Committee Submittal Requirements including Fee Schedule. Exhibit G was in effect within the Association until it was superseded on May 1, 2004.

4.    Attached hereto as Exhibit H are true and accurate excerpts from the Association's Design Guidelines dated April 16, 1993.

5.    Attached hereto as Exhibit I are true and accurate excerpts from the Association's Declaration Of Covenants, Conditions And Restrictions recorded as Document No. 91-049173 in the State of Hawaii Bureau of Conveyances on April 18, 1991.

2

DATED:    Honolulu, Hawaii, January 25, 2008.

_____
Ronald K. Awa