

# NA PALI HAWEO
## COMMUNITY ASSOCIATION

## ARCHITECTURAL REVIEW COMMITTEE
## SUBMITTAL REQUIREMENTS

Each house plan must go through a preliminary and final review prior to obtaining approval to commence construction. Submittals, along with the appropriate fee of $1,500 (made payable to "Na Pali Haweo Community Association"), should be delivered to Patti Kaonohi of Hawaiiana Management Company, Ltd. at 711 Kapiolani Boulevard, Suite 700, Honolulu, Hawaii 96813, telephone 953-9100.

The Committee meets the second Thursday of each month. Submittals are due no later than the first Thursday of the month in order to be slated for review that same month. Submittals received after the first Thursday of the month will be reviewed the following month.

For each submittal, please provide the following:

1. A completed transmittal form (found in the back of the Design Guidelines book);
2. One set of architectural house plans;
3. One set of landscape and irrigation plans;
4. One set of specifications;
5. Exterior paint color and roof material samples or swatches;

Please refer to Section 6.3 of the Design Guidelines for the architectural and landscape plan requirements. The Committee will not review incomplete submittals, so please insure that each one is complete. Please direct any questions to Mr. Ronald Awa, AIA, Chairman, Na Pali Haweo Architectural Review Committee, telephone 955-0747.

### Fee Schedule

A. **New Construction**

| | |
|---|---|
| Design review submittal (Covers three reviews, i.e. preliminary, final) | $1,500.00 fee |
| Special review (For each review after third review) | $150.00 fee |
| Construction deposit | $5,000.00 (refundable) |

B. **Additions and/or Renovations to Existing Construction**

| | |
|---|---|
| Major addition/renovation for $25,000.00 or more | $500.00 |
| Minor addition/renovation for less than $25,000.00 | $150.00 |
| Additional fee per meeting for any item (For each review after third review) | $50.00 |

EXHIBIT **G**