# NA PALI HAWEO

## DESIGN GUIDELINES



April 16, 1993



**CYP International**
*Architecture/Planning*

17992 Mitchell South
Irvine, California 92714
714/660-0970

EXHIBIT H

# TABLE OF CONTENTS

I. INTRODUCTION ................................................. 1
   1.1 Purpose and Intent ....................................... 1
   1.2 Site Description ......................................... 2
   1.3 Definitions .............................................. 3

II. SITE DEVELOPMENT STANDARDS .................................. 5
   2.1 Environmental and Design Considerations .................. 5
   2.2 Site Preparation ......................................... 7

III. ARCHITECTURAL STANDARDS ..................................... 9
   3.1 The Design Character ..................................... 9
   3.2 Design Standards ......................................... 11

IV. CONCEPTUAL LANDSCAPE STANDARDS .............................. 21
   4.1 Landscape Character ...................................... 21
   4.2 Landscape Standards ...................................... 23
   4.3 Recommended Plant List ................................... 24

V. SPECIAL AREA TREATMENT ....................................... 26
   5.1 View Channels ............................................ 26
   5.2 Landscape Design at Street Intersections ................. 27

VI. SUBMITTAL PROCESS ........................................... 28
   6.1 Purpose and Intent ....................................... 28
   6.2 Submissions Required ..................................... 30
   6.3 Submittal Criteria ....................................... 31

April 16, 1993
2/90239.SPE/RES

# I. INTRODUCTION

## 1.1 Purpose and Intent.

These Design Guidelines establish the concept and general guidelines to provide direction for the expression of development within Na Pali Haweo. The guidelines are intended to provide an overall framework for future development, achieving a sense of community identity that will establish and maintain the design character of the community. More importantly, these Design Guidelines seek to be a positive influence by helping create a community with a sense of timelessness and permanence.

The sketches and graphic representations contained herein are to be used as general visual aids in understanding the basic intent of the guidelines and are not meant to depict any actual lot or building design. The guidelines express "intentions" rather than "absolutes," allowing each lot to be developed individually while fulfilling the design goals and objectives. The guidelines have been designed to promote creativity and innovation, while fostering consistent quality within Na Pali Haweo.

The development of Na Pali Haweo has involved an extraordinary expenditure of time and resources for infrastructure, landscaping and other site improvements which have been carefully designed and constructed to provide property owners with the fullest enjoyment of the homesites and the community. Considerable efforts will continue to be expended to assure that these improvements perform as intended from both a functional and an aesthetic standpoint. These guidelines address that commitment to establish and protect values and provide a community of lasting quality. In essence, these guidelines are meant to encourage good design.

The Design Guidelines are a part of the CC&Rs and have the same effect. Design Guidelines and CC&Rs are to be read and construed together; but in the event of any conflict between them, the CC&Rs shall control.

1

April 16, 1993
2/90239.SPE/RES

## 1.3 Definitions.

If there are any conflicts between the definitions set forth in these Design Guidelines and those of the CC&Rs, the CC&Rs will have priority.

ARCHITECT: A person registered to practice architecture in the State of Hawaii or, if registered elsewhere, permitted to practice architecture under Hawaii State law.

ARCHITECTURAL REVIEW COMMITTEE: The committee appointed to review and approve or disapprove proposals and/or plans for the construction or installation of improvements within Na Pali Haweo.

BALCONY: A roofed or unroofed deck or platform of any type above finished grade.

BUILDABLE AREA: The area of a Lot that is within the required setbacks established in this document.

BUILDING ENVELOPE: The three dimensional limits of a residence that sets the maximum height, setback and bulk of each residence.

DECLARANT: Hawaii Kai Development Company, its successors and assigns, developer of Na Pali Haweo.

EXCAVATION: The removal of earth or rock to a depth of 18 inches or more from the existing surface of the ground.

EXISTING GRADE: The topography of the Lot at the time the Lot is conveyed from the Declarant to the original purchaser.

FILL: The addition of earth or rock that raises the existing ground elevation by 18 inches or more.

FINISHED GRADE: Final grade as approved by the Architectural Review Committee.

IMPROVEMENTS: Any structure, planting or appurtenance of every kind and type including but not limited to buildings, accessory buildings, shade structures, patio covers, walkways, sprinkler pipes, drainage devices, garages, swimming pools, spas, tennis courts, driveways, roads, parking areas, paving of all types, fences, screening walls, retaining walls, stairs, decks, landscaping, exterior lighting, signs, mailboxes, and any mechanical equipment.

LOT: The subdivided lot and all appurtenant easements.

LOT COVERAGE: TOTAL AREA less the area above the ground floor.

L.U.O.: Land Use Ordinance of the City and County of Honolulu.

TOTAL AREA: The total area of all floors of all structures on the lot measured to the outer face of walls, supports and balconies. Unroofed structures flush with finished grade shall not be considered part of total area.

3

VIEW CHANNELS: Special easements located on Residential Lots to maximize opportunities for visual access to views from surrounding Lots. The View Channels are shown on a map enclosed in the back of this book.

*Refer to CC&Rs for additional Definitions.

4

## 6.2 Submissions Required.

All submissions for the construction or installation of any improvement to a custom home must be made in duplicate. The submission must include the following items on an architectural application. The application shall be provided to the Owner by the Architectural Review Committee.

Lot Owner's Name
Mailing Address
Business and Residence Phone Numbers (include area code)
Lot Number (site of proposed construction)
Address of Site
Name, Address, and Phone number of Architect or Owner's Representative
List or number of drawing(s) enclosed

Two submissions are required in the review and approval process for custom homes. The first submission must show preliminary design, the final submission is to consist of working drawings. On completion of the review and approval process, one set of each submission is to be retained and one set to be returned to owner.

All architectural drawings are to be prepared and signed by an architect licensed in the State of Hawaii, except for additions, alterations or patio covers which may be prepared by a landscape architect or structural engineer licensed in Hawaii. The owner must, at time of submission, submit a letter acknowledging receipt of the Design Guidelines. This letter should also include an acknowledgement of it's use by the architect in the design of the home.

### 6.2.1 Deposit.

To complete the requirements for final approval by the Architectural Review Committee, each owner shall deposit five thousand dollars ($5,000) with the Na Pali Haweo Community Association to assure that: 1) damage done to the areas within Na Pali Haweo resulting from construction activity can be repaired; and 2) the requirements of the Committee have been met. The Committee cannot grant final approval until the Association has received the deposit. The deposit less any charges shall be refunded to the lot owner upon satisfying the following conditions:

- Receipt of a letter from the lot owner's architect certifying that the construction of the home was completed in accordance with the Design Guidelines and the plans approved by the Architectural Review Committee.

- Verification with the City and County of Honolulu that the building permit is closed.

In addition, the Owner is to pay a submission fee to cover the cost to the Na Pali Haweo Community Association of the review of plans and specifications for the proposed improvements. Fees will be established by the A.R.C. and may be changed from time to time. The submission fee shall be paid at the time of the submission of plans and specifications.