IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>  Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>  Counterclaim Plaintiffs,<br><br>  vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>  Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/BMK (Injunctive Relief)<br><br>AFFIDAVIT OF LANCE S. FUJISAKI |

## AFFIDAVIT OF LANCE S. FUJISAKI

STATE OF HAWAI`I              )
                              ) SS.
CITY AND COUNTY OF HONOLULU   )

LANCE S. FUJISAKI, being duly sworn upon oath, deposes and says:

1. I am an attorney for Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION ("Association") regarding the above matter.

2. Attached hereto as Exhibits "A" through "Z" are true and correct copies of exhibits which were previously properly authenticated and attached to the Association's Motion for Summary Judgment ("MSJ") filed April 12, 2006, and Reply Memorandum filed June 15, 2006, and which are therefore included in the record of this case.

3. For judicial economy, the Association has not re-authenticated documents which are already included in the record of this case.

4. For ease of review and consistency, the letter identifications of the previously filed exhibits referenced in the instant motion may have been changed. (Various previously filed exhibits have been omitted and the letter identification of the remaining exhibits was revised accordingly.)

5. The original letter identification and the current letter identification are summarized below:

| Exhibits Attached to Association's Motion for Summary Judgment Filed April 12, 2006, and Reply Memorandum filed June 15, 2006 | Exhibit Identification In Association's Motion for Summary Judgment and Permanent Injunction Filed January 25, 2008 |
|---|---|
| A | A |
| B | B |
| C | C |
| D | D |
| E | E |
| F | F |
| G | G |
| H | H |
| I | I |
| K | J |
| L | K |
| O | L |
| P | M |
| Q | N |
| R | O |
| S | P |
| T | Q |
| U | R |
| W | S |
| X | T |
| Z | U |
| HH | V |
| II | W |

3

| Exhibits Attached to Association's Motion for Summary Judgment Filed April 12, 2006, and Reply Memorandum filed June 15, 2006 | Exhibit Identification In Association's Motion for Summary Judgment and Permanent Injunction Filed January 25, 2008 |
|---|---|
| LL | X |
| NN | Y |
| OO | A |
| TT | Z |
| UU | Q |

6. Exhibit "OO" to the Association's Reply Memorandum filed June 15, 2006 ("Reply Memo"), has been consolidated into Exhibit "A." (Exhibit "OO" includes pages 2 and 57 of the Na Pali Haweo Declaration of Covenants, Conditions and Restrictions, excerpts of which were filed as Exhibit "A" to the MSJ filed April 12, 2006.)

7. Exhibit "T" to the MSJ filed April 12, 2006, inadvertently included a 2 page report dated March 22, 2005, which should not have been included in Exhibit "T."

8. This error was corrected by the filing of Exhibit "UU" to the Reply Memo, a 2 page report dated April 1, 2005 (which should have been included in Exhibit "T" to the MSJ filed April 12, 2006).

9. Exhibit "Q" to the instant motion consists of Exhibit "T" to the MSJ filed April 12, 2006, including the April 1, 2005, report, and deleting the March 22, 2005, report; thus, Exhibit "Q" is a true and accurate copy of the corrected document previously filed.

10. Exhibit "BB" is a true and accurate certified copy of the Findings of Fact and Conclusions of Law; Order, filed in the Circuit Court of the First Circuit, State of Hawai'i, in <u>Brandt Homes Inc. v. Anthony Charles Grande and Narindar Kaur Grande, et al.</u> (Civil No. 05-1-2061-11 GJK).

11. Exhibit "CC" is a true and accurate excerpt of the transcript of the trial testimony of Anthony Charles Grande on June 21, 2007 (as to page 20), and June 22, 2007 (as to page 36), in the Circuit Court of the First Circuit, State of Hawai'i, in <u>Brandt Homes Inc. v. Anthony Charles Grande and Narindar Kaur Grande, et al.</u> (Civil No. 05-1-2061-11 GJK).

FURTHER AFFIANT SAYETH NAUGHT.

_____
LANCE S. FUJISAKI

Subscribed and sworn to before me this
__25th__ day of __January__, 2008.

_____
(signature)

MIRIAM A. STASH

_____
(printed name)
Notary Public, State of Hawai'i
My commission expires: __2/28/08__