# NAPALI HAWEO

## DESIGN GUIDELINES

April 16, 1993



**CYP International**
*Architecture/Planning*

17992 Mitchell South
Irvine, California 92714
714/660-0970


EXHIBIT "B"
PAGE 1 OF 10

## 3.2 Design Standards.

### 3.2.1 Building Envelope and Setbacks

(a) <u>Minimum Floor Area</u>. The minimum floor area shall be 1,500 square feet. The minimum floor area shall be defined as TOTAL AREA less the area of the garage, the garage storage, exterior balconies, and unroofed lanais (whether attached or detached). For homes with a minimum area, as herein defined, of less than 2,000 square feet, the total area of the second floor shall not exceed 50% of the roofed area of the first floor.

(b) <u>Maximum Floor Area</u>. The maximum floor area shall be forty percent (40%) of the Lot area. The maximum floor area shall be defined as TOTAL AREA less the area of the basement (basement as defined by the current edition of the Uniform Building Code).

(c) <u>Maximum Lot Coverage</u>. The maximum Lot Coverage shall be one third (1/3) of the Lot area.

(d) <u>Building Envelope</u>. All improvements shall be constructed in accordance with applicable building line, setback and height provisions set forth on the subdivision map and/or local ordinance. No structure of any nature shall be constructed or permitted on a Lot which violates any provisions of the requirements of the Land Use Ordinance of the City and County of Honolulu, as amended, or any other declaration of building restrictions recorded against the Lot, whichever is more restrictive.

The Building Envelope sets the maximum height, setback, and bulk of each house. It does not represent the ultimate shape or architectural appearance of the building.

No part of any structure or auxiliary structure may protrude outside the building envelope except roof overhangs, eaves, sunshades, sills, beam ends, awnings, planters, and other architectural embellishments or appendages with less than a 30 inch vertical thickness. Roof overhangs may protrude not more than 2-1/2 feet outside the envelope. Chimneys may protrude outside the envelope only



EXHIBIT "B"
PAGE 2 OF 10

to meet code requirements of the City/County, but should not encroach within 5' of the property line.

The following first and second story envelopes together define the typical limits of the building envelope.

### Typical First Story Envelope

The first story portion of the envelope is the area in which only ground level construction is allowed.

Front: 20' setback from the Property line.
Side: 5' setback from the Property line.
Rear: 5' setback from the Property line.

### Flag Lots

Front: 10' setback from the Property line.
Side: 5' setback from the Property line.
Rear: 5' setback from the Property line.

Variance from these requirements will be considered by the Architectural Review Committee in cases involving unusually shallow or odd shape Lots or in which extensive excavation, fill or embankment will be required. In these cases, the only variance that will be considered is to allow a single level turn-in garage to encroach a maximum of ten feet (10') into the twenty foot (20') setback area.

### Second Story Envelope

The second story portion of the envelope is the area within which second story construction is permitted. Inclusive of the first story envelope, the second story envelope sets the maximum height allowed.



EXHIBIT "B"
PAGE 3 OF 10

(viii) Glossy or reflective materials;
(ix) Cap sheet;
(x) Gravel.

Other types of roofing material will be considered by the Architectural Review Committee if Owner submits evidence of quality comparable to recommended roofing materials and provided the material is compatible to the surroundings. Materials for low slope roofs must be submitted for approval by the Architectural Review Committee.

(b) <u>Roof Colors</u>. Roofs shall have earthtone colors complementary to the surrounding hillsides and in harmony with the terrain. Skylight frames shall be colored to match the surrounding roofing color.

(c) <u>Roof Slopes</u>. Roof slopes shall have a minimum slope of four inches (4") in twelve inches (12"). Roof overhangs are encouraged.

(d) <u>Gutters and Downspouts</u>. Gutters and downspouts must be concealed unless designed as a continuous architectural feature. Exposed gutters used as an architectural feature are to be colored to match roof trim or wall material unless copper is used. Exposed downspouts must be colored to match the surface to which they are attached unless copper is used.

(e) <u>Flashing and Sheet Metal</u>. All flashing and sheet metal must be colored to match the material to which it is attached, unless copper is used.

(f) <u>Vents</u>. All vents, stacks and pipes must be colored to match the roof or wall material from which they project, must not be visible from the street, and are to be grouped so as to minimize roof penetrations.

(g) <u>Antenna</u>. All antenna are restricted to the attic or interior of the residence. It is mandatory that all homes be pre-wired to accommodate cable reception. Satellite "dish" antennas are prohibited.

(h) <u>Chimneys</u>. Chimneys cannot exceed those height limits set by the building codes and Land Use Ordinance used by the City and County of Honolulu. Exposed metal flues and spark arrestors are not permitted.



THIS



NOT THIS

15

April 16, 1993
2/90239.SPE/RES

EXHIBIT "B"
PAGE 4 OF 10

(i) *Skylights*. Skylights are to be designed as an integral part of the roof. Skylight glazing must be clear, solar bronze or gray; white or reflective glazing is prohibited. Skylight framing material must be bronze anodized or colored to match adjacent roof. Natural aluminum is prohibited. No bubble or plastic skylights will be allowed and skylights facing the street shall be non-operable and subject to the approval of the Architectural Review Committee.

(j) *Solar*. Solar heating panels should be an integral part of the design of the Improvements and all plans submitted to the Architectural Review Committee for approval shall be required to indicate a design solution for incorporating panels even though panels are not a part of the initial Improvements. Subsequent installation shall conform to this design. Solar heating panels must be screened from view.

3.2.4 Windows, Doors and Garage Doors.

(a) *Exterior Glass and Glazing*. The following glass and glazing materials are recommended:

*Glass*. Clear with colored metal frames, vinyl clad or wood frames are recommended.

The following glass and glazing materials are prohibited:

(i) Mirrored glass;
(ii) Green or blue-tinted glass; and
(iii) Nonanodized or clear anodized aluminum frames.

Usage of the following glazing material(s) is subject to the approval of the Architectural Review Committee:

(i) Jalousie windows.

(b) *Garages*. A double-car garage containing not less than four hundred (400) square feet of parking area and a clear width of not less than eighteen feet (18) between outside support shall be attached to the residence; provided, however, that a detached double-car garage may be substituted in cases where an attached garage is not feasible. Every garage, whether attached or detached, which has a vehicular entrance facing a street shall contain not less than an additional one hundred (100) square feet of enclosed and covered area for service and storage facilities. Carports and single-car garages will not be permitted. However, garages for more than two cars will be permitted. All garages must be fully enclosed and have automatic roll-up doors. Strongly applied patterns of detail moldings and/or color are not acceptable.

(c) *Awnings*. Canvas awnings are not encouraged. Metal awnings are not acceptable.

3.2.5 Paving.

(a) *Paving Materials*. The following paving materials are recommended:

(i) Uncolored concrete with sand, trowel or broom finish;
(ii) Quarry tile, or paving brick tile in earthtones;
(iii) Concrete, integrally colored, rock salt or exposed aggregate finish with brick or wood edge;
(iv) Cobblestone-textured or stamped concrete;
(v) Washed terrazzo;
(vi) Exposed aggregate, pea gravel in concrete; and
(vii) Large, rough-textured precast integrally colored pavers.

Asphalt is prohibited.

Drop driveways shall be constructed by Owner prior to any other work being done and shall be used during construction in order to prevent damage to existing concrete gutters, curbs, sidewalks and any underground utility lines. Any damage caused by Owner, his contractor or agent shall be the responsibility of Owner.

3.2.6 *Exterior Lighting*. All exterior lighting is to be indirect and shielded to prevent spillover onto adjacent lots and the street. Exposed bulbs, spotlights, reflectors and lenses are prohibited.

April 16, 1993
2/90239.SPE/RES

EXHIBIT "B"
PAGE 5 OF 10

3.2.7   Fences.

(a)   *Height of Fences.* No garden wall or fence built along property lines or within the setback areas, whether or not used as a retaining wall, shall have an exposed face higher than six feet (6') from existing grade and the area between such walls or fences and the property line at street frontage shall be adequately landscaped.

The front streetscape forms the visual experience of the community. Front setback areas and front facades are an important part of this visual experience. These areas should be designed to create a cohesive neighborhood environment that complements the hillside character yet allows for individual expression within each Lot.

Walls or fences constructed within the front twenty foot (20') setback shall comply with the following:

(a)   Be no higher than five feet (5') above the finished grade on the side of the wall facing adjacent property;

(b)   Not extend in a single plane more than thirty percent (30%) of the Lot frontage; and

(c)   The total horizontal dimension shall not exceed fifty percent (50%) of the Lot frontage.

Walls or fences that allow visual access or walls less than two feet (2') in height measured from the finished grade on the side of the wall facing adjacent property shall not be considered part of the total. Additionally, walls and fences built facing the street shall be set back at least two feet (2') to provide a landscape strip at the base of the wall or fence.

Proposed walls and fences not in compliance with the limits set forth herein may be authorized by application for a variance issued by the Architectural Review Committee on a case-by-case basis.

Existing community fencing or walls may not be modified or altered. Sideyard fencing between Lots must be kept inside property lines and may not be constructed on a property line without the written approval of all Lot Owners affected. Affected lot owners must provide copies of their consent to the Architectural Review Committee for approval. Structural framing and/or unfinished sides of fences and walls may not be exposed to any public right-of-way or neighboring lot.

No fences, hedges or walls shall be erected or maintained on any Lot other than as are initially installed by Declarant unless first approved by the Architectural Review Committee.

The following wall and fence materials and styles are recommended:

(i)   Concrete block so long as it is an integral color or painted to be harmonious with the color of the residence with a four inch (4") coursing maximum;

(ii)   Concrete block with a textured finish so long as it is an integral color or painted to be harmonious with the color of the residence;

(iii)   Brick in earthtone colors;

(iv)   Concrete that has been textured, sandblasted, painted or of an integral color;

(v)   Textured plaster/stucco so long as it is an integral color or painted to be harmonious with the color of the residence;

(vi)   Stone;

(vii)   Wood (milled, solid members); and

(viii)   Combinations of wood and stone.

Wrought iron and ceramic tiles may be permitted as accents.

The following wall and fence materials and styles are prohibited:

(i)   Chain link fences or gates;
(ii)   Unpainted or uncolored gray concrete block;
(iii)   Open-slat wood; and
(iv)   Standard precision block
(v)   Plywood or prefabricated siding less than 5/8" thick.
(vi)   Prefabricated lattice work.

17

April 16, 1993
2/90239.SPE/RES

EXHIBIT "B"
PAGE 6 OF 10

3.2.8 *Mailboxes.* Mailboxes shall be constructed as shown in the guidelines and must be approved by the Architectural Review Committee. Mailbox locations are shown on the Mailbox Location Plan. House address numbers shall be incorporated into the design. There shall be no exterior newspaper tubes. Mailboxes must be installed prior to completion of construction of the residence.

3.2.9 *Basketball Standards.* No basketball standards or fixed sport apparatus shall be attached to any residence or garage or be erected on any Lot, except as approved by the Architectural Review Committee.

3.2.10 *Patio Structures, Trellises, Sun Shades, And Gazebos.* These appurtenant improvements to the Residence must be located entirely within the Building Envelope and are subject to the same restrictions. All such auxiliary structures are to be designed and integrated into the architecture of the house.

3.2.11 *Sundecks, Patios and Pool Decks.* Decks may not protrude beyond the Building Envelope if they are constructed above the finished first floor elevation.

3.2.12 *Pools and Gamecourts.* Pools and Gamecourts should be designed so they do not impact adjoining properties with light or sound. Pool heaters and pumps must be screened from view and sound insulated from neighboring houses.

The construction of swimming pools and other types of ponds will be governed by the following:

(i) Only in-ground pools/ponds will be allowed.
(ii) Construction shall be in accordance with plans first prepared by Owner and approved in writing by the Architectural Review Committee and use shall be subject to the terms and conditions of the CC&Rs.
(iii) Owner shall provide a sound-treated filtering pump unit in order to prevent noise nuisance.
(iv) The pool or pond shall be kept operable in accordance with the rules and regulations of the State Department of Health. Upon abandonment, or should the pool or pond become a nuisance, Owner will demolish the same and, insofar as is practicable, restore the land to a condition approximating that which existed prior to the construction of the pool or pond, and will thereafter properly landscape and maintain said restored land. The method of demolishing the pool or pond shall be subject to the approval of the Architectural Review Committee.

3.2.13 *Gas and Electric Meters.* Gas and electric meter locations are to be designed into architecture and screened from view.

3.2.14 *Mechanical Equipment.* All air conditioning, heating equipment and soft water tanks must be screened from view and be insulated for sound attenuation. Air conditioning units are not permitted on roofs.

(a) *Air Conditioning System.* Prior to the installation of the air conditioning systems, Owner shall secure the written concurrence of the Architectural Review Committee as to the location and type of system. Such air conditioning system shall be sound-treated to prevent noise nuisance.

(b) *Utility Service.* No lines, wires, pipes or other devices for the transmission of electrical current, communication signals, sewage or water shall be constructed, placed or maintained anywhere in or upon any Lot unless the same shall be concealed underground and/or contained in conduits or cables constructed, placed and maintained pursuant to plans and specifications approved by the Architectural Review Committee. Specifically, all such lines, wires, cables, conduits, pipes and other devices shall be concealed underground.

(c) *Clothes Drying Facilities.* No outside clotheslines or other outside clothes drying or airing facilities shall be maintained except in an area adequately concealed so as not to be seen from a street or any Lot.

EXHIBIT
PAGE 7 OF 10

# IV. CONCEPTUAL LANDSCAPE STANDARDS

4.1 Landscape Character.

Adequate site grading and disturbance to the natural vegetation is necessary to accommodate both the house and such adjuncts as drives, turnarounds, garages and terraces. New landscape material will obviously be brought in to replace the disturbed open areas. The overall goal should be to transition new landscaping into its natural surroundings. On this warm and dry site, it is expected that gardens, lanais and pergolas adjacent or attached to the house would strive for a cool, lush appearance. Plant material used in these areas can be diverse in variety and appearance as it will be more protected from the elements and more likely to be irrigated and receive regular maintenance.

The landscaping at natural sloped areas within individual sites should wherever possible be kept in its naturally vegetated condition. These natural areas are steep and difficult to maintain and are best kept in a natural condition to avoid costly revegetation and irrigation. Xeriscape (plant selection that minimizes water/irrigation usage) is highly recommended in these areas. By preserving as much of the natural sloped areas as possible, a sense of continuity and cohesiveness will be maintained for the community. An uncontrolled variety of plant materials that would appear as patches of color and texture on a hillside should be avoided.

Many of the Lots have limited building and usable outdoor garden areas. In order to minimize large amounts of additional grading, the use of small retaining walls or a series of retaining walls to create separate garden terraces instead of a wide expanse of lawn is advisable. A series of small retaining walls would not be out of character with a hillside site. In general the height of retaining walls should not exceed six feet (6') and should be constructed of approved stone, masonry or combination of both. In general the retaining walls should relate to or complement the architecture of the house. Retaining walls of heights greater than six feet (6') above the highest existing or approved finished grade at the wall shall require terracing. Terracing shall be a minimum of four feet (4') wide and should be adequately landscaped. Patio decks with exposed wooden or concrete posts exceeding ten feet (10') are prohibited. Instead, whenever possible, terraces that appear in a natural state of repose are encouraged. Landscaping plant material which cascades over or grows within the crevices of the walls should be utilized.

Plant material adjacent to houses should be strategically placed to soften the architecture and integrate buildings into the hillside setting. At the same time, plant

April 16, 1993
2/90239.SPE/RES

EXHIBIT "B"
PAGE 8 OF 10

material should be placed so as not to obstruct views from adjacent Lots and from strategic locations on roadways and public open spaces. The use of plant material for providing privacy, shade, and wind protection is encouraged. Planting in view corridors will be discussed in the Special Area Treatment Section. How the planting may affect the light, air, and view potential of adjacent homes should be carefully considered. Front yards and areas visually accessible from the street and neighboring Lots are important landscape areas and should be treated appropriately. Trees and palms shall be a minimum of twenty five (25) gallon size at initial planting.

- A simple palette of plant materials serves to enhance an area.

- The Lot Owner is responsible for planting and maintaining all landscaping within the Lot except for landscape easements that are maintained by the Association.

- Trees and shrubs should provide the principal visual enhancement.

- The recommended shrubs, vines, and ground covers should be spaced so they completely cover the soil when mature. When used to cover large areas, plants should be chosen that mature quickly.

- Close attention should be given to the use of plants so they create a livable environment for people. Plants may be used to provide screening; define three dimensional spaces; control erosion, glare, noise, dust and climate;

enhance aesthetics; accentuate or negate land forms; and define circulation patterns.

- Planting in rear side yard is encouraged to provide screening between neighboring Lots.

- Refer to Special Area Treatment for restrictions of landscaping in required View Channels.




Note: Refer to Land Use Ordinance for more detailed discussion.
(L.U.O. - Land Use Ordinance)

22

April 16, 1993
2/90239.SPE/RES

EXHIBIT "B"
PAGE 9 OF 10

6.3.3 Submittal No. 2 for Custom Homes.

Two sets of all of the following items are to be submitted.

Final working drawings must be prepared to scale and are to include all of the following.

(a) Working Drawings. MIN. SCALE: 1/4"=1'-0"

(i) Working drawings of all approved Submittal No. 1 drawings, including any revisions required by the Architectural Review Committee after Submittal No. 1 review.

(ii) Written specifications for all proposed work.

(b) Final Grading Plan.

(i) Show contours, flow lines, existing and finished grades.

(ii) Changes to existing grade must be accompanied by a grading plan prepared by a registered professional engineer or architect.

IT IS STRONGLY RECOMMENDED THAT THE SERVICES OF A SOILS ENGINEER BE RETAINED. SPECIAL ATTENTION SHOULD BE GIVEN TO PROVIDING DRAINAGE FOR THE LOT AND ITS INTERFACE WITH ADJACENT LOTS. DRAINAGE CANNOT BE ALTERED TO INCREASE FLOWS ON ADJACENT LOTS.

(c) Final Landscape Plan.

(i) Show drainage for surface and subsurface, including direction of flow and type and size of facility.

(ii) Show irrigation plan.

(iii) Show type, size and location of all plant materials.

(d) Final Plot Plan. 1/8"=1'-0" or 1"=10'

(iv) Show all fences, walls, trellises, arbors and gazebos, their locations, material and color.

(v) Show all exterior lighting.

(e) Pool Plans.

To include plans for drainage, pool equipment and construction in conformance with the standards.

6.3.4 Review of Submittal No. 2.

Upon determination by the Architectural Review Committee that all requirements for Submittal No. 2 have been met, the Architectural Review Committee will review this submittal in accordance with the procedures and time periods used for the review of Submittal No. 1.

This review will include, but not limited to, a determination of whether the submittal is consistent with Submittal No. 1 and if not, the reasons for any discrepancies, and will include the review and approval or disapproval of all Plans.

Upon receiving approval in concept by the Architectural Review Committee, the working drawings and plans may then be submitted to City/County for approval and issuance of grading and building permits. The Owner must provide a copy of all building and/or grading permits to the Architectural Review Committee.

Any proposed changes or deviations from the approved plans occurring during construction must be submitted to the Architectural Review Committee for approval, prior to the execution of such changes.

6.3.1(a). Additionally, three (3) copies, accurately and legibly reduced, to 1" = 40'-0", showing the same items and details as listed in 6.3.1(a) as well as roof lines for all improvements.

The Plan will include the same requirements as listed in

33

April 16, 1993
2/90239.SPE/RES

EXHIBIT "B"
PAGE 10 OF 10