

Site Plan — Kamehame Drive, Hawaii Kai, HI 96825, Lot 192

EXHIBIT "D" PAGE 1 OF 9



LOWER FLOOR PLAN
SCALE: 1/4"=1'-0"

| | |
|---|---|
| HOUSE | 1830 SF |
| ENTRY | 75 SF |
| GARAGE | 641 SF |
| STORAGE | 125 SF |

EXHIBIT "D" PAGE 2 OF 9



FRONT ELEVATION
SCALE: 1/4"=1'-0"



EXHIBIT "D"
PAGE 4 OF 9




EXHIBIT "D" PAGE 6 OF 9



EXHIBIT "D"
PAGE 7 OF 9



EXHIBIT "D"
PAGE 8 OF 9



EXHIBIT "D"
PAGE 9 OF 9