# FAX TRANSMITTAL FORM

## HAWAIIANA MANAGEMENT CO. LTD.
711 Kapiolani Boulevard, Suite 700
Honolulu, Hawaii 96813

PHONE: (808) 593-9100 • FAX #: (808) 593-6333

| TO: | ED RESH | FAX #: |
| --- | --- | --- |
| COMPANY: | Architectural Associates | DATE: 7/30/03 |
| FROM: | Jeff Kloetzel, Project Manager 593-6846 | |
| RE: | Na Pali Haweo – Grande, Lot 2A-49 | # Pages: 1 |
| Property Code: 456 | | Local | Mainland | Foreign |
| E-MAIL CONTACT: jkloetzel@hawaiianagroup.com | | XXX | | |

**ALOHA ED:**

We have received multiple complaints regarding the on-going construction of the Grande residence at 1251 Kamehame Drive.

The concerns are related to the height of the structure being built at the front of the property. The complaints are noting that the construction seems to be higher than is allowed by the Design Guidelines and height setbacks at the front setback area (20' limit).

As the architect of record, the Architectural Review Committee has directed me to pass these concerns along to you for verification and certification that the construction is being done according to the plans submitted to and approved by the ARC.

Please let me know at your earliest convenience – thus any corrective action that might need to be made can be done so immediately.

Thanks for your confirmation –

*Jeff*

EXHIBIT "I"
PAGE 1 OF 1

PLEASE PHONE THE NUMBER ABOVE IF YOU EXPERIENCE DIFFICULTY RECEIVING THIS TRANSMITTAL.

IMPORTANT: This message is intended only for the use of individual to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this