

# HAWAIIANA

Hawaiiana Management Company, Ltd.
Pacific Park Plaza, Suite 700
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Tel: (808) 593-9100
Fax: (808) 593-6333

September 22, 2003

Anthony Grande
501 Hahaione St. #9L
Honolulu, HI 96825

RE: Lot 2A-49 (1251 Kamehame) conformance issues

Dear Mr. Grande:

Concerns continue to be brought to the attention of the Association regarding setback and height of your Na Pali Haweo home currently under construction. Despite feedback from your architect, we now have received two other reports alleging that your home is being built within the 20-foot front setback and is higher than permitted at the front. Another owner now has his attorney involved in the process as well.

It would be in your own best interest to ensure completely that your architect and contractor are correct in their assertions that the building is being constructed strictly in accordance with the approved plans. The attorney involved has indicated that they have measurements showing the house is not being constructed in compliance, and has demanded actual "as-built" measurements of the home proving that it is in full compliance with all regulations.

You may want to hire an impartial outside consultant to verify all as-built measurements in order to satisfy yourself as well as others.

Please also provide the Association an immediate written update on the status of the 125 sq. ft. garage storage room as is shown on the approved plans. As was noted in our 8/29/03 letter to you, plumbing fixtures are being installed within that room (which was only intended for storage) and are not approved. This deviance from the approved plans also strains the credibility of your designer and contractor when they assert that the construction is "as per the approved plans".

Sincerely,

Hawaiiana Management Company, Ltd.
Agent for the Board of Directors of Na Pali Haweo

Jeff Kloetzel
Project Manager

cc: Board of Directors
Architectural Review Committee
file

EXHIBIT "K"
PAGE 1 OF 1