# HAWAIIANA

Hawaiiana Management Company, Ltd.
Pacific Park Plaza, Suite 700
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Tel: (808) 593-9100
Fax: (808) 593-6333

October 29, 2003

Anthony Grande
501 Hahaione St. #9L
Honolulu, HI 96825

RE: Lot 2A-49 (1251 Kamehame) Plan Issues

Dear Mr. Grande:

The Architectural Review Committee (ARC) is in receipt of one copy each of a new revised plan for your property and the original approved ARC plan from project architect Ed Resh. As you will recall from our 10/7/03 meeting with yourself and your design/build team, the specific requirements for the resubmittal were that (1) new revised plans would be submitted with (2) all revisions to the original plans shown as clouded revision call-outs on the new plan, with delta number and dates. Since the new set received by the ARC does not have such revisions noted and clouded, the ARC is requesting the re-submission of a complete revised plan set, with all revisions made to each sheet clearly highlighted.

The revisions that were made and are now being proposed to the ARC fall into the major category, and as such they require the standard modification design review fee of $500. The ARC does not review plans without the necessary review fees, nor will they typically review any plans submitted after the submittal deadline (2nd Tuesday of each month). A check for the fee should be made out to Na Pali Haweo Community Association and forwarded to my attention at Hawaiiana. It is my understanding that the some type of review of the plans as submitted was done, and that further comments from the ARC will be forthcoming.

The ARC is also in receipt of a 10/19/03 letter from Mr. Resh requesting a height setback variance. This variance request is a completely separate matter from the new plan review, and is also considered as a major modification requiring an additional review fee of $500.

With specific regards to the required 20 foot front setback issue, Mr. Resh cites the State's "deminimus" rule. Any consideration of this rule will require a legal interpretation as to the intent and applicability of the law to this particular situation. The ARC is unable to provide such a legal opinion. Therefore, any review by the ARC will be without consideration unless a legal opinion has been provided. It is the ARC's opinion that as this burden belongs to the Owner, it would behoove you to engage your own legal services to address this and other issues being raised by Mr. Moribe. The ARC and Association would not be responsible for such legal determinations.

EXHIBIT "L"

PAGE 1 OF 2

Please note that the Na Pali Haweo Board of Directors just ruled at their October 27, 2003 Board meeting that the ARC does not have the power to grant height setback variances at Na Pali Haweo.

The ARC further notes that until all these issues are resolved it would be in your best interest to cease all further construction at 1251 Kamehame Drive.

Sincerely,

Hawaiiana Management Company, Ltd.
Agent for the Board of Directors of Na Pali Haweo

Jeff Kloetzel
Project Manager

cc: Board of Directors
Architectural Review Committee

EXHIBIT "L"

PAGE 2 OF 2