

# HAWAIIANA

Hawaiiana Management Company, Ltd.
Pacific Park Plaza, Suite 700
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Tel: (808) 593-9100
Fax: (808) 593-6333

January 28, 2004

Anthony & Narindar Grande
501 Hahaione St. #9L
Honolulu, HI 96825

RE: Lot 2A-49 (1251 Kamehame Dr.) – NOTICE TO CEASE CONSTRUCTION

Dear Mr. & Mrs. Grande:

It has come to the attention of the Na Pali Haweo Association and the Architectural Review Committee (ARC) that construction has proceeded on all aspects of your home at 1251 Kamehame Drive.

At the end of October 2003 you were requested to cease construction on the non-compliant portions of the home until all the outstanding design guideline issues were resolved. The portions in question include the second floor balcony columns, the front roof section above the garage, the home's front setback and the interior garage storage.

<u>**THE ARC REQUIRES THAT ALL CONSTRUCTION ON NON-COMPLIANT PORTIONS OF THE HOME CEASE IMMEDIATELY.**</u>

<u>All final plans and solutions must be approved by the ARC before any further work on these areas may proceed.</u>

The ARC is in possession of your January 2004 revised plan submittal. This new plan shows that the front roof will have to be altered in conjunction with the movement of the second floor columns at the upper balcony.

The ARC and Association are awaiting final word back from the Association's counsel on the "de minimus law" issue, and are expecting an opinion in the next few days.

Thank you for your cooperation.

Sincerely,

FOR THE BOARD OF DIRECTORS
NA PALI HAWEO COMMUNITY ASSOCIATION

Jeff Kloetzel
Project Manager

cc: NPH Board of Directors & Architectural Review Committee
     Lance Fujisaki, Neeley & Anderson, Esq.

EXHIBIT "P"
PAGE 1 OF 1