

EXHBIT "Q-part 2"
PAGE 1 OF 9











EXHIBIT "Q-part 2"
PAGE 4 OF 9






ITEM NO. 9,b,1

ITEM NO. 9,a,6









