JOYCE Y. NEELEY
M. ANNE ANDERSON
PHILIP L. LAHNE
GISELA IGLESIAS
LANCE S. FUJISAKI

ROBIN MILLER

**NEELEY & ANDERSON LLP**
A LIMITED LIABILITY LAW PARTNERSHIP
733 BISHOP STREET, SUITE 2301
HONOLULU, HAWAII 96813

TELEPHONE
(808) 536-8177
FACSIMILE
(808) 536-4977
E-MAIL
nanda@lava.net

June 7, 2004

Steven B. Jacobson, Esq.
P.O. Box 240761
Honolulu, Hawai'i 96824-0761

Email: sjacobson.law@verizon.net
and U.S. Mail

Re: Na Pali Haweo Community Association v. Anthony Charles Grande, et al., Civil No. 04-1-1008-06 (GWBC)

Dear Mr. Jacobson:

As you are aware, this law firm represents the Na Pali Haweo Community Association ("Association"). Despite repeated demands made upon your clients, Anthony Charles Grande and Narindar Kaur Grande, they continue to fail to comply with the Association's restrictive covenants and in fact, are proceeding with unauthorized and unapproved construction. Accordingly, the Association has instituted suit against them in the Circuit Court of the First Circuit as a result of said violations. Please be advised that the Association intends to file a motion for a temporary restraining order enjoining the Grandes from proceeding with the unapproved and unauthorized construction. However, before doing so, the Association is willing to attempt to resolve this matter through mediation before The Mediation Center of the Pacific, provided that (1) the unapproved and unauthorized construction immediately cease; and (2) your clients provide written confirmation that they will cease and desist construction of all non-compliant items on this property, as set forth in the Complaint, while this matter is mediated and, if mediation fails, until the Court renders a ruling on the Association's Motion for Temporary Restraining Order. Accordingly, please advise us if your clients are willing to participate in such a mediation and are agreeable to said terms.

If we do not hear from you by no later than the close of business on June 8, 2004, or if your clients indicate that they are not willing to cooperate in resolving this matter through mediation based on the terms set forth above, the Association will proceed to file its motion for a temporary restraining order.

Sincerely,

NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

Gisela Iglesias
Lance S. Fujisaki

GI:LSF:ak
cc: Client

EXHIBIT "T"
PAGE 1 OF 1

Z:\NaPaliHaweo\Grande\Jacobson Ltr.wpd