dsc01225.jpg (1280x960x24b jpeg)



EXHIBIT "Z"
PAGE 1 OF 1