

**Exhibit AA-1**
Excerpt of Approved Plans
(Showing Garage Storage Facility and Toilet Room)



**Exhibit AA-2**
Annotated Excerpt of Approved Plans
(Showing Garage, Storage Facility and Toilet Room)

#1  Cross-hatched area depicts enclosed storage facility beneath spiral staircase. Total area of enclosed storage facility, including area under landing of stairs to kitchen, totals approximately 125 square feet.
#2  Hatched area depicts toilet/heater room.
#3  Horizontal parallel lines depict laundry area.
#4  Maximum length of garage is approximately 39 feet 10 inches.



**Exhibit AA-3**
Excerpt of Approved Plans
(Showing Garage Toilet Room/Heater Beneath Kitchen Counter)



**Exhibit AA-4**
Annotated Excerpt of Approved Plans
(Showing Garage Toilet Room/Heater Beneath Kitchen Counter)

#1  Hatched lines show area of garage toilet/heater room located beneath kitchen counter.

#2  Vertical lines which were drawn on the Approved Plans depict a curved wall enclosure for the garage storage facility, with notation: "5/8" TYPE "X" GYP. BOARD. CEILING & WALLS." (Per conventions in architectural drawings, the vertical lines which become progressively closer together represent a curved wall.)



**Exhibit AA-5**
Excerpt of Plans Approved by City
(Showing Garage and Toilet Room)



**Exhibit AA-6**
Annotated Excerpt of Plans Approved by City
(Showing Garage and Toilet Room)

#1  Toilet/heater room of approximately 35 square feet installed in area which should have been an enclosed storage facility per Approved Plans

#2  Laundry facilities installed in area which should have been an enclosed storage facility per Approved Plans

#3  Kitchen was extended into garage, reducing area of garage. Maximum length of garage is approximately 34 feet 10 inches.

#4  Toilet room, heater room and laundry facilities were not constructed per Approved Plans.