

#4      Front of Dwelling      #6
#5

#1 – The roof over the entry and the roof over the master bedroom were not constructed as separate and distinct elements.
#2 – The arched clerestory window above the entry door was deleted and substituted with a decorative window.
#3 – The windows at the living room are lower than the approved drawings.
#4 – The roof eyebrow above the garage was deleted.
#5 – The upper corners of the garage door opening were changed from an arched to a squared-off design.
#6 – Planters at the entry were not installed.
[Summary Judgment was previously granted regarding the building envelope and front setback encroachments.]

EXHIBIT "DD"
PAGE 1 OF 8



Front of Dwelling

#1 –   Summary judgment was previously granted regarding the omission of a sliding garage gate.

#2 –   The Approved Plans call for a concrete pad at the trash area (between the driveway and trash storage area, where the trash receptacle is located in this photograph) which has not been constructed.

EXHIBIT "DD"
PAGE 2 OF 8



Front of Dwelling

#1 –   Summary judgment was previously granted regarding front garden wall height violations.

EXHIBIT "DD"
PAGE 3 OF 8



#1

<u>Front of Dwelling</u>

#1 –   Summary judgment was previously granted regarding front garden wall height violations.

EXHIBIT "DD"
PAGE 4 OF 8



#2   #1   #3   #4

Right Side and Rear of Dwelling

#1 –   Windows at the living room are lower than the Approved Plans.

#2 –   The decorative panel on the Approved Plans was deleted.

#3 –   The back corner has been moved out to align with the living room exterior wall causing a change in the building square footage and also causing a higher ridgeline and a less variegated elevation than shown on the Approved Plans.

#4 –   Windows at the back corner are smaller than the Approved Plans.

EXHIBIT "DD"
PAGE 5 OF 8



#1 –    Defendants installed a sheet metal roof exhaust vent in violation of the Association's Governing Documents.

#2 –    Defendants installed two roof exhaust vents which were natural aluminum rather than the color matching the roof material, in violation of the Association's Governing Documents; however, after the filing of this action, the vents were replaced with acceptable roof vents, as shown here.

#3 –    The originally installed two bubble-type skylights have been replaced with flat skylights; however, the frames of the two skylights, including flashing, do not match the adjacent roof.

EXHIBIT "DD"
PAGE 6 OF 8



#1                                        #2
Left Side of Dwelling

#1 –   Defendants deleted and changed windows on the left side of the Dwelling, some of which are shown in this photograph.

#2 –   Defendants deleted the metal railing at the balcony corner.

EXHIBIT "DD"
PAGE 7 OF 8



#1

<u>Rear of Dwelling</u>

#1 –   Defendants installed air conditioning equipment at the rear yard and screened the equipment with lattice work in violation of the Association's Governing Documents.

EXHIBIT "DD"
PAGE 8 OF 8