IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>　　Defendants.<br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　Counterclaim Plaintiffs,<br><br>　　vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>　　Counterclaim Defendants.<br>_____ | CIVIL NO. CV04-00413 DAE/BMK (Injunctive Relief)<br><br>PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION; DECLARATION OF RONALD K. AWA; AFFIDAVIT OF LANCE S. FUJISAKI; EXHIBITS "A"-"DD" |

PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S
CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
<u>AND PERMANENT INJUNCTION</u>

Pursuant to Rule LR56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Plaintiff Na Pali Haweo Community Association ("Association") hereby submits its concise statement of material facts in support of its Motion for Summary Judgment and Permanent Injunction, which is filed herewith.

DATED: Honolulu, Hawaii, January 25, 2008.

<u>/s/ Lance S. Fujisaki</u>
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

| | |
|---|---|
| 1. Na Pali Haweo Community Association ("Association") is a nonprofit corporation empowered to enforce the Declaration of Covenants, Conditions and Restrictions of Na Pali Haweo ("Declaration"). | Exhibit "A", Art. VI, §§ 6.1.1 and 6.7.11. |
| 2. The Declaration is binding upon all owners of property within Na Pali Haweo subdivision ("Project"). | Exhibit "A", Art. III, §§ 3.1, 3.3.3. |
| 3. Defendants are owners of a single family home ("Dwelling") and lot situate at 1251 Kamehame Drive, Honolulu, Hawaii 96825 (the "Property") located within the Project, which is subject to the Na Pali Haweo Design Guidelines ("Design Guidelines"). | Exhibit "A", Art. IV, § 4.1; Exhibit "C." |
| 4. In October 2000, Defendants submitted construction plans for a house to the Architectural Review Committee ("ARC") with a letter from their architect, Edward A. Resh ("Resh"), acknowledging his use of the Design Guidelines in designing the Dwelling. | Exhibits "D","E", Awa Decl. ¶ 6. |
| 5. On October 24, 2000, the ARC approved said plans ("approved plans"), attached as Exhibit "D," subject to a modification of the trash enclosure and clarification of the design for skylights. | Exhibit "F"; Awa Aff. ¶ 7. |
| 6. Defendants submitted a different set of plans to the City and County of Honolulu, Department of Planning and Permitting but did not provide those plans to the Association. The plans differed from the approved plans, in part, in that the footprint of the dwelling had been altered, floor area increased, roof line revised, there was a toilet room in the garage instead of storage space, and exterior fenestrations were modified. | Exhibit "G"; Awa Decl. ¶ 8. |
| 7. After construction started in 2003, Defendants' neighbors complained that the Dwelling, then in the initial stages of construction, exceeded the height limit imposed by the Design Guidelines. | Exhibit "H"; Awa Decl. ¶ 12. |
| 8. Defendants installed two skylights on the north roof slope which were bubble type with white frost, plastic lens and natural aluminum curbs (which, after the filing of this action, were replaced with flat skylights), in violation of Article III, Section 3.2.3(i) of the Design Guidelines.* | Exhibits "B","Q" ¶ 3; Awa Decl. ¶ 14.a. |

| | |
|---|---|
| 9. The frames of the two skylights, including flashing, do not match the adjacent roof.* | Exhibit "DD"; Awa Decl. ¶ 14.b. |
| 10. Defendants installed air conditioning equipment at the rear yard and screened the equipment with lattice work in violation of Article III, Section 3.2.14 of the Design Guidelines.* | Exhibits "B","Q" ¶ 4, DD; Awa Decl. ¶ 14.c. |
| 11. Defendants installed two roof exhaust vents which were natural aluminum rather than the color matching the roof material (which, after the filing of this action were replaced with acceptable roof vents) in violation of Article III, Section 3.2.3(f) of the Design Guidelines.* | Exhibits "B","Q" ¶ 5, DD; Awa Decl. ¶ 14.d. |
| 12. Defendants installed a sheet metal roof exhaust vent in violation of Article III, Section 3.2.3(f) of the Design Guidelines.* | Exhibit "B," "DD"; Awa Decl. ¶ 14.e. |
| 13. Defendants failed to install a sliding garage gate, although specified on the Approved Plans, leaving an empty double wall receptor.* | Exhibits "B","Q" ¶ 6, "DD." |
| 14. Defendants failed to construct adequate enclosed storage space within the garage as required in violation of Article III, Section 3.2.4(b) of the Design Guidelines.* | Exhibits "B", "Q" ¶10, "AA"; Awa Decl. ¶ 14.f. |
| 15. Defendants installed entry light fixtures on the entry column bases that had exposed bulbs, in violation of Article III, Section 3.2.6 of the Design Guidelines.* | Exhibit "B," "Q" at ¶7; Decl. ¶ 14g. |
| 16. The Dwelling violates the Association's Governing Documents as it is substantially different from the Approved Plans in the following respects: * | |

2

| | |
|---|---|
| a.    Front Elevation<br>    (1)   the roof eyebrow above the garage was deleted<br>    (2)   the upper corners of the garage door opening were changed from an arched to a squared-off design<br>    (3)   the arched clerestory window above the entry door was deleted and substituted with a decorative window<br>    (4)   the windows at the living room are lower than the approved drawings<br>    (5)   Planters at the entry were not installed<br>    (6)   The roof over the entry and the roof over the master bedroom were not constructed as separate and distinct elements | Exhibits "B","Q" ¶ 9, DD; Awa Decl. ¶ 34a. |
| b.    Right Elevation<br>    (1)   The back corner has been moved out to align with the living room exterior wall causing a change in the building square footage and also causing a higher ridgeline and a less variegated elevation than shown on the Approved Plans<br>    (2)   Windows at the back corner are smaller than the Approved Plans<br>    (3)   Windows at the living room are lower than the Approved Plans<br>    (4)   The decorative panel on the Approved Plans was deleted | Awa Decl. ¶ 33b. |
| c.    Left Elevation<br>    (1)   Defendants deleted windows on the left side of the Dwelling, and<br>    (2)   Defendants deleted the metal railing at the balcony corner | Awa Decl. ¶ 33c. |
| 17. Defendants failed to construct a concrete pad between the trash storage area and the driveway as shown on the Approved Plans.* | Exhibits "B","Q" ¶11, "Z"; Awa Decl. ¶ 35. |
| 18. * denotes violations of Article IV, §§ 4.1, 4.3 and 4.3.4 of the Declaration and Section 6.3.4 of the Design Guidelines | Exhibits "A" and "B" |

3