

EXHIBIT "D" PAGE 1 OF 9





FRONT ELEVATION
SCALE 1/4" = 1'-0"


EXHIBIT "D"
PAGE 4 OF 9




EXHIBIT "D" PAGE 6 OF 9


EXHIBIT "D" PAGE 7 OF 9


EXHIBIT "D"
PAGE 8 OF 9


EXHIBIT "D"
PAGE 9 OF 9