**ARCHITECTURAL ASSOCIATES**



Design and
Architectural Drafting
Renovations
New Custom Homes

Edward A. Resh
Architect

October 4, 2000

To: Architectural Review Committee
    of Napali Haweo

Re: Preliminary/Final Plan Submittal
    on Lot 132 (Grande Residence)

Gentlemen:

The owner and I acknowledge receipt of the Design Guidelines and have used them in the design of the residence stated above.

Very truly yours,

*Edward A. Resh*
Architect #3239

EXHIBIT "E"
PAGE 1 OF 1

560 N. Nimitz Hwy., Suite 217-A • Mail Box 74 • Honolulu, Hawaii 96817 • (808) 531-1842