# NA PALI HAWEO
## COMMUNITY ASSOCIATION

October 24, 2000

Mr. Edward A. Resh
1400 Kapiolani Blvd., Suite C-21
Honolulu, HI 96814

Project:   Grande Residence
           1251 Kamehame Drive
           Lot 49/ Ph 2A

Subject:   Preliminary and Final Submittal

Dear Mr. Resh:

Your final submittal, dated July 2000, was reviewed and approved by the Architectural Review Committee (ARC) at its October meeting subject to the following comments:

1. Increase height of trash enclosure as top-of-wall elevation does not appear adequate to conceal trash containers. Restudy front wall as it relates to trash enclosure height.

2. Reference Design Guidelines skylight requirement 3.2.3(i). Drawings appear to indicate bubble skylight which is not permitted. Also, confirm how the skylight is "vented". Clarify skylight type, design and finishes for conformance to 3.2.3(i).

3. Revise final documents as required and submit revised sheets or other documentation to evidence your compliance and/or response for the ARC's review and acceptance.

Upon this approval from the ARC and prior to commencement of construction, each owner shall deposit five thousand dollars ($5,000) with the Na Pali Haweo Community Association to assure that 1) damage done to the areas within Na Pali Haweo resulting from construction activity can be repaired; and 2) the requirements of the ARC and the CC&R have been met. The deposit, payable to the Na Pali Haweo Community Association (pursuant to the Na Pali Haweo Design Guidelines – Section 6.2.1 – Deposit) should be sent to The Na Pali Haweo Community Association, c/o Hawaiiana Management Company, Ltd., 711 Kapiolani Boulevard, Honolulu, Hawaii 96814. Interest on the deposit shall accrue to the Na Pali Haweo Community Association. The deposit less any charges shall be refunded to the lot owner upon satisfying the following conditions:

P. O. Box 25007, Honolulu, Hawaii 96825 • 808/395-2331 • Fax 808/396-9108

EXHIBIT "F"
PAGE 1 OF 2

Mr. Edward A. Resh
October 24, 2000
Page 2

    a. Receipt of a letter from the lot owner's architect and landscape architect, certifying that the construction of the home/landscape was completed in accordance with the Design Guidelines and the plans approved by the Architectural Review Committee.

    b. Verification by the City & County of Honolulu that the building permit is closed.

    c. Verification by the ARC or its designated representative that the home and landscaping is complete and in conformance with the approved drawings & specifications.

    d. Determination by the Board of the Na Pali Haweo Community Association, in its sole discretion, that any damage caused by the Owner has been properly and completely repaired.

Upon receipt of your deposit, you will be provided a Construction Authorization Certificate. This certificate will be required to be posted at the site during construction activities.

Please note that the certificate is a necessary prerequisite for construction to begin, and that the Covenants, Conditions & Restrictions (CC&R) of Na Pali Haweo continue to apply. This approval is valid for one year, during which time construction must commence and continue.

Should you have questions, please call Patti Kaonohi at Hawaiiana Management Company, Ltd. (593-6893).

Sincerely,

NA PALI HAWEO
Architectural Review Committee

Ronald K. Awa, AIA

RKA:adp

Cc:  Ron Yee, fax #836-0887
      Mike Miyabara, fax #533-6049
      Patti Kaonohi, fax #593-6333


FAXED 10-26-00

EXHIBIT "F"
PAGE 2 OF 2