

EXHBIT "Q-part 2"
PAGE 1 OF 9

















ITEM NO. 9,b,1

ITEM NO. 9,a,6










EXHIBIT "Q-part 2"
PAGE 9 OF 9