# Steven B. Jacobson
## Attorney at Law
## A Limited Liability Law Company

E-MAIL:
SJACOBSON.LAW@VERIZON.NET

December 6, 2005

VIA FAX AND MAIL

Lance S. Fujisaki, Esq.
Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, HI 96813

    Re: Grande adv. & v. Na Pali Haweo Community Association; USDC Civ. No. 04-00413 DAE LEK

Dear Mr. Fujisaki:

    This will confirm that you and I had a telephone conversation today, with Magistrate Judge Kobayashi and Messrs. Awa and Zalewski present.

    This will further confirm that during said conversation, you advised and agreed, on behalf of the Na Pali Haweo Community Association ("Association"), that the Association will no longer object to, and will and does now agree that:

    Brandt Homes/Jeff Brandt, and/or other construction persons working on Mr. and Mrs. Grande's behalf, may now perform work on the Grandes' property which addresses the alleged "deficiencies" numbered 3, 4, 5, 7, 8, 9a1 and 11 in the Agreement initialed in the Court's chambers on September 30, 2005.

    Please let me know immediately if there is any misunderstanding.

                      Sincerely yours,

                        STEVEN B. JACOBSON
                        Attorney at Law
                        A Limited Liability Law Company

                        Steven B. Jacobson

EXHIBIT "V"
PAGE 1 OF 2

December 6, 2005
Page Two


Cc: Hon. Leslie E. Kobayashi
 Cid Inouye, Esq.
 John Zalewski, Esq.
 Stanford Nakamoto, Esq.

EXHIBIT "V"
PAGE 2 OF 2