

Exhibit AA-1
Excerpt of Approved Plans
(Showing Garage Storage Facility and Toilet Room)



**Exhibit AA-2**
Annotated Excerpt of Approved Plans
(Showing Garage, Storage Facility and Toilet Room)

#1    Cross-hatched area depicts enclosed storage facility beneath spiral
     staircase. Total area of enclosed storage facility, including area under
     landing of stairs to kitchen, totals approximately 125 square feet.
#2    Hatched area depicts toilet/heater room.
#3    Horizontal parallel lines depict laundry area.
#4    Maximum length of garage is approximately 39 feet 10 inches.



"MONIER" TILE ROOFING

MAX. HT. LIMIT PER L

MASTER BATH

MASTER BEDROOM

(2) SLDG PANELS W/ W.O. SILL

METAL FLR. JOISTS @ 12"oc SEE FLR. FRMG PLAN

5/8" TYPE "X" GYP. BD. CEILING & WALLS

AUTOMATIC GARAGE :

3-CAR GARAGE

SLOPE 1/4"/FT.    EL. 581.0

EL. 586.0

OPEN (UNDER)

EN

WH

'S ANE LET

SIM

EXIST. GRADE

---

**Exhibit AA-3**
Excerpt of Approved Plans
(Showing Garage Toilet Room/Heater Beneath Kitchen Counter)



Exhibit AA-4
Annotated Excerpt of Approved Plans
(Showing Garage Toilet Room/Heater Beneath Kitchen Counter)

#1   Hatched lines show area of garage toilet/heater room located beneath kitchen counter.

#2   Vertical lines which were drawn on the Approved Plans depict a curved wall enclosure for the garage storage facility, with notation: "5/8" TYPE "X" GYP. BOARD. CEILING & WALLS." (Per conventions in architectural drawings, the vertical lines which become progressively closer together represent a curved wall.)

Case 1:04-cv-00413-DAE-BMK    Document 203-31    Filed 01/25/2008    Page 5 of 6



Exhibit AA-5
Excerpt of Plans Approved by City
(Showing Garage and Toilet Room)



## Exhibit AA-6
### Annotated Excerpt of Plans Approved by City
### (Showing Garage and Toilet Room)

**#1** Toilet/heater room of approximately 35 square feet installed in area which should have been an enclosed storage facility per Approved Plans

**#2** Laundry facilities installed in area which should have been an enclosed storage facility per Approved Plans

**#3** Kitchen was extended into garage, reducing area of garage. Maximum length of garage is approximately 34 feet 10 inches.

**#4** Toilet room, heater room and laundry facilities were not constructed per Approved Plans.