ORIGINAL

ANTHONY CHARLES GRANDE
NARINDAR KAUR GRANDE
125 Mar-Len Drive
Melbourne Beach, FL 32951
(321)-728-2942
Defendants Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 29 2008

at 10 o'clock and 29 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE BMK<br><br>DEFENDANTS' AND COUNTERCLAIMANTS' EX PARTE MOTION AND APPLICATION FOR FIRST EXTENSION OF TIME TO OPPOSE THE SECOND MOTIONS FOR SUMMARY JUDGMENT FILED BY PLAINTIFF AND COUNTERCLAIM DEFENDANTS; CERTIFICATE OF SERVICE |

Counterclaim Defendants

## DEFENDANTS' AND COUNTERCLAIMANTS' EX PARTE MOTION AND APPLICATION FOR FIRST EXTENSION OF TIME TO OPPOSE THE SECOND MOTIONS FOR SUMMARY JUDGMENT FILED BY PLAINTIFF AND COUNTERCLAIM DEFENDANTS

Defendants and Counterclaimants Anthony Charles Grande and Narindar Kaur Grande, pro se, hereby move and apply *ex parte* for a first extension of the date by which they must file any opposition to the latest, second summary judgment motions filed by the Plaintiff and Counterclaim Defendants, from Friday, February 29, 2008, to Monday, March 3, 2008.

Mr. Grande is an airline pilot, has been working away from Mr. and Mrs. Grandes' home in Florida all of this week, and will not return home to review their opposition papers with Mrs. Grande until Sunday.

Mr. and Mrs. Grande have been unrepresented in this action since last summer, when their previous counsel was relieved upon motion because of their inability to pay fees and costs.

It was not anticipated that Mr. and Mrs. Grande would need to file any opposition to the present motions, because both a bankruptcy filing and an action to foreclose their interests in the subject property are imminent.

Mr. and Mrs. Grande have retained bankruptcy counsel and anticipate filing for bankruptcy soon – they anticipated filing already.

Mr. and Mrs. Grande are no longer able to make the mortgage payments on the subject property and have so advised Merrill Lynch, the holder of their first mortgage. They have ceased making mortgage payments, and are therefore in default. They have not re-rented the subject property since the last tenant left, and have terminated the services of the rental agent for the property.

Since their bankruptcy documents are not yet ready for filing after all, and since Merrill Lynch has not filed its foreclosure suit yet, Mr. and Mrs. Grande are preparing an opposition to the current motions – which are without merit – and should have it filed and served by Monday if not earlier.

Opposing counsel has previously refused extension requests, so attempting to obtain an extension by stipulation would appear to be a futile act.

This request is made pursuant to FRCP Rule 6(b)(1)(a) and LR 6.2(b-c).

DATED: February 29, 2008.

_____
NARINDAR KAUR GRANDE for
herself and Mr. Grande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>        Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>        Counterclaim Plaintiffs,<br><br>    v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>        Counterclaim Defendants | CIVIL NO. CV04-00413-DAE BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing document will be served today by first-class mail upon:

JOYCE Y. NEELEY, ESQ.
LANCE S. FUJISAKI, ESQ.
SCOTT GRIGSBY, ESQ.
Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, Hawai'i 96813

Attorneys for Plaintiff
and Counterclaim Defendant
Na Pali Haweo Community Association

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Attorneys for Plaintiff
and Counterclaim Defendants
Na Pali Haweo Community Association
and Ronald K. Awa

DATED: February 29, 2008.

_____
NARINDAR KAUR GRANDE