IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>    Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>    Counterclaim Defendants<br>_____ | CV. NO. 04-00413 DAE-LEK |

ORDER GRANTING DEFENDANTS AND COUNTERCLAIMANTS'
EX PARTE MOTION AND APPLICATION FOR FIRST
EXTENSION OF TIME TO OPPOSE THE SECOND
<u>MOTIONS FOR SUMMARY JUDGMENT</u>

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing.  After reviewing Defendants and Counterclaimants' motion and the supporting memoranda, the Court GRANTS Defendants and Counterclaimants' motion for an extension of time to file their opposition to Plaintiff and Counterclaim Defendants Second Motions for Summary Judgment from February 29, 2008, to March 3, 2008.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, March 3, 2008.



_____
David Alan Ezra
United States District Judge

<u>Na Pali Haweo Community Association vs. Anthony Charles Grande, et al.</u>, CV No. 04-00413 DAE-LEK; ORDER GRANTING DEFENDANTS' AND COUNTERCLAIMANTS' EX PARTE MOTION AND APPLICATION FOR FIRST EXTENSION OF TIME TO OPPOSE THE SECOND MOTIONS FOR SUMMARY JUDGMENT