# Steven B. Jacobson
## Attorney at Law
## A Limited Liability Law Company

E-MAIL:
SJACOBSON.LAW@HAWAIIANTEL.NET

January 11, 2008

VIA EMAIL AND US MAIL

Merrill Lynch
Attn: Robert Cole
4802 Deer Lake Dr. East
Jacksonville, Fl 32246

Re: Loan No. 7076377253, Anthony and Narindar Grande, Secured By 1251 Kamehame Drive, Honolulu, Hawaii

Dear Mr. Cole and Merrill Lynch:

This firm represents Mr. and Mrs. Grande, the borrowers on the above-numbered loan, which is secured by the real property (a house and lot) and 1251 Kamehame Drive, Honolulu, Hawaii.

Because of pending lawsuits and related matters, Mr. and Mrs. Grande are no longer able to make the payments due on the above-numbered loan, and must abandon the property.

Effective immediately, they will no longer be maintaining the property, which is currently vacant (the last tenant's lease expired), nor will they be paying community association dues or property insurance premiums. They are not seeking new tenants, and will be shutting off the utilities on Friday, January 25.

This notice is being provided to Merrill Lynch as a courtesy, so that it can protect its interests in the property. Please let me know if you have any questions.

Sincerely yours,

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

Steven B. Jacobson

Cc: Lance Fujisaki, Esq.

EXHIBIT 1

P. O. Box 240761, Honolulu, HI 96824-0761 · Telephone (808) 377-1814