May 31, 2006

## Response To Plans Submitted by Anthony Charles Grande and Narindar Kaur Grande (Received April 19, 2006)

### Na Pali Haweo Community Association v. Anthony Charles Grande, et al., Civil No. CV04-00413 DAE/LEK

| Description of Deficiency Per Report of James I. Nishimoto, AIA, April 1, 2005 | Grandes' Proposed Remedy Per Plans Received April 19, 2006 | Responses |
|---|---|---|
| 1. Building encroachment of 3-1/2 inches into the required twenty foot front setback at left building appendage. (Reference Site Survey plan drawing, Attachment No. 1) | No change. | Disapproved. |
| 2. Building encroachment within a front setback building envelope for a setback of one foot for every two feet of additional height over twenty feet. (Reference elevation drawing, Attachment No. 2) | Construct new CMU columns and beam within building envelope and cut back roof line along the front and sides of second floor master bedroom/balcony to maintain a hip roof profile for a maximum 2'-6" projection beyond envelope. | Approved. |
| 3. Two skylights on the north roof slope are bubble type with white frost, plastic lens, and natural aluminum curbs. (Reference photograph, Attachment No. 3) | Grandes installed flat panel skylights with aluminum frame painted red, without approval of ARC. | Disapproved; however, approval may be granted upon owners painting frame to match color of roof tile, dressing over exposed lead flashing with roof tiles or painting to match the roof color, and submitting manufacturer's brochure or similar product information for skylights. |
| 4. Air conditioning equipment is exposed at the rear yard, with no fence or earth embankment screening. (Reference photograph, Attachment No. 4) | Grandes installed lattice work fencing to screen air conditioning equipment. | Disapproved. Lattice work fencing is prohibited. NPH Design Guidelines § 3.2.7. Fencing material must be consistent with house design and equipment must be screened from view and insulated for sound attenuation. NPH Design Guidelines § 3.2.14. |
| 5. Roof exhaust vents (two) are natural aluminum finish instead of a color matching the roof material and are visible from the street. (Reference photographs, Attachment No. 3) | Grandes installed two replacement vents without approval of ARC. | Two replacement vents are disapproved; however, approval may be granted upon submission of revised plans reflecting new exhaust vents and manufacturer's brochure or similar product information for vents. |

EXHIBIT 2

| Description of Deficiency Per Report of James I. Nishimoto, AIA, April 1, 2005 | Grandes' Proposed Remedy Per Plans Received April 19, 2006 | Responses |
|---|---|---|
| 6. Sliding garage gate is missing leaving a double wall receptor exposed. (Reference photograph, Attachment No. 5) | No change. | Disapproved. |
| 7. Front entry light fixtures on the entry column bases have exposed bulbs. (Reference photograph, Attachment No. 6) | New light fixtures installed. | Approved |
| 8. Portions of the garden wall at the front property line exceed the height indicated on the approved drawings and as permitted by the Design Guidelines. (Reference photographs and Site Survey drawing, Attachment No. 7) | Plans do not clearly indicate how Grandes will modify wall. Sheet A-1 front wall elevation simply shows a dashed line above the garden wall with no other description or notation concerning the alteration. | Disapproved. |
| 9.a.1) Front Elevation (Reference photograph & submitted drawing, Attachment No. 8): Roof eyebrow above the garage is missing. | Install roof eyebrow; however, plans do not indicate roof slope or roofing material to be used. | Approved subject to owners submitting information concerning roof slope and roofing material to be used. |
| 9.a.2) Garage wall opening is squared-off at the top corners vs. an arch. | No change. | Disapproved. |
| 9.a.3) The arched clerestory window above the entry door has been deleted and substituted with a decorative window. | No change. | Disapproved. |
| 9.a.4) The windows at the living room are lower than the submitted drawings. | No change. | Disapproved. |
| 9.a.5) Planters indicated on the submitted drawings located on the side of the front entry balcony are missing. Further, the locations of the adjacent metal railings are inconsistent between elevation and plan. | No change. | Disapproved. |
| 9.a.6) The roof over the entry and the roof over the master bedroom are not separate and distinct elements as shown in the submitted drawings. | Modify roof over the master bedroom to create separate and distinct elements. | Approved. |
| b. Right (South) Elevation (Reference | | |

2

| Description of Deficiency Per Report of James I. Nishimoto, AIA, April 1, 2005 | Grandes' Proposed Remedy Per Plans Received April 19, 2006 | Responses |
|---|---|---|
| photograph & submitted drawing, Attachment No. 9 & 11): | | |
| b.1) The back corner has been moved out to align with the living room exterior wall causing a change in the building square footage. This resultant plan change has also affected the roofline, resulting in a higher ridgeline and a less variegated elevation. | No change. | Disapproved. |
| b.2) Windows at the back corner are smaller than the submitted drawings. | No change. | Disapproved. |
| b.3) The windows at the living room are lower than the submitted drawings. | No change. | Disapproved. |
| b.4) The decorative panel indicated on the submitted drawings has been deleted. | No change. | Disapproved. |
| c. Left (North) Elevation (Reference photograph & submitted drawing, Attachment No. 10): | | |
| c.1) Exterior windows at the second floor Master Bedroom have been revised. | No change. | Disapproved. |
| c.2) The metal railing at the balcony corner has been deleted and a solid railing wall constructed in place. | Retain solid railing wall after moving columns and beam and altering roof. | Solid railing is disapproved. Owners must install metal railing per plans approved October 17, 2000. |
| 10. The enclosed storage space within the garage, as required by the Design Guidelines and as indicated on the approved drawings, is not provided. (Reference photographs and submitted drawing, Attachment No. 12 & 13) | No additional storage space shown on plans. | Disapproved. |
| 11. The concrete pad at the trash area as noted in the approved submitted drawings is missing as noted by landscape architect Mike Miyabara. (Reference plan, Attachment No. 14) | Sheet L-1 of plans indicate addition of concrete pad at trash area; however, concrete pad has not been constructed. | Concrete pad as shown on Sheet L-2 is approved. |

3

| Description of Deficiency Per Report of James I. Nishimoto, AIA, April 1, 2005 | Grandes' Proposed Remedy Per Plans Received April 19, 2006 | Responses |
|---|---|---|
| photograph & submitted drawing, Attachment No. 9 & 11):<br>b.1) The back corner has been moved out to align with the living room exterior wall causing a change in the building square footage. This resultant plan change has also affected the roofline, resulting in a higher ridgeline and a less variegated elevation. | No change. | Disapproved. |
| b.2) Windows at the back corner are smaller than the submitted drawings. | No change. | Disapproved. |
| b.3) The windows at the living room are lower than the submitted drawings. | No change. | Disapproved. |
| b.4) The decorative panel indicated on the submitted drawings has been deleted. | No change. | Disapproved. |
| c. Left (North) Elevation (Reference photograph & submitted drawing, Attachment No. 10):<br>c.1) Exterior windows at the second floor Master Bedroom have been revised. | No change. | Disapproved. |
| c.2) The metal railing at the balcony corner has been deleted and a solid railing wall constructed in place. | Retain solid railing wall after moving columns and beam and altering roof. | Solid railing is disapproved. Owners must install metal railing per plans approved October 17, 2000. |
| 10. The enclosed storage space within the garage, as required by the Design Guidelines and as indicated on the approved drawings, is not provided. (Reference photographs and submitted drawing, Attachment No. 12 & 13) | No additional storage space shown on plans. | Disapproved. |
| 11. The concrete pad at the trash area as noted in the approved submitted drawings is missing as noted by landscape architect Mike Miyabara. (Reference plan, Attachment No. 14) | Sheet L-1 of plans indicate addition of concrete pad at trash area; however, concrete pad has not been constructed. | Concrete pad as shown on Sheet L-2 is approved. |

X:\NaPali\Haweo\Grande\List of Violations 5-31-06.wpd

3