NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY        (3134-0)
jneeley@neeley-anderson.com
LANCE S. FUJISAKI      (4224-0)
SCOTT R. GRIGSBY       (6673-0)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i  96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

X:\NaPaliHaweo\Grande\Usdc PLEADINGS\Extn to Reply MSJ2-fnl-.wpd

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>    Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs, | CIVIL NO. CV04-00413 DAE/BMK (Injunctive Relief)<br><br>PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S EX PARTE MOTION AND APPLICATION FOR FIRST EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION (FILED JANUARY 25, 2008); CERTIFICATE OF SERVICE<br><br>JUDGE: Honorable David A. Ezra<br><br>TRIAL: July 15, 2008 |

vs.

NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,

    Counterclaim Defendants.

PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S EX PARTE MOTION AND APPLICATION FOR FIRST EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION (FILED JANUARY 25, 2008); CERTIFICATE OF SERVICE

    Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION ("Association") by and through its counsel hereby moves and applies *ex parte* for a first extension of the date by which it must file a reply in support of the motion for summary judgment and permanent injunction from Friday, March 7, 2008, to Monday, March 10, 2008.

    This request is made pursuant to FRCP Rule 6(b)(1) and LR 6.2(b-c), and is due to this Court's granting of Defendants ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE's request for a three (3) day extension of time to file their memorandum in opposition from February 29, 2008, to March 3, 2008. Due to the late filing of Defendants' memorandum in opposition on March 3, 2008, the Association requests a corresponding three (3) day extension for its reply.

    DATED: Honolulu, Hawai`i, March 4, 2008.

                                  /s/ Lance S. Fujisaki
                                  JOYCE Y. NEELEY
                                  LANCE S. FUJISAKI
                                  SCOTT R. GRIGSBY
                                  Attorneys for Plaintiff
                                  NA PALI HAWEO COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai‘i non-profit corporation, | ) CIVIL NO. CV04-00413 DAE/BMK ) ) CERTIFICATE OF SERVICE |
| Plaintiff, | |
| vs. | |
| ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, | |
| Defendants. | |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, | |
| Counterclaim Defendants. | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon the following in the manner and on the date indicated below:

| | |
|---|---|
| ANTHONY CHARLES GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, Florida 32951 | FIRST CLASS U.S. MAIL |
| NARINDAR KAUR GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, Florida 32951 | FIRST CLASS U.S. MAIL |
| JOHN D. ZALEWSKI, ESQ.<br>Case Lombardi & Pettit<br>Pacific Guardian Center, Mauka Tower<br>733 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>    Attorney for Counterclaim Defendants<br>    NA PALI HAWEO COMMUNITY ASSOCIATION<br>    and RONALD K. AWA | HAND DELIVERY |

DATED: Honolulu, Hawaiʻi, March 4, 2008.

/s/ Lance S. Fujisaki
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION