NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY         (3134-0)
jneeley@neeley-anderson.com
LANCE S. FUJISAKI       (4224-0)
SCOTT R. GRIGSBY        (6673-0)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i  96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

X:\NaPaliHaweo\Grande\Usdc PLEADINGS\Amended COS Extn to Reply MSJ2.wpd

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs, | CIVIL NO. CV04-00413 DAE/BMK (Injunctive Relief)<br><br>AMENDED CERTIFICATE OF SERVICE OF PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S EX PARTE MOTION AND APPLICATION FOR FIRST EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION (FILED JANUARY 25, 2008) (FILED MARCH 4, 2008) |

|   |   |
|---|---|
| vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>     Counterclaim Defendants. |   |

AMENDED CERTIFICATE OF SERVICE OF PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S EX PARTE MOTION AND APPLICATION FOR FIRST EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION (FILED JANUARY 25, 2008) (FILED MARCH 4, 2008)

I HEREBY CERTIFY that a copy of the Plaintiff Na Pali Haweo Community Association's ex Parte Motion and Application for First Extension of Time to File Reply Memorandum in Support of Motion for Summary Judgment and Permanent Injunction (Filed January 25, 2008) (Filed March 4, 2008) was duly served upon the following in the manner and on the date indicated below:

| | |
|---|---|
| ANTHONY CHARLES GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, Florida 32951 | FIRST CLASS U.S. MAIL ON MARCH 5, 2008 |
| NARINDAR KAUR GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, Florida 32951 | FIRST CLASS U.S. MAIL ON MARCH 5, 2008 |
| JOHN D. ZALEWSKI, ESQ.<br>Case Lombardi & Pettit<br>Pacific Guardian Center, Mauka Tower<br>733 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>    Attorney for Counterclaim Defendants<br>    NA PALI HAWEO COMMUNITY ASSOCIATION<br>    and RONALD K. AWA | VIA ELECTRONIC SERVICE ON MARCH 4, 2008 |

DATED: Honolulu, Hawaiʻi, March 4, 2008.

2

/s/ Lance S. Fujisaki
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY
ASSOCIATION