IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>        Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>        Counterclaim Plaintiffs,<br><br>    vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES,<br><br>        Counterclaim Defendants. | ) CIVIL NO. CV04-00413 DAE/BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING PLAINTIFF
NA PALI HAWEO COMMUNITY ASSOCIATION'S
EX PARTE MOTION AND APPLICATION FOR FIRST
EXTENSION OF TIME TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND
<u>PERMANENT INJUNCTION</u>

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Plaintiff's motion, the Court GRANTS Plaintiff's motion for an extension of time to file its Reply Memorandum in Support of Motion for Summary Judgment and Permanent Injunction from March 7, 2008, to March 10, 2008.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, March 6, 2008.



_____
David Alan Ezra
United States District Judge

<u>Na Pali Haweo Community Association vs. Anthony Charles Grande, et al.</u>, Civil No. 04-00413 DAE/BMK; Order Granting Plaintiff Na Pali Haweo Community Association's Ex Parte Motion and Application for First Extension of Time to File Reply Memorandum In Support of Motion for Summary Judgment and Permanent Injunction