IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, JOHN DOES 1-10; JANE DOES 1-10L DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10<br><br>Defendants. | CIVIL NO. 04-00413 DAE/BMK<br><br>CERTIFICATE OF SERVICE |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCITIATION; RONALD K. AWA; and DOES 1-25,<br><br>Counterclaim Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served on the following parties in the following manner and on the date indicated below:

| | |
|---|---|
| ANTHONY CHARLES GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, Florida 32951<br><br>Defendant pro se and<br>Counterclaim Plaintiff pro se | First-Class U.S. Mail |
| NARINDAR KAUR GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, Florida 32951<br><br>Defendant pro se and<br>Counterclaim Plaintiff pro se | First-Class U.S. Mail |
| JOYCE Y. NEELEY, ESQ.<br>LANCE FUJISAKI, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2301<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>NA PALI HAWEO COMMUNITY ASSOCIATION | Hand-Delivery |

DATED:   Honolulu, Hawaii, March 7, 2008.

/s/ John D. Zalewski
JOHN D. ZALEWSKI
Attorney for Counterclaim Defendants
NA PALI HAWEO COMMUNITY
ASSOCIATION and RONALD K. AWA