IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>　　　Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　　Counterclaim Plaintiffs,<br><br>　　　vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>　　　Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/BMK (Injunctive Relief)<br><br>DECLARATION OF LANCE S. FUJISAKI |

<u>DECLARATION OF LANCE S. FUJISAKI</u>

I, LANCE S. FUJISAKI, hereby declare under penalty of law that the following is true and correct:

1. I am an attorney for Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION ("Association") regarding the above matter.

2. Attached hereto as Exhibit "EE" is a true and correct excerpt of the Na Pali Haweo Community Association Declaration of Covenants, Conditions and Restrictions which was previously properly authenticated and attached to the Association's Motion for Summary Judgment ("MSJ") filed April 12, 2006.

3. Attached hereto as Exhibit "FF" is a true and correct excerpt of the Association's Complaint filed on June 1, 2004.

4. Attached hereto as Exhibit "GG" is a true and correct excerpt of a letter from Declarant to Defendants' counsel dated October 10, 2007.

5. At the November 14, 2007, status conference, Defendant Anthony Charles Grande, who appeared pro se, declared to U.S. Magistrate Judge Barry M. Kurren that he intended to give in to all of the Association's demands and that he did not intend to defend this action.

6. Defendants attached as Exhibit "1" to their Memorandum in Opposition a January 11, 2008, letter to Merrill Lynch, allegedly copied to Declarant. However, Declarant did not receive this letter.

DATED: Honolulu, Hawai`i, March 10, 2008

/s/Lance S. Fujisaki

LANCE S. FUJISAKI