IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai‘i non-profit corporation, | ) CIVIL NO. CV04-00413 DAE/BMK )<br>) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| vs. | ) |
| ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, | ) |
| Defendants. | ) |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | ) |
| Counterclaim Plaintiffs, | ) |
| vs. | ) |
| NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, | ) |
| Counterclaim Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon the following attorneys in the manner and on the date indicated below:

|  |  |
|---|---|
| ANTHONY CHARLES GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, Florida 32951 | FIRST CLASS U.S. MAIL |
| NARINDAR KAUR GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, Florida 32951 | FIRST CLASS U.S. MAIL |
| JOHN D. ZALEWSKI, ESQ.<br>Case Lombardi & Pettit<br>Pacific Guardian Center, Mauka Tower<br>733 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>    Attorney for Counterclaim Defendants<br>    NA PALI HAWEO COMMUNITY ASSOCIATION<br>    and RONALD K. AWA | ELECTRONIC SERVICE |

DATED: Honolulu, Hawaiʻi, March 10, 2008.

/s/ Lance S. Fujisaki
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION