
ORIGINAL

ANTHONY CHARLES GRANDE
NARINDAR KAUR GRANDE
125 Mar-Len Drive
Melbourne Beach, FL 32951
(321)-728-2942
Defendants Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE BMK<br><br>DEFENDANTS' AND COUNTERCLAIMANTS' EX PARTE MOTION AND APPLICATION FOR LEAVE TO FILE RESPONSE TO RE SECOND MOTIONS FOR SUMMARY JUDGMENT FILED BY PLAINTIFF AND COUNTERCLAIM DEFENDANTS; CERTIFICATE OF SERVICE |

Counterclaim Defendants

## DEFENDANTS' AND COUNTERCLAIMANTS' EX PARTE MOTION AND APPLICATION FOR LEAVE TO FILE RESPONSE RE SECOND MOTIONS FOR SUMMARY JUDGMENT FILED BY PLAINTIFF AND COUNTERCLAIM DEFENDANTS

Because distance and expense preclude them from appearing at the oral argument, Defendants and Counterclaimants Anthony Charles Grande and Narindar Kaur Grande, pro se, hereby move and apply *ex parte* for leave to file a response to the reply supporting the second summary judgment motions filed by the Plaintiff and Counterclaim Defendants.

This request is made pursuant to LR 7.4.

DATED: March 13, 2008.

_____
ANTHONY CHARLES GRANDE

_____
NARINDAR KAUR GRANDE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>    Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>    Counterclaim Defendants | CIVIL NO. CV04-00413-DAE BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing document will be served today by first-class mail upon:

JOYCE Y. NEELEY, ESQ.
LANCE S. FUJISAKI, ESQ.
SCOTT GRIGSBY, ESQ.
Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, Hawai'i 96813

Attorneys for Plaintiff
and Counterclaim Defendant
Na Pali Haweo Community Association

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Attorneys for Plaintiff
and Counterclaim Defendants
Na Pali Haweo Community Association
and Ronald K. Awa

DATED: March 13, 2008.

_____
NARINDAR KAUR GRANDE