# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00413DAE-BMK |
| CASE NAME: | Na Pali Haweo Community Association, a Hawaii non-profit corporation v. Anthony Charles Grande; Narindar Kaur Grande; et al. |
| ATTYS FOR PLA: | Lance Fujisaki<br>John Zalewski |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Gloria Bediamol |
| DATE: | 3/18/2008 | TIME: | 9:00am-9:25am |

COURT ACTION: EP: [202]MOTION for Permanent Injunction. [200]MOTION for Summary Judgment.

3 calls made for the Defendants-no show.

Oral arguments heard.

[202]MOTION for Permanent Injunction- TAKEN UNDER ADVISEMENT.

[200]MOTION for Summary Judgment- TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by: Theresa Lam, Courtroom Manager