ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation, | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 04-00413DAE-LEK |
| Plaintiff, | |
| V. | |
| ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; et al., | |
| Defendants. | |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | |
| Counterclaim Plaintiffs, | |
| V. | |
| NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, | |
| Counterclaim Defendants. | |

JUDGMENT IN A CIVIL
CASE
Civil Case 04-00413DAE-LEK
March 31, 2008
Page 2

[✓]  **Decision by Court.**  This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

JUDGMENT IS ENTERED and entered as pursuant to the provisions set forth in the following orders:

- The "ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING IN PART DEFENDANTS' COUNTER-MOTION FOR SUMMARY JUDGMENT" filed on July 18, 2006, and

- the "ORDER GRANTING IN PART AND DENYING IN PART AS MOOT PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION; ORDER GRANTING COUNTERCLAIM DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND ORDER SETTING INJUNCTION" filed March 20, 2008.

| March 31, 2008 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |