NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY         (3134-0)
LANCE S. FUJISAKI       (4224-0)
SCOTT R. GRIGSBY        (6673-0)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i 96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 11 2008

at 11 o'clock and 33 min. P M.
SUE BEITIA, CLERK

X:\NaPaliHaweo\Grande\Usdc PLEADINGS\Motion for Fees 2008\Exhibits\Mtn Fees-fnl.wpd

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>    Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs, | CIVIL NO. CV04-00413 DAE/BMK<br>(Injunctive Relief)<br><br>PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND EXPERT'S FEES AND COSTS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF RONALD K. AWA; DECLARATION OF JEFF KLOETZEL; DECLARATION OF JAMES I. NISHIMOTO; DECLARATION OF LANCE S. FUJISAKI; EXHIBITS "A"-"V"; CERTIFICATE OF SERVICE |

vs.

NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,

Counterclaim Defendants.

### PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S MOTION FOR ATTORNEYS' FEES AND COSTS AND EXPERT'S FEES AND COSTS

Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION ("NPH") by and through its attorneys, NEELEY & ANDERSON LLP, A Limited Liability Law Partnership, hereby moves this Court for an award of attorneys' fees and costs and expert's fees and costs as follows:

| | |
|---|---|
| Attorneys' Fees | $179,680.45 |
| Taxes on Attorneys' Fees (@ 4.166%) | $6,410.16 |
| Taxes on Attorneys' Fees (@ 4.712%) | $3,017.12 |
| Taxable and Non-Taxable Costs | $6,829.41 |
| Taxes on Costs (@ 4.166%) | $195.40 |
| Taxes on Costs (@ 4.712%) | $59.56 |
| Expert's Fees and Costs - James I. Nishimoto, AIA | $6,579.92 |
| Expert's Fees - Ronald K. Awa, AIA | $8,899.64 |
| Expert's Fees - Mike Miyabara | $692.50 |
| Expert's Fees and Costs - Lance Stevens | $1,916.50 |
| **Total** | $214,280.66 |

The foregoing fees and costs were incurred in this action through and including April 11, 2008. The Association reserves its claims for additional fees and costs incurred, including without limitation all fees and costs incurred in responding to the

Defendants' Memorandum in Opposition, if one is filed, and to attend a hearing on the Motion.

NPH requests that this Court include in its order that the amount awarded is in addition to the $3,642.42 awarded to NPH by order entered on September 26, 2006, which was never paid by the Defendants, and that this Court direct Defendants to pay NPH said sum.

This Motion is made pursuant to Rule 7 and 54, Federal Rules of Civil Procedure, LR54.2 and 54.3 and §§ 421J-10, 607-9 and 607-14, Hawaii Revised Statutes, and is based on the memorandum, exhibits and declarations attached hereto and the records and files herein.

DATED: Honolulu, Hawaii, April 11, 2008.

JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION