TABLE OF CONTENTS

I. INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II. FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

III. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

      A.    NPH IS ENTITLED TO RECOVER ATTORNEYS' FEES
           UNDER CHAPTER 421J-10 AND THE DCC&R . . . . . . . . . . . . . 20

      B.    NPH'S ATTORNEYS' FEES ARE REASONABLE BASED ON
           SERVICES RENDERED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

      C.    THE ARCHITECTS' AND SURVEYOR'S FEES WERE
           REASONABLY AND NECESSARILY INCURRED . . . . . . . . . . 25

      D.    TAXES ON ATTORNEYS' FEES SHOULD BE AWARDED
           IN FAVOR OF THE ASSOCIATION . . . . . . . . . . . . . . . . . . . . . . 27

      E.    DEFENDANTS SHOULD BE TAXED COURT COSTS UNDER
           § 607-9 AND HRS § 421J-10. . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

IV. CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30