# TABLE OF AUTHORITIES

Case Law:

*Bjornen v. State Farm Fire and Casualty Company*, 81 Haw. 105, 912 P.2d 602 (1996) .................................................. 29

*Blair v. Ing*, 96 Hawai`i 327, 31 P.3d 184 (Hawai`i 2001) ................ 27

*Brandt Homes Inc. v. Anthony Charles Grande and Narindar Kaur Grande, et. al.*, Circuit Court of the First Circuit (Civil No. 05-2061-11 GJK) ............. 29

*DFS Group L.P. v. Paiea Props.*, 110 Hawai`i 217, 131 P.3d 500 (2006) ..... 22

*Farmers Ins. Exch. v. Law Offices of Conrado Joe Sayas, Jr.*, 250 F.3d 1234 (9th Cir.2001) ................................................... 20

*Food Pantry, Ltd. v. Waikiki Business Plaza, Inc.*, 58 Haw. 606, 618, 575 P.2d 869, (1978) ...................................................... 20

*Geldert v. State*, 3 Haw.App.259, 649 P.2d 1165 (1982) ................. 26

*Glen Y. Moribe, et. al. v. Anthony Charles Grande, et.al.*, Circuit Court of the First Circuit, State of Hawai`i, Civil No. 04-1-2132-11 GWBC ................ 24

*Hensley v. Eckerhart*, 461 U.S. 424, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983) .... 22

Sharp v. Hui Wahine, Inc., 49 Haw. 241 (1966), rehearing denied, 47 Haw. 257 (1966) ...................................................... 22

Statutory Authority:

Hawai`i Rules of Professional Conduct, Rule 1.5 ........................ 23

Hawaii Revised Statutes § 421J ................................... 21,22,

Hawaii Revised Statutes § 421J.10 .............................. 20,23,27

Hawaii Revised Statutes § 607-9 .................................. 27