IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>    Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>    vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>    Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/BMK<br>(Injunctive Relief)<br><br>DECLARATION OF RONALD K. AWA |

## DECLARATION OF RONALD K. AWA

I, RONALD K. AWA, hereby declare under penalty of law that the following is true and correct:

1. I am a licensed architect in the State of Hawaii and Chair of the NA PALI HAWEO COMMUNITY ASSOCIATION'S ("NPH") Architectural Review Committee ("ARC"). I am authorized to make this Declaration on behalf of NPH and make this Declaration based on my own personal knowledge and information.

2. I have been a member of the ARC since mid-2000.

3. I am in possession of the records of the ARC kept in the ordinary course of business and referenced herein, am familiar with the subject matter of this action, and am qualified to swear to the statements contained herein.

4. Attached to NPH's Motion for Attorneys' Fees and Costs and Expert's Fees and Costs ("Motion") as Exhibit "H" is a true and accurate summary of services I rendered as Chair of the ARC in connection with the matter involving Defendants ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE ("Defendants"), owners of a single family home and lot located at 1251 Kamehame Drive, also known as Lot No. 49 (Kamehame Ridge Subdivision, Unit II-Phase 2-A

shown on file Plan Number 2028), Maunalua, Honolulu, Hawaii 96825 (the "Property").

5.  The services rendered include site inspections of the Property to assess violations of the governing documents of NPH, review of plans submitted by Defendants and attendance at meetings and telephone conferences with attorneys to discuss possible solutions to the violations on the Property, and preparation of documents in connection with NPH's motion for summary judgment.

6.  As shown on Exhibit "H," I did not charge for the inspection of the Property in February 2005 or consultation with attorneys in May 2005.

7.  My hourly rate for services rendered as Chair of the ARC is $140 per hour plus GET and I received payment for all charges shown on Exhibit "H."

DATED:   Honolulu, Hawaii, April 9, 2008.

_____
RONALD K. AWA

4