IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>  Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>  Counterclaim Plaintiffs,<br><br>vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>  Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/BMK<br>(Injunctive Relief)<br><br>DECLARATION OF JEFF KLOETZEL |

## DECLARATION OF JEFF KLOETZEL

I, JEFF KLOETZEL, hereby declare under penalty of law that the following is true and correct:

1. I am employed by Hawaiiana Group Incorporated ("Hawaiiana") as a project manager. I make this Declaration based on my own personal knowledge and information.

2. I have been employed by Hawaiiana to serve as project manager since approximately 1995, and since February 2002 I have been assigned to assist Plaintiff Na Pali Haweo Community Association ("NPH") with design review coordination and covenants compliance.

3. I am in possession of the records of the NPH referenced herein which are kept in the ordinary course and scope of business, am familiar with the subject matter of this action, and am qualified to swear to the statements contained herein.

4. Attached to NPH's Motion for Attorneys' Fees and Costs and Expert's Fees and Costs ("Motion") as Exhibit "A" are true and accurate excerpts of the Declaration of Covenants, Conditions and Restrictions of Na Pali Haweo Community Association ("Declaration") dated April 11, 1991, and recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 91-049173 on April 18, 1991, as amended.

5.  Defendants ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE ("Defendants") are the owners of a single family home and lot located at 1251 Kamehame Drive, also known as Lot No. 49 (Kamehame Ridge Subdivision, Unit II-Phase 2-A shown on file Plan Number 2028), Maunalua, Honolulu, Hawaii 96825 (the "Property").

6.  Attached to the Motion as Exhibit "H" is a true and accurate spreadsheet reflecting fees invoiced to NPH by landscape architect Mike Miyabara concerning the review of plans submitted to the ARC and discussions regarding Defendants' violations of NPH's governing documents.

7.  Mr. Miyabara's hourly rate is $140 per hour and NPH paid Mr. Miyabara for the services reflected on Exhibit "H."

8.  Attached to the Motion as Exhibit "E" are true and accurate invoices received from Group 70 International Inc. for services rendered in the enforcement of NPH's governing documents against Defendants; 50% of the amounts due on said invoices were paid by NPH to Group 70 International Inc.

9.  Attached to the Motion as Exhibit "I" is a true and accurate invoice received from ControlPoint Surveying Inc. for services rendered surveying the Property; 50% of the amounts due on said invoice were paid by NPH to ControlPoint Surveying Inc.

DATED:   Honolulu, Hawaii, April 9, 2008.

_____
JEFF KLOETZEL