**NA PALI HAWEO/Grande**
**COSTS**

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | Date | Description | Amount | Code |
| 2 | 6/1/2004 | Filing fee CLERK, FIRST CIRCUIT COURT re Complaint ck#4915 | $ 275.00 | 1 |
| 3 | 9/13/2005 | Filing fee \Record RNOL | $ 25.00 | 1 |
| 4 | 3/8/2006 | Filing fee CITY & COUNTY OF HONOLULU \Copy-Certified Plans\Ck# 8460 | $ 53.00 | 1 |
| 5 | | | $ 353.00 | 1 Total |
| 6 | 6/16/2004 | Process server fee APS INTERNATIONAL, INC. ck#4999 | $ 280.00 | 2 |
| 7 | 7/13/2004 | Sheriff's fees ANTHONY T. SHANNON Invoice dated 06/14/04 | $ 45.00 | 2 |
| 8 | | | $ 325.00 | 2 Total |
| 9 | 4/11/2006 | Deposition transcript RALPH ROSENBERG (03/20/06) Invoice# 61045 | $ 143.33 | 3 |
| 10 | 11/26/2007 | Court reporter fee /June Spohn/Ck #10876 11/21/07 | $ 516.36 | 3 |
| 11 | | | $ 659.69 | 3 Total |
| 12 | 5/11/2004 | Facsimile | $ 3.00 | 5 |
| 13 | 7/20/2004 | Facsimile | $ 7.50 | 5 |
| 14 | 7/23/2004 | Facsimile | $ 1.50 | 5 |
| 15 | 7/28/2004 | Facsimile | $ 14.00 | 5 |
| 16 | 7/28/2004 | Facsimile | $ 13.00 | 5 |
| 17 | 8/2/2004 | Facsimile | $ 0.50 | 5 |
| 18 | 8/2/2004 | Facsimile | $ 0.50 | 5 |
| 19 | 8/25/2004 | Facsimile | $ 0.50 | 5 |
| 20 | 8/25/2004 | Facsimile | $ 0.50 | 5 |
| 21 | 8/25/2004 | Facsimile | $ 0.50 | 5 |
| 22 | 9/16/2004 | Facsimile | $ 4.50 | 5 |
| 23 | 9/20/2004 | Facsimile | $ 1.50 | 5 |
| 24 | 9/21/2004 | Facsimile | $ 13.50 | 5 |
| 25 | 9/22/2004 | Facsimile | $ 5.50 | 5 |
| 26 | 9/23/2004 | Facsimile | $ 7.00 | 5 |
| 27 | 10/1/2004 | Facsimile | $ 1.00 | 5 |
| 28 | 10/8/2004 | Facsimile | $ 3.50 | 5 |
| 29 | 10/8/2004 | Facsimile | $ 8.00 | 5 |
| 30 | 10/12/2004 | Facsimile | $ 1.50 | 5 |
| 31 | 10/13/2004 | Facsimile | $ 4.00 | 5 |
| 32 | 10/13/2004 | Facsimile | $ 4.00 | 5 |
| 33 | 10/25/2004 | Facsimile | $ 2.00 | 5 |
| 34 | 10/26/2004 | Facsimile | $ 2.50 | 5 |
| 35 | 11/8/2004 | Facsimile | $ 4.00 | 5 |
| 36 | 11/10/2004 | Facsimile | $ 2.00 | 5 |
| 37 | 11/22/2004 | Facsimile | $ 7.50 | 5 |
| 38 | 11/29/2004 | Facsimile | $ 1.50 | 5 |
| 39 | 12/6/2004 | Facsimile | $ 2.00 | 5 |
| 40 | 12/22/2004 | Facsimile | $ 1.50 | 5 |
| 41 | 1/13/2005 | Facsimile | $ 1.50 | 5 |
| 42 | 2/18/2005 | Facsimile | $ 0.50 | 5 |
| 43 | 2/18/2005 | Facsimile | $ 20.00 | 5 |
| 44 | 4/27/2005 | Facsimile | $ 1.50 | 5 |
| 45 | 5/19/2005 | Facsimile | $ 2.00 | 5 |
| 46 | 5/19/2005 | Facsimile | $ 2.00 | 5 |
| 47 | 5/19/2005 | Facsimile | $ 2.00 | 5 |
| 48 | 5/19/2005 | Facsimile | $ 2.00 | 5 |
| 49 | 6/8/2005 | Facsimile | $ 1.50 | 5 |

**EXHIBIT "C"**
**Page 1 of 13**

## NA PALI HAWEO/Grande
## COSTS

| | A | B | C | | D |
|---|---|---|---|---|---|
| 50 | 6/16/2005 | Facsimile | $ | 1.50 | 5 |
| 51 | 7/12/2005 | Facsimile | $ | 1.00 | 5 |
| 52 | 7/12/2005 | Facsimile | $ | 1.00 | 5 |
| 53 | 8/2/2005 | Facsimile | $ | 2.00 | 5 |
| 54 | 8/11/2005 | Facsimile | $ | 3.00 | 5 |
| 55 | 8/16/2005 | Facsimile | $ | 3.00 | 5 |
| 56 | 9/15/2005 | Facsimile | $ | 2.00 | 5 |
| 57 | 9/26/2005 | Facsimile | $ | 27.50 | 5 |
| 58 | 10/3/2005 | Facsimile | $ | 2.50 | 5 |
| 59 | 12/9/2005 | Facsimile | $ | 1.00 | 5 |
| 60 | 12/9/2005 | Facsimile | $ | 1.00 | 5 |
| 61 | 2/17/2006 | Facsimile | $ | 3.00 | 5 |
| 62 | 2/23/2006 | Facsimile | $ | 1.50 | 5 |
| 63 | 3/7/2006 | Facsimile | $ | 1.00 | 5 |
| 64 | 3/9/2006 | Facsimile | $ | 1.00 | 5 |
| 65 | 3/14/2006 | Facsimile | $ | 3.50 | 5 |
| 66 | 3/30/2006 | Facsimile | $ | 1.50 | 5 |
| 67 | 4/10/2006 | Facsimile | $ | 2.00 | 5 |
| 68 | 5/10/2006 | Facsimile | $ | 2.00 | 5 |
| 69 | 8/2/2006 | Facsimile | $ | 1.50 | 5 |
| 70 | 8/2/2006 | Facsimile | $ | 2.00 | 5 |
| 71 | 8/15/2006 | Facsimile | $ | 9.00 | 5 |
| 72 | 9/11/2006 | Facsimile | $ | 3.00 | 5 |
| 73 | 11/9/2006 | Facsimile | $ | 0.50 | 5 |
| 74 | 1/17/2007 | Facsimile | $ | 1.00 | 5 |
| 75 | 1/17/2007 | Facsimile | $ | 2.00 | 5 |
| 76 | 1/22/2007 | Facsimile | $ | 1.50 | 5 |
| 77 | 4/17/2007 | Facsimile | $ | 1.50 | 5 |
| 78 | 8/2/2007 | Facsimile | $ | 2.00 | 5 |
| 79 | | | $ | 236.50 | 5 Total |
| 80 | 3/4/2004 | Postage | $ | 5.53 | 6 |
| 81 | 3/5/2004 | Postage | $ | 0.60 | 6 |
| 82 | 5/11/2004 | Postage | $ | 0.60 | 6 |
| 83 | 6/2/2004 | Postage | $ | 0.83 | 6 |
| 84 | 6/7/2004 | Postage | $ | 0.74 | 6 |
| 85 | 6/23/2004 | Postage | $ | 0.74 | 6 |
| 86 | 6/28/2004 | Postage | $ | 0.37 | 6 |
| 87 | 7/7/2004 | Postage | $ | 0.74 | 6 |
| 88 | 7/13/2004 | Postage | $ | 1.98 | 6 |
| 89 | 7/16/2004 | Postage | $ | 0.83 | 6 |
| 90 | 7/20/2004 | Postage | $ | 6.77 | 6 |
| 91 | 7/22/2004 | Postage | $ | 4.42 | 6 |
| 92 | 7/23/2004 | Postage | $ | 0.37 | 6 |
| 93 | 7/26/2004 | Postage | $ | 6.08 | 6 |
| 94 | 7/28/2004 | Postage | $ | 1.52 | 6 |
| 95 | 8/5/2004 | Postage | $ | 1.48 | 6 |
| 96 | 8/11/2004 | Postage | $ | 2.40 | 6 |
| 97 | 8/17/2004 | Postage | $ | 1.48 | 6 |
| 98 | 8/25/2004 | Postage | $ | 2.40 | 6 |
| 99 | 9/1/2004 | Postage | $ | 0.37 | 6 |

**EXHIBIT "C"**
**Page 2 of 13**

## NA PALI HAWEO/Grande
## COSTS

| | A | B | | C | D |
|---|---|---|---|---|---|
| 100 | 9/17/2004 | | Postage | $ 2.49 | 6 |
| 101 | 9/21/2004 | | Postage | $ 0.37 | 6 |
| 102 | 9/23/2004 | | Postage | $ 3.18 | 6 |
| 103 | 9/24/2004 | | Postage | $ 1.80 | 6 |
| 104 | 10/1/2004 | | Postage | $ 0.74 | 6 |
| 105 | 10/1/2004 | | Postage | $ 5.75 | 6 |
| 106 | 10/8/2004 | | Postage | $ 11.85 | 6 |
| 107 | 10/11/2004 | | Postage | $ 1.66 | 6 |
| 108 | 10/12/2004 | | Postage | $ 2.26 | 6 |
| 109 | 10/13/2004 | | Postage | $ 2.03 | 6 |
| 110 | 10/14/2004 | | Postage | $ 2.49 | 6 |
| 111 | 10/18/2004 | | Postage | $ 2.21 | 6 |
| 112 | 10/19/2004 | | Postage | $ 1.06 | 6 |
| 113 | 10/22/2004 | | Postage | $ 4.56 | 6 |
| 114 | 11/8/2004 | | Postage | $ 1.11 | 6 |
| 115 | 11/9/2004 | | Postage | $ 0.60 | 6 |
| 116 | 11/10/2004 | | Postage | $ 1.20 | 6 |
| 117 | 11/15/2004 | | Postage | $ 0.60 | 6 |
| 118 | 11/15/2004 | | Postage | $ 0.74 | 6 |
| 119 | 11/18/2004 | | Postage | $ 0.60 | 6 |
| 120 | 12/6/2004 | | Postage | $ 0.37 | 6 |
| 121 | 12/6/2004 | | Postage | $ 3.87 | 6 |
| 122 | 12/9/2004 | | Postage | $ 1.52 | 6 |
| 123 | 12/10/2004 | | Postage | $ 0.37 | 6 |
| 124 | 12/10/2004 | | Postage | $ 0.74 | 6 |
| 125 | 12/17/2004 | | Postage | $ 2.12 | 6 |
| 126 | 12/20/2004 | | Postage | $ 3.18 | 6 |
| 127 | 1/20/2005 | | Postage | $ 2.67 | 6 |
| 128 | 2/1/2005 | | Postage | $ 0.37 | 6 |
| 129 | 2/25/2005 | | Postage | $ 1.06 | 6 |
| 130 | 3/8/2005 | | Postage | $ 0.74 | 6 |
| 131 | 3/15/2005 | | Postage | $ 0.60 | 6 |
| 132 | 3/23/2005 | | Postage | $ 1.29 | 6 |
| 133 | 4/1/2005 | | Postage | $ 0.74 | 6 |
| 134 | 4/25/2005 | | Postage | $ 0.37 | 6 |
| 135 | 4/28/2005 | | Postage | $ 0.37 | 6 |
| 136 | 5/3/2005 | | Postage | $ 2.58 | 6 |
| 137 | 5/19/2005 | | Postage | $ 2.59 | 6 |
| 138 | 5/24/2005 | | Postage | $ 0.60 | 6 |
| 139 | 6/8/2005 | | Postage | $ 0.37 | 6 |
| 140 | 6/16/2005 | | Postage | $ 0.37 | 6 |
| 141 | 6/22/2005 | | Postage | $ 1.57 | 6 |
| 142 | 7/8/2005 | | Postage | $ 0.83 | 6 |
| 143 | 7/12/2005 | | Postage | $ 0.37 | 6 |
| 144 | 8/3/2005 | | Postage | $ 0.37 | 6 |
| 145 | 8/3/2005 | | Postage | $ 2.21 | 6 |
| 146 | 8/11/2005 | | Postage | $ 0.74 | 6 |
| 147 | 8/25/2005 | | Postage | $ 0.74 | 6 |
| 148 | 9/9/2005 | | Postage | $ 1.66 | 6 |
| 149 | 9/13/2005 | | Postage | $ 0.60 | 6 |

**EXHIBIT "C"**
**Page 3 of 13**

## NA PALI HAWEO/Grande
## COSTS

| | A | B | C | | D |
|---|---|---|---|---|---|
| 150 | 9/14/2005 | | Postage | $ 1.75 | 6 |
| 151 | 9/15/2005 | | Postage | $ 2.17 | 6 |
| 152 | 9/26/2005 | | Postage | $ 0.60 | 6 |
| 153 | 10/3/2005 | | Postage | $ 0.74 | 6 |
| 154 | 11/16/2005 | | Postage | $ 0.37 | 6 |
| 155 | 11/30/2005 | | Postage | $ 1.66 | 6 |
| 156 | 12/7/2005 | | Postage | $ 0.37 | 6 |
| 157 | 12/7/2005 | | Postage | $ 0.60 | 6 |
| 158 | 12/8/2005 | | Postage | $ 1.11 | 6 |
| 159 | 12/15/2005 | | Postage | $ 0.37 | 6 |
| 160 | 12/22/2005 | | Postage | $ 0.37 | 6 |
| 161 | 12/28/2005 | | Postage | $ 0.37 | 6 |
| 162 | 1/5/2006 | | Postage | $ 0.74 | 6 |
| 163 | 1/6/2006 | | Postage | $ 0.60 | 6 |
| 164 | 1/13/2006 | | Postage | $ 1.17 | 6 |
| 165 | 1/23/2006 | | Postage | $ 0.63 | 6 |
| 166 | 2/28/2006 | | Postage | $ 0.39 | 6 |
| 167 | 3/16/2006 | | Postage | $ 0.87 | 6 |
| 168 | 3/17/2006 | | Postage | $ 1.26 | 6 |
| 169 | 3/30/2006 | | Postage | $ 4.05 | 6 |
| 170 | 3/31/2006 | | Postage | $ 0.63 | 6 |
| 171 | 4/4/2006 | | Postage | $ 5.10 | 6 |
| 172 | 4/12/2006 | | Postage | $ 10.00 | 6 |
| 173 | 4/17/2006 | | Postage | $ 2.07 | 6 |
| 174 | 4/20/2006 | | Postage | $ 0.78 | 6 |
| 175 | 5/9/2006 | | Postage | $ 1.17 | 6 |
| 176 | 5/10/2006 | | Postage | $ 4.83 | 6 |
| 177 | 5/15/2006 | | Postage | $ 0.87 | 6 |
| 178 | 5/26/2006 | | Postage | $ 3.90 | 6 |
| 179 | 5/31/2006 | | Postage | $ 0.39 | 6 |
| 180 | 6/1/2006 | | Postage | $ 1.95 | 6 |
| 181 | 6/2/2006 | | Postage | $ 1.35 | 6 |
| 182 | 6/5/2006 | | Postage | $ 1.17 | 6 |
| 183 | 6/5/2006 | | Postage | $ 3.57 | 6 |
| 184 | 6/6/2006 | | Postage | $ 2.70 | 6 |
| 185 | 6/8/2006 | | Postage | $ 1.35 | 6 |
| 186 | 6/14/2006 | | Postage | $ 1.26 | 6 |
| 187 | 6/16/2006 | | Postage | $ 4.20 | 6 |
| 188 | 6/16/2006 | | Postage | $ 0.78 | 6 |
| 189 | 6/19/2006 | | Postage | $ 1.17 | 6 |
| 190 | 6/20/2006 | | Postage | $ 6.21 | 6 |
| 191 | 6/20/2006 | | Postage | $ 2.22 | 6 |
| 192 | 6/21/2006 | | Postage | $ 0.63 | 6 |
| 193 | 6/21/2006 | | Postage | $ 1.89 | 6 |
| 194 | 6/22/2006 | | Postage | $ 3.27 | 6 |
| 195 | 6/27/2006 | | Postage | $ 1.35 | 6 |
| 196 | 6/28/2006 | | Postage | $ 0.63 | 6 |
| 197 | 6/28/2006 | | Postage | $ 1.17 | 6 |
| 198 | 7/14/2006 | | Postage | $ 1.74 | 6 |
| 199 | 7/25/2006 | | Postage | $ 1.26 | 6 |

**EXHIBIT "C"**
**Page 4 of 13**

## NA PALI HAWEO/Grande
## COSTS

| | A | B | C | D |
|---|---|---|---|---|
| 200 | 8/2/2006 | Postage | $ 1.11 | 6 |
| 201 | 8/14/2006 | Postage | $ 1.11 | 6 |
| 202 | 8/15/2006 | Postage | $ 1.11 | 6 |
| 203 | 9/11/2006 | Postage | $ 0.78 | 6 |
| 204 | 9/28/2006 | Postage | $ 1.74 | 6 |
| 205 | 10/5/2006 | Postage | $ 0.87 | 6 |
| 206 | 10/23/2006 | Postage | $ 1.89 | 6 |
| 207 | 10/23/2006 | Postage | $ 1.11 | 6 |
| 208 | 10/24/2006 | Postage | $ 1.17 | 6 |
| 209 | 12/4/2006 | Postage | $ 0.63 | 6 |
| 210 | 12/13/2006 | Postage | $ 0.39 | 6 |
| 211 | 1/10/2007 | Postage | $ 4.98 | 6 |
| 212 | 1/18/2007 | Postage | $ 1.74 | 6 |
| 213 | 4/18/2007 | Postage | $ 0.78 | 6 |
| 214 | 4/20/2007 | Postage | $ 1.35 | 6 |
| 215 | 4/23/2007 | Postage | $ 0.39 | 6 |
| 216 | 4/23/2007 | Postage | $ 5.47 | 6 |
| 217 | 5/3/2007 | Postage | $ 0.39 | 6 |
| 218 | 5/4/2007 | Postage | $ 4.20 | 6 |
| 219 | 6/5/2007 | Postage | $ 0.82 | 6 |
| 220 | 7/25/2007 | Postage | $ 1.09 | 6 |
| 221 | 8/6/2007 | Postage | $ 8.19 | 6 |
| 222 | 8/29/2007 | Postage | $ 0.41 | 6 |
| 223 | 9/27/2007 | Postage | $ 0.41 | 6 |
| 224 | 10/9/2007 | Postage | $ 1.31 | 6 |
| 225 | 10/18/2007 | Postage | $ 1.31 | 6 |
| 226 | 10/24/2007 | Postage | $ 0.41 | 6 |
| 227 | 11/27/2007 | Postage | $ 0.75 | 6 |
| 228 | 1/3/2008 | Postage | $ 0.41 | 6 |
| 229 | 1/3/2008 | Postage | $ 0.41 | 6 |
| 230 | 1/7/2008 | Postage | $ 5.62 | 6 |
| 231 | 1/29/2008 | Postage | $ 5.05 | 6 |
| 232 | 2/7/2008 | Postage | $ 5.62 | 6 |
| 233 | 3/5/2008 | Postage | $ 0.58 | 6 |
| 234 | 3/10/2008 | Postage | $ 1.48 | 6 |
| 235 | | | $ 278.41 | 6 Total |
| 236 | 6/22/2004 | Litigation Guarantee TITLE GUARANTY OF HAWAII Invoice# 0420231 (05/28/04) | $ 250.00 | 7 |
| 237 | 2/7/2006 | Litigation Guarantee TITLE GUARANTY OF HAWAII \(1/27/2006) | $ 100.00 | 7 |
| 238 | 2/5/2008 | Litigation Guarantee TITLE GUARANTY OF HAWAII/ck #1964 | $ 100.00 | 7 |
| 239 | | | $ 450.00 | 7 Total |
| 240 | 3/4/2004 | Photocopying | $ 2.70 | 4a |
| 241 | 3/5/2004 | Photocopying | $ 0.75 | 4a |
| 242 | 3/12/2004 | Photocopying | $ 1.80 | 4a |
| 243 | 5/25/2004 | Photocopying | $ 1.05 | 4a |
| 244 | 6/2/2004 | Photocopying | $ 1.65 | 4a |
| 245 | 6/7/2004 | Photocopying | $ 0.30 | 4a |
| 246 | 6/23/2004 | Photocopying | $ 1.05 | 4a |
| 247 | 6/28/2004 | Photocopying | $ 0.75 | 4a |
| 248 | 7/13/2004 | Photocopying | $ 5.10 | 4a |

**EXHIBIT "C"
Page 5 of 13**

## NA PALI HAWEO/Grande
## COSTS

| | A | B | C | D |
|---|---|---|---|---|
| 249 | 7/16/2004 | Photocopying | $ 7.50 | 4a |
| 250 | 7/20/2004 | Photocopying | $ 3.00 | 4a |
| 251 | 7/20/2004 | Photocopying | $ 4.80 | 4a |
| 252 | 7/23/2004 | Photocopying | $ 0.75 | 4a |
| 253 | 7/26/2004 | Photocopying | $ 9.30 | 4a |
| 254 | 7/27/2004 | Photocopying | $ 3.90 | 4a |
| 255 | 7/28/2004 | Photocopying | $ 3.45 | 4a |
| 256 | 8/5/2004 | Photocopying | $ 0.60 | 4a |
| 257 | 8/11/2004 | Photocopying | $ 4.65 | 4a |
| 258 | 8/11/2004 | Photocopying | $ 1.35 | 4a |
| 259 | 8/17/2004 | Photocopying | $ 0.60 | 4a |
| 260 | 8/25/2004 | Photocopying | $ 3.90 | 4a |
| 261 | 8/31/2004 | Photocopying | $ 7.50 | 4a |
| 262 | 9/1/2004 | Photocopying | $ 0.75 | 4a |
| 263 | 9/2/2004 | Photocopying | $ 4.65 | 4a |
| 264 | 9/17/2004 | Photocopying | $ 9.90 | 4a |
| 265 | 9/20/2004 | Photocopying | $ 0.45 | 4a |
| 266 | 9/21/2004 | Photocopying | $ 1.50 | 4a |
| 267 | 9/21/2004 | Photocopying | $ 0.45 | 4a |
| 268 | 9/23/2004 | Photocopying | $ 12.45 | 4a |
| 269 | 9/24/2004 | Photocopying | $ 7.95 | 4a |
| 270 | 9/28/2004 | Photocopying | $ 0.75 | 4a |
| 271 | 10/1/2004 | Photocopying | $ 30.30 | 4a |
| 272 | 10/1/2004 | Photocopying | $ 0.45 | 4a |
| 273 | 10/1/2004 | Photocopying | $ 5.25 | 4a |
| 274 | 10/6/2004 | Photocopying | $ 2.10 | 4a |
| 275 | 10/7/2004 | Photocopying | $ 2.55 | 4a |
| 276 | 10/8/2004 | Photocopying | $ 23.10 | 4a |
| 277 | 10/8/2004 | Photocopying | $ 39.45 | 4a |
| 278 | 10/8/2004 | Photocopying | $ 68.70 | 4a |
| 279 | 10/19/2004 | Photocopying | $ 0.90 | 4a |
| 280 | 10/19/2004 | Photocopying | $ 1.20 | 4a |
| 281 | 10/22/2004 | Photocopying | $ 18.90 | 4a |
| 282 | 11/8/2004 | Photocopying | $ 1.35 | 4a |
| 283 | 11/9/2004 | Photocopying | $ 3.75 | 4a |
| 284 | 11/10/2004 | Photocopying | $ 2.40 | 4a |
| 285 | 11/15/2004 | Photocopying | $ 1.20 | 4a |
| 286 | 11/19/2004 | Photocopying | $ 1.20 | 4a |
| 287 | 12/6/2004 | Photocopying | $ 13.80 | 4a |
| 288 | 12/9/2004 | Photocopying | $ 7.05 | 4a |
| 289 | 12/10/2004 | Photocopying | $ 6.60 | 4a |
| 290 | 12/10/2004 | Photocopying | $ 5.25 | 4a |
| 291 | 12/17/2004 | Photocopying | $ 17.10 | 4a |
| 292 | 12/20/2004 | Photocopying | $ 0.30 | 4a |
| 293 | 12/22/2004 | Photocopying | $ 1.05 | 4a |
| 294 | 1/12/2005 | Photocopying | $ 2.70 | 4a |
| 295 | 1/12/2005 | Photocopying | $ 0.75 | 4a |
| 296 | 1/12/2005 | Photocopying | $ 0.15 | 4a |
| 297 | 1/13/2005 | Photocopying | $ 0.75 | 4a |
| 298 | 1/20/2005 | Photocopying | $ 7.05 | 4a |

**EXHIBIT "C"**
**Page 6 of 13**

## NA PALI HAWEO/Grande
## COSTS

| | A | B | | C | D |
|---|---|---|---|---|---|
| 299 | 2/1/2005 | | Photocopying $ | 0.30 | 4a |
| 300 | 2/1/2005 | | Photocopying $ | 0.45 | 4a |
| 301 | 2/7/2005 | | Photocopying $ | 0.30 | 4a |
| 302 | 2/7/2005 | | Photocopying $ | 1.95 | 4a |
| 303 | 2/7/2005 | | Photocopying $ | 1.50 | 4a |
| 304 | 2/7/2005 | | Photocopying $ | 3.60 | 4a |
| 305 | 2/7/2005 | | Photocopying $ | 2.70 | 4a |
| 306 | 2/10/2005 | | Photocopying $ | 0.30 | 4a |
| 307 | 2/18/2005 | | Photocopying $ | 1.65 | 4a |
| 308 | 2/18/2005 | | Photocopying $ | 4.50 | 4a |
| 309 | 2/24/2005 | | Photocopying $ | 4.50 | 4a |
| 310 | 2/24/2005 | | Photocopying $ | 1.35 | 4a |
| 311 | 2/25/2005 | | Photocopying $ | 1.35 | 4a |
| 312 | 2/25/2005 | | Photocopying $ | 18.45 | 4a |
| 313 | 2/25/2005 | | Photocopying $ | 7.95 | 4a |
| 314 | 3/2/2005 | | Photocopying $ | 14.55 | 4a |
| 315 | 3/8/2005 | | Photocopying $ | 0.75 | 4a |
| 316 | 3/15/2005 | | Photocopying $ | 1.35 | 4a |
| 317 | 3/23/2005 | | Photocopying $ | 0.30 | 4a |
| 318 | 4/1/2005 | | Photocopying $ | 1.05 | 4a |
| 319 | 4/19/2005 | | Photocopying $ | 8.40 | 4a |
| 320 | 4/25/2005 | | Photocopying $ | 1.35 | 4a |
| 321 | 4/28/2005 | | Photocopying $ | 0.75 | 4a |
| 322 | 5/3/2005 | | Photocopying $ | 5.25 | 4a |
| 323 | 5/3/2005 | | Photocopying $ | 10.95 | 4a |
| 324 | 5/5/2005 | | Photocopying $ | 13.50 | 4a |
| 325 | 5/19/2005 | | Photocopying $ | 2.40 | 4a |
| 326 | 5/19/2005 | | Photocopying $ | 0.30 | 4a |
| 327 | 5/24/2005 | | Photocopying $ | 0.75 | 4a |
| 328 | 6/8/2005 | | Photocopying $ | 0.75 | 4a |
| 329 | 6/16/2005 | | Photocopying $ | 0.75 | 4a |
| 330 | 6/22/2005 | | Photocopying $ | 1.20 | 4a |
| 331 | 6/22/2005 | | Photocopying $ | 3.00 | 4a |
| 332 | 7/12/2005 | | Photocopying $ | 0.45 | 4a |
| 333 | 7/20/2005 | | Photocopying $ | 0.30 | 4a |
| 334 | 8/1/2005 | | Photocopying $ | 9.45 | 4a |
| 335 | 8/1/2005 | | Photocopying $ | 5.25 | 4a |
| 336 | 8/2/2005 | | Photocopying $ | 0.30 | 4a |
| 337 | 8/3/2005 | | Photocopying $ | 0.90 | 4a |
| 338 | 8/3/2005 | | Photocopying $ | 1.35 | 4a |
| 339 | 8/3/2005 | | Photocopying $ | 0.75 | 4a |
| 340 | 8/5/2005 | | Photocopying $ | 4.05 | 4a |
| 341 | 8/11/2005 | | Photocopying $ | 5.10 | 4a |
| 342 | 8/25/2005 | | Photocopying $ | 0.45 | 4a |
| 343 | 9/9/2005 | | Photocopying $ | 13.20 | 4a |
| 344 | 9/13/2005 | | Photocopying $ | 1.80 | 4a |
| 345 | 9/14/2005 | | Photocopying $ | 4.95 | 4a |
| 346 | 9/15/2005 | | Photocopying $ | 5.70 | 4a |
| 347 | 9/26/2005 | | Photocopying $ | 15.00 | 4a |
| 348 | 10/3/2005 | | Photocopying $ | 3.00 | 4a |

**EXHIBIT "C"
Page 7 of 13**

## NA PALI HAWEO/Grande
## COSTS

| | A | B | C | D |
|---|---|---|---|---|
| 349 | 10/17/2005 | Photocopying | $ 4.20 | 4a |
| 350 | 11/16/2005 | Photocopying | $ 0.60 | 4a |
| 351 | 11/17/2005 | Photocopying | $ 3.45 | 4a |
| 352 | 11/17/2005 | Photocopying | $ 0.60 | 4a |
| 353 | 11/30/2005 | Photocopying | $ 0.60 | 4a |
| 354 | 12/6/2005 | Photocopying | $ 0.30 | 4a |
| 355 | 12/7/2005 | Photocopying | $ 1.95 | 4a |
| 356 | 12/8/2005 | Photocopying | $ 0.90 | 4a |
| 357 | 12/9/2005 | Photocopying | $ 0.90 | 4a |
| 358 | 12/15/2005 | Photocopying | $ 0.60 | 4a |
| 359 | 12/22/2005 | Photocopying | $ 0.90 | 4a |
| 360 | 12/28/2005 | Photocopying | $ 2.10 | 4a |
| 361 | 1/5/2006 | Photocopying | $ 0.90 | 4a |
| 362 | 1/6/2006 | Photocopying | $ 0.60 | 4a |
| 363 | 1/13/2006 | Photocopying | $ 1.80 | 4a |
| 364 | 1/23/2006 | Photocopying | $ 0.30 | 4a |
| 365 | 1/27/2006 | Photocopying | $ 1.35 | 4a |
| 366 | 2/10/2006 | Photocopying | $ 1.20 | 4a |
| 367 | 2/13/2006 | Photocopying | $ 1.20 | 4a |
| 368 | 2/23/2006 | Photocopying | $ 1.80 | 4a |
| 369 | 2/28/2006 | Photocopying | $ 0.30 | 4a |
| 370 | 3/7/2006 | Photocopying | $ 3.00 | 4a |
| 371 | 3/10/2006 | Photocopying | $ 3.60 | 4a |
| 372 | 3/10/2006 | Photocopying | $ 1.05 | 4a |
| 373 | 3/14/2006 | Photocopying | $ 2.10 | 4a |
| 374 | 3/17/2006 | Photocopying | $ 2.25 | 4a |
| 375 | 3/17/2006 | Photocopying | $ 0.75 | 4a |
| 376 | 3/21/2006 | Photocopying | $ 2.70 | 4a |
| 377 | 3/22/2006 | Photocopying | $ 7.80 | 4a |
| 378 | 3/23/2006 | Photocopying | $ 1.50 | 4a |
| 379 | 3/23/2006 | Photocopying | $ 1.05 | 4a |
| 380 | 3/24/2006 | Photocopying | $ 6.90 | 4a |
| 381 | 3/30/2006 | Photocopying | $ 3.75 | 4a |
| 382 | 3/30/2006 | Photocopying | $ 4.20 | 4a |
| 383 | 3/30/2006 | Photocopying | $ 15.30 | 4a |
| 384 | 4/3/2006 | Photocopying | $ 1.95 | 4a |
| 385 | 4/4/2006 | Photocopying | $ 16.50 | 4a |
| 386 | 4/4/2006 | Photocopying | $ 0.75 | 4a |
| 387 | 4/6/2006 | Photocopying | $ 1.05 | 4a |
| 388 | 4/6/2006 | Photocopying | $ 6.75 | 4a |
| 389 | 4/6/2006 | Photocopying | $ 3.00 | 4a |
| 390 | 4/6/2006 | Photocopying | $ 0.15 | 4a |
| 391 | 4/7/2006 | Photocopying | $ 0.15 | 4a |
| 392 | 4/7/2006 | Photocopying | $ 1.35 | 4a |
| 393 | 4/7/2006 | Photocopying | $ 20.40 | 4a |
| 394 | 4/7/2006 | Photocopying | $ 12.75 | 4a |
| 395 | 4/7/2006 | Photocopying | $ 6.15 | 4a |
| 396 | 4/7/2006 | Photocopying | $ 99.60 | 4a |
| 397 | 4/10/2006 | Photocopying | $ 15.60 | 4a |
| 398 | 4/10/2006 | Photocopying | $ 1.35 | 4a |

**EXHIBIT "C"**
**Page 8 of 13**

## NA PALI HAWEO/Grande
## COSTS

| A | # | B | C | | D |
|---|---|---|---|---|---|
| 399 | 4/10/2006 | | Photocopying | $ 1.20 | 4a |
| 400 | 4/10/2006 | | Photocopying | $ 1.20 | 4a |
| 401 | 4/10/2006 | | Photocopying | $ 2.40 | 4a |
| 402 | 4/10/2006 | | Photocopying | $ 1.20 | 4a |
| 403 | 4/11/2006 | | Photocopying | $ 0.15 | 4a |
| 404 | 4/11/2006 | | Photocopying | $ 0.15 | 4a |
| 405 | 4/11/2006 | | Photocopying | $ 2.40 | 4a |
| 406 | 4/11/2006 | | Photocopying | $ 18.00 | 4a |
| 407 | 4/12/2006 | | Photocopying | $ 0.15 | 4a |
| 408 | 4/12/2006 | | Photocopying | $ 1.20 | 4a |
| 409 | 4/12/2006 | | Photocopying | $ 13.20 | 4a |
| 410 | 4/12/2006 | | Photocopying | $ 44.40 | 4a |
| 411 | 4/12/2006 | | Photocopying | $ 8.40 | 4a |
| 412 | 4/12/2006 | | Photocopying | $ 1.20 | 4a |
| 413 | 4/12/2006 | | Photocopying | $ 5.55 | 4a |
| 414 | 4/17/2006 | | Photocopying | $ 3.15 | 4a |
| 415 | 4/20/2006 | | Photocopying | $ 6.00 | 4a |
| 416 | 4/20/2006 | | Photocopying | $ 0.75 | 4a |
| 417 | 4/20/2006 | | Photocopying | $ 0.45 | 4a |
| 418 | 5/5/2006 | | Photocopying | $ 13.20 | 4a |
| 419 | 5/9/2006 | | Photocopying | $ 0.90 | 4a |
| 420 | 5/10/2006 | | Photocopying | $ 1.80 | 4a |
| 421 | 5/10/2006 | | Photocopying | $ 4.05 | 4a |
| 422 | 5/11/2006 | | Photocopying | $ 0.15 | 4a |
| 423 | 5/15/2006 | | Photocopying | $ 1.95 | 4a |
| 424 | 5/19/2006 | | Photocopying | $ 49.05 | 4a |
| 425 | 5/19/2006 | | Photocopying | $ 1.65 | 4a |
| 426 | 5/23/2006 | | Photocopying | $ 8.70 | 4a |
| 427 | 5/23/2006 | | Photocopying | $ 0.75 | 4a |
| 428 | 5/23/2006 | | Photocopying | $ 0.60 | 4a |
| 429 | 5/24/2006 | | Photocopying | $ 13.65 | 4a |
| 430 | 5/24/2006 | | Photocopying | $ 0.60 | 4a |
| 431 | 5/25/2006 | | Photocopying | $ 0.15 | 4a |
| 432 | 5/26/2006 | | Photocopying | $ 10.50 | 4a |
| 433 | 5/26/2006 | | Photocopying | $ 1.50 | 4a |
| 434 | 5/26/2006 | | Photocopying | $ 12.00 | 4a |
| 435 | 5/26/2006 | | Photocopying | $ 10.80 | 4a |
| 436 | 5/26/2006 | | Photocopying | $ 9.45 | 4a |
| 437 | 5/26/2006 | | Photocopying | $ 0.90 | 4a |
| 438 | 5/30/2006 | | Photocopying | $ 0.45 | 4a |
| 439 | 5/30/2006 | | Photocopying | $ 1.65 | 4a |
| 440 | 5/31/2006 | | Photocopying | $ 6.60 | 4a |
| 441 | 5/31/2006 | | Photocopying | $ 0.90 | 4a |
| 442 | 5/31/2006 | | Photocopying | $ 3.60 | 4a |
| 443 | 6/1/2006 | | Photocopying | $ 0.75 | 4a |
| 444 | 6/1/2006 | | Photocopying | $ 0.90 | 4a |
| 445 | 6/1/2006 | | Photocopying | $ 0.90 | 4a |
| 446 | 6/2/2006 | | Photocopying | $ 14.10 | 4a |
| 447 | 6/2/2006 | | Photocopying | $ 11.70 | 4a |
| 448 | 6/5/2006 | | Photocopying | $ 5.40 | 4a |

**EXHIBIT "C"**
**Page 9 of 13**

**NA PALI HAWEO/Grande**
**COSTS**

| | A | B | C | D |
|---|---|---|---|---|
| 449 | 6/5/2006 | Photocopying | $ 0.75 | 4a |
| 450 | 6/6/2006 | Photocopying | $ 0.60 | 4a |
| 451 | 6/6/2006 | Photocopying | $ 3.30 | 4a |
| 452 | 6/8/2006 | Photocopying | $ 30.00 | 4a |
| 453 | 6/8/2006 | Photocopying | $ 0.30 | 4a |
| 454 | 6/8/2006 | Photocopying | $ 4.80 | 4a |
| 455 | 6/8/2006 | Photocopying | $ 3.00 | 4a |
| 456 | 6/9/2006 | Photocopying | $ 0.60 | 4a |
| 457 | 6/9/2006 | Photocopying | $ 10.80 | 4a |
| 458 | 6/9/2006 | Photocopying | $ 0.30 | 4a |
| 459 | 6/9/2006 | Photocopying | $ 0.15 | 4a |
| 460 | 6/9/2006 | Photocopying | $ 0.15 | 4a |
| 461 | 6/9/2006 | Photocopying | $ 4.20 | 4a |
| 462 | 6/9/2006 | Photocopying | $ 67.05 | 4a |
| 463 | 6/9/2006 | Photocopying | $ 0.45 | 4a |
| 464 | 6/9/2006 | Photocopying | $ 0.45 | 4a |
| 465 | 6/12/2006 | Photocopying | $ 4.50 | 4a |
| 466 | 6/12/2006 | Photocopying | $ 0.75 | 4a |
| 467 | 6/12/2006 | Photocopying | $ 0.60 | 4a |
| 468 | 6/12/2006 | Photocopying | $ 0.60 | 4a |
| 469 | 6/12/2006 | Photocopying | $ 12.60 | 4a |
| 470 | 6/13/2006 | Photocopying | $ 4.35 | 4a |
| 471 | 6/13/2006 | Photocopying | $ 3.45 | 4a |
| 472 | 6/13/2006 | Photocopying | $ 2.85 | 4a |
| 473 | 6/13/2006 | Photocopying | $ 7.50 | 4a |
| 474 | 6/13/2006 | Photocopying | $ 2.85 | 4a |
| 475 | 6/14/2006 | Photocopying | $ 0.90 | 4a |
| 476 | 6/14/2006 | Photocopying | $ 2.85 | 4a |
| 477 | 6/14/2006 | Photocopying | $ 5.10 | 4a |
| 478 | 6/14/2006 | Photocopying | $ 0.45 | 4a |
| 479 | 6/14/2006 | Photocopying | $ 4.20 | 4a |
| 480 | 6/15/2006 | Photocopying | $ 6.00 | 4a |
| 481 | 6/15/2006 | Photocopying | $ 3.15 | 4a |
| 482 | 6/15/2006 | Photocopying | $ 1.05 | 4a |
| 483 | 6/15/2006 | Photocopying | $ 0.15 | 4a |
| 484 | 6/15/2006 | Photocopying | $ 2.85 | 4a |
| 485 | 6/15/2006 | Photocopying | $ 0.30 | 4a |
| 486 | 6/19/2006 | Photocopying | $ 1.65 | 4a |
| 487 | 6/20/2006 | Photocopying | $ 0.15 | 4a |
| 488 | 6/21/2006 | Photocopying | $ 8.55 | 4a |
| 489 | 6/21/2006 | Photocopying | $ 0.30 | 4a |
| 490 | 6/21/2006 | Photocopying | $ 22.50 | 4a |
| 491 | 6/27/2006 | Photocopying | $ 10.65 | 4a |
| 492 | 6/28/2006 | Photocopying | $ 1.50 | 4a |
| 493 | 6/28/2006 | Photocopying | $ 2.10 | 4a |
| 494 | 7/14/2006 | Photocopying | $ 0.45 | 4a |
| 495 | 7/18/2006 | Photocopying | $ 2.40 | 4a |
| 496 | 8/2/2006 | Photocopying | $ 2.55 | 4a |
| 497 | 8/2/2006 | Photocopying | $ 4.20 | 4a |
| 498 | 8/4/2006 | Photocopying | $ 2.10 | 4a |

**EXHIBIT "C"**
**Page 10 of 13**

## NA PALI HAWEO/Grande
## COSTS

| | A | B | C | D |
|---|---|---|---|---|
| 499 | 8/14/2006 | Photocopying | $ 0.30 | 4a |
| 500 | 8/14/2006 | Photocopying | $ 5.25 | 4a |
| 501 | 8/15/2006 | Photocopying | $ 2.55 | 4a |
| 502 | 9/11/2006 | Photocopying | $ 0.90 | 4a |
| 503 | 9/28/2006 | Photocopying | $ 1.35 | 4a |
| 504 | 10/5/2006 | Photocopying | $ 5.40 | 4a |
| 505 | 10/5/2006 | Photocopying | $ 0.30 | 4a |
| 506 | 10/16/2006 | Photocopying | $ 11.70 | 4a |
| 507 | 10/23/2006 | Photocopying | $ 4.80 | 4a |
| 508 | 10/24/2006 | Photocopying | $ 2.70 | 4a |
| 509 | 11/10/2006 | Photocopying | $ 0.45 | 4a |
| 510 | 12/13/2006 | Photocopying | $ 0.60 | 4a |
| 511 | 12/29/2006 | Photocopying | $ 0.30 | 4a |
| 512 | 1/10/2007 | Photocopying | $ 32.10 | 4a |
| 513 | 1/18/2007 | Photocopying | $ 12.60 | 4a |
| 514 | 1/19/2007 | Photocopying | $ 15.45 | 4a |
| 515 | 1/29/2007 | Photocopying | $ 1.05 | 4a |
| 516 | 2/1/2007 | Photocopying | $ 2.55 | 4a |
| 517 | 2/27/2007 | Photocopying | $ 1.20 | 4a |
| 518 | 2/27/2007 | Photocopying | $ 1.20 | 4a |
| 519 | 4/17/2007 | Photocopying | $ 1.50 | 4a |
| 520 | 4/19/2007 | Photocopying | $ 0.30 | 4a |
| 521 | 4/20/2007 | Photocopying | $ 0.15 | 4a |
| 522 | 4/20/2007 | Photocopying | $ 0.30 | 4a |
| 523 | 4/20/2007 | Photocopying | $ 11.40 | 4a |
| 524 | 4/20/2007 | Photocopying | $ 1.80 | 4a |
| 525 | 4/20/2007 | Photocopying | $ 0.45 | 4a |
| 526 | 4/23/2007 | Photocopying | $ 0.30 | 4a |
| 527 | 4/23/2007 | Photocopying | $ 0.60 | 4a |
| 528 | 4/23/2007 | Photocopying | $ 0.30 | 4a |
| 529 | 4/23/2007 | Photocopying | $ 0.15 | 4a |
| 530 | 4/23/2007 | Photocopying | $ 1.50 | 4a |
| 531 | 4/23/2007 | Photocopying | $ 3.90 | 4a |
| 532 | 5/4/2007 | Photocopying | $ 20.70 | 4a |
| 533 | 5/4/2007 | Photocopying | $ 0.60 | 4a |
| 534 | 6/5/2007 | Photocopying | $ 0.15 | 4a |
| 535 | 6/22/2007 | Photocopying | $ 0.60 | 4a |
| 536 | 8/3/2007 | Photocopying | $ 0.30 | 4a |
| 537 | 8/3/2007 | Photocopying | $ 9.75 | 4a |
| 538 | 8/6/2007 | Photocopying | $ 1.95 | 4a |
| 539 | 8/29/2007 | Photocopying | $ 0.90 | 4a |
| 540 | 8/31/2007 | Photocopying | $ 2.70 | 4a |
| 541 | 9/27/2007 | Photocopying | $ 0.60 | 4a |
| 542 | 10/8/2007 | Photocopying | $ 0.30 | 4a |
| 543 | 10/8/2007 | Photocopying | $ 0.45 | 4a |
| 544 | 10/9/2007 | Photocopying | $ 5.25 | 4a |
| 545 | 10/10/2007 | Photocopying | $ 1.50 | 4a |
| 546 | 10/15/2007 | Photocopying | $ 0.30 | 4a |
| 547 | 10/18/2007 | Photocopying | $ 4.80 | 4a |
| 548 | 10/23/2007 | Photocopying | $ 0.90 | 4a |

**EXHIBIT "C"**
**Page 11 of 13**

## NA PALI HAWEO/Grande
## COSTS

| | A | B | C | D |
|---|---|---|---|---|
| 549 | 11/27/2007 | Photocopying | $ 1.20 | 4a |
| 550 | 11/27/2007 | Photocopying | $ 0.60 | 4a |
| 551 | 12/6/2007 | Photocopying | $ 39.45 | 4a |
| 552 | 12/10/2007 | Photocopying | $ 9.00 | 4a |
| 553 | 1/10/2008 | Photocopying | $ 1.35 | 4a |
| 554 | 1/11/2008 | Photocopying | $ 7.50 | 4a |
| 555 | 1/25/2008 | Photocopying | $ 15.00 | 4a |
| 556 | 1/25/2008 | Photocopying | $ 9.75 | 4a |
| 557 | 1/28/2008 | Photocopying | $ 170.40 | 4a |
| 558 | 2/7/2008 | Photocopying | $ 1.35 | 4a |
| 559 | 3/4/2008 | Photocopying | $ 4.50 | 4a |
| 560 | 3/10/2008 | Photocopying | $ 11.70 | 4a |
| 561 | 3/15/2008 | Photocopying | $ 2.40 | 4a |
| 562 | | | $ 1,835.70 | 4a Total |
| 563 | 6/7/2004 | Outside photocopy charges HONBLUE Invoice# 632840 (05/10/04) | $ 45.94 | 4b |
| 564 | 1/25/2005 | Outside photocopy charges HONBLUE Invoice# 679841 (12/02/04) | $ 48.00 | 4b |
| 565 | 1/25/2005 | Outside photocopy charges HONBLUE Invoice# 681420 (12/09/04) | $ 48.00 | 4b |
| 566 | 1/25/2005 | Outside photocopy charges HONBLUE Invoice# 681801 (12/11/04) | $ 67.50 | 4b |
| 567 | 1/25/2005 | Outside photocopy charges HONBLUE Invoice# 681804 (12/13/04) | $ 48.90 | 4b |
| 568 | 1/25/2005 | Outside photocopy charges HONBLUE Invoice# 683791 (12/21/04) | $ 21.00 | 4b |
| 569 | 3/1/2005 | Outside photocopy charges HONBLUE Invoice# 689081 (01/19/05) | $ 181.12 | 4b |
| 570 | 7/31/2007 | Outside photocopy charges THE BLUE PRINT COMPANY/ck #10593 | $ 16.08 | 4b |
| 571 | 11/6/2007 | Outside photocopy charges HONBLUE/ck #1015 | $ 17.53 | 4b |
| 572 | | | $ 494.07 | 4b Total |
| 573 | 7/13/2004 | Outside photocopy charges PROFESSIONAL IMAGE Invoice# Q-565426 (07/08/04) | $ 6.04 | 4c |
| 574 | 7/20/2004 | Outside photocopy charges PROFESSIONAL IMAGE Invoice# Q-565519 (07/13/04) | $ 9.06 | 4c |
| 575 | 1/25/2005 | Outside photocopy charges PROFESSIONAL IMAGE Invoice# Q-569358 (01/19/05) | $ 15.10 | 4c |
| 576 | 3/29/2005 | Outside photocopy charges PROFESSIONAL IMAGE Invoice# Q-570639 (03/23/05) | $ 135.47 | 4c |
| 577 | 4/26/2005 | Outside photocopy charges PROFESSIONAL IMAGE Invoice# Q-571153 (04/18/05) | $ 13.85 | 4c |
| 578 | 10/18/2005 | Outside photocopy charges PROFESSIONAL IMAGE\(10/12/2005) | $ 100.94 | 4c |
| 579 | 12/6/2005 | Outside photocopy charges PROFESSIONAL IMAGE \(11/29/2005) | $ 18.75 | 4c |
| 580 | 12/13/2005 | Outside photocopy charges PROFESSIONAL IMAGE \(12/7/2005) | $ 20.94 | 4c |
| 581 | 2/14/2006 | Outside photocopy charges PROFESSIONAL IMAGE \(2/8/2006) | $ 6.19 | 4c |
| 582 | 4/18/2006 | Outside photocopy charges PROFESSIONAL IMAGE Invoice# Q-578683 (04/07/06) | $ 7.92 | 4c |
| 583 | 4/25/2006 | Outside photocopy charges PROFESSIONAL IMAGE \(4/6/2006) | $ 43.49 | 4c |
| 584 | 4/25/2006 | Outside photocopy charges PROFESSIONAL IMAGE \(4/20/2006) | $ 55.00 | 4c |
| 585 | 6/6/2006 | Outside photocopy charges PROFESSIONAL IMAGE \(5/25/2006) | $ 50.00 | 4c |
| 586 | 6/20/2006 | Outside photocopy charges PROFESSIONAL IMAGE \(6/7/2006) | $ 220.21 | 4c |
| 587 | 6/20/2006 | Outside photocopy charges PROFESSIONAL IMAGE \(6/9/2006) | $ 95.00 | 4c |
| 588 | 6/20/2006 | Outside photocopy charges PROFESSIONAL IMAGE \(6/9/2006) | $ 92.08 | 4c |
| 589 | 6/20/2006 | Outside photocopy charges PROFESSIONAL IMAGE \(6/9/2006) | $ 3.96 | 4c |
| 590 | 2/6/2007 | Outside photocopy charges PROFESSIONAL IMAGE \(1/29/2007) | $ 138.22 | 4c |
| 591 | | | $ 1,032.22 | 4c Total |

**EXHIBIT "C"**
**Page 12 of 13**

**NA PALI HAWEO/Grande**
**COSTS**

| | A | B | C | D |
|---|---|---|---|---|
| 592 | 3/15/2006 | Outside photocopy charges CITY & COUNTY OF HONOLULU \Copy of Docs from Dept of Planning\Ck# 8506 | $ 76.00 | 4d |
| 593 | 3/17/2006 | CITY & COUNTY OF HONOLULU \Copy Plan/C&C\ Ck# 1173 | $ 53.00 | 4d |
| 594 | | | $ 129.00 | 4d Total |
| 595 | 5/12/2006 | Outside photocopy charges Reinwald O'Connor & Playdon, LLP. \Ck# | $ 175.82 | 4e |
| 596 | 6/14/2006 | Outside photocopy charges Reinwald O'Connor & Playdon, LLP. (5/24/2006) | $ 7.00 | 4e |
| 597 | | | $ 182.82 | 4e Total |
| 598 | 8/13/2004 | Outside photocopy charges TITLE GUARANTY OF HAWAII Invoice# 0430852 (07/16/04) | $ 114.00 | 4f |
| 599 | 2/14/2006 | Outside photocopy charges TITLE GUARANTY OF HAWAII \(2/9/2006) | $ 106.00 | 4f |
| 600 | 2/22/2006 | Outside photocopy charges TITLE GUARANTY OF HAWAII \(2/15/2006) | $ 33.00 | 4f |
| 601 | | | $ 253.00 | 4f Total |
| 602 | | | $ 6,829.41 | |

**EXHIBIT "C"**
**Page 13 of 13**