## NA PALI HAWEO/GRANDE
## SUMMARY OF ATTORNEY'S FEES
## BY LITIGATION PHASE

| FEE CATEGORY | | TOTAL |
|---|---|---|
| A | $ | 14,771.50 |
| B | $ | 3,376.00 |
| C | $ | 26,709.50 |
| E | $ | 72,239.50 |
| F | $ | 55,020.00 |
| G | $ | 3,460.00 |
| H | $ | 10,420.00 |
| I | $ | 38,218.50 |
| **Subtotal** | **$** | **224,215.00** |
| | | |
| COURTESY DISCOUNT | $ | (6,316.05) |
| CATEGORY "I" FEES | $ | (38,218.50) |
| | | |
| **Subtotal** | **$** | **179,680.45** |
| | | |
| Tax1 (Prior to 12/31/06, General Excise Tax = 4.166%) | $ | 6,410.16 |
| Tax2 (01/1/07 to Present, General Excise Tax = 4.712%) | $ | 3,017.12 |
| | | |
| **Grand Total** | **$** | **189,107.73** |

**EXHIBIT "D"**
**Page 1 of 3**



## FEE SUMMARY BY ATTORNEYS/PARALEGAL

| NO. | ATTORNEY | HOURLY RATE | TOTAL HOURS | TOTAL FEE |
|---|---|---|---|---|
| 1 | JOYCE NEELEY | $190.00 (rate from 2004 - 9/30/05); $205.00 (rate from 10/1/05 to present) | 9.6 | $ 1,898.00 |
| 2 | ANNE ANDERSON | $190.00 (rate from 2004 - 9/30/05); $205.00 (rate from 10/1/05 to present) | 24.6 | $ 5,043.00 |
| 3 | PHIL LAHNE | $185.00 (rate from 2004 - 9/30/05); $200.00 (rate from 10/1/05 to present) | 23.2 | $ 4,401.50 |
| 4 | LANCE FUJISAKI | $185.00 (rate from 2004 - 9/30/05); $200.00 (rate from 10/1/05 to present) | 745 | $ 146,281.00 |
| 5 | GISELA IGLESIAS | $185.00 | 28.5 | $ 5,272.50 |
| 11 | SCOTT GRIGSBY | $180.00 | 301.1 | $ 54,126.00 |
| 15 | ROBIN MILLER | $150.00 | 8.4 | $ 1,305.00 |
| 18 | SANDRA LYNCH | $150.00 | 16.6 | $ 2,035.00 |
| 19 | JANIFFER LODER | $150.00 | 4.5 | $ 720.00 |
| 20 | APRIL CADIZ | $150.00 | 1.2 | $ 180.00 |
| 21 | CHERRYLINA C. PIEDAD | $150.00 | 6.2 | $ 930.00 |
| | **PARALEGAL** | | | |
| 14 | RANDI HIGA | $75.00 (rate effective 2004 till September 30, 2005), $85.00 (rate effective October 1, | 23.8 | $ 2,023.00 |
| | **Subtotal** | | | $ 224,215.00 |
| | **COURTESY DISCOUNT** | | | $ (6,316.05) |
| | **CATEGORY "I" FEES** | | | $ (38,218.50) |
| Tax1 | Prior to 12/31/06, General Excise Tax = 4.166% | | | $ 6,410.16 |
| Tax2 | 01/1/07 to Present, General Excise Tax = 4.712 | | | $ 3,017.12 |
| | **GRAND TOTAL** | | 1192.7 | $ 189,107.73 |

| ATTORNEY | YEAR ADMITTED TO HAWAII BAR |
|---|---|
| JOYCE NEELEY | 1982 (admitted to Arizona Bar 1978 & California Bar 1981) |
| ANNE ANDERSON | 1984 (admitted to Illinois Bar 1982) |
| PHIL LAHNE | 1984 |
| LANCE FUJISAKI | 1986 |
| GISELA IGLESIAS | 1986 |
| SCOTT GRIGSBY | 1996 |
| ROBIN MILLER | 2003 |
| SANDRA LYNCH | 2006 (admitted in Territory of Guam 1993) |
| JANIFFER LODER | 2004 (admitted to New Jersey & Pennsylvania Bar 1994) |
| APRIL CADIZ | 2004 |
| CHERRYLINA C. PIEDAD | 2002 |
| **PARALEGAL** | |
| RANDI HIGA | Paralegal for over 10 years. |

**EXHIBIT "D"
Page 2 of 3**

## NA PALI HAWEO/Grande
## SUMMARY OF COSTS

| CODE | CATEGORY | AMOUNT |
|---|---|---|
| 1 | Fees of the Clerk | $353.00 |
| 2 | Fees for service of summons and subpoena | $325.00 |
| 3 | Fees of the court reporter | $659.69 |
| 4 | Fees for exemplification & copies | $0.00 |
| 4a | Photocopying (N&A) | $1,835.70 |
| 4b | Photocopying (HonBlue) | $494.07 |
| 4c | Photocopying (Professional Image) | $1,032.22 |
| 4d | Photocopying (City & County of Honolulu) | $129.00 |
| 4e | Photocopying (Reinwald O'Connor & Playdon | $182.82 |
| 4f | Photocopying (Title Guaranty of Hawaii) | $253.00 |
| 5 | Facimile Charges | $236.50 |
| 6 | Postage | $278.41 |
| 7 | Title Report | $450.00 |
|  | April Estimated Costs - copies of this motion | $ 600.00 |
|  | Subtotal | $6,829.41 |
| Tax1 | Prior to 12/31/06, General Excise Tax = 4.166% | $195.40 |
| Tax2 | 01/1/07 to Present, General Excise Tax = 4.712 | $59.56 |
|  | Grand Total | $7,084.37 |

**EXHIBIT "D"**
**Page 3 of 3**