## Jim Nishimoto
## Group 70
## Invoices

| Date | Invoice No. | Amount |
|---|---|---|
| July 25, 2006 | 06-644 | $ 3,457.62 |
| July 25, 2005 | 05-573 | $ 4,011.43 |
| June 13, 2005 | 05-482 | $ 284.37 |
| May 23, 2005 | 05-393 | $ 237.50 |
| April 22, 2005 | 05-283 | $ 5,168.93 |
|  |  |  |
|  |  | $ 13,159.85 |
|  | N&A portion of cost | 50% = $6,579.92 |

**EXHIBIT "E"**
**Page 1 of 11**

GROUP 70

July 25, 2006

Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813

Attn: Mr. Lance Fujisaki

RECEIVED
JUL 27 2006

Project: Na Pali Haweo Expert Witness

APN: 25006-11
INVOICE 06-644

For Professional Services Rendered Through: May 1 to July 7, 2006

**Scope of Services:**
1. Meetings with Lance Fujisaki and Scott Grigsby to respond to Defendants counter claim.

| Category | Hours | x | Rate | Amount |
|---|---|---|---|---|
| Jim Nishimoto | 17.60 | | $175.00 | $3,080.00 |
| Admin/Clerical | 3.55 | | 65.00 | 230.75 |

| | |
|---|---|
| Professional Fees | $3,310.75 |
| Reimbursables | 8.59 |
| Subtotal | $3,319.34 |
| G.E. TAX (4.166%) | 138.28 |
| DUE THIS INVOICE | $3,457.62 |

| BILLING TO DATE | Prior | Current | Total |
|---|---|---|---|
| GROUP 70 FEE | $5,468.00 | $3,310.75 | $8,778.75 |
| CONSULTANTS | 3,833.00 | 0.00 | 3,833.00 |
| REIMB EXPENSES | 13.20 | 8.59 | 21.79 |
| SALES TAX | 388.02 | 138.28 | 526.30 |
| TOTALS | $9,702.22 | $3,457.62 | $13,159.84 |
| PAYMENTS | | | 9,702.22 |
| BALANCE ON ACCOUNT | | | $3,457.62 |

TERMS: NET 30 DAYS. SERVICE CHARGE OF 1% PER MONTH WILL BE APPLIED ON ALL ACCOUNTS OVER 30 DAYS.

Group 70 International, Inc. • Architecture • Planning • Interior Design • Building Diagnostics • Assets Management • Environmental Services
925 Bethel Street, 5th Floor • Honolulu, Hawaii 96813-4307 • Ph (808) 523-5866 • Fax (808) 523-5271 • www.group70int.com • mail@group70int.com

**EXHIBIT "E"**
**Page 2 of 11**

Na Pali Haweo Expert Witness
APN: 25006-11
July 25, 2006
Page 2

SUBJECT:        Reimbursable Expenses Through:                                July 7, 2006

| EXPENSES INCURRED | CURRENT AMOUNT | Y.T.D. AMOUNT |
|---|---|---|
| Blueprint/Reproductions | $0.00 | $13.20 |
| Photocopies | 0.00 | 0.00 |
| Long Distance Telephone Calls | 0.00 | 0.00 |
| Postage and/or Air Freight | 0.00 | 0.00 |
| Delivery | 8.59 | 8.59 |
| Film Processing | 0.00 | 0.00 |
| Travel Expenses | 0.00 | 0.00 |
| Miscellaneous | 0.00 | 0.00 |
| SUBTOTALS | $8.59 | $21.79 |
| CONSULTANT'S REIMBURSABLES | 0.00 | 0.00 |
| CURRENT AMOUNT DUE | $8.59 | |
| YEAR-TO-DATE EXPENSES | | $21.79 |

Group 70 International, Inc. • Architecture • Planning • Interior Design • Building Diagnostics • Assets Management • Environmental Services
925 Bethel Street, 5th Floor • Honolulu, Hawaii 96813-4307 • Ph (808) 523-5866 • Fax (808) 523-5874 • www.group70int.com • mail@group70int.com

July 25, 2005

Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813

Attn: Mr. Lance Fujisaki

Project: Na Pali Haweo Expert Witness

APN: 25006-11
INVOICE 05-573

For Professional Services Rendered Through: May 28 - July 1, 2005

**Scope of Services:**
1. Coordination of final sketches.

| Category | Hours | x | Rate | Amount |
|---|---|---|---|---|
| Admin/Clerical | 0.30 | | $60.00 | $18.00 |

| | |
|---|---:|
| Professional Fees | $18.00 |
| Consultant - Control Point Surveying, Inc. | 3,833.00 |
| Reimbursables | 0.00 |
| Subtotal | $3,851.00 |
| G.E. TAX (4.166%) | 160.43 |
| DUE THIS INVOICE | $4,011.43 |

| BILLING TO DATE | Prior | Current | Total |
|---|---|---|---|
| GROUP 70 FEE | $5,450.00 | $18.00 | $5,468.00 |
| CONSULTANTS | 0.00 | 3,833.00 | 3,833.00 |
| REIMB EXPENSES | 13.20 | 0.00 | 13.20 |
| SALES TAX | 227.60 | 160.43 | 388.03 |
| TOTALS | $5,690.80 | $4,011.43 | $9,702.23 |
| PAYMENTS | | | 2,703.21 |
| BALANCE ON ACCOUNT | | | $6,999.02 |

TERMS: NET 30 DAYS. SERVICE CHARGE OF 1% PER MONTH WILL BE APPLIED ON ALL ACCOUNTS OVER 30 DAYS.

Group 70 International, Inc • Architecture • Planning • Interior Design • Building Diagnostics • Assets Management • Environmental Services
925 Bethel Street 5th Floor • Honolulu, Hawaii 96813-4307 • Ph (808) 523-5866 • Fax (808) 523-5874 • www.group70int.com • mail@group70int.com

**EXHIBIT "E"**
**Page 4 of 11**

Na Pali Haweo Expert Witness
APN: 25006-11
July 25, 2005
Page 2

SUBJECT:        Reimbursable Expenses Through:                    July 1, 2005

| EXPENSES INCURRED | CURRENT AMOUNT | Y.T.D. AMOUNT |
|---|---|---|
| Blueprint/Reproductions | $0.00 | $13.20 |
| Photocopies | 0.00 | 0.00 |
| Long Distance Telephone Calls | 0.00 | 0.00 |
| Postage and/or Air Freight | 0.00 | 0.00 |
| Delivery | 0.00 | 0.00 |
| Film Processing | 0.00 | 0.00 |
| Travel Expenses | 0.00 | 0.00 |
| Miscellaneous | 0.00 | 0.00 |
| SUBTOTALS | $0.00 | $13.20 |
| CONSULTANT'S REIMBURSABLES | 0.00 | 0.00 |
| CURRENT AMOUNT DUE | $0.00 | |
| YEAR-TO-DATE EXPENSES | | $13.20 |

Group 70 International Inc. • Architecture • Planning • Interior Design • Building Diagnostics • Assets Management • Environmental Services
925 Bethel Street, 5th Floor • Honolulu, Hawaii 96813-4307 • Ph (808) 523-5866 • Fax (808) 523-5874 • www.group70int.com • mail@group70int.com

**EXHIBIT "E"**
**Page 5 of 11**

JUN 1 5 2005

**GROUP 70**
INTERNATIONAL

June 13, 2005

Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813

Attn: Mr. Lance Fujisaki

Project: Na Pali Haweo Expert Witness

APN: 25006-11
INVOICE 05-482

For Professional Services Rendered Through: May 7 - May 27, 2005

**Scope of Services:**
1. Modifications/Changes to the report of findings to include drawings.

| Category | Hours | x | Rate | Amount |
|---|---|---|---|---|
| Jim Nishimoto | 1.20 | | $175.00 | $210.00 |
| Architect (CU) | 0.50 | | 90.00 | 45.00 |
| Admin/Clerical | 0.30 | | 60.00 | 18.00 |

| | |
|---|---|
| Professional Fees | $273.00 |
| Reimbursables | 0.00 |
| Subtotal | $273.00 |
| G.E. TAX (4.166%) | 11.37 |
| DUE THIS INVOICE | $284.37 |

| BILLING TO DATE | Prior | Current | Total |
|---|---|---|---|
| GROUP 70 FEE | $5,177.00 | $273.00 | $5,450.00 |
| CONSULTANTS | 0.00 | 0.00 | 0.00 |
| REIMB EXPENSES | 13.20 | 0.00 | 13.20 |
| SALES TAX | 216.23 | 11.37 | 227.60 |
| TOTALS | $5,406.43 | $284.37 | $5,690.80 |
| PAYMENTS | | | 2,584.46 |
| BALANCE ON ACCOUNT | | | $3,106.34 |

TERMS: NET 30 DAYS. SERVICE CHARGE OF 1% PER MONTH WILL BE APPLIED
ON ALL ACCOUNTS OVER 30 DAYS.

Group 70 International, Inc. • Architecture • Planning • Interior Design • Building Diagnostics • Assets Management • Environmental Services
925 Bethel Street, 5th Floor • Honolulu Hawaii 96813-4307 • Ph (808) 523-5866 • Fax (808) 523-5874 • www.group70int.com • mail@group70int.com

**EXHIBIT "E"
Page 6 of 11**

Na Pali Haweo Expert Witness
APN: 25006-11
June 13, 2005
Page 2

SUBJECT:     Reimbursable Expenses Through:                              May 27, 2005

| EXPENSES INCURRED | CURRENT AMOUNT | Y.T.D. AMOUNT |
|---|---|---|
| Blueprint/Reproductions | $0.00 | $13.20 |
| Photocopies | 0.00 | 0.00 |
| Long Distance Telephone Calls | 0.00 | 0.00 |
| Postage and/or Air Freight | 0.00 | 0.00 |
| Delivery | 0.00 | 0.00 |
| Film Processing | 0.00 | 0.00 |
| Travel Expenses | 0.00 | 0.00 |
| Miscellaneous | 0.00 | 0.00 |
| SUBTOTALS | $0.00 | $13.20 |
| CONSULTANT'S REIMBURSABLES | 0.00 | 0.00 |
| CURRENT AMOUNT DUE | $0.00 | |
| YEAR-TO-DATE EXPENSES | | $13.20 |

Group 70 International Inc • Architecture • Planning • Interior Design • Building Diagnostics • Assets Management • Environmental Services
925 Bethel Street, 5th Floor • Honolulu, Hawaii 96813-4307 • Ph (808) 523-5866 • Fax (808) 523-5874 • www.group70int.com • mail@group70int.com

**EXHIBIT "E"**
**Page 7 of 11**

MAY 2 5 2005

May 23, 2005

Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813

Attn: Mr. Lance Fujisaki

GROUP 70
INTERNATIONAL

Project: Na Pali Haweo Expert Witness

APN: 25006-11
INVOICE 05-393

For Professional Services Rendered Through:   April 9 - May 6, 2005

**Scope of Services:**
1. Modifications/Changes to the report of findings to include drawings.

| Category | Hours | x | Rate | Amount | |
|---|---|---|---|---|---|
| Jim Nishimoto | 1.20 | | $175.00 | $210.00 | |
| Admin/Clerical | 0.30 | | 60.00 | 18.00 | |
| Professional Fees | | | | | $228.00 |
| Reimbursables | | | | | 0.00 |
| Subtotal | | | | | $228.00 |
| G.E. TAX (4.166%) | | | | | 9.50 |
| DUE THIS INVOICE | | | | | $237.50 |

| BILLING TO DATE | Prior | Current | Total |
|---|---|---|---|
| GROUP 70 FEE | $4,949.00 | $228.00 | $5,177.00 |
| CONSULTANTS | 0.00 | 0.00 | 0.00 |
| REIMB EXPENSES | 13.20 | 0.00 | 13.20 |
| SALES TAX | 206.73 | 9.50 | 216.23 |
| TOTALS | $5,168.93 | $237.50 | $5,406.43 |
| PAYMENTS | | | 2,584.46 |
| BALANCE ON ACCOUNT | | | $2,821.97 |

TERMS: NET 30 DAYS. SERVICE CHARGE OF 1% PER MONTH WILL BE APPLIED ON ALL ACCOUNTS OVER 30 DAYS.

Group 70 International, Inc • Architecture • Planning • Interior Design • Building Diagnostics • Assets Management • Environmental Services
925 Bethel Street, 5th Floor • Honolulu Hawaii 96813-4307 • Ph (808) 523-5866 • Fax (808) 523-5874 • www.group70int.com • mar@group70int.com

Na Pali Haweo Expert Witness
APN: 25006-11
May 23, 2005
Page 2

SUBJECT:     Reimbursable Expenses Through:                    May 6, 2005

| EXPENSES INCURRED | CURRENT AMOUNT | Y.T.D. AMOUNT |
|---|---|---|
| Blueprint/Reproductions | $0.00 | $13.20 |
| Photocopies | 0.00 | 0.00 |
| Long Distance Telephone Calls | 0.00 | 0.00 |
| Postage and/or Air Freight | 0.00 | 0.00 |
| Delivery | 0.00 | 0.00 |
| Film Processing | 0.00 | 0.00 |
| Travel Expenses | 0.00 | 0.00 |
| Miscellaneous | 0.00 | 0.00 |
| SUBTOTALS | $0.00 | $13.20 |
| CONSULTANT'S REIMBURSABLES | 0.00 | 0.00 |
| CURRENT AMOUNT DUE | $0.00 | |
| YEAR-TO-DATE EXPENSES | | $13.20 |

Group 70 International, Inc • Architecture • Planning • Interior Design • Building Diagnostics • Assets Management • Environmental Services
925 Bethel Street, 5th Floor • Honolulu, Hawaii 96813-4307 • Ph (808) 523-5866 • Fax (808) 523-5874 • www.group70int.com • mail@group70int.com

**EXHIBIT "E"**
**Page 9 of 11**



April 22, 2005

Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813

Attn: Mr. Lance Fujisaki

Project: Na Pali Haweo Expert Witness

APN: 25006-11
INVOICE 05-283

For Professional Services Rendered Through: April 8, 2005

**Scope of Services:**
1. Site survey of Grandy residence and property.
2. Formulation of the formal report of findings.
3. Modifications/Changes to the report.
4. Meetings with Lance Fujisaki and John Zalewski.

| Category | Hours | x | Rate | Amount | |
|---|---|---|---|---|---|
| Jim Nishimoto | 20.60 | | $175.00 | $3,605.00 | |
| Architect (CU) | 12.00 | | 90.00 | 1,080.00 | |
| Admin/Clerical | 4.40 | | 60.00 | 264.00 | |
| Professional Fees | | | | | $4,949.00 |
| Reimbursables | | | | | 13.20 |
| Subtotal | | | | | $4,962.20 |
| G.E. TAX (4.166%) | | | | | 206.73 |
| DUE THIS INVOICE | | | | | $5,168.93 |

| BILLING TO DATE | Prior | Current | Total |
|---|---|---|---|
| GROUP 70 FEE | $0.00 | $4,949.00 | $4,949.00 |
| CONSULTANTS | 0.00 | 0.00 | 0.00 |
| REIMB EXPENSES | 0.00 | 13.20 | 13.20 |
| SALES TAX | 0.00 | 206.73 | 206.73 |
| TOTALS | $0.00 | $5,168.93 | $5,168.93 |
| PAYMENTS | | | 0.00 |
| BALANCE ON ACCOUNT | | | $5,168.93 |

TERMS: NET 30 DAYS. SERVICE CHARGE OF 1% PER MONTH WILL BE APPLIED ON ALL ACCOUNTS OVER 30 DAYS.

Group 70 International, Inc. • Architecture • Planning • Interior Design • Building Diagnostics • Assets Management • Environmental Services
925 Bethel Street, 5th Floor • Honolulu, Hawaii 96813-4307 • PH (808) 523-5866 • fax (808) 523-5874 • www.group70int.com • mail@group70int.com

**EXHIBIT "E"**
**Page 10 of 11**

Na Pali Haweo Expert Witness
APN: 25006-11
April 22, 2005
Page 2

SUBJECT: Reimbursable Expenses Through: April 8, 2005

| EXPENSES INCURRED | CURRENT AMOUNT | Y.T.D. AMOUNT |
|---|---|---|
| Blueprint/Reproductions | $13.20 | $13.20 |
| Photocopies | 0.00 | 0.00 |
| Long Distance Telephone Calls | 0.00 | 0.00 |
| Postage and/or Air Freight | 0.00 | 0.00 |
| Delivery | 0.00 | 0.00 |
| Film Processing | 0.00 | 0.00 |
| Travel Expenses | 0.00 | 0.00 |
| Miscellaneous | 0.00 | 0.00 |
| SUBTOTALS | $13.20 | $13.20 |
| CONSULTANT'S REIMBURSABLES | 0.00 | 0.00 |
| CURRENT AMOUNT DUE | $13.20 | |
| YEAR-TO-DATE EXPENSES | | $13.20 |

Group 70 International, Inc. • Architecture • Planning • Interior Design • Building Diagnostics • Assets Management • Environmental Services
925 Bethel Street, 5th Floor • Honolulu, Hawaii 96813-4307 • Ph (808) 523-5866 • Fax (808) 523-5874 • www.group70int.com • mail@group70int.com

**EXHIBIT "E"**
**Page 11 of 11**