

Listing Of Violations – Grande Residence
01 April 2005

Na Pali Haweo Community Association v. Grande, et al
CV 04-00413 DAE LEK (U.S. District Court)

Note: The following are violations of the Na Pali Haweo Community Association Design Guidelines and/or the approved drawings submitted as part of the Design Review Submittal Process.

1. Building encroachment of 3-1/2 inches into the required twenty feet front setback at left building appendage. (Reference Site Survey plan drawing, Attachment No. 1)

2. Building encroachment within a front setback building envelope for a setback of one foot for every two feet of additional height over twenty feet. (Reference elevation drawing, Attachment No. 2)

3. Two skylights on the north roof slope are bubble type with white frost, plastic lens, and natural aluminum curbs. (Reference photograph, Attachment No. 3)

4. Air conditioning equipment is exposed at the rear yard, with no fence or earth embankment screening. (Reference photograph, Attachment No. 4)

5. Roof exhaust vents (two) are natural aluminum finish instead of a color matching the roof material and are visible from the street. (Reference photographs, Attachment No. 3)

6. Sliding garage gate is missing leaving a double wall receptor exposed. (Reference photograph, Attachment No. 5)

7. Front entry light fixtures on the entry column bases have exposed bulbs. (Reference photograph, Attachment No. 6)

8. Portions of the garden wall at the front property line exceed the height indicated on the approved drawings and as permitted by the Design Guidelines. (Reference photographs and Site Survey drawing, Attachment No. 7)

9. Exterior fenestrations have been modified from the approved/submitted drawings:

   a. Front Elevation (Reference photograph & submitted drawing, Attachment No. 8):

      1) Roof eyebrow above the garage is missing.
      2) Garage wall opening is squared-off at the top corners vs. an arch.
      3) The arched clerestory window above the entry door has been deleted and substituted with a decorative window.
      4) The windows at the living room are lower than the submitted drawings.

**EXHIBIT "G"**
**Page 1 of 3**

Listing of Violations - Grande Residence
01 April 2005
Page 2 of 2

5) Planters indicated on the submitted drawings located on the side of the front entry balcony are missing. Further, the locations of the adjacent metal railings are inconsistent between elevation and plan.

6) The roof over the entry and the roof over the master bedroom are not separate and distinct elements as shown in the submitted drawings.

b. Right (South) Elevation (Reference photograph & submitted drawing, Attachment No. 9 & 11):

1) The back corner has been moved out to align with the living room exterior wall causing a change in the building square footage. This resultant plan change has also affected the roofline, resulting in a higher ridgeline and a less variegated elevation.
2) Windows at the back corner are smaller than the submitted drawings.
3) The windows at the living room are lower than the submitted drawings.
4) The decorative panel indicated on the submitted drawings has been deleted.

c. Left (North) Elevation (Reference photograph & submitted drawing, Attachment No. 10):

1) Exterior windows at the second floor Master Bedroom have been revised.
2) The metal railing at the balcony corner has been deleted and a solid railing wall constructed in place.

10. The enclosed storage space within the garage, as required by the Design Guidelines and as indicated on the approved drawings, is not provided. (Reference photographs and submitted drawing, Attachment No. 12 & 13)

11. The concrete pad at the trash area as noted in the approved submitted drawings is missing as noted by landscape architect Mike Miyabara. (Reference plan, Attachment No. 14)

Submitted by:

*[signature]*

James I. Nishimoto, AIA
President/Chief Operating Officer

Enclosure: Attachments No. 1 - 14

**EXHIBIT "G"**
**Page 2 of 3**

THE REMAINDER OF THE
GROUP 70 INTERNATIONAL, INC.
REPORT HAS BEEN OMITTED

SEE EXHIBIT "Q" ATTACHED TO
NPH'S MOTION FOR SUMMARY JUDGMENT AND
PERMANENT INJUNCTION FILED JANUARY 25, 2008

**EXHIBIT "G"**
**Page 3 of 3**