## GRANDE - LOT 2A-49 - CHARGES BY ARC MEMBERS

| Mike Miyabara | Inv. Date | Billed | currently $140 per hour |
|---|---|---|---|
| *ARC L/S Architect* | | | |
| | | $ - | |
| | | $ - | |
| | Oct-07 | $ 70.00 | .5 hrs LS review / |
| | Feb-07 | $ 70.00 | .5 hrs LS review / |
| | Nov-06 | $ 70.00 | .5 hrs LS review / |
| | Aug-06 | $ 70.00 | .5 hrs LS review / |
| | Jul-06 | $ 70.00 | .5 hrs LS review / |
| | Jun-06 | $ 70.00 | .5 hrs LS review / |
| | Jul-05 | $ 70.00 | ARC review charges |
| | Jan-04 | $ 67.50 | ARC consult/correspondence |
| | Nov-03 | $ 135.00 | ARC review/consult |

| Ron Awa | Inv. Date | Billed | currently $140 per hour plus GET |
|---|---|---|---|
| *ARC Chairman* | | | |
| | Jan-08 | $ 146.60 | 1 hrs doc review w/attys |
| | Dec-07 | $ 73.30 | .5 hrs plan consultation w/atty |
| | Oct-07 | $ 366.49 | 1.5 hrs plan review; 1 hr atty consultation |
| | Sep-07 | $ 146.60 | 1 hr atty consultation/response |
| | Aug-07 | $ 146.60 | atty consultations, submittal review/response |
| | Jul-07 | $ 293.19 | Review SJ 6/28/07 ltr Grandes |
| | Jul-07 | $ 366.49 | mtg w/Lfujisaki; Brandt vs Grande |
| | Mar-07 | $ - | |
| | Feb-07 | $ 879.58 | Feb-07 submittal review - as-builts, proposed plan |
| | Nov-06 | $ 291.66 | 11/21 plan review / 11/22 telcon w/attorney |
| | Oct-06 | $ 145.83 | revw LF matrix, rvw Jnishimoto docs |
| | Aug-06 | $ 72.92 | telecom w/L. Fujisaki |
| | Jul-06 | $ - | 5 hours no charge - reviews/responses, atty consultations |
| | May-06 | $ 947.91 | 6.5 hours for revised plan review |
| | Apr-06 | $ 218.75 | 1.5 hours for revised plan review |
| | Mar-06 | $ - | .75 hours no charge - conf call w/attorneys |
| | Dec-05 | $ 656.25 | 4.5 hours reviews meetings calls |
| | Aug-05 | $ 109.37 | .75 hours - conf call w/attorneys |
| | Jul-05 | $ 728.05 | revised plan review/decisions, BOD plan copy, attorney te |
| | Jun-05 | $ - | 2 hours no charge - consultation w/attorneys ✱ |
| | May-05 | $ - | .75 hours no charge - conf call w/attorneys |
| | Mar-05 | $ 145.83 | BOD meeting |
| | Mar-05 | $ - | 3 hours no charge - inspection, consultation w/attorneys ✱ |
| | Feb-05 | $ 35.34 | Blue Print Co plans |
| | Jan-05 | $ 281.25 | meeting , plan review |
| | Nov-04 | $ 1,124.99 | atorneys, meetings, inspection, reports |
| | Aug-04 | $ 210.93 | Board meeting |
| | Jul-04 | $ 351.56 | inspection/attorney consult |
| | Jun-04 | $ 281.25 | meeting w/attorney |
| | Mar-04 | $ 70.31 | ARC review |
| | Jan-04 | $ 140.62 | ARC consult/correspondence |
| | Dec-03 | $ 105.47 | ARC research/decision |
| | Nov-03 | $ 210.94 | Grande consultation |

|        |    |        |                  |
|--------|----|--------|------------------|
| Oct-03 | $  | 70.31  | Site visit/inspect |
| Sep-03 | $  | 281.25 | site inspection  |
| **TOTAL*** |  | **$ 9,592.14** |          |

\* $1,677.07 Not Charged for Work Done by Ron Awa

**EXHIBIT "H"**
**Page 2 of 2**