

**CONTROLPOINT** Surveying, Inc.

February 18, 2005

Fee Proposal

Group 70 International Inc.
925 Bethel Street, 5th Floor
Honolulu, Hawaii 96813
*Via Email: jnishimoto@group70int.com*

Attention: Mr. Jim Nishimoto

Subject: 1251 KAMEHAME DRIVE - NA PALI HAWEO
Survey Services
TMK: (1) 3-9-107: 039

Dear Jim:

We are pleased to offer our fee proposal for the above mentioned project:

1. Coordination & Data Collection

2. Horizontal & Vertical Controls

3. Location & Elevation Survey

3. Boundary Location

5. Computation and Mapping

            TOTAL FEE (tax included).... $ 3,833.00

NOTES:  1. Location and elevation survey of existing building, ground and wall.
      2. This fee proposal does not include services associated with court appearances and preparation.

If this proposal is acceptable, please sign on the space provided below and return a copy to us. Should you have any questions or require additional information, please do not hesitate to call me at 591-2022, Ext. 110.

ACCEPTED BY:            Very truly yours,

_____
Signature

                      Ed Y. H. Yeh - PRESIDENT

_____
Print

                      *1755-1251KamehameDrive.xls*

_____
Title and Date

Oahu: 1150 South King Street, Suite 102
Honolulu, Hawaii 96814
Ph. (808) 591-2022 / Fax (808) 591-8333

Maui: 1129 Lower Main Street, Suite 102
Wailuku, Hawaii 96793
Ph. & Fax (808) 242-9641

**EXHIBIT "I"**
**Page 1 of 1**