Na Pali Haweo Community Association

Page: 3
04/10/2005
Account No: 2737-00024M
Invoice No:        13

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | | |
|---|---|---|
| 03/01/05 | Outside photocopy charges HONBLUE Invoice# 689081 (01/19/05) | 181.12 |
| 03/08/05 | WESTLAW Invoice# 808271009 (01/31/05) | 150.75 |
| 03/29/05 | Outside photocopy charges PROFESSIONAL IMAGE Invoice# Q-570639 (03/23/05) | 135.47 |
| | Total Costs Advanced | 467.34 |
| | Total Current Fees and Costs | 2,673.19 |
| | Previous Balance | $4,046.04 |
| 04/11/05 | Payment - Thank you | -7.81 |
| 04/11/05 | Payment - Thank you | -93.44 |
| 04/11/05 | Payment - Thank you | -3,083.31 |
| | Payment Received | -3,184.56 |
| | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $3,534.67 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

**EXHIBIT "J"**
**Page 37 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Management Company
711 Kapiolani Blvd., Ste 700
Honolulu, HI 96813

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

Page: 1
05/10/2005

Account No: 2737-00024M
Invoice No:        14

| | | | Hours |
|---|---|---|---|
| 04/01/05 | LSF | Draft memo to Steve Jacobson re revised list of deficiencies | 0.40 |
| | LSF | Final review of list of violations | 0.30 |
| | LSF | Telephone conference with Ron Awa (MASKED OVER) | 0.20 |
| 04/04/05 | LSF | Draft confidential settlement conference statement | 0.80 |
| 04/05/05 | LSF | Review report from Brandt Homes re list of deficiencies | 0.70 |
| 04/06/05 | LSF | Draft settlement conference statement | 0.90 |
| | LSF | Draft memo to Steve Jacobson re late submission of response to list of deficiencies | 0.40 |
| 04/07/05 | LSF | Review and analyze letter from Grandes responding to NPH's list of deficiencies | 1.00 |
| 04/08/05 | LSF | Telephone conference with Russell Madamba of State Farm | 0.20 |
| | LSF | Telephone conference with John Zalewski, Ron Awa and Jim Nishimoto re Grandes' response to Association's list of deficiencies | 0.90 |
| 04/09/05 | JYN | Draft, review and revise settlement agreement. | 0.40 |
| 04/18/05 | JYN | Draft, review and revise and finalize letter for court. | 0.30 |
| 04/25/05 | LSF | Draft memo to Ken Whitten (MASKED OVER) telephone conference with Ken (MASKED OVER) | 0.20 |
| | LSF | Prepare for and attend meeting with Board (MASKED OVER) (MASKED OVER) | 1.50 |
| | LSF | (NO CHARGE) Review attorneys' fees and costs incurred | 0.50 |
| | LSF | (NO CHARGE) Draft letter to Judge enclosing updated letter | 0.40 |
| | LSF | Prepare comparison of positions taken by Grandes, Brandt Homes and Association for use in settlement conference; analyze arguments raised | |

**EXHIBIT "J"**
**Page 38 of 139**

Na Pali Haweo Community Association

Page: 2
05/10/2005
Account No: 2737-00024M
Invoice No:        14

Re: *Lot 2A-49  (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
|  | by Grandes | 1.50 |  |
|  | LSF Telephone conference with Jim Nishimoto's office re Grandes' claims | 0.20 |  |
|  | LSF Telephone conference with John Zalewski re (MASKED OVER) (MASKED OVER) | 0.10 |  |
| 04/27/05 | LSF Review invoice from Group 70; contact John Zalewski re (MASKED OVER) | 0.20 |  |
|  | Current Fees | 11.10 | 1,890.50 |
|  | Sales Tax on Fees |  | 78.76 |

| 04/01/05 | Photocopying | 1.35 |
|---|---|---|
| 04/01/05 | Postage | 0.74 |
| 04/19/05 | Photocopying | 11.25 |
| 04/25/05 | Postage | 0.37 |
| 04/25/05 | Photocopying | 1.80 |
| 04/27/05 | Facsimile | 1.50 |
| 04/28/05 | Postage | 0.37 |
| 04/28/05 | Photocopying | 0.90 |
|  | Total Expenses | 18.28 |
|  | Sales Tax on Expenses | 0.76 |

| 04/26/05 | Outside photocopy charges PROFESSIONAL IMAGE Invoice# Q-571153 (04/18/05) | 13.85 |
|---|---|---|
| 04/27/05 | Parking petty cash | 2.00 |
|  | Total Costs Advanced | 15.85 |
|  | Total Current Fees and Costs | 2,004.15 |
|  | Previous Balance | $3,534.67 |

| 05/16/05 | Payment - Thank you | -2,179.67 |
|---|---|---|
| 05/16/05 | Payment - Thank you | -26.18 |
| 05/16/05 | Payment - Thank you | -467.34 |
|  | Payment Received | -2,673.19 |
|  | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $2,865.63 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

**EXHIBIT "J"**
**Page 39 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Page: 1
06/10/2005

Na Pali Haweo Community Association
Hawaiiana Management Company
711 Kapiolani Blvd., Ste 700
Honolulu, HI 96813

Account No: 2737-00024M
Invoice No:        15

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | | Hours |
|---|---|---|
| 05/04/05 LSF | Draft memo to client (MASKED OVER) | |
| | (MASKED OVER) | 0.40 |
| LSF | Office conference with Jim Nishimoto in preparation for settlement conference | 1.00 |
| LSF | Prepare for settlement conference | 0.50 |
| LSF | Prepare matrix summarizing positions of various parties | 1.70 |
| 05/05/05 LSF | Prepare for and attend settlement conference before Judge Kobayashi | 2.80 |
| LSF | Report to client results of settlement conference | 0.20 |
| 05/09/05 LSF | Prepare for and attend telephone conference with Ron Awa and John Zalewski | 0.80 |
| 05/10/05 LSF | Draft status report | 0.30 |
| 05/11/05 LSF | Draft status report to client (MASKED OVER) (MASKED OVER) | 0.80 |
| LSF | Draft memo to John Zalewski re (MASKED OVER) | 0.10 |
| LSF | Telephone conference with Jim Nishimoto re schematic drawing | 0.10 |
| 05/12/05 LSF | Draft memo to client (MASKED OVER) (MASKED OVER) | 0.70 |
| 05/14/05 LSF | (NO CHARGE) Attend Annual Meeting; prepare comments for meeting re litigation | 2.00 |
| 05/16/05 LSF | Review and analyze Jim Nishimoto's drawings and Ron Awa's comments | 0.30 |
| LSF | Draft memo to client (MASKED OVER) | 0.20 |
| 05/17/05 LSF | Telephone conference with Jim Nishimoto | 0.20 |
| LSF | Telephone conference with Ron Awa and John Zalewski | 0.20 |
| 05/18/05 LSF | Telephone conference with Jim Nishimoto's office re schematic drawing | |
| LSF | Draft memo to Board (MASKED OVER) | |

**EXHIBIT "J"**
**Page 40 of 139**

Na Pali Haweo Community Association

Page: 2
06/10/2005
Account No: 2737-00024M
Invoice No:              15

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | | Hours | |
|---|---|---|---|
| | (MASKED OVER) | 0.30 | |
| 05/19/05 LSF | Telephone conference with John Zalewski re | | |
| | (MASKED OVER) | 0.20 | |
| LSF | Telephone conference with Jeff Kloetzel (MASKED OVER) | | |
| | (MASKED OVER) | 0.20 | |
| LSF | Draft memo to Board      (MASKED OVER) | | |
| | (MASKED OVER) | 0.50 | |
| | Current Fees | 13.70 | 2,164.50 |
| | Sales Tax on Fees | | 90.17 |

| | | |
|---|---|---|
| 05/03/05 | Postage | 2.58 |
| 05/03/05 | Photocopying | 7.05 |
| 05/03/05 | Photocopying | 14.55 |
| 05/05/05 | Photocopying | 18.00 |
| 05/19/05 | Postage | 2.59 |
| 05/19/05 | Photocopying | 3.15 |
| 05/19/05 | Photocopying | 0.45 |
| 05/19/05 | Facsimile | 2.00 |
| 05/19/05 | Facsimile | 2.00 |
| 05/19/05 | Facsimile | 2.00 |
| 05/19/05 | Facsimile | 2.00 |
| 05/24/05 | Postage | 0.60 |
| 05/24/05 | Photocopying | 1.05 |
| | Total Expenses | 58.02 |
| | Sales Tax on Expenses | 2.42 |

| | | |
|---|---|---|
| 05/10/05 | Delivery charges Invoice# 5680 (05/01/05) | 7.81 |
| | Total Costs Advanced | 7.81 |
| | Total Current Fees and Costs | 2,322.92 |
| | Previous Balance | $2,865.63 |
| | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $5,188.55 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

**EXHIBIT "J"**
**Page 41 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Management Company
711 Kapiolani Blvd., Ste 700
Honolulu, HI 96813

Page: 1
07/10/2005
Account No: 2737-00024M
Invoice No:        16

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| 06/02/05 LSF Telephone conference with Ken Whitten (MASKED OVER) | | 0.20 | |
| 06/08/05 LSF Review e-mail request from S. Jacobson; draft reply | | 0.40 | |
| 06/21/05 LSF Draft e-mail memo to Steve Jacobson | | 0.20 | |
| LSF Draft communications to client | | 0.20 | |
| 06/22/05 CCP Receipt and review Grande's Ex Parte Motion for one-month extension of time to have proposed drawings prepared. Discuss issue with LSF. Look up pertinent court rules regarding deadline to oppose said ex parte motion. Draft memorandum in opposition to the ex parte motion. | | 1.00 | |
| 06/23/05 CCP Prepare and submit draft of memorandum in opposition to Grande's ex parte motion. | | 1.00 | |
| 06/27/05 CCP In preparation for memorandum in opposition to Grande's ex parte motion for extension of time. Look in pleading files for filed documents where Grande's made representations regarding architect's ill health. | | 0.50 | |
| 06/28/05 CCP (NO CHARGE) Revised memorandum in opposition to Grande's ex parte motion for extension of time. | | 1.80 | / |
| LSF Review order re motion to extend time | | 0.20 | |
| Current Fees | | 5.50 | 597.00 |
| Sales Tax on Fees | | | 24.87 |

| 06/08/05 | Postage | 0.37 |
|---|---|---|
| 06/08/05 | Photocopying | 0.90 |
| 06/08/05 | Facsimile | 1.50 |
| 06/16/05 | Postage | 0.37 |
| 06/16/05 | Photocopying | 0.90 |
| 06/16/05 | Facsimile | 1.50 |
| 06/22/05 | Postage | 1.57 |
| 06/22/05 | Photocopying | |
| 06/22/05 | Photocopying | 3.60 |

**EXHIBIT "J"**
**Page 42 of 139**

Na Pali Haweo Commun     Association

Page: 2
07/10/2005
Account No: 2737-00024M
Invoice No:          16

Re: *Lot 2A-49  (GRANDE, Anthony & Narindar)
Covenant Violation

| | |
|---|---:|
| Total Expenses | 12.66 |
| Sales Tax on Expenses | 0.53 |
| Total Current Fees and Costs | 635.06 |
| Previous Balance | $5,188.55 |

| | | |
|---|---|---:|
| 07/18/05 | Payment - Thank you | -2,254.67 |
| 07/18/05 | Payment - Thank you | -60.44 |
| 07/18/05 | Payment - Thank you | -7.81 |
| | Payment Received | -2,322.92 |
| | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $3,500.69 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

**EXHIBIT "J"**
**Page 43 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Management Company
711 Kapiolani Blvd., Ste 700
Honolulu,  HI  96813

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

Page: 1
08/10/2005
Account No: 2737-00024M
Invoice No:          17

| | Hours |
|---|---|
| 07/02/05 LSF Draft memo to John Zalewski re (MASKED OVER) (MASKED OVER) | 0.30 |
| 07/05/05 LSF Draft memo to client (MASKED OVER) (MASKED OVER) | 0.30 |
| 07/06/05 LSF Communicate with client (MASKED OVER) (MASKED OVER) | 0.30 |
| 07/07/05 LSF Communicate with court re status conference | 0.50 |
| 07/08/05 LSF Telephone conference with Jeff Kloetzel | 0.20 |
| 07/11/05 LSF Prepare for and attend status conference at court; review notes and deadlines from previous status conference and Grandes' motion to extend time | 1.50 |
| 07/12/05 LSF Draft memo to client | 0.50 |
| 07/15/05 LSF Draft memo to client (MASKED OVER) (MASKED OVER) | 0.20 |
| 07/20/05 LSF Review plans submitted by Grandes | 0.50 |
| 07/22/05 LSF Draft memo to John Zalewski re (MASKED OVER) (MASKED OVER) | 0.40 |
| 07/26/05 LSF Telephone conference with Ron Awa and John Zalewski (MASKED OVER) ; review plans | 0.70 |
| LSF Draft e-mail to Steve Jacobson outlining our concerns with proposed plans | 0.50 |
| 07/28/05 LSF Draft memo to Jeff Kloetzel (MASKED OVER) (MASKED OVER) | 0.20 |
| LSF Draft memo to Steve Jacobson re deficiencies in plans | 0.50 |

Current Fees                                      6.60    1,221.00

**EXHIBIT "J"**
**Page 44 of 139**

Na Pali Haweo Community Association

                                                    Page: 2
                                                    08/10/2005
                                    Account No: 2737-00024M
                                    Invoice No:        17

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation


        Sales Tax on Fees                                  50.87


07/08/05    Postage                                         0.83
07/12/05    Postage                                         0.37
07/12/05    Photocopying                                    0.60
07/12/05    Facsimile                                       1.00
07/12/05    Facsimile                                       1.00
07/20/05    Photocopying                                    0.30
                                                          ------
        Total Expenses                                      4.10
        Sales Tax on Expenses                               0.17

        Total Current Fees and Costs                    1,276.14

        Previous Balance                               $3,500.69


08/11/05    Payment - Thank you                           -13.19
08/11/05    Payment - Thank you                          -621.87
                                                         --------
        Payment Received                                 -635.06

        TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT      $4,141.77
                                                        =========


PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

**EXHIBIT "J"**
**Page 45 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Management Company
711 Kapiolani Blvd., Ste 700
Honolulu, HI 96813

Page: 1
09/10/2005
Account No: 2737-00024M
Invoice No:       18

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |
|---|---|---|
| 08/01/05 LSF | Prepare for and attend meeting of Board; telephone conference with Ken Whitten and Jeff Kloetzel | 2.70 |
| LSF | Draft e-mail memo to Steve Jacobson re his failure to address wall and front statuary | 0.50 |
| 08/02/05 LSF | Telephone conference with John Zalewski re (MASKED OVER) | 0.20 |
| LSF | Draft memo to John Zalewski re (MASKED OVER) (MASKED OVER) | 0.20 |
| LSF | Analyze recordation of lien | 0.40 |
| 08/03/05 LSF | Review e-mail from Steve Jacobson re placement of statues; follow up with client re response | 0.30 |
| 08/04/05 LSF | Draft notice of lien; review Declaration re grounds for recording lien for legal fees and costs | 0.50 |
| 08/05/05 LSF | Draft memo to Steve Jacobson re requesting information on substitution of statues for planters | 0.40 |
| 08/06/05 LSF | Draft memo to Steve Jacobson re need to provide information on statues | 0.40 |
| 08/10/05 LSF | Draft letter to Steve Jacobson responding to Grandes' submission of revised plans | 1.70 |
| 08/11/05 LSF | Draft, revise and finalize letter to Steve Jacobson | 1.40 |
| LSF | Telephone conference with John Zalewski and Ron Awa (MASKED OVER) | 0.50 |
| LSF | Draft memo to client re letter to S. Jacobson | 0.30 |
| 08/24/05 LSF | Draft notice of lien | 0.50 |
| 08/25/05 LSF | Prepare for and attend settlement conference | 2.10 |
| LSF | Prepare notice of lien | 1.10 |
| LSF | (NO CHARGE) Calculate attorneys', engineers', architects' fees and costs | 0.70 |

**EXHIBIT "J"**
**Page 46 of 139**

Page: 2
09/10/2005
Na Pali Haweo Community Association

Account No: 2737-00024M
Invoice No:          18

Re: *Lot 2A-49  (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| | LSF (NO CHARGE) Telephone conference with Ken Whitten (MASKED OVER) | 0.20 | |
| 08/26/05 | LSF Telephone conference with Lane Uchimura (MASKED OVER) (MASKED OVER) | 0.50 | |
| | LSF Draft memo to Board  (MASKED OVER) (MASKED OVER) | 0.70 | |
| 08/29/05 | LSF Review governing documents re procedures for recording lien; revise lien | 0.70 | |
| | LSF Review minute order re settlement conference | 0.20 | |
| | LSF Review governing documents re procedures for recording lien | 0.30 | |

|  | Hours |  |
|---|---|---|
| Current Fees | 16.50 | 2,886.00 |
| Sales Tax on Fees | | 120.23 |

| 08/01/05 | Photocopying | 12.60 |
|---|---|---|
| 08/01/05 | Photocopying | 6.90 |
| 08/02/05 | Facsimile | 2.00 |
| 08/02/05 | Photocopying | 0.45 |
| 08/03/05 | Postage | 0.37 |
| 08/03/05 | Postage | 2.21 |
| 08/03/05 | Photocopying | 1.20 |
| 08/03/05 | Photocopying | 1.80 |
| 08/03/05 | Photocopying | 0.90 |
| 08/05/05 | Photocopying | 5.40 |
| 08/11/05 | Postage | 0.74 |
| 08/11/05 | Facsimile | 3.00 |
| 08/11/05 | Photocopying | 6.75 |
| 08/16/05 | Facsimile | 3.00 |
| 08/25/05 | Postage | 0.74 |
| 08/25/05 | Photocopying | 0.60 |

| Total Expenses | 48.66 |
|---|---|
| Sales Tax on Expenses | 2.03 |

| 08/09/05 | Delivery charges NKH CORP. | 13.59 |
|---|---|---|

| Total Costs Advanced | 13.59 |
|---|---|
| Total Current Fees and Costs | 3,070.51 |
| Previous Balance | $4,141.77 |

| 09/06/05 | Payment - Thank you | -1,271.87 |
|---|---|---|
| 09/06/05 | Payment - Thank you | -4.27 |

| Payment Received | |
|---|---|

**EXHIBIT "J"**
**Page 47 of 139**

Na Pali Haweo Community Association

Page: 3
09/10/2005
Account No: 2737-00024M
Invoice No:        18

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT                $5,936.14

**EXHIBIT "J"**
**Page 48 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Management Company
711 Kapiolani Blvd., Ste 700
Honolulu, HI 96813

Page: 1
10/10/2005
Account No: 2737-00024M
Invoice No: 19

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | | Hours | |
|---|---|---|---|
| 09/01/05 SRG | Analyze pleadings in preparation of Supplemental Memorandum in Support of Imposition of Sanctions Against Defendants/Counterclaim Plaintiffs. | 2.60 | |
| LSF | Prepare brief re court's authority to grant sanctions | 0.60 | |
| 09/06/05 SRG | Conduct legal research in preparation of Supplemental Memorandum in Support of Imposition of Sanctions Against Defendants/Counterclaim Plaintiffs; Draft Supplement Memorandum in Support of Imposition of Sanctions Against Defendants/Counterclaim Plaintiffs. | 2.50 | |
| 09/07/05 SRG | (NO CHARGE) Revise Supplemental Memorandum in Support of Imposition of Sanctions Against Defendants/Counterclaim Plaintiffs. | 0.80 | |
| LSF | Review memorandum regarding sanctions | 0.50 | |
| 09/08/05 PJS | (NO CHARGE) Message left for managing agent (MASKED OVER) | 0.10 | n/c |
| SRG | (NO CHARGE) Analyze prior pleadings, exhibits and affidavits in preparation of revising Supplemental Memorandum in Support of Imposition of Sanctions Against Defendants/Counterclaim Plaintiffs; Draft/Revise Supplemental Memorandum in Support of Imposition of Sanctions Against Defendants/Counterclaim Plaintiffs. | 2.50 | |
| LSF | Review memorandum re sanctions | 0.50 | |
| 09/09/05 SRG | (NO CHARGE) Finalize Supplemental Memorandum in Support of Imposition of Sanctions Against Defendants/Counterclaim Plaintiffs; Receive/review Defendants' Opening Statement on Remand Re Sanctions. | 0.80 | |
| 09/14/05 SRG | Analyze pleadings and correspondence in preparation of letter to attorney Jacobson regarding recordation of Notice of Default and Lien; Prepare letter to attorney Jacobson regarding recordation of Notice of Default and Lien. | | |

**EXHIBIT "J"**
**Page 49 of 139**

1-90

Na Pali Haweo Community Association

Page: 2
10/10/2005
Account No: 2737-00024M
Invoice No:           19

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| | LSF Telephone conference with Ken Whitten; draft memo to client | 0.50 | |
| | LSF (NO CHARGE) Draft letter to Mr. Jacobson re recordation of lien | 0.80 | |
| 09/15/05 | LSF Draft letter to Steve Jacobsen re lien and delays in settlement | 1.10 | |
| | LSF Telephone conference with John Zalewski | 0.20 | |
| | LSF Draft e-mail memo to Board (MASKED OVER) | 0.30 | |
| 09/20/05 | (MASKED OVER) LSF Prepare for meeting with Steve Jacobson | 0.70 | |
| 09/21/05 | SRG (NO CHARGE) Review correspondence from defendants' attorney Jacobson in preparation for meeting with Jacobson. | 0.80 | |
| | LSF Prepare for and attend meeting with Steve Jacobson | 1.80 | |
| | LSF Meeting with John Zalewski prior to and after meeting with Steve Jacobson in preparation for settlement conference and to discuss Steve Jacobson's letter | 0.80 | |
| | LSF Draft settlement letter to Court | 0.80 | |
| | SRG (NO CHARGE)  Attend meeting with attorney Jacobson and attorney Zalewsky in preparation for Settlement Conference. | 1.00 | n/c |
| 09/22/05 | LSF Draft memo to Steve Jacobson re issues discussed on 9/21/05; draft memo to John Zalewski re same | 1.40 | |
| 09/23/05 | LSF Draft memo to client (MASKED OVER) (MASKED OVER) | 0.30 | |
| | LSF Draft settlement conference letter to Magistrate Judge | 1.10 | |
| | LSF (NO CHARGE) Research Grandes' waiver and estoppel argument | 0.70 | |
| | LSF Telephone conference with Cid Inoue re Grandes' allegations | 0.20 | |
| 09/24/05 | LSF Research and draft letter to Magistrate Judge re settlement conference | 1.50 | |
| 09/26/05 | SRG Analyze pleadings and correspondence regarding delays due to architect Resh's health problems in preparation of letter to Judge Kobayashi; Prepare text for incorporation into letter to Judge Kobayashi. | 1.60 | |
| | LSF Draft settlement conference statement; review Grandes' settlement conference statement | 2.90 | |
| | LSF Research estoppel and waiver (raised by Grandes in their settlement conference statement) | 1.10 | |
| 09/27/05 | LSF Draft memo to John Zalewski re (MASKED OVER) (MASKED OVER) | | |

**EXHIBIT "J"**
**Page 50 of 139**

Na Pali Haweo Community Association

Page: 3
10/10/2005
Account No: 2737-00024M
Invoice No:              19

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | | | Hours | |
|---|---|---|---|---|
| 09/29/05 | LSF | Prepare for settlement conference | 0.80 | |
| | | | | |
| 09/30/05 | SRG | (NO CHARGE) Attend Settlement Conference before Magistrate Judge Kobayashi. | 4.00 | |
| | LSF | (NO CHARGE) Prepare for settlement conference and meet with clients | 1.20 | |
| | LSF | Attend settlement conference 9:15 - 12:45 and 2:30 - 4:45 | 5.70 | |
| | LSF | Prepare summary of agreement concerning proposed plans | 0.80 | |
| | | Current Fees | 44.10 | 5,969.50 |
| | | Sales Tax on Fees | | 248.69 |

| | | | |
|---|---|---|---|
| 09/09/05 | Postage | | 1.66 |
| 09/09/05 | Photocopying | | 17.60 |
| 09/13/05 | Postage | | 0.60 |
| 09/13/05 | Photocopying | | 2.40 |
| 09/14/05 | Postage | | 1.75 |
| 09/14/05 | Photocopying | | 6.60 |
| 09/15/05 | Postage | | 2.17 |
| 09/15/05 | Photocopying | | 7.60 |
| 09/15/05 | Facsimile | | 2.00 |
| 09/26/05 | Postage | | 0.60 |
| 09/26/05 | Photocopying | | 20.00 |
| 09/26/05 | Facsimile | | 27.50 |
| | Total Expenses | | 90.48 |
| | Sales Tax on Expenses | | 3.77 |

| | | |
|---|---|---|
| 09/13/05 | Filing fee \Record RNOL | 25.00 |
| 09/20/05 | Outside photocopy charges HONBLUE | 15.58 |
| | Total Costs Advanced | 40.58 |
| | Total Current Fees and Costs | 6,353.02 |
| | Previous Balance | $5,936.14 |

| | | |
|---|---|---|
| 10/11/05 | Payment - Thank you \Ck#11205 | -3,006.23 |
| 10/11/05 | Payment - Thank you \Ck#11205 | -50.69 |
| 10/11/05 | Payment - Thank you \Ck#11205 | -13.59 |
| | Payment Received | -3,070.51 |
| | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $9,218.65 |

# EXHIBIT "J"
# Page 51 of 139

Na Pali Haweo Community Association

Page: 4
10/10/2005
Account No: 2737-00024M
Invoice No:           19

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

EXHIBIT "J"
Page 52 of 139

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Management Company
711 Kapiolani Blvd., Ste 700
Honolulu, HI 96813

Page: 1
11/10/2005
Account No: 2737-00024M
Invoice No:        20

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| 10/03/05 LSF Review plans requested by Brandt Homes | | 0.40 | |
| 10/04/05 LSF Draft summary of settlement conference | | 0.80 | |
| 10/17/05 LSF Prepare for and attend meeting with Board (MASKED OVER) (MASKED OVER) | | 0.50 | |
| LSF Prepare resolution regarding imposition of assessment for attorneys' fees, engineers' fees, etc. | | 1.00 | |
| 10/18/05 LSF Prepare memo (MASKED OVER) (MASKED OVER) | | 0.30 | |
| 10/21/05 LSF (NO CHARGE) Communications with Jeff Kloetzel | | 0.20 | n/c |
| LSF Draft memo to Board re (MASKED OVER) ; prepare for and attend scheduling conference meeting at court | | 1.00 | |
| 10/24/05 LSF Draft e-mail to Steve Jacobson re status of plans | | 0.40 | |
| 10/25/05 LSF Review photographs of dwelling with type of roof Grandes are proposing | | 0.20 | |
| 10/28/05 LSF Prepare for settlement conference | | 0.50 | |
| LSF (NO CHARGE) Receive voice mail re cancelation of status conference | | 0.10 | n/c |
| LSF Telephone conference with John Zalewski re (MASKED OVER) | | 0.20 | |
| Current Fees | | 5.30 | 1,060.00 |
| Sales Tax on Fees | | | 44.16 |

| 10/03/05 | Photocopying | 4.00 |
|---|---|---|
| 10/03/05 | Facsimile | 2.50 |
| 10/03/05 | Postage | 0.74 |
| 10/17/05 | Photocopying | 5.60 |

Total Expenses

**EXHIBIT "J"**
**Page 53 of 139**

Na Pali Haweo Community Association

Page: 2
11/10/2005
Account No: 2737-00024M
Invoice No:        20

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  |  |
|---|---|---:|
|  | Sales Tax on Expenses | 0.53 |
| 10/11/05 | Delivery charges \Rainbow\(9/9/2005)\2737.00024 | 7.81 |
| 10/18/05 | Outside photocopy charges PROFESSIONAL IMAGE\(10/12/2005) | 100.94 |
| 10/26/05 | WESTLAW \Research\(9/6/2005) | 22.92 |
| 10/26/05 | WESTLAW \Research\(9/26/2005) | 12.50 |
|  | Total Costs Advanced | 144.17 |
|  | Total Current Fees and Costs | 1,261.70 |
|  | Previous Balance | $9,218.65 |
| 11/14/05 | Payment - Thank you \Ck#11230 | -6,218.19 |
| 11/14/05 | Payment - Thank you \Ck#11230 | -94.25 |
| 11/14/05 | Payment - Thank you \Ck#11230 | -40.58 |
|  | Payment Received | -6,353.02 |
|  | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $4,127.33 |

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Page: 1
12/10/2005

Na Pali Haweo Community Association
Hawaiiana Management Company
711 Kapiolani Blvd., Ste 700
Honolulu, HI 96813

Account No: 2737-00024M
Invoice No:            21

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |
|---|---|---|
| 11/01/05 LSF | Draft memo to attorneys in preparation for meeting outlining steps needed to be taken prior to status conference; review memos from prior meetings | 1.00 |
| 11/07/05 LSF | (NO CHARGE) Telephone conference with Ken Whitten | 0.20 |
| 11/14/05 LSF | Telephone conference with Cid Inouye re request to continue status conference and need to proceed with 11/18 status conference; communications with John Zalewski re (MASKED OVER) | 0.40 |
| 11/17/05 LSF | Prepare for status conference at court; review outstanding issues to discuss at status conference; prepare summary of Court meetings | 1.10 |
| 11/18/05 LSF | Prepare for and attend status conference; review notes of prior conferences to provide Court with history | 1.90 |
| 11/19/05 LSF | Draft status report to client | 0.80 |
| 11/29/05 LSF | Telephone conference with Judge Kobayashi | 0.20 |
| LSF | Review plans submitted by Grandes | 0.30 |
| 11/30/05 LSF | (NO CHARGE) Telephone conference with courtroom manager; telephone conference with John Zalewski re (MASKED OVER) | 0.30 |

Current Fees                                      6.20   1,140.00
Sales Tax on Fees                                            47.49

| 11/16/05 | Postage | 0.37 |
| 11/16/05 | Photocopying | 0.80 |
| 11/17/05 | Photocopying | 4.60 |
| 11/17/05 | Photocopying | 0.80 |
| 11/30/05 | Postage | 0.37 |
| 11/30/05 | Photocopying | 0.40 |

**EXHIBIT "J"**
**Page 55 of 139**

Na Pali Haweo Community Association

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

Page: 2
12/10/2005
Account No: 2737-00024M
Invoice No:        21

| | | |
|---|---|---:|
| | Total Expenses | 9.03 |
| | Sales Tax on Expenses | 0.38 |
| 10/11/05 | Delivery charges \Rainbow\ (9/12/2005) (Note: per notation on 11/10/05 prebill for 2737.00000, this should've been charged to Grande) | 10.42 |
| | Total Costs Advanced | 10.42 |
| | Total Current Fees and Costs | 1,207.32 |
| | Previous Balance | $4,127.33 |
| 12/12/05 | Payment - Thank you \Ck#11247 | -1,104.16 |
| 12/12/05 | Payment - Thank you \Ck#11247 | -13.37 |
| 12/12/05 | Payment - Thank you \Ck#11247 | -144.17 |
| | Payment Received | -1,261.70 |
| | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $4,072.95 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

**EXHIBIT "J"**
**Page 56 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Management Company
711 Kapiolani Blvd., Ste 700
Honolulu, HI  96813

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

Page: 1
01/10/2006
Account No: 2737-00024M
Invoice No:        22

|  |  | Hours |
|---|---|---|
| 12/01/05 LSF Telephone conference with John Zalewski re(MASKED OVER)(MASKED OVER)              :            (MASKED OVER)     ; review and analyze plans submitted by Grandes | | 0.40 |
| 12/05/05 LSF Draft memo to client (MASKED OVER) | | 0.20 |
| 12/06/05 LSF Prepare for meeting at court; attend meeting with Judge Kobayashi | | 2.10 |
|          LSF Draft order re settlement conference | | 0.50 |
| 12/07/05 LSF Review letter from Steve Jacobson and draft response | | 0.40 |
|          LSF Draft memo to client (MASKED OVER)(MASKED OVER) | | 0.50 |
|          LSF Draft proposed order | | 0.40 |
| 12/08/05 LSF Draft memo to John Zalewski re (MASKED OVER)(MASKED OVER) | | 0.20 |
|          LSF Draft letter to Mr. Grande re remedial work | | 0.30 |
| 12/09/05 LSF Finalize proposed language for order; review and revise proposed Exhibit "A" to order | | 0.50 |
| 12/12/05 LSF Review communications re scheduling status conference | | 0.20 |
| 12/23/05 LSF Prepare for and attend status conference | | 1.40 |
| 12/24/05 LSF Research and analyze Western Sun View decision of Judge Ezra in preparation for motion for summary judgment | | 1.00 |
| 12/27/05 SRG Research waiver of setback issue in preparation of motion for summary judgment. | | 1.00 |
|          LSF Draft e-mail to Steve Jacobson re request for copies | | 0.20 |
|          LSF Draft memo to Board : (MASKED OVER)(MASKED OVER) | | 1.20 |
|          LSF Draft memo to Warren Nakamura re trial date | | |

**EXHIBIT "J"**
**Page 57 of 139**

Na Pali Haweo Community Association

Page: 2
01/10/2006
Account No: 2737-00024M
Invoice No:          22

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | | | |
|---|---|---|---|
| | Current Fees | 10.90 | 2,160.00 |
| | Sales Tax on Fees | | 89.99 |
| 12/06/05 | Photocopying | | 0.40 |
| 12/07/05 | Postage | | 0.37 |
| 12/07/05 | Postage | | 0.60 |
| 12/07/05 | Photocopying | | 2.60 |
| 12/08/05 | Postage | | 1.11 |
| 12/08/05 | Photocopying | | 1.20 |
| 12/09/05 | Facsimile | | 1.00 |
| 12/09/05 | Photocopying | | 1.20 |
| 12/09/05 | Facsimile | | 1.00 |
| 12/15/05 | Postage | | 0.37 |
| 12/15/05 | Photocopying | | 0.80 |
| 12/22/05 | Postage | | 0.37 |
| 12/22/05 | Photocopying | | 1.20 |
| 12/28/05 | Postage | | 0.37 |
| 12/28/05 | Photocopying | | 2.80 |
| | Total Expenses | | 15.39 |
| | Sales Tax on Expenses | | 0.64 |
| 12/06/05 | Outside photocopy charges PROFESSIONAL IMAGE \(11/29/2005) | | 18.75 |
| 12/13/05 | Outside photocopy charges PROFESSIONAL IMAGE \(12/7/2005) | | 20.94 |
| | Total Costs Advanced | | 39.69 |
| | Total Current Fees and Costs | | 2,305.71 |
| | Previous Balance | | $4,072.95 |
| 01/03/06 | Payment - Thank you \Ck#11260 | | -1,187.49 |
| 01/03/06 | Payment - Thank you \Ck#11260 | | -9.41 |
| 01/03/06 | Payment - Thank you \Ck#11260 | | -10.42 |
| 01/18/06 | Payment - Thank you \Ck#11269 | | -1,969.26 |
| 01/18/06 | Payment - Thank you \Ck#11269 | | -19.04 |
| 01/18/06 | Payment - Thank you \Ck#11269 | | -15.85 |
| | Payment Received | | -3,211.47 |
| | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | | $3,167.19 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

**EXHIBIT "J"**
**Page 58 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Managment Co.
P.O. Box 4009
Honolulu, HI   96812
HMI# 1456

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

Page: 1
02/10/2006
Account No: 2737-00024M
Invoice No:        23

| | | | Hours |
|---|---|---|---|
| 01/03/06 | LSF | Draft letter to Steve Jacobson summarizing our position re information required by owners | 1.20 |
| 01/04/06 | SRG | Conduct legal research re: Federal covenant violation cases in preparation of Motion for Summary Judgment. | 1.00 |
| 01/05/06 | LSF | Revise and finalize letter to Grandes incorporating information from Ron Awa; add discussion re outstanding covenant violation | 1.00 |
| | SRG | Review file and pleadings in preparation of Motion for Summary Judgment. | 1.50 |
| | SRG | Receive/review Amended Rule 16 Scheduling Order. | 0.20 |
| 01/06/06 | SRG | Review correspondence and reports in preparation of Motion for Partial Summary Judgment. | 1.00 |
| | LSF | Prepare for conference with Judge | 0.30 |
| | LSF | Review Complaint and determine whether amendment is required | 0.50 |
| 01/09/06 | SRG | Conduct legal research regarding amendment of complaint/supplemental pleadings | 1.40 |
| | LSF | Prepare for and attend scheduling conference | 1.00 |
| | LSF | Review Complaint and determine whether amendment is required | 0.40 |
| 01/10/06 | SRG | (NO CHARGE) Conduct research regarding amending complaint to address events occurring after date of complaint. | 1.50 |
| | SRG | Prepare memorandum to file regarding substance of research. | 0.50 |
| | SRG | Analyze pleadings regarding mandatory disclosures under Rule 26. | 0.40 |
| 01/12/06 | SRG | Prepare letter to attorney Jacobson regarding amendment of complaint. | 0.60 |
| 01/13/06 | LSF | Draft letter to Mr. Jacobson re we will not amend Complaint | |

**EXHIBIT "J"**
**Page 59 of 139**

Na Pali Haweo Community Association

Page: 2
02/10/2006
Account No: 2737-00024M
Invoice No:          23

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| 01/18/06 LSF | Review restatement re cases concerning enforcement of restrictions and inadvertent approval of noncompliant plans | 0.60 |  |
| 01/19/06 SRG | Conduct legal research re: effect of approval of erroneous plans in preparation of motion for summary judgment. | 1.20 |  |
| 01/23/06 LSF | Research re waiver argument | 0.30 |  |
| SRG | (NO CHARGE) Attend luncheon with JYN, LSF, Mr. Kloetzel and Mr. Whitten. | 1.30 |  |
| 01/24/06 SRG | Conduct legal research waiver, estoppel and approval of erroneous plans in preparation of motion for summary judgment. | 2.10 |  |
| 01/25/06 SRG | Conduct legal research re: effect of approval of erroneous plans in preparation of motion for summary judgment | 2.00 |  |
| 01/27/06 SRG | Review Amended Scheduling Order and calendar trial deadlines. | 0.40 |  |
| SRG | (NO CHARGE) Telephone conference with Jeff Kloetzel of client (MASKED OVER) (MASKED OVER) | 0.20 |  |
| SRG | Conduct legal research re: laches in preparation of motion for summary judgment. | 0.70 |  |
| 01/30/06 SRG | Conduct legal research re: laches, estoppel and approval of erroneous plans in preparation of motion for summary judgment | 1.00 |  |
| 01/31/06 LSF | (NO CHARGE) Telephone conference with Jeff Kloetzel | 0.20 |  |

Current Fees                                          23.00    3,680.00
Sales Tax on Fees                                                153.31

| 01/05/06 | Postage | 0.74 |
| 01/05/06 | Photocopying | 1.20 |
| 01/06/06 | Postage | 0.60 |
| 01/06/06 | Photocopying | 0.80 |
| 01/13/06 | Postage | 1.17 |
| 01/13/06 | Photocopying | 2.40 |
| 01/23/06 | Postage | 0.63 |
| 01/23/06 | Photocopying | 0.40 |
| 01/27/06 | Photocopying | 1.80 |

Total Expenses                                                     9.74
Sales Tax on Expenses                                              0.41

**EXHIBIT "J"**
**Page 60 of 139**

```
                                                                   Page: 3
Na Pali Haweo Community Association                              02/10/2006
                                                    Account No: 2737-00024M
                                                    Invoice No:          23

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation


01/24/06    WESTLAW  \Research Services\(12/23/2005)                 243.73
                                                                  _____
            Total Costs Advanced                                    243.73

            Total Current Fees and Costs                          4,087.19

            Previous Balance                                     $3,167.19


01/30/06    Payment - Thank you                                     -39.69
01/30/06    Payment - Thank you                                     -16.03
01/30/06    Payment - Thank you                                  -2,249.99
                                                                 _____
            Payment Received                                     -2,305.71

            TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT           $4,948.67
                                                                 =========
```

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

**EXHIBIT "J"**
**Page 61 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Page: 1
03/10/2006
Account No: 2737-00024M
Invoice No:       24

Na Pali Haweo Community Association
Hawaiiana Managment Co.
P.O. Box 4009
Honolulu, HI  96812
HMI# 1456

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |
|---|---|---|
| 02/02/06 SRG | Review pleadings and correspondence files in preparation of motion for partial summary judgment; Conduct legal research on Hawaii and 9th Circuit covenant violation caes in preparation of motion for partial summary judgment. | 0.50 |
| 02/03/06 LSF | Telephone conference with Ken Whitten; prepare for Board meeting | 0.30 |
| LSF | Draft motion for summary judgment | 0.30 |
| SRG | Analyze pleadings and correspondence and Review applicable rules regarding discovery disclosures for purpose of making/updating discovery disclosures (1.2); Analyze FRCP and Local Rules regarding requirements for motion for summary judgment. (0.6) | 1.80 |
| 02/04/06 LSF | Draft e-mail to Ken Whitten (MASKED OVER) (MASKED OVER) | 0.30 |
| 02/06/06 LSF | Research recent reported covenant violation cases to support motion for summary judgment | 1.00 |
| LSF | Review provisions of Declaration incorporating by reference requirements of Design Guidelines and compelling compliance with same | 0.50 |
| SRG | Conduct legal research regarding state covenant violation cases in preparation of motion for partial summary judgment. | 1.50 |
| 02/07/06 LSF | Review concise statement of facts | 0.30 |
| SRG | Conduct legal research regarding effect of approval of erroneous plans by architectural review committee. | 0.50 |
| 02/09/06 SRG | Analyze correspondence file in preparation of motion for partial summary judgment; Draft concise statement of facts in support of motion. | 0.50 |
| 02/10/06 SRG | Select and compile exhibits in preparation of concise statement of facts in support of motion | |

**EXHIBIT "J"**
**Page 62 of 139**

Na Pali Haweo Community Association

Page: 2
03/10/2006
Account No: 2737-00024M
Invoice No:    24

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |
|---|---|---|
| for partial summary judgment; Analyze Declaration and Design Guidelines in preparation of motion for partial summary judgment ; Draft concise statement of facts in support of motion for partial summary judgment;  Draft motion for partial summary judgment. | | 1.10 |
| 02/13/06 SRG Draft affidavits in support of motion for partial summary judgment; Conduct legal research on issues of waiver, laches, and effect of approval of erroneous plans. | | 1.20 |
| LSF Prepare for and attend Board meeting | | 2.30 |
| LSF Review court rules re whether we can proceed with discovery; review discovery conference statement; plan discovery | | 0.80 |
| LSF Telephone conference with John Zalewski re discovery to be undertaken | | 0.20 |
| 02/14/06 SRG Revise concise statement of facts in support of motion for partial summary judgment | | 1.50 |
| 02/16/06 SRG Telephone conference with attorney Zalewski regarding subpoena for records in possession of the City and County of Honolulu | | 0.20 |
| 02/17/06 SRG Draft motion for summary judgment, | | 3.00 |
| 02/22/06 LSF Review proposed subpoena of records from Ed Resh; telephone conference with John Zalewski re same | | 0.20 |
| 02/23/06 SRG Draft itemization of documents for discovery disclosures. | | 0.50 |
| 02/24/06 SRG (NO CHARGE) Prepare and compile discovery disclosures; | | 3.50 |
| 02/27/06 SRG Draft motion for partial summary judgment: Revise concise statement of facts in support of motion; Revise Affidavits of Jeff Kloetzel and Ronald Awa. | | 1.50 |
| LSF (NO CHARGE) Telephone conference with Ken Whitten (MASKED OVER) | | 0.20 |
| 02/28/06 SRG Draft motion for summary judgment | | 4.80 |

|  | Hours |  |
|---|---|---|
| Current Fees | 28.50 | 4,588.00 |
| Sales Tax on Fees | | 191.14 |

| 02/10/06 | Photocopying | 1.60 |
| 02/13/06 | Photocopying | 1.60 |
| 02/17/06 | Facsimile | 3.00 |
| 02/23/06 | Photocopying | 2.40 |
| 02/23/06 | Facsimile | 50 |
| 02/28/06 | Postage | 1.10 |

**EXHIBIT "J"**
**Page 63 of 139**

Na Pali Haweo Community Association

Page: 3
03/10/2006
Account No: 2737-00024M
Invoice No:        24

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | | |
|---|---|---:|
| 02/28/06 | Photocopying | 0.40 |
| | Total Expenses | 10.89 |
| | Sales Tax on Expenses | 0.45 |
| 02/07/06 | Litigation Guarantee TITLE GUARANTY OF HAWAII \(1/27/2006) | 100.00 |
| 02/14/06 | Outside photocopy charges PROFESSIONAL IMAGE \(2/8/2006) | 6.19 |
| 02/14/06 | Outside photocopy charges TITLE GUARANTY OF HAWAII \(2/9/2006) | 106.00 |
| 02/14/06 | Outside photocopy charges\Petty Cash\(2/16/2006) | 2.50 |
| 02/22/06 | WESTLAW \Research Services\(1/4/2006,1/27/2006,1/30/2006) | 524.96 |
| 02/22/06 | Outside photocopy charges TITLE GUARANTY OF HAWAII \(2/15/2006) | 33.00 |
| | Total Costs Advanced | 772.65 |
| | Total Current Fees and Costs | 5,563.13 |
| | Previous Balance | $4,948.67 |
| 03/13/06 | Payment - Thank you \Ck#11311 | -3,833.31 |
| 03/13/06 | Payment - Thank you \Ck#11311 | -10.15 |
| 03/13/06 | Payment - Thank you \Ck#11311 | -243.73 |
| | Payment Received | -4,087.19 |
| | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $6,424.61 |

**EXHIBIT "J"**
**Page 64 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Page: 1
04/10/2006

Na Pali Haweo Community Association
Hawaiiana Managment Co.
P.O. Box 4009
Honolulu, HI 96812
HMI# 1456

Account No: 2737-00024M
Invoice No:          25

Attn: Ken Whitten

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |
|---|---|---|
| 03/01/06 | SRG (NO CHARGE) Draft Affidavit of Mr. Nishimoto in support of Motion for Summary Judgment. | 1.50 |
|  | SRG (NO CHARGE) Draft motion for partial summary summary judgment. | 5.00 |
|  | SRG Update exhibits to motion for partial summary judgment. | 0.50 |
|  | SRG Revise concise statement of facts. | 1.50 |
|  | SRG (NO CHARGE) Revise affidavits of Mr. Awa and Mr. Kloetzel. | 1.30 |
| 03/02/06 | SRG Revise exhibit list for motion for partial summary judgment. | 0.20 |
|  | SRG Conduct legal research on applicable federal standard of review. | 0.50 |
|  | SRG (NO CHARGE) Revise motion for partial summary judgment. | 2.50 |
|  | SRG Revise concise statement of facts. | 0.50 |
|  | SRG Revise Affidavit of Mr. Kloetzel. | 0.90 |
|  | SRG Revise Affidavit of Mr. Awa. | 0.90 |
|  | SRG Revise Affidavit of Mr. Nishimoto. | 1.00 |
| 03/07/06 | LSF Draft Statement of Facts and Introduction to | 0.50 |
| 03/08/06 | SRG Prepare discovery disclosures | 0.30 |
|  | LSF (NO CHARGE) Prepare statement of facts for MSJ; review all correspondence with owners and chronology of events for inclusion in statement of facts | 4.80 |
|  | LSF Review documents in preparation for statement of facts for MSJ; review rules for MSJ | 1.00 |
|  | LSF (NO CHARGE) Review rules and procedures for pretrial disclosures | 0.50 |
| 03/09/06 | SRG Analyze plans subpoenaed from County compared against plans submitted to Association's Architect. | 1.00 |
|  | LSF Research and draft Motion for Summary Judgment | 3.60 |
|  | LSF (NO CHARGE) Telephone conference with John Zalewski and Ron Awa (MASKED OVER) | .00 |

**EXHIBIT "J"
Page 65 of 139**

Na Pali Haweo Community Association

Page: 2
04/10/2006
Account No: 2737-00024M
Invoice No:        25

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |
|---|---|---|
| LSF | Telephone conference with Jim Nishimoto re MSJ affidavit | 0.20 |
| SRG | Review pleadings in Moribe v. Grande in preparation of Motion for Partial Summary Judgment. | 0.50 |
| 03/10/06 LSF | Review Counterclaim Defendants' request for production of documents | 0.30 |
| LSF | Inspect records produced by Ed Resh at court reporter's office | 0.60 |
| LSF | (NO CHARGE) Prepare statement of facts for MSJ; draft arguments for MSJ | 1.50 |
| LSF | Draft e-mail to John Zalewski re waiver of Rule 26(a) disclosures | 0.50 |
| LSF | Subpoena records from Brandt Homes | 0.20 |
| SRG | Compare plans obtained from City and County of Honolulu with plans utilized by Association's expert in rendering his opinion. | 0.20 |
| SRG | Revise letter to attorney Jacobson regarding initial disclosures. | 0.50 |
| SRG | Review proposed request for production of documents. | 0.30 |
| SRG | Prepare correspondence to attorney Zalewski regarding (MASKED OVER) (MASKED OVER) | 0.20 |
| 03/13/06 LSF | (NO CHARGE) Telephone conference with Ken Whitten (MASKED OVER) | 0.20 |
| LSF | (NO CHARGE) Research and draft Motion for Summary Judgment. | 1.50 |
| 03/15/06 LSF | Telephone conference with Stan Nakamoto re photos of dwelling | 0.20 |
| LSF | Telephone conference with Steve Jacobson re stipulation to waive 26(a) requirements | 0.20 |
| 03/16/06 SRG | Prepare stipulation regarding Rule 26(a)(1) discovery disclosures. | 0.40 |
| LSF | Review and revise Stipulation re Rule 26 | 0.20 |
| LSF | Telephone conference with Lane Uchimura (MASKED OVER) (MASKED OVER) | 0.10 |
| 03/20/06 LSF | Draft e-mail re questions re discovery of building envelope violation | 0.30 |
| LSF | Research authentication and admissibility of exhibits | 0.30 |
| LSF | Draft Motion for Summary Judgment | 2.90 |
| 03/21/06 BA | Prepare interrogatories and request for production of documents re Grande.; Conference with Mr. Fujisaki re (MASKED OVER) | 2.00 |
| LSF | Review records at court reporter's office | 0.70 |
| LSF | Telephone conference with Cid Inouye re production of documents of Brandt Homes | 0.60 |

**EXHIBIT "J"**
**Page 66 of 139**

Page: 3
04/10/2006

Na Pali Haweo Community Association

Account No: 2737-00024M
Invoice No:          25

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | | Hours |
|---|---|---|
| 03/22/06 BA | Prepare interrogatories, request for production of documents and COS re Grande.; Conference with Mr. Fujisaki (MASKED OVER) | 2.50 |
| LSF | Telephone conference with John Zalewski re (MASKED OVER) | 0.20 |
| LSF | Review and revise interrogatories | 0.50 |
| LSF | (NO CHARGE) Draft revisions to Affidavit of Nishimoto | 1.10 |
| 03/23/06 SRG | Compile exhibits to Nishimoto Affidavit. | 0.30 |
| LSF | Revise Affidavit of Jim Nishimoto. | 0.50 |
| SRG | Review and revise Affidavit of Mr. Nishimoto. | 0.50 |
| 03/24/06 SRG | Telephone conference with expert witness Mr. Nishimoto regarding affidavit in support of motion for summary judgment; TC from Mr. Kloetzel of Hawaiiana (MASKED OVER) (MASKED OVER) | 0.20 |
| LSF | Telephone conference with Jim Nishimoto re signing Declaration | 0.20 |
| 03/27/06 LSF | Review and revise Request for Answers to Interrogatories and Request for Production of Documents | 1.50 |
| 03/28/06 BA | Conference with John Zaleweski via email re (MASKED OVER) ; Review and revise interrogatorries and request for production of documents. | 0.70 |
| LSF | Draft requests for production of documents and answers to interrogatories | 0.40 |
| SRG | Analyze/compare documents subpoenaed from dept. of Planning and Permitting with documents submitted by Grandes to ARC in preparation of Motion for Summary Judgment. | 1.00 |
| 03/29/06 BA | Review and revise interrogatories. | 0.10 |
| 03/30/06 BA | Prepare and finalize interrogatorries and RPOD. | 1.40 |
| SRG | T/C to Mr. Kloetzel of client (MASKED OVER) (MASKED OVER) | 0.20 |
| LSF | Review and revise Request for Answers to Interrogatories and Request for Production of Documents | 0.70 |
| SRG | (NO CHARGE) Prepare motion for summary judgment. | 5.30 |
| 03/31/06 SRG | Revise Affidavit of Mr. Awa. | 0.60 |
| LSF | Inspection of records produced by Brandt Homes at its attorney's office | 1.10 |
| SRG | Revise Exhibit List to incorporate additions by Mr. Fujisaki. | 0.50 |
| SRG | Conduct additional legal research on injunctive relief/Hawaii covenant cases. | |
| SRG | (NO CHARGE) Revise Motion for Summary Judgment. | |

**EXHIBIT "J"**
**Page 67 of 139**

Na Pali Haweo Community Association

Page: 4
04/10/2006
Account No: 2737-00024M
Invoice No:          25

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  | | Hours | |
|---|---|---|---|
| SRG Revise Concise Statement of Facts. | | 1.30 | |
| SRG Revise Affidavit of Mr. Kloetzel. | | 0.60 | |
| SRG T/C from Mr. Kloetzel of client | (MASKED OVER) | 0.20 | |
| (MASKED OVER) | | | |
| Current Fees | | 70.20 | 6,863.50 |
| Sales Tax on Fees | | | 285.93 |

| Date | Description | Amount |
|---|---|---|
| 03/07/06 | Facsimile | 1.00 |
| 03/07/06 | Photocopying | 4.00 |
| 03/09/06 | Facsimile | 1.00 |
| 03/10/06 | Photocopying | 4.80 |
| 03/10/06 | Photocopying | 1.40 |
| 03/14/06 | Facsimile | 3.50 |
| 03/14/06 | Photocopying | 2.80 |
| 03/16/06 | Postage | 0.87 |
| 03/17/06 | Postage | 1.26 |
| 03/17/06 | Photocopying | 3.00 |
| 03/17/06 | Photocopying | 1.00 |
| 03/21/06 | Photocopying | 3.60 |
| 03/22/06 | Photocopying | 10.40 |
| 03/23/06 | Photocopying | 2.00 |
| 03/23/06 | Photocopying | 1.40 |
| 03/24/06 | Photocopying | 9.20 |
| 03/30/06 | Postage | 4.05 |
| 03/30/06 | Photocopying | 5.00 |
| 03/30/06 | Photocopying | 5.60 |
| 03/30/06 | Photocopying | 20.40 |
| 03/31/06 | Facsimile | 1.50 |
|  | Postage | 0.63 |
|  | Total Expenses | 88.41 |
|  | Sales Tax on Expenses | 3.68 |

| Date | Description | Amount |
|---|---|---|
| 03/08/06 | Filing fee CITY & COUNTY OF HONOLULU \Copy-Certified Plans\Ck# 8460 | 53.00 |
| 03/15/06 | Outside photocopy charges CITY & COUNTY OF HONOLULU \Copy of Docs from Dept of Planning\Ck# 8506 | 76.00 |
| 03/17/06 | CITY & COUNTY OF HONOLULU \Copy Plan/C&C\ Ck# 1173 | 53.00 |
| 03/21/06 | West Law\ Research Service\(2/6/2006) | 4.10 |
| 03/21/06 | West Law\Research Service\(2/3/2006) | 28.43 |
| 03/21/06 | West Law\Research Services\(2/3/2006) | 10.39 |
| 03/21/06 | West Law\Research Services\(2/6/2006) | 153.20 |
|  | Total Costs Advanced | 378.12 |
|  | Total Current Fees and Costs | 7,619.64 |
|  | Previous Balance | $6,424.61 |

**EXHIBIT "J"**
**Page 68 of 139**

```
                                                              Page:  5
   Na Pali Haweo Community Association                      04/10/2006
                                                   Account No: 2737-00024M
                                                   Invoice No:         25

   Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
   Covenant Violation
```

| | | |
|---|---|---:|
| 04/17/06 | Payment - Thank you | -772.65 |
| 04/17/06 | Payment - Thank you | -11.34 |
| 04/17/06 | Payment - Thank you | -4,779.14 |
| | Payment Received | -5,563.13 |
| | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $8,481.12 |