NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Managment Co.
P.O. Box 4009
Honolulu, HI 96812
HMI# 1456

Page: 1
03/10/2007
Account No: 2737-00024M
Invoice No:         36

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  | | Hours | |
|---|---|---|---|
| 02/02/07 | | | |
| SRG | (NO CHARGE) Receive/review Notice of Hearing on Defendants' Motion to Disqualify J. Kobayashi. | 0.20 | n/c |
| 02/06/07 | | | |
| MAA | Continue drafting settlement agreement. | 1.20 | |
| 02/15/07 | | | |
| LSF | Telephone conference with Ron Awa | 0.20 | |
| 02/20/07 | | | |
| LSF | Telephone conference with John Zalewski re response to Grandes' motion to disqualify | 0.20 | |
| 02/21/07 | | | |
| LSF | Telephone conference with John Zalewski re response to motion to disqualify | 0.20 | |
| 02/23/07 | | | |
| LSF | Draft memo in opposition to motion to disqualify Judge Kobayashi | 0.50 | |
| 02/26/07 | | | |
| LSF | Telephone conference with John Zalewski re preparation of Memo in Opp to Motion to Disqualify | 0.50 | |
| LSF | Research and draft memo in opp to motion to disqualify; review documents previously filed and court orders | 4.10 | |
| SRG | Review pleadings file; Draft opposition to arguments in motion for appointment of different magistrate judge relating to awards of sanctions. | 2.70 | |
| 02/27/07 | | | |
| LSF | Draft memo in opposition to Motion to Disqualify Magistrate; review records in case; research cases re grounds for disqualification | 2.40 | |
| SRG | Prepare correspondence to Mr. Zalewski regarding opposition to motion for appointment of new judge. | 0.20 | |
| SRG | Prepare/Revise opposition to Grandes' | | |

**EXHIBIT "J"**
**Page 107 of 139**

Na Pali Haweo Community Association

```
                                             Page: 2
                                         03/10/2007
                           Account No: 2737-00024M
                           Invoice No:         36
```

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| | argument relating to awards of sanctions. | 2.20 | |
| 02/28/07 | | | |
| LSF | Draft revisions to Declaration of LSF; draft Memo in Opp to Motion to Disqualify. | 3.60 | |
| MAA | Review materials re settlement. | 0.40 | |
| | Current Fees | 18.40 | 3,586.00 |
| | Sales Tax on Fees | | 168.97 |
| 02/01/07 | Photocopying | | 3.40 |
| 02/27/07 | Photocopying | | 1.60 |
| 02/27/07 | Photocopying | | 1.60 |
| | Total Expenses | | 6.60 |
| | Sales Tax on Expenses | | 0.31 |
| 02/06/07 | Outside photocopy charges PROFESSIONAL IMAGE \(1/29/2007) | | 138.22 |
| | Total Costs Advanced | | 138.22 |
| | Total Current Fees and Costs | | 3,900.10 |
| | Previous Balance | | $49,363.02 |
| 03/07/07 | Payment - Thank you \Ck#11520 | | -1,864.57 |
| 03/07/07 | Payment - Thank you \Ck#11520 | | -1.15 |
| 03/07/07 | Payment - Thank you \Ck#11520 | | -16.14 |
| 03/07/07 | Payment - Thank you \Ck#11520 | | -5,583.24 |
| 03/07/07 | Payment - Thank you \Ck#11520 | | -2.32 |
| 03/07/07 | Payment - Thank you \Ck#11520 | | -14.43 |
| | Payment Received | | -7,481.85 |
| | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | | $45,781.27 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE **EXHIBIT "J"**

THANK YOU FOR THE OPPORTUNITY TO BE OF SERV **Page 108 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177


Na Pali Haweo Community Association
Hawaiiana Managment Co.
P.O. Box 4009
Honolulu,  HI  96812
HMI# 1456

Page: 1
04/10/2007
Account No: 2737-00024M
Invoice No:        37


Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation


|  |  | Hours |  |
|---|---|---|---|
| **03/03/07** |  |  |  |
| LSF | Review letter from Ron Awa re deficiencies. | 0.50 |  |
| **03/05/07** |  |  |  |
| LSF | Draft letter to Grandes' counsel disapproving their application | 0.70 |  |
| SRG | (NO CHARGE) Receipt and review of letter from Awa & Associates regarding rejection of plans. | 0.20 | n/c |
| **03/06/07** |  |  |  |
| LSF | Draft letter to Grandes' attorney disapproving plans | 0.70 |  |
| **03/08/07** |  |  |  |
| LSF | Draft e-mail to S. Jacobson re need for meeting with Ed Resh | 0.20 |  |
| **03/11/07** |  |  |  |
| LSF | Draft e-mail to John Zalewski re meeting with Ed Resh | 0.20 |  |
| **03/12/07** |  |  |  |
| LSF | (NO CHARGE) Review Reply re Motion to Disqualify. | 0.20 | n/c |
| **03/14/07** |  |  |  |
| LSF | Telephone conference with Judge Kurren's courtroom manager re status conference | 0.20 |  |
| LSF | Draft e-mail to counsel re status conference | 0.20 |  |
| **03/15/07** |  |  |  |
| LSF | Telephone conference with Richlyn re status conference | 0.10 |  |
| LSF | Draft e-mail to Steve Jacobson re need to meet with architect and draftsperson and other issues | 0.60 |  |
| LSF | Communications with Judge Kurren's courtroom manager | 0.20 |  |
| MAA | Review emails from parties re settlement and status conference; review draft settlement agreement. | 0.60 |  |
| LSF | Draft e-mail to Steve Jacobson re need to |  |  |

**EXHIBIT "J"**
**Page 109 of 139**

Na Pali Haweo Community Association

Page: 2
./10/2007

Account No: 2737-00024M
Invoice No:          37

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
|  | meet with architect and draftsperson and other issues | 0.60 |  |
| LSF | Communications with Judge Kurren's courtroom manager | 0.20 |  |
| 03/19/07 |  |  |  |
| LSF | Telephone conference with Jeff Kloetzel in preparation for Board meeting | 0.20 |  |
| 03/21/07 |  |  |  |
| LSF | Telephone conference with John Zalewski re scheduling 4/07 status conference | 0.20 |  |
| LSF | Attend status conference | 0.70 |  |
| LSF | Prepare for status conference; prepare memo to provide Judge; review chronology of case and outstanding issues and prepare for discussion | 1.40 |  |
| MAA | (NO CHARGE) Conference with L. Fujisaki re | 0.10 | n/c |
| MAA | Continue work on settlement agreement. | 0.40 |  |
| 03/22/07 |  |  |  |
| MAA | Continue drafting settlement agreement. | 3.40 |  |
| 03/27/07 |  |  |  |
| MAA | Review changes to settlement agreement proposed by J. Zalewski; make revisions to agreement. | 0.40 |  |
| 03/28/07 |  |  |  |
| MAA | Review and revise settlement agreement. | 0.40 |  |
| 03/30/07 |  |  |  |
| MAA | Draft correspondence to J. Zaleski re same. | 0.50 |  |
| MAA | Review and revise draft of settlement agreement. | 1.80 |  |
| 03/31/07 |  |  |  |
| LSF | (NO CHARGE) Review settlement agreement | 0.20 | n/c |
| MAA | Finalize email correspondence to J. Zalewski re settlement agreement. | 0.60 |  |

|  |  |  |
|---|---|---|
| Current Fees | 15.00 | 3,040.50 |
| Sales Tax on Fees |  | 143.27 |
| Total Current Fees and Costs |  | 3,183.77 |
| Previous Balance |  | $45,781.27 |
| TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT |  | $48,965.04 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

**EXHIBIT "J"**
**Page 110 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Page: 1
05/10/2007

Na Pali Haweo Community Association
Hawaiiana Managment Co.                    Account No: 2737-00024M
P.O. Box 4009                              Invoice No:         38
Honolulu,  HI  96812
HMI# 1456

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | | Hours |
|---|---|---|
| **04/02/07** | | |
| MAA | Review email from J. Zalewski re settlement agreement. | 0.20 |
| LSF | Draft memo to Steve Jacobson re proposed settlement agreement and need to meet to discuss plans with Ed Resh, architect | 0.80 |
| LSF | Draft e-mail to John Zalewski re revisions to settlement agreement | 0.10 |
| MAA | Conference with L. Fujisaki re settlement agreement. | 0.20 |
| MAA | Review correspondence to S. Jacobson re settlement agreement. | 0.20 |
| **04/03/07** | | |
| LSF | Draft and revise Stipulation re discharge of lien | 0.50 |
| **04/04/07** | | |
| LSF | Draft proposed stipulation re release of lien and handling of attorneys' fees and costs claim | 1.60 |
| LSF | Draft stipulation re resolution of attorneys' fees and costs | 1.80 |
| **04/12/07** | | |
| MAA | Review emails and issue re discovery in state or court action. | 0.40 |
| SRG | Telephone conference with James Nishimoto regarding subpoena (x2); Telephone conference with Lance Stevens regarding subpoena (x2). | 0.70 |
| **04/16/07** | | |
| SRG | (NO CHARGE) Reciept and review of corrspondence regarding (MARKED OVER) Receipt and review of Motion for Protective Order; Review subpoenas; Prepare correspondence to attorney Wong regarding (MARKED OVER) | 1.10    n/c |
| **04/17/07** | | |
| LSF | Draft e-mail to John Zalewski | 0.20 |
| LSF | Draft letter to Steve Jacobson re need to meet to discuss settlement and submission | |

**EXHIBIT "J"**
**Page 111 of 139**

```
                                                          Page: 2
     Na Pali Haweo Community Association                05/10/2007
                                             Account No: 2737-00024M
                                             Invoice No:         38
```

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| of plans |  | 0.80 |  |
| **04/19/07** |  |  |  |
| LSF | Review letter from Grandes' counsel; draft letter to Judge Kurrem re communication from Grandes' attorney questioning settlement agreement | 3.90 |  |
| **04/20/07** |  |  |  |
| MAA | Review and revise stipulation re fees. | 0.70 |  |
| LSF | Draft letter to Judge Kurren summarizing status of settlement negotiations; research assessed value of Grandes' Florida property for letter to Judge | 2.20 |  |
| **04/21/07** |  |  |  |
| MAA | Review and revise stipulation re award of fees and costs; review settlement agreement and make notes re issues to be addressed in settlement agreement based on changes to stipulation. | 1.40 |  |
| **04/22/07** |  |  |  |
| MAA | Review and revise stipulation re award of fees and costs. | 2.60 |  |
| **04/23/07** |  |  |  |
| LSF | Prepare for and attend status conference before Judge Kurren | 1.50 |  |
| LSF | Draft letter to Steve Jacobson re meeting with Ed Resh | 0.50 |  |
| LSF | (NO CHARGE) Telephone conference with Ron Awa re (MASKED OVER) | 0.20 | n/c |
| LSF | (NO CHARGE) Draft e-mail to client re status conference | 0.20 | n/c |
| **04/26/07** |  |  |  |
| LSF | (NO CHARGE) Telephone conference with Lane Uchimura, President, re status | 0.20 | n/c |
| **04/30/07** |  |  |  |
| LSF | Prepare for and attend meeting with Board to discuss status of case and plan for resolution | 2.20 |  |
|  | Current Fees | 22.50 | 4,514.50 |
|  | Sales Tax on Fees |  | 212.72 |

| 04/17/07 | Photocopying | 2.00 |
|---|---|---|
| 04/17/07 | Facsimile | 1.50 |
| 04/18/07 | Postage | 0.78 |
| 04/19/07 | Photocopying | 0.40 |
| 04/20/07 | Photocopying | 0.20 |
| 04/20/07 | Photocopying | 0.40 |
| 04/20/07 | Photocopying | 0.40 |
| 04/20/07 | Photocopying |  |
| 04/20/07 | Photocopying |  |

**EXHIBIT "J"**
**Page 112 of 139**

Page: 3

Na Pali Haweo Community Association
05/10/2007
Account No: 2737-00024M
Invoice No:          38

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | | |
|---|---|---:|
| 04/20/07 | Postage | 1.35 |
| 04/23/07 | Photocopying | 0.40 |
| 04/23/07 | Photocopying | 0.80 |
| 04/23/07 | Photocopying | 0.40 |
| 04/23/07 | Photocopying | 0.20 |
| 04/23/07 | Photocopying | 2.00 |
| 04/23/07 | Photocopying | 5.20 |
| 04/23/07 | Postage | 0.39 |
| 04/23/07 | Postage | 5.47 |

|  |  |
|---|---:|
| Total Expenses | 39.69 |
| Sales Tax on Expenses | 1.87 |

| | | |
|---|---|---:|
| 04/02/07 | WESTLAW \Research Service\(2/26/2007) | 5.52 |

|  |  |
|---|---:|
| Total Costs Advanced | 5.52 |
| Total Current Fees and Costs | 4,774.30 |
| Previous Balance | $48,965.04 |

| | | |
|---|---|---:|
| 04/23/07 | Payment - Thank you \Ck#11561 | -1,922.51 |
| 04/23/07 | Payment - Thank you \Ck#11561 | -97.19 |
| 04/23/07 | Payment - Thank you \Ck#11561 | -105.20 |
| 04/23/07 | Payment - Thank you \Ck#11561 | -3,754.97 |
| 04/23/07 | Payment - Thank you \Ck#11561 | -6.91 |
| 04/23/07 | Payment - Thank you \Ck#11561 | -138.22 |

|  |  |
|---|---:|
| Payment Received | -6,025.00 |
| TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $47,714.34 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE   **EXHIBIT "J"**
THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE   **Page 113 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177



                                                            Page: 1
Na Pali Haweo Community Association                       06/10/2007
Hawaiiana Managment Co.                     Account No: 2737-00024M
P.O. Box 4009                               Invoice No:        39
Honolulu,  HI  96812
HMI# 1456

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation


                                                    Hours
05/01/07
     LSF Telephone conference with John Zalewski
         re issues relating to meeting of
         architects                                  0.50

05/02/07
     MAA Conference with L. Fujisaki re issue of
         stipulation for dismissal of state court
         action.                                     0.20

05/03/07
     LSF Review e-mail from and draft response to
         Blake Bushnell                              0.20
     LSF (NO CHARGE) Telephone conference with

              {MASKED OVER}
                                                     0.20          n/c

05/04/07
     MAA Review motion for summary judgment filed
         by Grandes in state court action for
         significance to federal action.             0.40
     LSF Telephone conference with Steve Jacobson
         and John Zalewski re meeting with Ed Resh   0.30
     LSF (NO CHARGE) Review MSJ filed by Grandes
         in Brandt Homes litigation for use in
         federal court case                          0.30          n/c
     LSF Draft letter to Mr. Bushnell (attorney
         for Resh) requesting meeting                0.50

05/07/07
     LSF Communications with Tony Wong re


              {MASKED OVER}
                                                     0.20
     LSF Telephone conference with Blake Bushnell
         re meeting of architects and draftsman      0.20

05/09/07
     LSF Draft e-mail to Blake Bushnell responding
         to his e-mail concerning terms and
         conditions for meeting with Ed Resh and
         draftsman                                   0.40
     LSF Communications with Court re scheduling
         status conference with Judge Kurren         0.30
     LSF Draft e-mail to Ron Awa re status of

Na Pali Haweo Community Association

Account No: 2737-00024M
Invoice No:        39

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  | | Hours |
|---|---|---|
|  | meeting with architect | 0.20 |
| LSF | Review and analyze Grandes' memo in opp to Motion for Protective Order; assist with drafting response | 0.90 |
| **05/10/07** | | |
| LSF | Draft e-mail to Blake Bushnell re meeting between architects; review e-mail communication from Bushnell | 0.50 |
| **05/11/07** | | |
| LSF | Draft e-mail to Blake Bushnell re meeting between Awa and Resh; telephone conference with Ron Awa re meeting | 0.50 |
| **05/14/07** | | |
| LSF | Draft e-mail to architect Ed Resh's attorney re meeting between architects | 0.20 |
| LSF | Draft letter to Board summarizing status of case and providing options for resolving case | 2.10 |
| **05/16/07** | | |
| LSF | Draft e-mail to Ed Resh's attorney re scheduling meeting to resolve deficiencies with plans | 0.80 |
| LSF | Communications with Ron Awa re meeting with Ed Resh | 0.30 |
| LSF | Communications with Court and counsel re status conference | 0.20 |
| **05/17/07** | | |
| SRG | (NO CHARGE) Review and revise letter to Board of Directors regarding (MASKED OVER) | 0.70 |
| LSF | Draft e-mail to Blake Bushnell re meeting with architects; respond to his arguments criticizing handling of matter | 0.50 |
| LSF | Draft report to Board re status of case and proposed options for resolving case | 3.70 |
| LSF | Telephone conference with Ron Awa and Blake Bushnell to coordinate meeting with Ed Resh | 0.30 |
| MAA | Conference with L. Fujisaki re strategy and letter to Board. | 0.30 |
| **05/19/07** | | |
| SRG | (NO CHARGE); Receipt and review of e-mails (x3) regarding meeting. | 0.20 |
| LSF | (NO CHARGE) Prepare for (MASKED OVER) | 0.50 |
| **05/21/07** | | |
| SRG | (NO CHARGE) Receipt and review of e-mails (x5) regarding meeting. | 0.20 |
| **05/29/07** | | |
| LSF | Review depo of Owen Chock taken in Brandt | |

For the 05/17/07 SRG entry: n/c
For the 05/19/07 LSF entry: n/c

**EXHIBIT "J"**
**Page 115 of 139**

```
                                                        Page: 3
Na Pali Haweo Community Association              06/10/2007
                                        Account No: 2737-00024M
                                        Invoice No:          39

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation
```

|                        | Hours |          |
|------------------------|-------|----------|
| case                   | 1.00  |          |
| Current Fees           | 15.10 | 3,016.50 |
| Sales Tax on Fees      |       | 142.14   |

| Date     | Description                | Amount    |
|----------|----------------------------|-----------|
| 05/03/07 | Postage                    | 0.39      |
| 05/04/07 | Photocopying               | 27.60     |
| 05/04/07 | Postage                    | 4.20      |
| 05/04/07 | Photocopying               | 0.80      |
|          | Total Expenses             | 32.99     |
|          | Sales Tax on Expenses      | 1.55      |
|          | Total Current Fees and Costs | 3,193.18 |
|          | Previous Balance           | $47,714.34 |
| 05/21/07 | Payment - Thank you /ck #11582 | -3,183.77 |
|          | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $47,723.75 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE   **EXHIBIT "J"**

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE   **Page 116 of 139**

NEESEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Managment Co.
P.O. Box 4009
Honolulu, HI 96812
HMI# 1456

Page: 1
07/10/2007
Account No: 2737-00024M
Invoice No:        40

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | | Hours | |
|---|---|---|---|
| 06/05/07 | | | |
| LSF | Draft and finalize letter to Grandes' attorney re deadline for submission of revised plans | 0.90 | |
| 06/21/07 | | | |
| SRG | (NO CHARGE) Meet with Mr. Fujisaki regarding (MASKED OVER) Attend/monitor trial in Brandt v. Grande (state court case) | 2.80 | n/c |
| 06/22/07 | | | |
| LSF | Office conference with surveyor Lance Stevens in preparation for his trial testimony | 0.70 | |
| LSF | Draft letter to Mr. Jacobson re failure to submit plans | 0.50 | |
| LSF | Review transcript of depo of Mr. Grande | 0.20 | |
| 06/23/07 | | | |
| LSF | Review and analyze deposition transcript of Mr. Grande | 2.90 | |
| 06/25/07 | | | |
| LSF | Prepare for and attend meeting with Board | 1.10 | |
| 06/28/07 | | | |
| LSF | (NO CHARGE) Review Motion to Withdraw; draft e-mail to client re (MASKED OVER) | 0.50 | n/c |
| 06/29/07 | | | |
| LSF | Draft e-mail to Steve Jacobson re whether clients will be present | 0.20 | |
| LSF | Attend hearing on motion to expunge as it relates to NPH's lien | 0.80 | |
| LSF | Review letter from Grandes re clarification of various issues relating to plans to be submitted | 0.50 | |
| LSF | (NO CHARGE) Draft e-mail to President confirming position re (MASKED OVER) | 0.20 | n/c |
| LSF | (NO CHARGE) Draft e-mail to client re (MASKED OVER) | 0.30 | n/c |
| LSF | Draft response to Grandes' revised letter | 1.20 | |
| MAA | (NO CHARGE) Review letters from S. | | |

**EXHIBIT "J"**
**Page 117 of 139**

Na Pali Haweo Community Association

```
                                              Page: 2
                                            07/10/2007
                               Account No: 2737-00024M
                               Invoice No:         40
```

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  | Hours |  |
|---|---|---|
| Jacobson; review emails re same. | 0.40 | n/c |
| Current Fees | 9.00 | 1,800.00 |
| Sales Tax on Fees | | 84.82 |

| | | |
|---|---|---|
| 06/05/07 | Postage | 0.82 |
| 06/05/07 | Photocopying | 0.20 |
| 06/22/07 | Photocopying | 0.80 |
| | Total Expenses | 1.82 |
| | Sales Tax on Expenses | 0.09 |
| | Total Current Fees and Costs | 1,886.73 |
| | Previous Balance | $47,723.75 |
| | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $49,610.48 |

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177

```
                                                    Page: 1
Na Pali Haweo Community Association                08/10/2007
Hawaiiana Managment Co.              Account No: 2737-00024M
P.O. Box 4009                        Invoice No:        41
Honolulu, HI  96812
HMI# 1456
```

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |
|---|---|---|
| 07/01/07 | | |
| LSF | Transmit e-mail from Steve Jacobson to client; draft memo to client re proposed terms for resolution of covenant violations to be discussed at status conference; prepare for status conference | 0.70 |
| LSF | Review Architect's and project manager's responses to Mr. Jacobson's letter re plans; incorporate information into letter | 0.50 |
| 07/02/07 | | |
| LSF | Draft e-mail to Ron Awa requesting his input on deadlines | 0.20 |
| LSF | Prepare for and attend status conference and hearing on motion to withdraw at District Court | 1.50 |
| 07/03/07 | | |
| LSF | Draft status report to client re status conference and meeting with Grandes' attorney and planned settlement conference | 0.80 |
| LSF | Finalize draft of letter to Mr. Jacobson | 0.80 |
| LSF | Communications with ARC to prepare response to Grandes' letter re resolving outstanding issues | 0.90 |
| 07/06/07 | | |
| LSF | Finalize letter to Mr. Jacobson re response to his 6/28 letter re plans | 0.50 |
| 07/13/07 | | |
| LSF | Attend oral argument in Brandt Homes litigation | 1.50 |
| 07/19/07 | | |
| LSF | Draft e-mail to John Zalewski re decision in Brandt litigation | 0.20 |
| 07/20/07 | | |
| LSF | Draft e-mail to Steve Jacobson re where to deliver plans | 0.10 |

**EXHIBIT "J"**
**Page 119 of 139**

Na Pali Haweo Community Association

Page: 2
0o,10/2007
Account No: 2737-00024M
Invoice No:        41

Re: *Lot 2A-49 {GRANDE, Anthony & Narindar}
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| 07/24/07 |  |  |  |
|  | LSF Draft e-mail to Steve Jacobson re failure to submit plans | 0.20 |  |
|  | LSF (NO CHARGE) Review plans submitted by Grandes | 0.30 | n/c |
| 07/25/07 |  |  |  |
|  | LSF Review plans submitted by Grandes | 0.50 |  |
| 07/26/07 |  |  |  |
|  | LSF Review plans and compare to letter from Mr. Jacobson and draft e-mail to Mr. Jacobson re deficiencies and need to meet prior to settlement conference | 0.80 |  |
|  | LSF (NO CHARGE) Draft e-mail to Ron Awa re (MASKED OVER) | 0.20 | n/c |
| 07/27/07 |  |  |  |
|  | LSF (NO CHARGE) Draft e-mail to Ron Awa re (MASKED OVER) | 0.20 | n/c |
| 07/30/07 |  |  |  |
|  | LSF Draft e-mail to Grandes' counsel re status | 0.30 |  |
|  | LSF Draft e-mail to client re Grandes will retain new architect | 0.20 |  |
|  | LSF Draft e-mail to John Zalewski re preparation for settlement conference | 0.10 |  |
|  | LSF Draft e-mail to ARC re status of plans to be submitted | 0.10 |  |
|  | Current Fees | 9.90 | 1,980.00 |
|  | Sales Tax on Fees |  | 93.30 |

|  |  |
|---|---|
| 07/25/07 Postage | 1.09 |
| Total Expenses | 1.09 |
| Sales Tax on Expenses | 0.05 |

|  |  |
|---|---|
| 07/31/07 Outside photocopy charges THE BLUE PRINT COMPANY/ck #10593 | 16.08 |
| Total Costs Advanced | 16.08 |
| Total Current Fees and Costs | 2,090.52 |
| Previous Balance | $49,610.48 |

|  |  |
|---|---|
| 07/24/07 Payment - Thank you /ck #11629 | -3,158.64 |
| 07/24/07 Payment - Thank you /ck #11629 | -34.54 |
| Payment Received | -3, |

**EXHIBIT "J"**
**Page 120 of 139**

```
                                            Page: 3
Na Pali Haweo Community Association          08/10/2007
                                 Account No: 2737-00024M
                                 Invoice No:        41

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation


    TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT      $48,507.82
                                                  ============
```

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177

```
                                                    Page: 1
Na Pali Haweo Community Association                 09/10/2007
Hawaiiana Managment Co.               Account No: 2737-00024M
P.O. Box 4009                         Invoice No:         42
Honolulu, HI  96812
HMI# 1456
```

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | Hours |
|---|---|
| **08/01/07** | |
| LSF Draft e-mail to Steve Jacobson re settlement meeting | 0.20 |
| **08/03/07** | |
| LSF Draft letter to Judge Kurren in preparation for settlement conference | 2.30 |
| **08/06/07** | |
| LSF Prepare for and attend settlement conference at District Court | 3.80 |
| **08/09/07** | |
| LSF Telephone conference with Everett Kaneshige and John Zalewski re plan for resolution of case | 0.50 |
| LSF Review notes from settlement conference; review response to Grandes' allegations | 0.40 |
| LSF Research mechanics' lien process and impact on settlement | 0.40 |
| **08/13/07** | |
| LSF Draft e-mail to John Zalewski re appointment of counsel | 0.20 |
| **08/14/07** | |
| LSF Telephone conference with Ron Awa re ARC's response to questions raised by Grandes; draft e-mail to Steve Jacobson responding to his questions and requesting meeting to discuss status of settlement | 0.40 |
| **08/15/07** | |
| LSF Draft e-mail to President re handling a/c screening | 0.30 |
| **08/22/07** | |
| LSF Draft letter to owners' attorney re denial of application | 0.50 |
| LSF Review correspondence from owners' counsel | 0.30 |
| LSF Draft response to Grandes' letter; review Judge Ezra's order | 0.30 |

**EXHIBIT "J"**
**Page 122 of 139**

Na Pali Haweo Community Association

Page: 2
10/2007
Account No: 2737-00024M
Invoice No:      42

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| 08/28/07 |  |  |  |
| | LSF Draft letter to Steve Jacobson responding to his two letters re settlement proposal | 2.10 | |
| 08/29/07 |  |  |  |
| | LSF (NO CHARGE) Telephone conference with Everett Kaneshige re status of settlement proposal review settlement strategies | 1.50 | n/c |
| | LSF Draft proposed letter to Mr. Jacobson re outstanding issues | 0.20 | |
| | Current Fees | 11.90 | 2,380.00 |
| | Sales Tax on Fees | | 112.15 |

| 08/02/07 | Facsimile | 2.00 |
|---|---|---|
| 08/03/07 | Photocopying | 0.40 |
| 08/03/07 | Photocopying | 13.00 |
| 08/06/07 | Photocopying | 2.60 |
| 08/06/07 | Postage | 8.19 |
| 08/29/07 | Photocopying | 1.20 |
| 08/29/07 | Postage | 0.41 |
| 08/31/07 | Photocopying | 3.60 |
| | Total Expenses | 31.40 |
| | Sales Tax on Expenses | 1.48 |
| | Total Current Fees and Costs | 2,525.03 |
| | Previous Balance | $48,507.82 |
| | TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $51,032.85 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

**EXHIBIT "J"
Page 123 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Managment Co.
P.O. Box 4009
Honolulu, HI  96812
HMI# 1456

Page: 1
10/10/2007
Account No: 2737-00024M
Invoice No:       43

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | Hours | |
|---|---|---|
| **09/01/07** | | |
| LSF Research NPH's right to recover fees and costs; research whether Federal Court will apply state law on this issue. | 1.10 | |
| LSF (NO CHARGE) Draft memo to Board (MASKED OVER) | 1.00 | n/c |
| **09/04/07** | | |
| LSF (NO CHARGE) (MASKED OVER) | 1.40 | n/c |
| LSF Research attorneys' fees for mechanics' lien and status of litigation | 1.10 | |
| **09/07/07** | | |
| LSF (NO CHARGE) Telephone conference with Everett; draft e-mail to John Zalewski | 0.20 | n/c |
| **09/20/07** | | |
| LSF Draft e-mail to Board re decision in State Court action; review Court's decision | 1.10 | |
| LSF Draft proposed e-mail to Grandes' attorney | 0.90 | |
| SRG (NO CHARGE) Receipt and review of findings or fact and conclusions of law in state court action. | 0.20 | n/c |
| **09/21/07** | | |
| LSF (NO CHARGE) Finalize e-mail to Steve Jacobson | 0.10 | n/c |
| **09/27/07** | | |
| LSF Draft letter to Steve Jacobson re settlement negotiations | 1.10 | |
| LSF Review letter from Steve Jacobson | 0.30 | |
| LSF (NO CHARGE) Draft e-mail to client re (MASKED OVER) | 0.20 | n/c |
| Current Fees | 5.60 | 1,120.00 |
| Sales Tax on Fees | | 52.77 |

09/27/07 Photocopying

**EXHIBIT "J"
Page 124 of 139**

Na Pali Haweo Community Association

Page: 2
10/10/2007
Account No: 2737-00024M
Invoice No:        43

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation


09/27/07 Postage                                        0.41
                                                    _____

        Total Expenses                               1.21
        Sales Tax on Expenses                        0.06

        Total Current Fees and Costs             1,174.04

        Previous Balance                       $51,032.85


        TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT    $52,206.89
                                                    ==========

**EXHIBIT "J"**

**Page 125 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Managment Co.
P.O. Box 4009
Honolulu, HI  96812
HMI# 1456

Page: 1
11/26/2007
Account No: 2737-00024M
Invoice No:      44

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

| | |
|---|---|
| 11/26/07 Court reporter fee /June Spohn/Ck #10876 11/21/07 | 1,350.00 |
| Total Costs Advanced | 1,350.00 |
| Total Current Fees and Costs | 1,350.00 |
| Previous Balance | $52,206.89 |
| TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT | $53,556.89 |

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE  **EXHIBIT "J"**

THANK YOU FOR THE OPPORTUNITY TO BE OF SERV **Page 126 of 139**

NELLEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177

Na Pali Haweo Community Association
Hawaiiana Managment Co.
P.O. Box 4009
Honolulu,  HI  96812
HMI# 1456

Page: 1
12/10/2007
Account No: 2737-00024M
Invoice No:          45

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  | Hours |  |
|---|---|---|
| **09/26/07** | | |
| LSF Draft letter to Steve Jacobson re lack of progress w/settlement | 0.50 | |
| **10/01/07** | | |
| LSF (NO CHARGE) Draft proposed e-mail to Richlyn of Judge Kurren's chambers re status of settlement negotiations and need for status conference | 0.50 | n/c |
| LSF Research whether owner approval is required to borrow funds and purchase Grande property and prepare matrix of options available to resolve case | 0.30 | |
| LSF Draft revised e-mail to Richlyn (US DC); further communications with Richlyn | 0.30 | |
| LSF (NO CHARGE) Draft memo to Board outlining settlement strategies | 0.50 | n/c |
| **10/03/07** | | |
| LSF Review letter from Mr. Grande re his position on remedial work | 0.40 | |
| LSF Draft memo to Board summarizing (MASKED OVER) | 0.90 | |
| LSF Telephone conference with Ron Awa, architect, re proposed remedial work | 0.30 | |
| LSF Draft e-mail to Steve Jacobson requesting landscape plans | 0.30 | |
| LSF Draft e-mail to Richlyn re status conference with court (twice) | 0.20 | |
| **10/04/07** | | |
| LSF Research attorneys' fees and costs | 0.70 | |
| LSF Draft e-mail to Tony Grande re no landscaping plans received | 0.30 | |
| LSF Review correspondence re landscape plans; draft e-mail to Steve Jacobson responding to his e-mail that he sent landscape plans without transmittal | 0.30 | |
| **10/05/07** | | |
| LSF (NO CHARGE) Finalize memo summarizing settlement strategies and options | 0.70 | |

**EXHIBIT "J"**
**Page 127 of 139**

Na Pali Haweo Community Association

Page: 2
12/10/2007
Account No: 2737-00024M
Invoice No:        45

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| **10/08/07** |  |  |  |
| LSF | Draft e-mail to Steve Jacobson re disapproval of paint color | 0.30 |  |
| LSF | (NO CHARGE) Review landscape plans; communications with lender; review and finalize matrix of settlement options in preparation for Board meeting | 0.50 | n/c |
| LSF | Draft letter responding to laundry list of questions raised by Mr. Grande | 2.10 |  |
| LSF | (NO CHARGE) Further work on letter to Grandes | 2.00 | n/c |
| **10/09/07** |  |  |  |
| LSF | (NO CHARGE) Prepare for and attend Board meeting | 0.50 | n/c |
| LSF | Meet with Board of Directors to discuss litigation | 1.00 |  |
| LSF | Draft letter to Grandes re deadline for compliance and correction of covenant violations; include detailed response to Grandes' questions about each correction | 0.40 |  |
| LSF | Telephone conference with Ron Awa re proposed paint color | 0.20 |  |
| LSF | Review e-mail from Grandes re proposed paint colors | 0.20 |  |
| **10/10/07** |  |  |  |
| LSF | Finalize letter to Steve Jacobson responding to Mr. Grande's questions about details of remedial work and deadline for resolution of violations | 0.30 |  |
| **10/11/07** |  |  |  |
| LSF | Draft letter to Grandes re settlement meeting | 0.30 |  |
| LSF | Review e-mail from Grandes | 0.20 |  |
| **10/12/07** |  |  |  |
| LSF | Telephone conference with Mr. Grande re resolution of violations | 0.50 |  |
| LSF | (NO CHARGE) Office conference with Mr. Zalewski before and after conversation with Mr. Grande | 0.50 | n/c |
| LSF | (NO CHARGE) Prepare for telephone conference with Mr. Grande; review prior communications re specifications for remedial work; review plans of previous submissions by Grandes | 0.50 | n/c |
| LSF | (NO CHARGE) Draft e-mail to ARC re Mr. Grande's proposed changes to garage | 0.50 | n/c |
| LSF | Draft e-mail to Mr. Grande; prepare excerpts of plans for Mr. Grande to annotate | 0.50 |  |
| LSF | Draft letter to Mr. Grande re his response to deadlines for compliance, remedial work and release of liens | 1.00 |  |
| LSF | (NO CHARGE) Review plans and prepare response to Grande meeting and correspondence | | |

**EXHIBIT "J"**
**Page 128 of 139**

Na Pali Haweo Community Association

Page: 3
1 10/2007
Account No: 2737-00024M
Invoice No:        45

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| 10/13/07 |  |  |  |
| LSF (NO CHARGE) Draft letter to Mr. Grande responding to his allegations; review e-mail from Mr. Grande | | 1.20 | n/c |
| 10/15/07 |  |  |  |
| LSF (NO CHARGE) Draft e-mail to Lane Uchimura re (MASKED OVER) | | 0.20 | n/c |
| 10/16/07 |  |  |  |
| LSF Review product information re skylights, vents and a/c | | 0.20 | |
| 10/18/07 |  |  |  |
| LSF Review e-mail from Mr. Grande and draft response | | 0.60 | |
| 10/20/07 |  |  |  |
| LSF Draft letter to Mr. Grande responding to his 10/14/07 e-mail | | 0.50 | |
| 10/22/07 |  |  |  |
| LSF Draft letter to Grandes re handling of settlement | | 1.30 | |
| LSF (NO CHARGE) Draft e-mail to Ron Awa (MASKED OVER) | | 0.30 | n/c |
| 10/23/07 |  |  |  |
| LSF Draft e-mail to Steve Jacobson along with letter re settlement | | 0.20 | |
| LSF Draft e-mail to client re (MASKED OVER) | | 0.20 | |
| 10/24/07 |  |  |  |
| SRG (NO CHARGE) Conduct legal research regarding (MASKED OVER) Confer with Mr. Fujisaki regarding (0.2); Receive/review emai from Mr. Kaneshige regarding (MASKED OVER) (0.1) | | 1.20 | n/c |
| 10/25/07 |  |  |  |
| LSF (NO CHARGE) Review findings of ARC re submission | | 0.50 | n/c |
| LSF Draft e-mail to Steve Jacobson; leave message for Mr. Jacobson | | 0.10 | |
| 10/27/07 |  |  |  |
| LSF Review ARC's findings | | 0.20 | |
| 10/29/07 |  |  |  |
| LSF Review response to proposed plans submitted by Grandes; draft e-mail to client and John Zalewski addressing my concerns | | 0.50 | |

## EXHIBIT "J"
## Page 129 of 139

Na Pali Haweo Community Association

Page: 4
10/2007

Account No: 2737-00024M
Invoice No:        45

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| 10/30/07 |  |  |  |
| LSF | Communications with Richlyn requesting status conference | 0.20 |  |
| LSF | (NO CHARGE) Draft letter to Mr. Jacobson responding to request for information by Grandes | 0.80 | n/c |
| 10/31/07 |  |  |  |
| LSF | Draft proposed memo to Grandes responding to their questions about garage storage, product info and landscaping plans | 1.10 |  |
| LSF | Draft e-mail to Steve Jacobson/Grandes re ARC response | 0.10 |  |
| 11/01/07 |  |  |  |
| LSF | Draft e-mail to Court re status conference | 0.20 |  |
| LSF | Draft e-mail to Steve Jacobson re status conference | 0.30 |  |
| 11/02/07 |  |  |  |
| LSF | E-mail communications with Grandes, court and John Zalewski re scheduling status conference | 0.30 |  |
| LSF | Communications with client re status conference | 0.20 |  |
| LSF | Draft e-mail to Grandes re status conference | 0.20 |  |
| 11/03/07 |  |  |  |
| LSF | Draft e-mail to John Zalewski re status conference | 0.20 |  |
| 11/05/07 |  |  |  |
| LSF | (NO CHARGE) Research issues re communications directly with owner | 0.20 | n/c |
| LSF | Draft e-mail to Steve Jacobson re status conference | 0.20 |  |
| SRG | (NO CHARGE) Conduct legal research on |  |  |

(MASKED OVER)

|  | Confer with Mr. Fujisaki and Ms. Anderson regarding (MASKED OVER) | 1.80 | n/c |
|---|---|---|---|
| 11/07/07 |  |  |  |
| LSF | Draft e-mail to Steve Jacobson re status conference | 0.20 |  |
| LSF | Per Mr. Grande's request, review documents for survey of property created by Lance Stevens and draft e-mail to Mr. Grande re same | 0.30 |  |
| LSF | Draft e-mail to Mr. Grande requesting documentation re his settlement proposal | 0.30 |  |
| LSF | Telephone conference with Mr. Grande re his settlement proposal | 0.50 |  |
| LSF | (NO CHARGE) Analyze settlement proposal (to convey property to Association) | 1.20 |  |
| LSF | (NO CHARGE) Further analysis of |  |  |

**EXHIBIT "J"**
**Page 130 of 139**

Na Pali Haweo Community Association

Page: 5
11/10/2007
Account No: 2737-00024M
Invoice No:        45

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
|  | settlement proposal | 1.50 | n/c |
| LSF | Draft communications with Grandes re settlement proposal | 0.20 |  |

11/08/07
| LSF | Draft e-mail to Board re settlement proposal | 0.40 |  |
| LSF | Draft e-mail to Everett Kaneshige re (MASKED OVER) | 0.20 |  |
| LSF | Draft e-mail to Mr. Grande confirming status conference | 0.10 |  |
| LSF | (NO CHARGE) Review and analyze settlement proposal | 0.50 | n/c |

11/09/07
| LSF | (NO CHARGE) Prepare outline of settlement proposal | 1.50 | n/c |

11/12/07
| JYN | Telephone conference with LSF re (MASKED OVER) | 0.50 |  |
| LSF | Prepare for status conference; prepare settlement options | 1.50 |  |
| LSF | Research documents re term of construction loan | 0.30 |  |
| LSF | Prepare counteroffer re sale of property and correction of covenant violations | 1.50 |  |
| PLL | (NO CHARGE) Office conference with Attorney Fujisaki re: (MASKED OVER) | 1.00 | n/c |

11/13/07
| LSF | Draft e-mail to John Zalewski requesting mortgage documents; draft proposed e-mail to Mr. Grande re same; research documents re Merrill Lynch loans | 0.50 |  |
| LSF | Draft e-mail to John Zalewski re arguments to make in hearing in mechanics' lien action | 0.30 |  |
| LSF | Conference with Pres. Kaneshige and John Zalewski in preparation for status conference | 0.50 |  |

11/14/07
| LSF | Prepare for and attend status conference | 2.00 |  |
| LSF | Review e-mail from Mr. Grande; draft memo to client re same | 0.40 |  |
| LSF | Meeting with John Zalewski and Pres. Kaneshige to coordinate and prepare for status conference; post-status conference to coordinate and prepare for trial and motion for summary judgment | 1.00 |  |

11/15/07
| LSF | Telephone conference with John Zalewski re Stipulated Judgment | 0.30 |  |

**EXHIBIT "J"**
**Page 131 of 139**

Page: 6
12/10/2007

[WASHED OVER]

11/20/07
LSF  Draft proposed stipulated judgment;      0.50    n/c
     forward to client for review
LSF  Draft e-mail to client requesting payment   1.90
     for transcript
LSF  Draft e-mail to client requesting payment   0.20
     for transcript
LSF  Review deposition transcript of Mr.         0.50
     Grande

11/21/07
LSF  Draft e-mail to Ron Awa requesting update   0.10
     of his fees and costs
LSF  Communications with client re terms of      0.50
     Stipulated Judgment; revise stipulated
     judgment
LSF  Draft written consent document for          0.50
     Board's signature re Judge Kurren to
     serve as trial judge
SRG  (NO CHARGE) Receipt and review of           0.50
     Amended Scheduling Order; Receipt and
     review of correspondence regarding same.
LSF  Draft letter to Mr. Jacobson re             0.20    n/c
     Stipulated Judgment and Consent re
     Magistrate
LSF  Draft Stipulated Judgment                   0.50
                                                 1.30

11/26/07
LSF  Review e-mail from Mr. Grande and draft     0.30
     e-mail to client
LSF  (NO CHARGE) Draft e-mail to Ron Awa re      0.20    n/c
     fees and costs
LSF  (NO CHARGE) Draft revisions to Stipulated   1.30    n/c
     Judgment
LSF  (NO CHARGE) Draft letter to Steve           0.70    n/c
     Jacobson re Stipulated Judgment

11/27/07
LSF  Draft letter and e-mail to Steve Jacobson   1.00
     re stipulated judgment; revise and
     finalize stipulated judgment

**EXHIBIT "J"**
**Page 132 of 139**

```
                                                              age: 7
Na Pali Haweo Community Association              12/10/2007
                                        Account No: 2737-00024M
                                        Invoice No:         45

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation


                                        Hours
11/29/07
      LSF Telephone conference with John Zalewski
          re outcome of motions               0.20  _____

          Current Fees                         40.10  8,022.50
          Sales Tax on Fees                             378.02


10/08/07 Photocopying                                     0.40
10/08/07 Photocopying                                     0.60
10/09/07 Photocopying                                     7.00
10/09/07 Postage                                          1.31
10/10/07 Photocopying                                     2.00
10/15/07 Photocopying                                     0.40
10/18/07 Photocopying                                     6.40
10/18/07 Postage                                          1.31
10/23/07 Photocopying                                     1.20
10/24/07 Postage                                          0.41
11/27/07 Photocopying                                     1.60
11/27/07 Photocopying                                     0.80
11/27/07 Postage                                          0.75
                                                       _____
          Total Expenses                                 24.18
          Sales Tax on Expenses                           1.14


11/06/07 Outside photocopy charges HONBLUE/ck #1015      17.53
11/06/07 Outside photocopy charges HONBLUE/ck #1015      17.53
                                                       _____
          Total Costs Advanced                           35.06

          Total Current Fees and Costs          8,460.90

          Previous Balance                    $53,556.89


11/27/07 Payment - Thank you /ck #11718        -1,350.00


          TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT  $60,667.79
                                                      ==========
```

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177

|  |  |
|---|---|
| | Page: 1 |
| Na Pali Haweo Community Association | 01/10/2008 |
| Hawaiiana Managment Co. | Account No: 2737-00024M |
| P.O. Box 4009 | Invoice No:        46 |
| Honolulu,  HI  96812 | |
| HMI# 1456 | |

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  | Hours |  |
|---|---|---|
| **12/04/07** | | |
| LSF Revise proposed e-mail to Grandes requesting response to stipulated judgment | 0.20 | |
| **12/05/07** | | |
| LSF Review and analyze Grande's trial testimony; prepare motion for summary judgment | 2.20 | |
| **12/10/07** | | |
| LSF (NO CHARGE) Draft e-mail to John Zalewski re coordination of preparation of exhibits for MSJ | | n/c |
| **12/11/07** | | |
| LSF (NO CHARGE) Draft e-mail to client requesting updated photos of residence | 0.20 | n/c |
| LSF (NO CHARGE) Review plans of garage (original approved and city approved) and annotate plans for use as exhibits; analyze other alterations to garage not previously noted in MSJ, to establish violation of governing documents | | n/c |
| LSF Draft Motion for Summary Judgment re garage storage | 0.50 | |
| LSF Telephone conference with Mr. Awa re square footage of garage storage as approved | 0.30 | |
| LSF Telephone conference with John Zalewski re preparation for MSJ and lack of response from Grandes | 0.30 | |
| **12/15/07** | | |
| LSF Research and draft MSJ; review transcripts of trial and deposition | 2.50 | |
| **12/17/07** | | |
| LSF Prepare exhibits for MSJ; draft annotations to be included on exhibits | 1.20 | |
| **12/18/07** | | |
| LSF Telephone conference with John Zalewski re preparation of MSJ | 0.20 | |

**EXHIBIT "J"**
**Page 134 of 139**

```
                                              Page: 2
Na Pali Haweo Community Association          01/10/2008
                              Account No: 2737-00024M
                              Invoice No:          46

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation
```

|  |  | Hours |  |
|---|---|---|---|
| 12/19/07 |  |  |  |
| | LSF (NO CHARGE) Review e-mail from Jeff Kloetzel and draft reply | 0.20 | n/c |
| 12/24/07 |  |  |  |
| | LSF Research and draft MSJ | 4.10 | |
| 12/27/07 |  |  |  |
| | LSF Telephone conference with John Zalewski re MSJ | 0.20 | |
| 12/28/07 |  |  |  |
| | LSF Draft proposed letter to Grandes in response to 11/25/07 e-mail | 1.90 | |
| 12/29/07 |  |  |  |
| | LSF Research and draft MSJ; draft discussion in MSJ re withdrawal of counsel | 3.40 | |
| 12/31/07 |  |  |  |
| | LSF (NO CHARGE) Research and draft MSJ | | n/c |

```
          Current Fees          17.00  3,400.00
          Sales Tax on Fees               160.21


12/06/07  Photocopying                     52.60
12/10/07  Photocopying                     12.00
                                          ------
          Total Expenses                   64.60
          Sales Tax on Expenses             3.04

          Total Current Fees and Costs   3,627.85

          Previous Balance             $60,667.79


12/12/07  Payment - Thank you /ck #11726      -506.68
12/12/07  Payment - Thank you /ck #11726      -539.28
12/12/07  Payment - Thank you /ck #11726    -4,954.04
12/12/07  Payment - Thank you /ck #11726    -1,886.73
12/12/07  Payment - Thank you /ck #11726    -2,492.15
12/12/07  Payment - Thank you /ck #11726       -32.88
12/12/07  Payment - Thank you /ck #11727       -41.56
12/12/07  Payment - Thank you /ck #11727    -4,727.22
12/12/07  Payment - Thank you /ck #11727        -5.52
12/12/07  Payment - Thank you /ck #11727    -2,073.30
12/12/07  Payment - Thank you /ck #11727        -1.14
12/12/07  Payment - Thank you /ck #11727       -16.08
12/12/07  Payment - Thank you /ck #11729      -485.08
12/12/07  Payment - Thank you /ck #11729      -420.49
12/12/07  Payment - Thank you /ck #11729   -26,721.65
12/12/07  Payment - Thank you /ck #11729    -6,129.05
                                          ----------
          Payment Received
```

EXHIBIT "J"
Page 135 of 139

```
                                              Page: 3
Na Pali Haweo Community Association          01/10/2008
                                 Account No: 2737-00024M
                                 Invoice No:         46
Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation


    TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT       $13,262.79
                                                     ==========
```

PLEASE REFERENCE YOUR ACCOUNT NUMBER ON YOUR REMITTANCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

**EXHIBIT "J"**
**Page 136 of 139**

NEELEY & ANDERSON LLP
A LIMITED LIABILITY LAW PARTNERSHIP
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
(808) 536-8177


                                                    Page: 1
Na Pali Haweo Community Association                02/10/2008
Hawaiiana Managment Co.           Account No: 2737-00024M
P.O. Box 4009                     Invoice No:          47
Honolulu, HI  96812
HMI# 1456


Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation


                                                    Hours
01/02/08
    LSF Draft e-mail to Mr. and Ms. Grande           0.50

01/04/08
    LSF Draft Motion for Summary Judgement and
        Permanent Injunction                         4.20
    LSF Communications with Ron Awa re work
        needed on skylight frames                    0.20

01/05/08
    LSF Research and draft Motion for Summary
        Judgment and Permanent Injunction            2.30

01/07/08
    LSF Draft MSJ and permanent injunction           1.50

01/08/08
    LSF Prepare annotated exhibits for MSJ           0.70

01/09/08
    LSF Draft and revise MSJ                         0.90

01/12/08
    LSF Review John Zalewski's Memo in Support       0.50
    LSF Research and draft Motion for Summary
        Judgment                                     2.10

01/16/08
    LSF Draft e-mail to client re new covenant
        violations on lot re landscaping             0.20

01/17/08
    LSF Draft revisions to proposed letter to
        Grandes re landscaping                       0.50

01/18/08
    LSF Draft e-mail to John Zalewski re
        preparation of MSJ                           0.20

01/19/08
    LSF Research and draft Motion for Summary
        Judgment                                     3.20

01/21/08
    LSF Research effect of filing bankruptcy on

**EXHIBIT "J"**
**Page 137 of 139**

Page: 2
Na Pali Haweo Community Association                              02/10/2008
                                               Account No: 2737-00024M
                                               Invoice No:        47

Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
Covenant Violation

|  |  | Hours |  |
|---|---|---|---|
| | covenant enforcement | 0.30 | |
| **01/23/08** | | | |
| LSF | Draft Declaration of Ron Awa | 0.90 | |
| LSF | Telephone conference with Ron Awa re his declaration | 0.20 | |
| **01/24/08** | | | |
| LSF | (NO CHARGE) Final review of MSJ | 2.10 | n/c |
| LSF | Telephone conference with Ron Awa re his declaration | 0.30 | |
| LSF | Draft declaration of Ron Awa re description of covenant violations | 0.50 | |
| LSF | Draft concise statement of facts | 0.50 | |
| LSF | Prepare annotated plans to attach to Ron Awa Declaration | 0.70 | |
| **01/25/08** | | | |
| LSF | (NO CHARGE) Finalize Motion for Summary Judgment, Concise Statement of Facts, Declaration of Ron Awa and Lance Fujisaki | 3.50 | n/c |
| LSF | Prepare exhibits describing unauthorized alterations | 1.30 | |
| LSF | Communications with Ron Awa re revisions to Declaration; revise Declaration | 0.20 | |
| **01/28/08** | | | |
| LSF | Review court notice of hearing | 0.20 | |
| **01/29/08** | | | |
| LSF | Review information provided by client re possible conveyance of Grande property; plan response | 0.30 | |
| **01/30/08** | | | |
| LSF | Draft e-mail to Mr. Fontana re status of property; telephone conference with Mr. Fontana re same; draft e-mail to Board re same | 0.50 | |
| LSF | Draft letter to Mr. Fontana requesting documents, confirming telephone conference with Ken Whitten | 0.50 | |
| LSF | Draft e-mail to client recommending course of action | 0.30 | |
| LSF | Telephone conference with John Zalewski re conveyance of property | 0.20 | |
| **01/31/08** | | | |
| LSF | Telephone conference with John Fontana, REO Management, re status | 0.50 | |
| LSF | Draft e-mail to Board re John Fontana | 0.40 | |
| | Current Fees | 24.80 | 4,960.00 |
| | Sales Tax on Fees | | 233.72 |

**EXHIBIT "J"**
**Page 138 of 139**

01/03/08 Postage
01/03/08 Postage

```
                                                        Page: 3
      Na Pali Haweo Community Association              02/10/2008
                                        Account No:  2737-00024M
                                        Invoice No:          47

      Re: *Lot 2A-49 (GRANDE, Anthony & Narindar)
      Covenant Violation


01/07/08  Postage                                            5.62
01/10/08  Photocopying                                       1.80
01/11/08  Photocopying                                      10.00
01/11/08  Photocopying
01/25/08  Photocopying                                      20.00
01/25/08  Photocopying                                      13.00
01/28/08  Photocopying                                     227.20
01/29/08  Postage                                            5.05
                                                      ─────────
          Total Expenses                                   283.49
          Sales Tax on Expenses                             13.36

          Total Current Fees and Costs               5,490.57

          Previous Balance                          $13,262.79


      TOTAL AMOUNT DUE -- PLEASE PAY THIS AMOUNT    $18,753.36
                                                    ═════════
```