September 30, 2005

# AGREEMENT REGARDING ITEMS TO BE INCLUDED IN/EXCLUDED FROM THE GRANDES' REVISED PLANS
(TO BE SUBMITTED TO THE ARC FOR REVIEW AND APPROVAL)

**Na Pali Haweo Community Association v. Anthony Charles Grande, et al., Civil No. CV04-00413 DAE/LEK**

| Description of Deficiency Per James I. Nishimoto, AIA | Agreement Regarding Revised Plans |
|---|---|
| 1. Building encroachment of 3-1/2 inches into the required twenty foot front setback at left building appendage. (Reference Site Survey plan drawing, Attachment No. 1) | The Grandes will not be required to show on the revised plans movement of the front wall of the garage to address the front setback restriction, provided, however, that the Association reserves any and all rights regarding the encroachment of the front setback restriction and/or any violation of the governing documents, and nothing herein may be construed as a waiver of the Association's rights. |
| 2. Building encroachment within a front setback building envelope for a setback of one foot for every two feet of additional height over twenty feet. (Reference elevation drawing, Attachment No. 2) | The Grandes agree to submit plans addressing the violation of the front setback building envelope, consistent with the plans they submitted to the Association on July 20, 2005, and approved in concept via letter dated August 11, 2005, from the Association's counsel. |
| 3. Two skylights on the north roof slope are bubble type with white frost, plastic lens, and natural aluminum curbs. (Reference photograph, Attachment No. 3) | The Grandes shall submit plans conforming with the requirements of the Na Pali Haweo Design Guidelines. |
| 4. Air conditioning equipment is exposed at the rear yard, with no fence or earth embankment screening. (Reference photograph, Attachment No. 3) | The Grandes shall submit plans conforming with the requirements of the Na Pali Haweo Design Guidelines. |
| 5. Roof exhaust vents (two) are natural aluminum finish instead of a color matching the roof material and are visible from the street. (Reference photographs, Attachment No. 4) | The Grandes shall submit plans conforming with the requirements of the Na Pali Haweo Design Guidelines. (The Grandes shall not be required to paint or alter the lead pipe vents.) |
| 6. Sliding garage gate is missing leaving a double wall receptor exposed. (Reference photograph, Attachment No. 5) | The Grandes will omit the front gate from the plans. |
| 7. Front entry light fixtures on the entry column bases have exposed bulbs. (Reference photograph, Attachment No. 6) | The Grandes shall submit plans conforming with the requirements of the Na Pali Haweo Design Guidelines. |

provided @ SC 9/30/05

| Description of Deficiency Per James I. Nishimoto, AIA | Agreement Regarding Revised Plans |
|---|---|
| 8. Portions of the garden wall at the front property line exceed the height indicated on the approved drawings and as permitted by the Design Guidelines. (Reference photographs and Site Survey drawing, Attachment No. 7) | The Grandes shall submit plans conforming with the requirements of the Pali Haweo Design Guidelines. |
| 9.a.1) Front Elevation (Reference photograph & submitted drawing, Attachment No. 8): Roof eyebrow above the garage is missing. | The Grandes intend to construct the roof eyebrow above the garage as per the plans approved by the Architectural Review Committee. |
| 9.a.2) Garage wall opening is squared-off at the top corners vs. an arch. | The Grandes shall submit plans that show the subject item in its current condition. |
| 9.a.3) The arched clerestory window above the entry door has been deleted and substituted with a decorative window. | The Grandes shall submit plans that show the subject item in its current condition. |
| 9.a.4) The windows at the living room are lower than the submitted drawings. | The Grandes shall submit plans that show the subject item in its current condition. |
| 9.a.5) Planters indicated on the submitted drawings located on the side of the front entry balcony are missing. Further, the locations of the adjacent metal railings are inconsistent between elevation and plan. | The Grandes shall submit plans ~~describing the entry balcony and address inconsistencies in the plans.~~ *that show the subject items in their current condition* |
| 9.a.6) The roof over the entry and the roof over the master bedroom are not separate and distinct elements as shown in the submitted drawings. | The Grandes shall submit plans conforming with the configuration of the subject roof. |
| b Right (South) Elevation (Reference photograph & submitted drawing, Attachment No. 9 & 11): | |
| b.1) The back corner has been moved out to align with the living room exterior wall causing a change in the building square footage. This resultant plan change has also affected the roofline, resulting in a higher ridgeline and a less variegated elevation. | The Grandes shall submit plans ~~reflecting the configuration of the roof in its~~ *that show the subject item in its current condition.* |
| b.2) Windows at the back corner are smaller than the submitted drawings. | The Grandes shall submit plans that show the subject item in its current condition. |
| b.3) The windows at the living room are lower than the submitted drawings. | The Grandes shall submit plans that show the subject item in its current condition. |

2

| Description of Deficiency Per James I. Nishimoto, AIA | Agreement Regarding Revised Plans |
|---|---|
| b.4) The decorative panel indicated on the submitted drawings has been deleted. | The Grandes shall submit plans that show the subject item in its current condition. |
| c. Left (North) Elevation (Reference photograph & submitted drawing, Attachment No. 10): | |
| c.1) Exterior windows at the second floor Master Bedroom have been revised. | The Grandes shall submit plans that show the subject item in its current condition. |
| c.2) The metal railing at the balcony corner has been deleted and a solid railing wall constructed in place. | The Grandes shall submit plans reflecting the proposed railing design. |
| 10. The enclosed storage space within the garage, as required by the Design Guidelines and as indicated on the approved drawings, is not provided.  (Reference photographs and submitted drawing, Attachment No. 12 & 13) | The Grandes shall submit plans showing not less than "an additional one hundred (100) square feet of enclosed and covered area for service and storage facilities." <br> "if not already constructed" |
| 11. The concrete pad at the trash area as noted in the approved submitted drawings is missing as noted by landscape architect Mike Miyabara. (Reference plan, Attachment No. 14) | The Grandes shall construct the trash area as shown on the plans approved by the Architectural Review Committee. |

This document constitutes a communication made in compromise negotiations and are (1) wholly privileged; (2) strictly confidential; (3) without prejudice to any party; (4) for use solely in settlement and compromise negotiations only; and (5) not to be used substantively or to impeach any witnesses or experts in this action or any other civil number involving the Grandes and/or the Association and/or its managing agent, subject to Haw. R. Evid. and Fed. R. Evid. 408. The revised plans shall be submitted to the Association's Architectural Review Committee for review and approval/disapproval; nothing herein shall not be construed as acceptance of any particular alteration or addition.

3

**EXHIBIT "Q"**
**Page 3 of 4**

The undersigned hereby consent and agree to the understandings and agreements set forth above.

Dated: September 30, 2005

OWNERS:

By: _____
Anthony C. Grande Jr.
(print name)

By: _____
NARINDAR K. GRANDE
(print name)

4