NA PALI HAWEO COMMUNITY ASSOCIATION
vs.
Anthony Charles Grande, Narindar Kaur Grande, et al.
Civil No. 04-1-1008-06 (GWBC) (Circuit Court)
Removed to USDC: Civil No. 04-00413 DAE/LEK/BMK

LIST OF MOTIONS FILED

| DATE | FILING PARTY | DESCRIPTION |
|---|---|---|
| 1. 8/9/04 | ZALEWSKI | PLAINTIFF AND COUNTERCLAIM DEFENDANTS NA PALI HAWEO COMMUNITY ASSOCIATION AND RONALD K. AWA'S MOTION TO STRIKE ANSWER FILED ON JULY 19, 2004; AND TO DISMISS COUNTERCLAIM FILED ON JULY 19, 2004 |
| 2. 8/11/04 | NEELEY | PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S JOINDER IN PLAINTIFF AND COUNTERCLAIM DEFENDANTS NA PALI HAWEO COMMUNITY ASSOCIATION AND RONALD K. AWA'S MOTION TO STRIKE ANSWER FILED ON JULY 19, 2004, AND TO DISMISS COUNTERCLAIM FILED ON JULY 19, 2004 (FILED ON AUGUST 9, 2004) |
| 3. 9/27/04 | GRANDE | MOTION OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY GRANDE AND NARINDAR GRANDE (1) FOR FOUR-DAY EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT AND/OR (2) TO SET ASIDE ENTRY OF DEFAULT |
| 4. 10/16/04 | GRANDE | EX PARTE MOTION OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY GRADE AND NARINDAR GRANDE FOR (1) ONE BUSINESS-DAY EXTENSION OF TIME TO FILE REPLY MEMORANDUM (IF NOT TIMELY FILED) AND (2) ONE BUSINESS-DAY EXTENSION OF TIME TO FILE REPLY DECLARATION OF ANTHONY GRANDE |
| 5. 10/18/04 | GRANDE | EX PARTE MOTION OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY GRADE AND NARINDAR GRANDE TO CONSOLIDATE (1) HEARING ON PLAINTIFF'S MOTION TO STRIKE ANSWER AND DISMISS COUNTERCLAIM WITH (2) HEARING ON MOTION OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY GRANDE AND NARINDAR GRANDE FOR FOUR-DAY EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT AND/OR TO SET ASIDE ENTRY OF DEFAULT |
| 6. 12/6/04 | GRANDE | MOTION FOR PARTIAL RECONSIDERATION OF "ORDER |

**EXHIBIT "S"**
**Page 1 of 3**

       GRANTING IN PART AND DENYING IN PART MOTION OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY CHARLES GRANDE AND NARINDAR GRANDE (1) FOR FOUR-DAY EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT AND/OR (2) TO SET ASIDE ENTRY OF DEFAULT"

7. 12/31/04  GRANDE STATEMENT OF APPEAL (RE DEFENDANT'S 9/27/04 AND 12/6/04 MOTIONS)

8. 1/15/05  GRANDE MOTION FOR JOINDER OF ADDITIONAL PERSONS AS PARTIES

9. 1/15/05  GRANDE EX PARTE MOTION OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY CHARLES GRANDE AND NARINDAR GRANDE FOR LEAVE TO FILE A SHORT REPLY IN SUPPORT OF STATEMENT OF APPEAL FILED DECEMBER 31, 2004

10. 3/11/05  GRANDE MOTION TO CONSOLIDATE

11. 6/20/05  GRANDE EX PARTE MOTION OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ANTHONY CHARLES GRANDE AND NARINDAR GRANDE FOR ONE MONTH EXTENSION OF TIME TO HAVE PROPOSED DRAWINGS

12. 4/12/06  GRANDE PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT

13. 5/12/06  GRANDE MOTION FOR JOINDER OF ADDITIONAL PARTIES

14. 6/8/06  GRANDE COUNTER-MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT COUNTER-MOTION AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

15. 6/8/06  GRANDE EX PARTE MOTION OF DEFENDANTS ANTHONY GRANDE AND NARINDAR GRANDE FOR LEAVE TO FILE A CONCISE STATEMENT IN EXCESS OF FIVE PAGES AND 1500 WORDS

16. 6/27/06  GRANDE MOTION FOR RECONSIDERATION OF "ORDER DENYING DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' MOTION FOR JOINDER OF PARTIES, FILED MAY 12, 2006," FILED JUNE 21, 2006

17. 8/1/06  GRANDE MOTION FOR RECONSIDERATION OF "ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR

SUMMARY JUDGMENT AND DENYING PART DEFENDANTS' COUNTER-MOTION FOR SUMMARY JUDGMENT"

18. 10/5/06 GRANDE    MOTION FOR RECONSIDERATION OF "ORDER REGARDING SANCTIONS ASSOCIATED WITH SET ASIDE OF ENTRY OF DEFAULT"

19. 1/27/07 GRANDE    REQUEST FOR (1) DESIGNATION OF A DIFFERENT JUDGE TO HANDLE ALL FURTHER NON-DISPOSITIVE MATTERS AND TO ADJUDICATE MOTIONS AND OTHER REQUESTS FOR ATTORNEYS' FEES, COSTS AND/OR EXPENSES; AND/OR (2) DISQUALIFICATION OF CURRENT MAGISTRATE JUDGE, OR THAT CURRENT MAGISTRATE JUDGE PROCEED NO FURTHER

20. 6/28/07 GRANDE    MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

21. 1/25/08 ZALEWSKI  COUNTERCLAIM DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

22. 1/25/08 FUJISAKI  PLAINTIFF NA PALI HAWEO COMMUNITY ASSN'S MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION

23. 2/29/08 GRANDE    DEFENDANTS' AND COUNTERCLAIMANTS' EX PARTE MOTION AND APPLICATION FOR FIRST EXTENSION OF TIME TO OPPOSE THE SECOND MOTIONS FOR SUMMARY JUDGMENT FILED BY PLAINTIFF AND COUNTERCLAIM DEFENDANTS

24. 3/4/08  FUJISAKI  PLAINTIFF NA PALI HAWEO COMMUNITY ASSN'S EX PARTE MOTION AND APPLICATION FOR FIRST EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION (FILED JANUARY 25, 2008)

25. 3/14/08 GRANDE    DEFENDANTS' AND COUNTERCLAIMANTS' EX PARTE MOTION AND APPLICATION FOR LEAVE TO FILE RESPONSE TO RE SECOND MOTIONS FOR SUMMARY JUDGMENT FILED BY PLAINTIFF AND COUNTERCLAIM DEFENDANTS

26. 4/8/08  FUJISAKI  MOTION FOR ATTORNEYS' FEES AND COSTS AND EXPERT'S FEES AND COSTS