NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY      (3134-O)
(JNeeley@neeley-anderson.com)
PHILIP L. LAHNE     (3709-O)
LANCE S. FUJISAKI   (4224-O)
SCOTT R. GRIGSBY    (6673-O)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai‘i 96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

X:\NaPaliHaweo\Grande\Rule 26(a)(2) disclosures Stevens.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>vs. | CIVIL NO. CV04-00413 DAE/LEK (Injunctive Relief)<br><br>DISCLOSURE OF EXPERT TESTIMONY OF LANCE T. STEVENS PURSUANT TO RULE 26(a)(2); EXHIBITS "A"-"D"<br><br><br><br>Judge: Honorable Leslie E. Kobayashi<br><br>TRIAL: December 12, 2006 |

**EXHIBIT "T"**
**Page 1 of 4**

NA PALI HAWEO COMMUNITY
ASSOCIATION; RONALD K. AWA
and DOES 1-25,

    Counterclaim Defendants.

DISCLOSURE OF EXPERT TESTIMONY OF LANCE T. STEVENS
PURSUANT TO RULE 26(a)(2)

Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION ("Association") hereby submits its Disclosure of Expert Testimony of Lance T. Stevens, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure. The scope of the opinions set forth herein pertain to the Association in its capacity as Plaintiff, and do not address the claims, defenses or issues arising from the Counterclaim filed herein, which will be addressed at a later time, if appropriate.

STATEMENT OF OPINIONS

    I am employed by Control Point Surveying, Inc. as a land surveyor. I was hired by Group 70 International to perform a survey of the property owned by Defendants Anthony Charles Grande and Narindar Kaur Grande ("Grandes") situate at 1251 Kamehame Drive, also known as Lot No. 49 (Kamehame Ridge Subdivision, Unit II-Phase 2-A shown on file Plan Number 2028), Maunalua, Honolulu, Hawaii 96825. On February 22, 2005, a survey of the property was conducted in my presence and under my supervision. The results of the survey are set forth on the Survey Map attached hereto as Exhibit "A", which is a true and correct copy of the Survey Map that I

prepared. A "cloud" and a notation "Item 1" have been added to the Survey Map by someone other than myself.

BASIS AND REASONS FOR OPINIONS

The Survey Map is based upon measurements taken of the Grandes' property and the dwelling located on the property.

DATA AND INFORMATION CONSIDERED IN FORMING OPINIONS

The information set forth in the Survey Map is based upon the measurements and data recorded in the Field Book Notes, Data Collector Raw File and Data Collector Coordinate File attached as Exhibits "B", "C" and "D", respectively.

WITNESS EXHIBITS

The exhibits may include any of the documents attached hereto and/or enlargements thereof.

WITNESS QUALIFICATIONS

I am a professional land surveyor licensed in the State of Hawaii. I have not authored any publications within the preceding ten years.

COMPENSATION OF WITNESS

Control Point Surveying, Inc. was paid the amount of $3,833.00 for conducting the survey and preparing the Survey Map. My hourly rate for testifying in court is $300.00.

LISTING OF CASES IN WHICH WITNESS TESTIFIED

I have not testified as an expert at trial or by deposition within the preceding four years.

ATTACHMENTS

The following Exhibits are attached and incorporated into this report:

A. Survey Map, Lot 49 of File Plan 2028, dated March 1, 2005

B. Field Book Notes, pages 1-9

C. Data Collector Raw File, pages 1-5

D. Data Collector Coordinate File, pages 1-3

DATED: Honolulu, Hawaii, _June 9, 2006_.

_____
LANCE T. STEVENS

4

**EXHIBIT "T"**
**Page 4 of 4**