NEELEY & ANDERSON

CHECK REQUEST - COSTS ADVANCED TO CLIENT

From: _Edra_      Date: _6-1-04_

( ) Office Expense: _____

(X) Client Number: _2737 024_    Name: _Na Pali - Hanui grman_

    ( ) Filing Fee:    ( ) NOL             ( ) NOPA
                   ( ) Release of NOL   ( ) Release of NOPA
                   (X) Complaint
                   ( ) Other: _____

    ( ) Sheriff's fee
    ( ) Process server fee
    ( ) Other: _____

Payable To: _First Circuit_    Amount: $ _275.00_

CHECK #: _4915_    Date: _6-01-04_

---

NEELEY & ANDERSON LLP - General Account

**4915**

| DATE | DESCRIPTION | INVOICE # | CHECK | | |
|------|-------------|-----------|-------|-------|-------|
| | | | AMOUNT | DEDUCTION | NET AMOUNT |
| | CLERK, FIRST CIRCUIT COURT | | | | |
| 06/01/04 | 2737.00024  Filing Fee - Complaint | 060104 | 275.00 | | 275.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 275.00 | Ded: | 0.00 | Net: | 275.00 |
|------------|----------------|-----------------|--------|------|------|------|--------|

**EXHIBIT "U"**
**Page 1 of 46**

NEELEY & ANDERSON

PETTY CASH – COSTS ADVANCED TO CLIENT

From: _Edna_     Date: _9-13-05_

Charge To:

( ) Office Expense: _____

(✗) Client/Matter:    Client Number: _2737.024_

      Matter: _NPH - Grande_

Amount: $ _25-_    Explanation: _Record Hou_

_____

_____

| Cash Advanced: | Init: | Reimbursed/Returned: | Init: |
|---|---|---|---|
| Date: | | Date: | |
| Amount: $ | | Amount: $ | |

na93-002.01

STATE OF HAWAII
BUREAU OF CONVEYANCES
Land & Natural Resources

DATE: 09/13/2005 14:00
RCPT: 500492
FROM: NEELEY & ANDERSON
JOB:

RG FEE    2005-183244    25.00

     TOTAL    25.00
     CASH    25.00

     CHANGE    .00

**EXHIBIT "U"**
**Page 2 of 46**

NEELEY & ANDERSON

CHECK REQUEST - COSTS ADVANCED TO CLIENT

*Needed 3/8/06*
*A H.*

From: _Edna_                Date: _3-7-06_

( ) Office Expense: _____

(X) Client Number: _2737024_ Name: _Ka Pali Hawed -_
                                              _grande_
   ( ) Filing Fee:    ( ) NOL                ( ) NOPA
                      ( ) Release of NOL     ( ) Release of NOPA
                      ( ) Complaint
                      ( ) Other: _Copy/certify plans -_

   ( ) Sheriff's fee
   ( ) Process server fee
   ( ) Other: _____

Payable To: _City & County of Honolulu_ Amount: _$53.00_

CHECK #: _8460_              Date: _3-8-06_

---

OFFICIAL RECEIPT

**DEPARTMENT OF PLANNING AND PERMITTING**                 **60820**

CITY AND COUNTY OF HONOLULU

Honolulu, Hawaii, _8 March_, 20_06_

Received from _Neeley & Anderson LLP_

_Fifty Three + 00/100_ _____ DOLLARS

For _Copies BP 525806_

Tax Map Key _____

$ _53.00_  CK #8460                 _(signature)_
      FHB-Main            DEPARTMENT OF PLANNING AND PERMITTING

**EXHIBIT "U"**
**Page 3 of 46**

# Anthony T. Shannon 19 1
Deputy Sheriff
629 Akoakoa Street
Kailua, HI 96734

June 14, 2004



To: NEELEYY & ANDERSON

Attention: EDNA

RE: 04-1-1008-06 GWBC    *2 737 ouzy*

---

Served: GRANDE WORKS FOR NORWEST AIR LINES. MOVED OUT OF STATE.

|  |  |
|---|---|
| Document Fee: | 00 |
| Mileage: | 20.00 |
| Attempts: | 2 |
| Other*: | 25.00 CALLED |

NORTHWEST AIRLINES (612) 726-2206 SPOKE WITH HUMAN RESOURSES,
SAID THEY CANNOT GIVE ADDRESSES OUT, TOLD HER TO CONTACT
GRANDE AND HAVE HIM GIVE ME A CALL, NO CALLS RECEIVED.

| | Total: | 45.00 |
|---|---|---|

**Comments:**

*

RECEIVED JUN 1 4 2004

Make Checks Payable to: Anthony Shannon

# EXHIBIT "U"
# Page 4 of 46

NEELEY & ANDERSON

CHECK REQUEST - COSTS ADVANCED TO CLIENT

From: _Audrey_____ Date: _6/16/04_____

( ) Office Expense: _____

(✓) Client Number: _2737.024_  Name: _Na Pali Haweo/Grande_

    ( ) Filing Fee:  ( ) NOL          ( ) NOPA
                  ( ) Release of NOL  ( ) Release of NOPA
                  ( ) Complaint
                  ( ) Other: _____

    ( ) Sheriff's fee
    (✓) Process server fee               breakdown service
    ( ) Other:                           $115 Rush service 2day
                                +25 Sat. service 2a

Payable To: _APS International, Ltd_  Amount: _$280°°_

CHECK #: _4999_                Date: _6-16-04_

**EXHIBIT "U"**
**Page 5 of 46**

4999

NEELEY & ANDERSON LLP - General Account

| | | | CHECK | | |
|---|---|---|---|---|---|
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |

100.000 APS INTERNATIONAL, INC.
06/16/04 2737.00024 Process Server Fee 061604          280.00          280.00

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 280.00 | Ded.: | 0.00 Net: | 280.00 |
|---|---|---|---|---|---|---|

THIS ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**First Hawaiian Bank**
Bishop Branch   Honolulu, Hawaii

4999

**NEELEY & ANDERSON LLP**
A LIMITED LIABILITY LAW PARTNERSHIP
733 BISHOP STREET, SUITE 2301
HONOLULU, HAWAII 96813
(808) 536-8177

59-101/1213

| DATE | CHECK | AMOUNT |
|---|---|---|
| 06/16/04 | 4999 | ****$280.00 |

*** TWO HUNDRED EIGHTY & 00/100 DOLLARS

PAY
TO THE
ORDER
OF    APS INTERNATIONAL, INC.
      7800 GLENROY RD.
      MINNEAPOLIS   MN   55439-3122

GENERAL ACCOUNT

VOID AFTER 60 DAYS

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈004999⑈ ⑆121301015⑆ 77⑈016074⑈

**EXHIBIT "U"**
**Page 6 of 46**

539-4677

June Spohn, CSR 236
First Circuit Court
Court Reporters Office
777 Punchbowl Street
Honolulu, Hawaii  96813

December 3, 2007

TO:  Lance S. Fujisaki, Esq.
     Neeley & Anderson, LLP

RE:  Civil No. 05-1-20661
     Brandt Homes, Inc. vs. Anthony Charles Grande,
       et al.

One Set of Originals, 263 pages

Copy rate of $3.75                    $986.25

  .04712 Excise Tax                     46.47

           TOTAL              $1,032.72

           Deposit            1,350.00

           Refund              $317.28

NOTE:
N&A responsible for 1/2 of total cost, i.e.,
$516.36

**EXHIBIT "U"**
**Page 7 of 46**

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

3/27/2006

BILLED
TO:    LANCE FUJISAKI, ESQ.
LAW OFFICE OF LANCE FUJISAKI
733 BISHOP STREET
SUITE 2301 MAKAI TOWER
HONOLULU, HI 96813

INVOICE NO: 61045

RE:NA PALI HAWEO COMMUNITY
ASSOCIATION VS GRANDE
CIVIL NO. CV04-00413 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPO UPON WRITTEN INTERROGATORIES DEPARTMENT OF PLANNING AND PERMITTING - CITY AND COUNTY OF HONOLULU TAKEN ON 03/20/06 IN HONOLULU HI | | |
| RECORDS RE: TMK NO. (1) 3-9-107-039 | | |
| ORIGINAL & ONE COPY | | 137.60 |
| 1A 5ST1 47EH 5.85BPD 1PU2 | Tax | 5.73 |
| RALPH ROSENBERG | TOTAL DUE | $143.33 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED
TO:    LANCE FUJISAKI, ESQ.
LAW OFFICE OF LANCE FUJISAKI
733 BISHOP STREET
SUITE 2301 MAKAI TOWER
HONOLULU, HI 96813

Paid
4-11-06
V# 1189

INVOICE DATE: 3/27/2006
INVOICE NO:    61045
TOTAL DUE:     $143.33
DATE TAKEN:    03/20/06
RE:            CIVIL NO. CV04-00413 DAE LEK
WITNESS(ES):   DEPARTMENT OF PLANNING AND PERMITTING - CITY AND COUNTY OF HONOLULU
1A 5ST1 47EH 5.85BPD 1PU2
RALPH ROSENBERG        RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

**EXHIBIT "U"
Page 8 of 46**



Blue Print Company
Since 1914

PAGE 1          PAGE 1

St., Suite 200
96813
36-6148
36-6151    #54310

SOLD TO:
NE1200
NEELEY & ANDERSON LLP
733 BISHOP STREET
SUITE 2301
HONOLULU, HAWAII 96813

SHIP TO:
ATTN: SONYA CHUNG-HIRANG
NA PALI HAWEO GRANDE
2737.00024 - SITE PLAN

NE1200
NEELEY &
ANDERSON LLP

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|------|-------|-----------|-----------|-------------|-------|-------------|-----------|----------|
| 7/25/07 | | 00092931 | 7/25/07 | | Net 30 Days | 91720 | 7/25/07 | 91720 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|------------------------------|-----------|---|------|------------|--------|
| 02-8830-1 | ORDERED | 12 | sqft | .520 | 6.24 |
| DIGIPRINT BOND 1ST SET | SHIPPED | 12 | | | |
| 2 x 1 Copies = 2 @ 24 X 36In. | | | | | |
| 02-8830 - 12 X 18 | ORDERED | 8 | ea | 1.140 | 9.12 |
| DIGIPRINT BOND HALF SIZE | SHIPPED | 8 | | | |
| 2 Originals, 4 Copies | | | | | |

*Caprice*

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|-------------|---------|-----------|---------|-------|---------------|---|---------------|
| 0.00 | 15.36 | 0.72 | 0.00 | 0.00 | | 16.08 | 16.08 |

Thank you for your order.

**EXHIBIT "U"**
**Page 9 of 46**

# ONBLUE



647

_ner Street #3 B1    1001 Bishop Street_
_u, Hawaii 96817    Honolulu, Hawaii 96813_
_ne 531.4611 • fax 528.1248_
_e www.honblue.com_
_TAX NO: 99-0171.3_

# INVOICE

632840    05/10/04
**INVOICE NUMBER**    **DATE**

4358
NEELEY & ANDERSON LLP
733 BISHOP STREET
SUITE 2301
HONOLULU, HAWAII  96813

S
H
I
P

T
O

| | PHONE 808-536-8177 | PURCHASE ORDER NO. | | WORKORDER NO. CD002839 |
|---|---|---|---|---|

| JOB NUMBER / JOB DESCRIPTION | ORIG. | COPIES | SIZE | TOTAL SQ. FT./ IN. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| RANDE | | | | | | |
| 01B DIGIPRINT SET PRINTING | 14 | 1 | 24X36 | 84.00 | 0.240 SF | 20.16 |
| 01B DIGIPRINT SET PRINTING | 16 | 1 | 24X36 | 96.00 | 0.240 SF | 23.04 |
| 01BB DIGIPRINT BOND 12X18 | 2 | 1 | | | 0.450 SH | 0.90 |
| 8.5X11 IN. | | | | | | |

PAID

Date ___ 6 0 7 0 4
Check # _____
Amount $ ___ 45.94

POSTED
6 0 7 0 4

PLEASE CHECK YOUR WORK CAREFULLY.
RETURNS MUST BE MADE WITHIN 5 DAYS OF DELIVERY

| TAL 44.10 | SALES TAX 1.84 | POSTAGE / UPS | INVOICE TOTAL | 45.94 |
|---|---|---|---|---|

: NET 30 – 1.5% (MIN $1) / MO. ON ALL PAST DUE ACCOUNTS    WHITE • ORIGINAL    YELLOW • CUSTOMER    PINK • ACCOUNTING

# EXHIBIT "U"
# Page 10 of 46

# ON BLUE

## I N V O I C E

mner Street #3 B1    1001 Bishop Street
lu, Hawaii 96817    Honolulu, Hawaii 96813
one 531.4611 • fax 528.1248
e www.honblue.com
ID TAX NO: 99-007143

| | INVOICE NUMBER | DATE |
|---|---|---|

SHIP TO

| JOB NUMBER / JOB DESCRIPTION | ORIG. | COPIES | SIZE | TOTAL SQ. FT./IN. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|

**PLEASE CHECK YOUR WORK CAREFULLY.**
RETURNS MUST BE MADE WITHIN 5 DAYS OF DELIVERY.

| OTAL | | SALES TAX | | POSTAGE / UPS | | **INVOICE TOTAL** | |
|---|---|---|---|---|---|---|---|

; NET 30 – 1.5% (MIN $1)/MO. ON ALL PAST DUE ACCOUNTS

WHITE • ORIGINAL    YELLOW • CUSTOMER    PINK • ACCOUNTING

**EXHIBIT "U"**
**Page 11 of 46**

# ON3LUE



mner Street #3 B1    1001 Bishop Street
...lu, Hawaii 96817    Honolulu, Hawaii 96813
...one 531.6611 • fax 528.1248
...www.honblue.com

HON3LUE

ID TAX NO.: 99-007143

# I N V O I C E

681420    12/09/04
**INVOICE NUMBER**    **DATE**

4358
NEELEY & ANDERSON LLP
733 BISHOP STREET
SUITE 2301
HONOLULU, HAWAII  96813

S
H
I
P

T
O

| ...ED BY ...NA | PHONE 808-536-8177 | PURCHASE ORDER NO. | | | | WORKORDER NO. CD023191 | |
|---|---|---|---|---|---|---|---|
| **JOB NUMBER / JOB DESCRIPTION** | **ORIG.** | **COPIES** | **SIZE** | **TOTAL SQ. FT./IN.** | **UNIT PRICE** | **EXTENSION** | |
| GRANDE RES | | | | | | | |
| 601B DIGIPRINT SET PRINTING | 17 | 1 | 24X36 | 102.00 | 0.240 SF | 24.48 | |
| 601B DIGIPRINT SET PRINTING | 15 | 1 | 24X36 | 90.00 | 0.240 SF | 21.60 | |

PLEASE CHECK YOUR WORK CAREFULLY.
RETURNS MUST BE MADE WITHIN 5 DAYS OF DELIVERY.

| ...OTAL 46.08 | SALES TAX 1.92 | POSTAGE / UPS | **INVOICE TOTAL** 48.00 |
|---|---|---|---|

...: NET 30 – 1.5% (MIN $1)/MO. ON ALL PAST DUE ACCOUNTS

WHITE • ORIGINAL    YELLOW • CUSTOMER    PINK • ACCOUNTING

**EXHIBIT "U"**
**Page 12 of 46**

**ONBLUE**


**HONBLUE**

**INVOICE**

mner Street #3 B1 • 1001 Bishop Street
lu, Hawaii 96817    Honolulu, Hawaii 96813
one **531.4611** / fax **528.1248**
te www.honblue.com
ID TAX NO: 99-017243

| 681801 | 12/11/04 |
|---|---|
| **INVOICE NUMBER** | **DATE** |

4358
NEELEY & ANDERSON LLP
733 BISHOP STREET
SUITE 2301
HONOLULU, HAWAII 96813

S
H
I
P

T
O

| ED BY | PHONE | PURCHASE ORDER NO. | WORKORDER NO. |
|---|---|---|---|
| ANCE | 808-536-8177 | | CD023372 |

| JOB NUMBER / JOB DESCRIPTION | ORIG. | COPIES | SIZE | TOTAL SQ. FT./IN. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| GRANDE RESIDENCE 601B DIGIPRINT SET PRINTING | 15 | 3 | 24X36 | 270.00 | 0.240 SF | 64.80 |

PLEASE CHECK YOUR WORK CAREFULLY.
RETURNS MUST BE MADE WITHIN 5 DAYS OF DELIVERY.

| OTAL | 64.80 | SALES TAX | 2.70 | POSTAGE / UPS | | **INVOICE TOTAL** | 67.50 |
|---|---|---|---|---|---|---|---|

s: NET 30 – 1.5% (MIN $1) / MO. ON ALL PAST DUE ACCOUNTS

WHITE•ORIGINAL    YELLOW•CUSTOMER    PINK•ACCOUNTING

**EXHIBIT "U"**
**Page 13 of 46**

# ONBLUE
**I N V O I C E**

Street #3 B1    1001 Bishop Street
lu, Hawaii 96817    Honolulu, Hawaii 96813
one 531.4611 • fax 528.1248
e www.honblue.com

**COLOR**
**HONBLUE**

ID TAX NO.: 99-017143

| | 681804 | 12/13/04 |
|---|---|---|
| | **INVOICE NUMBER** | **DATE** |

4358
NEELEY & ANDERSON LLP
733 BISHOP STREET
SUITE 2301
HONOLULU, HAWAII  96813

S H I P  T O

| ...NCE | PHONE 808-536-8177 | PURCHASE ORDER NO. | WORK ORDER NO. CD023371 |
|---|---|---|---|

| JOB NUMBER / JOB DESCRIPTION | ORIG. | COPIES | SIZE | TOTAL SQ. FT. / IN. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| RANDE RES. | | | | | | |
| 501B DIGIPRINT SET PRINTING | 13 | 2 | 24X36 | 156.00 | 0.240 SF | 37.44 |
| 001D SPLIT DELIVERY DOWNTOWN A | 1 | | | | 9.500 EA | 9.50 |

PLEASE CHECK YOUR WORK CAREFULLY.
RETURNS MUST BE MADE WITHIN 5 DAYS OF DELIVERY.

| OTAL | 46.94 | SALES TAX | 1.96 | POSTAGE / UPS | | **INVOICE TOTAL** | 48.90 |
|---|---|---|---|---|---|---|---|

: NET 30 – 1.5% (MIN $1) / MO. ON ALL PAST DUE ACCOUNTS

WHITE • ORIGINAL   YELLOW • CUSTOMER   PINK • ACCOUNTING

**EXHIBIT "U"**
**Page 14 of 46**



**ON3LUE**

mer Street #3 B1 • 1001 Bishop Street
lu, Hawaii 96817 • Honolulu, Hawaii 96813
one 531.4611 • fax 528.1248
te www.honblue.com
, ID TAX NO: 99-007143



**I N V O I C E**

| | 68991 | 12/21/04 |
|---|---|---|
| | INVOICE NUMBER | DATE |

4358
NEELEY & ANDERSON LLP
733 BISHOP STREET
SUITE 2301
HONOLULU, HAWAII  96813

SHIP TO

| ED BY | PHONE | PURCHASE ORDER NO. | WORKORDER NO. |
|---|---|---|---|
| NA BARTOLOME | 808-536-8177 | | CUSTOWN6 |

| JOB NUMBER / JOB DESCRIPTION | ORIG. | COPIES | SIZE | TOTAL SQ. FT./IN. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| NA PALI HAWEO-GRANDE | | | | | | |
| 301B DIGIPRINT SET PRINTING | 14 | 1 | 24X36 | 84.00 | 0.240 SF | 20.16 |

PLEASE CHECK YOUR WORK CAREFULLY.
RETURNS MUST BE MADE WITHIN 5 DAYS OF DELIVERY.

| TAL | 20.16 | SALES TAX | 0.84 | POSTAGE / UPS | | INVOICE TOTAL | 21.00 |
|---|---|---|---|---|---|---|---|

: NET 30 - 1.5% (MIN $1) / MO ON ALL PAST DUE ACCOUNTS

WHITE • ORIGINAL    YELLOW • CUSTOMER    PINK • ACCOUNTING

**EXHIBIT "U"**
**Page 15 of 46**

# ON3LUE

**COLOR** HON3LUE

nner Street #3 B1    1001 Bishop Street
u, Hawaii 96817    Honolulu, Hawaii 96813
ne 531.4611 · fax 528.1248
: www.honblue.com
TAX NO: 99-0IT'43

# INVOICE

( 689081 )    01/19/05

INVOICE NUMBER    DATE

4358
NEELEY & ANDERSON LLP
733 BISHOP STREET
SUITE 2301
HONOLULU, HAWAII  96813

S H I P  T O

*Paid 3/1/05*
*ck# 552*

| D BY DNA | PHONE 808-536-8177 | PURCHASE ORDER NO. | WORKORDER NO. CD027560 |
|---|---|---|---|

| JOB NUMBER / JOB DESCRIPTION | ORIG. | COPIES | SIZE | TOTAL SQ FT/SH IN | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| NA PALI HAWEO GRANDE | | | | | | |
| 501B DIGIPRINT SET PRINTING | 46 | 2 | 24X36 | 552.00 | 0.240 SF | 132.48 |
| 501BB DIGIPRINT BOND 12X18 | 46 | 2 | | | 0.450 SH | 41.40 |

*2737.0004*
*(Need to adjust billing)*

*Received check # 29700   02/02/05   <$181.12>*
*Paid by Case Bigelow & Lombardi*

*Received check # 552    03/02/05   <$181.12>*
*Paid by Neeley & Anderson LLP*

PLEASE CHECK YOUR WORK CAREFULLY.
RETURNS MUST BE MADE WITHIN 5 DAYS OF DELIVERY.

| TOTAL 173.88 | SALES TAX 7.24 | POSTAGE / UPS | <181.12> |
|---|---|---|---|

: NET 30 – 1.5% (MIN $1)/MO. ON ALL PAST DUE ACCOUNTS

WHITE • ORIGINAL    YELLOW • CUSTOMER    PINK • ACCOUNTING

**EXHIBIT "U"**
**Page 16 of 46**

# ONBLUE

Sumner Street #3b1 • *Phone:* **808.531.4611**
onolulu, Hawaii 96817 • *Fax:* **808.528.1248**
www.HONBLUE.com

# INVOICE

| | |
|---|---|
| **Page** | **1** |
| **Number** | I0131396 |
| **Date** | 10/12/07 |
| **Order No.** | SO0140564 |

**Bill To:** 4358
NEELEY & ANDERSON LLP
733 BISHOP STREET
SUITE 2301
HONOLULU, HAWAII 96813

**Ship To:**
NEELEY & ANDERSON LLP
733 BISHOP STREET
SUITE 2301
HONOLULU, HAWAII 96813

| Ordered By:<br>Sonya Chung | Job or P.O. No.: | HB Order No.:<br>WB024659 |
|---|---|---|
| Phone:<br>(808) 536-8177 | Job Name: *2737.00024*<br>Lot 182 *NFW/ Grande* | Project Desc.:<br>Project ID: |

| DESCRIPTION | | ORIG | COPIES | Size | UOM | TOTAL QTY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1502 | DIGIPRINT BOND [12X18] | 2 | 1 | | Each | 2.00 | | |

| | |
|---|---|
| MINIMUM ORDER W DELIVERY | 15.00 |

| | | |
|---|---|---|
| | Product Subtotal: | 15.00 |
| **TERMS:** | Postage and / or Fuel Charge: | 1.75 |
| NET 30- 1.5% PER MONTH ON ALL PAST DUE ACCOUNTS | Other: | 0.00 |
| | Subtotal: | 16.75 |
| | General Excise Tax: | 0.78 |
| **Please check your work carefully** | Invoice Total: | 17.53 |

# EXHIBIT "U"
# Page 17 of 46



## INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. Q- 565426

Date 7/8/04

Customer P.O. No.

**SOLD TO**

Neeley & Anderson, LLP
733 Bishop Street, Suite 2301
Honolulu Hawaii 96813
Edwina
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 4 | Digital Color Copies | 5.80 |

RECEIVED JUL 0 8 2004

POSTED 7-13-04

| 07-137 | Check | SUBTOTAL | 5.80 |
|---|---|---|---|
| | Amount $ 17.81   REF: Napali Homes Grande | TAX | 0.24 |
| Sales Rep: Rich | | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | TOTAL | 6.04 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

Invoice No: Q- 565426

Amount Due: $6.04

Professional Image, Inc.
Accounting Dept.
841 Bishop Street, Suite 150
Honolulu, Hawaii 96813

**EXHIBIT "U"**
**Page 18 of 46**



**PROFESSIONAL IMAGE**

# INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. **Q- 565519**

Date  7/13/04

Customer P.O. No.

SOLD TO

Neeley & Anderson,  LLP
733 Bishop Street,  Suite 2301
Honolulu Hawaii  96813
Edwina
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 6 | Digital Color Copies | 8.70 |

RECEIVED JUL 1 4 2004

7-20-04
Check # 5156
Amount $ 906

W8 7-14-04

| | | |
|---|---|---|
| 07-227 | ref: Na pali grande | **SUBTOTAL** 8.70 |
| Sales Rep: Rich | 2737.000 24 | **TAX** 0.36 |
| | | **SHIPPING** |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | **TOTAL** 9.06 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

Invoice No: **Q- 565519**

Amount Due: **$9.00**

Professional Image, Inc.
Accounting Dept.
841 Bishop Street, Suite 150
Honolulu, Hawaii 96813

# EXHIBIT "U"
# Page 19 of 46





(2737,024)

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

\183

No. Q- **569358**

Date   1/19/05

Customer P.O. No.

Neeley & Anderson,  LLP
733 Bishop Street,  Suite 2301
Honolulu Hawaii  96813
Edna Bartolome
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 10 | Color 8.5x11 digital 2-up,   , copied on 1 side | 14.50 |

PAID
Date 1/25/05
Check # 6135
Amount $ 259.00

REC'D 1/25/05

Sales Rep: Grace                    Ref:  Na Pali Haweo

| | | |
|---|---|---|
| SUBTOTAL | 14.50 |
| TAX | 0.60 |
| SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | TOTAL | 15.10 |

**This is your only invoice: No other copies will be sent.**

**...ONAL IMAGE**



# INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. **Q- 570639**

Date   3/23/05

Customer P.O. No.

SOLD TO

Neeley & Anderson, LLP
733 Bishop Street, Suite 2301
Honolulu Hawaii 96813
Edna Bartlome LLP
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 135 | Color copies 8.5X11,  , copied on 1 side | 128.25 |
| 18 | b/w copies on lazer,   lazer, copied on 1 side | 1.80 |

PAID
Date 3/29/05
Check 6248
Amount $ 171.72
POSTED 3/29/05

| | | |
|---|---|---|
| 3-419 | **SUBTOTAL** | 130.05 |
| Sales Rep: Abe    ref:nph-grande :2737.00024 | **TAX** | 5.42 |
| | **SHIPPING** | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | **TOTAL** | 135.47 |

**This is your only invoice: No other copies will be sent.**

NEELEY & ANDERSON
A LIMITED LIABILITY LAW PARTNERSHIP
733 BISHOP STREET, SUITE 2301
HONOLULU, HAWAII 96813
(808) 536-8177

DATE    CHECK    AMOUNT
03/29/05   6248 ****$171.72

*** ONE HUNDRED SEVENTY-ONE & 72/100 DOLLARS

PAY
TO THE
ORDER
OF

PROFESSIONAL IMAGE
841 BISHOP STREET, STE 150
HONOLULU  HI  96813

GENERAL ACCOUNT

VOID AFTER 60 DAYS

⑈006248⑈ ⑆121301015⑆ ??⑈016074⑈

**EXHIBIT "U"**
**Page 21 of 46**



**...IONAL IMAGE**

# INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. **Q- 571153**

Date  4/18/05

Customer P.O. No.

SOLD TO

Neeley & Anderson, LLP
733 Bishop Street, Suite 2301
Honolulu Hawaii  96813
AUDREY
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 14 | Color 11",  , copied on 1 side | 13.30 |

PAID

Date  4/26/05
Check #  6389
Amount $  196.14

POSTED  4/26/05

| | | |
|---|---|---|
| | **SUBTOTAL** | 13.30 |
| Sales Rep: Grace | **TAX** | 0.55 |
| REF: 2737-00024 | **SHIPPING** | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | **TOTAL** | 13.85 |

**This is your only invoice: No other copies will be sent.**

**NEELEY & ANDERSON LLP**
A LIMITED LIABILITY LAW PARTNERSHIP
733 BISHOP STREET, SUITE 2301
HONOLULU, HAWAII 96813
(808) 536-8177

Bishop Branch  Honolulu, Hawaii
59-101/1213

| DATE | CHECK | AMOUNT |
|---|---|---|
| 04/26/05 | 6389 | ***$196.14 |

*** ONE HUNDRED NINETY-SIX & 14/100 DOLLARS

PAY
TO THE
ORDER
OF

PROFESSIONAL IMAGE
841 BISHOP STREET, STE 150
HONOLULU  HI  96813

GENERAL ACCOUNT

VOID AFTER 60 DAYS

⑆006389⑆ ⑆1213010151⑆  77⑆0160074

EXHIBIT "U"
**Page 22 of 46**

**PROFESSIONAL !MAGE**

## INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. **Q- 574927**

Date  10/12/05

Customer P.O. No.

SOLD TO

Lance Fujisaki
Neeley & Anderson,  LLP
733 Bishop Street,  Suite 2301
Honolulu Hawaii  96813
Phone: 808 536 8177

*183*

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 17 | Oversize: 1 set (24x36 x 17 orig) | 96.90 |

10.205
Orig. provided by KITTY @  Case, Bigelow

Sales Rep: abe

REF: 273700024

| | |
|---|---|
| **SUBTOTAL** | 96.90 |
| **TAX** | 4.04 |
| **SHIPPING** | |

A finance charge of 1 1/2% per month will apply on past due amounts.

| **TOTAL** | 100.94 |

**This is your only invoice: No other copies will be sent.**

**EXHIBIT "U"**
**Page 23 of 46**