**PROFESSIONAL IMAGE**

2737.024

# INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. Q- 575947

Date  11/29/05

Customer P.O. No.

SOLD TO

Neeley & Anderson, LLP
733 Bishop Street, Suite 2301
Honolulu Hawaii 96813
Phone: 808 536 8177

183

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 4 | 24 x 36 | 18.00 |

| | | | |
|---|---|---|---|
| Sales Rep: Malcolm | ref: 2732724 | SUBTOTAL | 18.00 |
| | | TAX | 0.75 |
| | | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | TOTAL | 18.75 |

**This is your only invoice: No other copies will be sent.**

**EXHIBIT "U"**

**PROFESSIONAL IMAGE**

**INVOICE**

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

*Jrmei*
2737.024

No. **Q- 576095**

*183*

Date   12/7/05

Customer P.O. No.

SOLD TO

Neeley & Anderson,  LLP
733 Bishop Street,  Suite 2301
Honolulu Hawaii  96813
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 5 | Oversize 12 X 18 reduction | 12.50 |
| 8 | color copies 8.5 X 11 ,   , copied on 1 side | 7.60 |

P A I D  DEC 1 3 2005

| | | | | |
|---|---|---|---|---|
| 12-73 | | SUBTOTAL | 20.10 |
| Sales Rep: Abe | REF: 2737-024 | TAX | 0.84 |
| | | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | TOTAL | 20.94 |

**This is your only invoice: No other copies will be sent.**

**EXHIBIT "U"**
**Page 25 of 46**

**OFESSIONAL IMAGE**

## INVOICE

547 Halekauwila, Suite 106
Honolulu, Hawaii 96813
Tel: 524-5335 • Fax: 532-4770
Fed. ID 99-0184341

No. H- 413572

Date 02/08/06

Customer P.O. No.

SOLD TO
Neeley & Anderson
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96814
Neeley & Anderson

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 33 | Files | 5.94 |
| | *2737.024* | |

| | | | |
|---|---|---|---|
| 02-4020DV<br>Originals to: U.S. District Court<br>Edna Bartolome | RE: Western Sunview Prop.,et al, v. Federman, et | SUBTOTAL | 5.94 |
| | | TAX | 0.25 |
| | | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | TOTAL | 6.19 |

**This is your only invoice: No other copies will be sent.**





**PROFESSIONAL IMAGE**

# INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. Q- 578668

Date  4/6/06

Customer P.O. No.

~737.000
24

SOLD TO

EDNA
Neeley & Anderson, LLP
733 Bishop Street, Suite 2301
Honolulu Hawaii 96813
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| 9 | Oversize 18 X 24 | 33.75 |
| 16 | copies reduction | 8.00 |

4-114

REF:2737.00024

Sales Rep: abe

| | |
|---|---|
| SUBTOTAL | 41.75 |
| TAX | 1.74 |
| SHIPPING | |

A finance charge of 1 1/2% per month will apply on past due amounts.

| TOTAL | 43.49 |

**This is your only invoice: No other copies will be sent.**

**Page 27 of 46**

# INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. Q- 578683

Date  4/7/06

Customer P.O. No.

**SOLD TO:**

EDNA
Neeley & Anderson,   LLP
733 Bishop Street,  Suite 2301
Honolulu Hawaii  96813
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 8 | color copies 8.5 X 11   ,   , copied on 1 side | 7.60 |

| | | |
|---|---|---|
| 4-128 | **SUBTOTAL** | 7.60 |
| REF: 2737.024 | **TAX** | 0.32 |
| Sales Rep: abe | **SHIPPING** | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | **TOTAL** | 7.92 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

Neeley anderson

Invoice No: Q-
578683

Amount Due:
7.92

Professional Image, Inc.
Accounting Dept.
841 Bishop Street, Suite 150
Honolulu, Hawaii 96813



**PROFESSIONAL IMAGE**

2737.0002ψ

# INVOICE

(83

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. **Q- 578949**

Date  4/20/06

Customer P.O. No.

SOLD TO

EDNA
Neeley & Anderson,  LLP
733 Bishop Street,  Suite 2301
Honolulu Hawaii  96813
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| 48 | Oversize 12X18 16 ORIG. X 3 SET | 52.80 |

| | | | |
|---|---|---|---|
| Sales Rep: Kirk | REF: 2737024 | SUBTOTAL | 52.80 |
| | | TAX | 2.20 |
| | | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | TOTAL | 55.00 |

**This is your only invoice: No other copies will be sent.**

...SIONAL
IMAGE

# INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

*2737 00024*

No. Q- 579704

532.7575

Date    5/25/06

Customer P.O. No.

EDNA
Neeley & Anderson,  LLP
733 Bishop Street,  Suite 2301
Honolulu Hawaii  96813
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| 32 | Oversize 12 X 18 ( 16 orig 2 sets) | 48.00 |

| | | |
|---|---|---|
| 5-473 | | **SUBTOTAL** | 48.00 |
| Sales Rep: Abe | REF: 2737.00024 | **TAX** | 2.00 |
| | | **SHIPPING** | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | **TOTAL** | 50.00 |

**This is your only invoice: No other copies will be sent.**



**EXHIBIT "U"**
**Page 30 of 46**



**SSIONAL
IMAGE**

# INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. **Q- 579960**

Date    6/9/06

Customer P.O. No.

SOLD

Edna
Neeley & Anderson, LLP
733 Bishop Street, Suite 2301
Honolulu Hawaii 96813
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 4 | 8.5 x 11 color,   , copied on 1 side | 3.80 |

| | | | |
|---|---|---|---|
| Sales Rep: Malcolm | ref: 2737024 | **SUBTOTAL** | 3.80 |
| | | **TAX** | 0.16 |
| | | **SHIPPING** | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | **TOTAL** | 3.96 |

**This is your only invoice: No other copies will be sent.**



**SIONAL IMAGE**

## INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

*2737.024*

No. **Q- 579965**

Date    6/9/06

Customer P.O. No.

Edna
Neeley & Anderson, LLP
733 Bishop Street, Suite 2301
Honolulu Hawaii 96813
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 5 | B & W Copy,   , 221 originals, copied on 1 side | 88.40 |

| | | | |
|---|---|---|---|
| 5-139 | | **SUBTOTAL** | 88.40 |
| Sales Rep: Abe | REF:  2737.024 | **TAX** | 3.68 |
| | | **SHIPPING** | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | **TOTAL** | 92.08 |

**This is your only invoice: No other copies will be sent.**





# INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. **Q- 579969**

Date    6/9/06

Customer P.O. No.

Edna
Neeley & Anderson, LLP
733 Bishop Street, Suite 2301
Honolulu Hawaii 96813
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 64 | B & W Oversize 12 X 18 (96 total sq. feet),  , copied on 1 side | 91.20 |

5-143

Sales Rep: Abe                    REF:  2737.024

| | |
|---|---|
| SUBTOTAL | 91.20 |
| TAX | 3.80 |
| SHIPPING | |

| A finance charge of 1 1/2% per month will apply on past due amounts. | TOTAL | 95.00 |
|---|---|---|

### This is your only invoice: No other copies will be sent.



**Page 33 of 46**



2737. 00024

**INVOICE**

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. Q- 579912

Date  6/7/06

Customer P.O. No.

SOLD TO

Edna
Neeley & Anderson,  LLP
733 Bishop Street,  Suite 2301
Honolulu Hawaii  96813
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 172 | 8.5 x 11 color, (43) x 4 sets,   , copied on 1 side | 129.00 |
| 8 | 11 x 17, color, coll.,   , copied on 1 side | 15.20 |
| 40 | copies, coll.,(10) x 4 sets,   , copied on 1 side | 3.20 |
| 64 | 12 x 18 , (16) x 4 sets | 64.00 |

| | | |
|---|---|---|
| Sales Rep: Malcolm | ref: 2737.00024 | **SUBTOTAL** | 211.40 |

| | |
|---|---|
| **TAX** | 8.81 |
| **SHIPPING** | |

| A finance charge of 1 1/2% per month will apply on past due amounts. | **TOTAL** | 220.21 |

**This is your only invoice: No other copies will be sent.**



# Professional Image
PRINTING • COPYING • GRAPHICS

## INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
email: bishop@proimagehawaii.com
Tel: (808) 524-0233 • Fax: (808) 532-7575
Fed. ID 99-0184341

No. Q- 584361

Date   1/29/07

Customer P.O. No.

Edna
Neeley & Anderson, LLP
733 Bishop Street, Suite 2301
Honolulu Hawaii 96813
Phone: 808 536 8177

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 120 | 12 x 18 , coil., (30) x 4 sets | 132.00 |

| | | |
|---|---|---|
| Sales Rep: Malcolm    ref: 273700024 | **SUBTOTAL** | 132.00 |
| | **TAX** | 6.22 |
| | **SHIPPING** | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | **TOTAL** | 138.22 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

Invoice No: Q- 584361

Amount Due:   138.22

Professional Image, Inc.
Accounting Dept.
841 Bishop Street, Suite 150
Honolulu, Hawaii 96813

# EXHIBIT "U"
# Page 35 of 46

# Reinwald O'Connor & Playdon LLP

A LIMITED LIABILITY LAW PARTNERSHIP
ATTORNEYS AT LAW   *Since 1876*

Pacific Guardian Center · Makai Tower · 733 Bishop Street · 24th Floor
Honolulu, Hawaii 96813-4073

P.O. Box 3199
Honolulu, Hawaii 96801-3199
Telephone (808)524-8350 · Fax (808)531-8628
email info@roplaw.com

April 14, 2006

## BILLING STATEMENT    *via facsimile transmittal only 536-4977*

Lance Fujisaki, Esq.
Neeley & Anderson
733 Bishop Street, Suite 2310
Honolulu, Hawaii 96813

RE:   *BRANDT HOMES*

| | |
|---|---|
| 774 regular copies @ .20 per page: | $154.80 |
| 14 colored copies @ $1.00 per page: | $ 14.00 |
| Subtotal: | $168.80 |
| Tax (4.16) | $ 7.02 |

### TOTAL AMOUNT DUE:   **$175.82**

Please forward a check in the amount indicated above, addressed to
**Reinwald O'Connor & Playdon  LLP.**

# Reinwald O'Connor & Playdon LLP

ATTORNEYS AT LAW SINCE 1876
P.O. Box 3199 • Honolulu, Hawaii 96801-3199
Telephone: (808) 524-8350 • Fax: (808) 531-8628
Federal ID No. 99-0074309

May 24, 2006

Lance S. Fujisaki, Esq.
Neeley & Anderson LLP
733 Bishop Street, Suite 201
Honolulu, Hawaii  96813

Re:    Jeff Brandt

**COSTS INCURRED:**

Copying for selected documents (35 pages @ 20¢/pg)          $7.00

CHI (BRANDT 03-228)

cc:  Mitzi

175517/03-228/CHI

PLEASE PAY FROM THIS INVOICE AND RETURN REMITTANCE COPY TO ENSURE PROPER CREDIT TO YOUR ACCOUNT.
ORIGINAL INVOICE

**EXHIBIT "U"**
**Page 37 of 46**

NEELEY & ANDERSON

*Push !*

CHECK REQUEST - COSTS ADVANCED TO CLIENT

From: _LSt_          Date: _3-14-06_

( )  Office Expense: _____

(X)  Client Number: _2737024_     Name: _Na Pali Grande_

( )  Filing Fee:    ( ) NOL                    ( ) NOPA
                    ( ) Release of NOL         ( ) Release of NOPA
                    ( ) Complaint
                    ( ) Other:

( )  Sheriff's fee
( )  Process server fee
(X)  Other: _Copy of docs from Dept of Planning_
Payable To: _City & County of Honolulu_     Amount: _$76.00_
                                                      _and Permitting_

CHECK #: _~~ATO~~ 8506_          Date: _3-10-06_

850

NEELEY & ANDERSON LLP - Business Account

CHECK

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| 03/16/06 | 610.000 CITY & COUNTY OF HONOLULU Copy of DOCs from Dept. of Planning (2737.00024) | 3/16/2006 | 76.00 | | 76.00 |



**EXHIBIT "U"**
**Page 39 of 46**

NEELEY & ANDERSON

CHECK REQUEST - COSTS ADVANCED TO CLIENT

From: _Edna_____    Date: _3/16/06___

( ) Office Expense: _____

(X) Client Number: _2737.02___  Name: _UPH - Evando___

  ( ) Filing Fee: ( ) NOL       ( ) NOPA
         ( ) Release of NOL  ( ) Release of NOPA
         ( ) Complaint
         ( ) Other: _____

  ( ) Sheriff's fee
  ( ) Process server fee
  (X) Other: _Copy plan / C + C___

Payable To: _City & County of Honolulu___  Amount: _$ 51.00_

CHECK #: _1173_____    Date: _3·17·06___

**EXHIBIT "U"**
**Page 40 of 46**

NEELEY & ANDERSON LLP - Special Business Account

01173

CHECK

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| | 610.000 CITY & COUNTY OF HONOLULU | | | | |
| 03/17/06 | Copy Plan/ C&C (2737.00024) | 3/17/2006 | 51.00 | | 51.00 |

CHECK DATE 03/17/06    CONTROL NUMBER 1173    TOTALS ►

**NEELEY & ANDERSON LLP**
A LIMITED LIABILITY LAW PARTNERSHIP
733 BISHOP STREET, SUITE 2301
HONOLULU, HAWAII 96813
(808) 536-8177

First Hawaiian Bank
Bishop Branch
Honolulu, Hawaii
59-101/1213

01173

| | DATE | CHECK | AMOUNT |
|--|------|-------|--------|
| | 03/17/06 | 1173 | ******$51.00 |

*** FIFTY-ONE & 00/100 DOLLARS

PAY
TO THE
ORDER
OF    CITY & COUNTY OF HONOLULU
      Honolulu  HI  96813

SPECIAL BUSINESS ACCOUNT

VOID AFTER 60 DAYS

⑈⑈001173⑈⑈ ⑆121301015⑆ ⑈77⑈016197⑈

EXHIBIT "U"
Page 41 of 46



2737-024

**TITLE GUARANTY OF HAWAII**
INCORPORATED
235 QUEEN STREET • HONOLULU, HAWAII 96813
BILLING INQUIRIES: (808) 539-7763
CUSTOMER SERVICE: (808) 533-6261

JUN 0 1 2004

| INVOICE |
| --- |
| 0420231 |
| **Original** |
| Date: 05/28/2004 |
| Account No.: 253586 |
| Account Code: NEELEY |

BILL TO: **NEELEY & ANDERSON**
**733 BISHOP STREET STE 2301**
**HONOLULU, HI  96813**

**FINAL BILL**

ATTENTION: **MS. EDNA BARTOLOME**

| FILE NUMBER | ORDER NUMBER | YOUR REFERENCE NUMBER | TAX MAP KEY |
| --- | --- | --- | --- |
| 409029 | 200430818 | GRANDE, ANTHONY | (1) 3-9-107-039 |

RE:  GRANDE, ANTHONY                                                                                           XLC

| DESCRIPTION | AMOUNT |
| --- | --- |
| | |
| **LITIGATION GUARANTEE**    $2,500.00          T77-000005091 | $250.00 |
|     **TOTAL** | $250.00 |

RECEIVED JUN 0 1 2004    POSTED

Date
Check #    5013
Amount $

**TITLE GUARANTY OF HAWAII**
INCORPORATED
235 QUEEN STREET • HONOL ULU, HAWAII 96813
BILLING INQUIRIES: (808) 539-7763
CUSTOMER SERVICE: (808) 533-6261

**INVOICE**
10430852
**Original**

| | |
|---|---|
| Date: | 07/16/2004 |
| Account No.: | 253586 |
| Account Code: | |

BILL TO: **NEELEY & ANDERSON**
**733 BISHOP STREET STE 2301**
**HONOLULU, HI  96813**

*Napali
Haweo/
Grande*

**FINAL BILL**

ATTENTION: **MS. EDWINA JONES**

*2737.00024*

| FILE NUMBER | ORDER NUMBER | YOUR REFERENCE NUMBER | TAX MAP KEY |
|---|---|---|---|
| BOC CERT | 200491392 | GRANDE | (1) 0-0-000-000 |

RE: GRANDE - NA PALI HAWEO                                      CMC

| DESCRIPTION | AMOUNT |
|---|---|
| SERVICE FEES | $25.00 |
| REC FEES ADVANCED BY OUR CHECK NO. 184710 DATED  7/16/2004 | $89.00 |
| 89 COPIES            89.00 | |
| TOTAL | $114.00 |

RECORDATION DATE: 07/14/2004

*5279*

**TITLE GUARANTY OF HAWAII**
INCORPORATED

235 QUEEN STREET • HONOLULU, HAWAII 96813
BILLING INQUIRIES: (808) 639-7763
CUSTOMER SERVICE: (808) 533-6261

**INVOICE**
0527535

Original

Date:        01/27/2006
Account No.:   253586
Account Code:  NEELEY MAIN

*2737. 024*

BILL TO:   **NEELEY & ANDERSON LLP**
**MAIN OFFICE**
**733 BISHOP ST STE 2301**
**HONOLULU, HI  96813**

**FINAL BILL**

ATTENTION:  **EDNA BARTOLOME**

| FILE NUMBER | ORDER NUMBER | YOUR REFERENCE NUMBER | TAX MAP KEY |
|---|---|---|---|
| 409029 | 200604377 | GRANDE, ANTHONY | (1) 3-9-107-039 |

RE:  GRANDE, ANTHONY, CHARLES                                              NSA

| DESCRIPTION | | AMOUNT |
|---|---|---|
| LITIGATION GUARANTEE ENDORSEMENT | T77-000005091 | $100.00 |
| TOTAL | | $100.00 |

Act # 273  00054    Ae

## TITLE GUARANTY OF HAWAII
### INCORPORATED
235 QUEEN STREET • HONOLULU, HAWAII 96813
BILLING INQUIRIES: (808) 539-7763
CUSTOMER SERVICE: (808) 533-6261



| | |
|---|---|
| Date: | 02/09/2006 |
| Account No.: | 253586 |
| Account Code: | |

BILL TO: **NEELEY & ANDERSON LLP**
**MAIN OFFICE**
**733 BISHOP ST STE 2301**
**HONOLULU, HI 96813**

**FINAL BILL**

ATTENTION: **EDNA BARTOLOME**

| FILE NUMBER | ORDER NUMBER | YOUR REFERENCE NUMBER | TAX MAP KEY |
|---|---|---|---|
| BOC DOC | 200611150 | NA PALI HAWEO | (0) 0-0-000-000 |

RE: 91-049173                                                                              RSC

| DESCRIPTION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| COPIES (BUREAU CERTIFY COPY @ $1.00 PER PAGE) | $81.00 |
| SERVICE FEE | |
| TOTAL | |
| | |
| | |
| | |
| | |
| | |

RECORDATION DATE: 02/09/2006

*"Serving Hawaii for over 100 Years"*

# EXHIBIT "U"
# Page 45 of 46



**TITLE GUARANTY OF HAWAII**
INCORPORATED
235 QUEEN STREET ● HONOLULU, HAWAII 96813
BILLING INQUIRIES: (808) 539-7763
CUSTOMER SERVICE: (808) 533-6261



INVOICE

Original

| | |
|---|---|
| Date: | 02/15/2006 |
| Account No.: | 253586 |
| Account Code: | |

BILL TO: **NEELEY & ANDERSON LLP**
**MAIN OFFICE**
**733 BISHOP ST STE 2301**
**HONOLULU, HI 96813**

2737.024
~~2797~~

**FINAL BILL**

ATTENTION: **EDNA BARTOLOME**

| FILE NUMBER | ORDER NUMBER | YOUR REFERENCE NUMBER | TAX MAP KEY |
|---|---|---|---|
| BOC DOC | 200612071 | NA PALI HAWEO | (0) 0-0-000-000 |

RE: 2000-038054                                                                 RSC

| DESCRIPTION | AMOUNT |
|---|---|
| COPIES (BUREAU CERTIFY COPY @ $1.00 PER PAGE) | $8.00 |
| SERVICE FEE | |
| TOTAL | |

RECORDATION DATE: 02/13/2006

"Serving Hawaii for over 100 Years"

**EXHIBIT "U"**
**Page 46 of 46**