IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai'i non-profit corporation, </br></br> Plaintiff, </br></br> vs. </br></br> ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, </br></br> Defendants. </br></br> ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, </br></br> Counterclaim Plaintiffs, </br></br> vs. </br></br> NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, </br></br> Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/BMK </br></br> CERTIFICATE OF SERVICE |

$3,642.42 in attorneys' fees and costs. Defendants have failed to pay this amount to NPH. N&A is not seeking reimbursement of any of the fees and costs requested in the affidavit filed October 8, 2004. However, as Defendants have not paid NPH the $3,642.42 previously awarded, NPH requests that this Court reflect in the order granting the Motion that the previous award has not been paid and direct Defendants to pay the same.

DATED: Honolulu, Hawaii, April 11, 2008.

*LANCE S. FUJISAKI*