ANTHONY CHARLES GRANDE
NARINDAR KAUR GRANDE
125 Mar-Len Drive
Melbourne Beach, FL 32951
(321)-728-2942
Defendants Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 14 2008

at 10 o'clock and 49 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE BMK<br><br>DEFENDANTS' AND COUNTERCLAIMANTS' MOTION TO ALTER AND AMEND; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

Counterclaim Defendants

## DEFENDANTS' AND COUNTERCLAIMANTS' MOTION TO ALTER AND AMEND

Defendants and Counterclaimants Anthony Charles Grande and Narindar Kaur Grande, pro se, hereby move for an Order of the Court altering and amending the judgment and the underlying orders incorporated therein.

This motion is made pursuant to FRCP 59(e). It is based upon the attached memorandum, declaration and exhibits, the records and filed herein, and such other and further evidence and argument as may subsequently be presented.

DATED: April 14, 2008.

_____
ANTHONY CHARLES GRANDE

_____
NARINDAR KAUR GRANDE