IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai‘i non-profit corporation, | ) ) ) ) | CIVIL NO. CV04-00413 DAE/BMK<br><br>CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| vs. | ) ) | |
| NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, | ) ) ) ) | |
| Counterclaim Defendants. | ) ) ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly

served upon the following attorney/parties in the manner and on the date indicated

below:

ANTHONY CHARLES GRANDE    FIRST CLASS U.S. MAIL
125 Mar-Len Drive    4/25/08
Melbourne Beach, Florida 32951


NARINDAR KAUR GRANDE    FIRST CLASS U.S. MAIL
125 Mar-Len Drive    4/25/08
Melbourne Beach, Florida 32951


JOHN D. ZALEWSKI, ESQ.    ELECTRONIC SERVICE
Case Lombardi & Pettit    4/25/08
Pacific Guardian Center, Mauka Tower
733 Bishop Street, Suite 2600
Honolulu, HI 96813
    Attorney for Counterclaim Defendants
    NA PALI HAWEO COMMUNITY ASSOCIATION
    and RONALD K. AWA

DATED: Honolulu, Hawai‘i, April 25, 2008.


/s/ Lance S. Fujisaki
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY
ASSOCIATION