IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai‘i non-profit corporation, | CIVIL NO. CV04-00413 DAE/BMK |
| | CERTIFICATE OF SERVICE |
| Plaintiff, | |
| vs. | |
| ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, | |
| Defendants. | |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, | |
| Counterclaim Defendants. | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served upon the following attorney/parties in the manner and on the date indicated below:

| | |
|---|---|
| ANTHONY CHARLES GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, Florida 32951 | FIRST CLASS U.S. MAIL<br>4/28/08 |
| NARINDAR KAUR GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, Florida 32951 | FIRST CLASS U.S. MAIL<br>4/28/08 |
| JOHN D. ZALEWSKI, ESQ.<br>Case Lombardi & Pettit<br>Pacific Guardian Center, Mauka Tower<br>733 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>    Attorney for Counterclaim Defendants<br>    NA PALI HAWEO COMMUNITY ASSOCIATION<br>    and RONALD K. AWA | ELECTRONIC SERVICE<br>4/28/08 |

DATED: Honolulu, Hawai‘i, April 28, 2008.

/s/ Lance S. Fujisaki
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION