ANTHONY CHARLES GRANDE
NARINDAR KAUR GRANDE
125 Mar-Len Drive
Melbourne Beach, FL 32951
(321)-728-2942

Defendants Pro Se



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES, <br><br> Defendants. <br><br> ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | CIVIL NO. CV04-00413-DAE BMK <br><br> DEFENDANTS' EX PARTE MOTION AND APPLICATION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS AND EXPERT'S FEES AND COSTS; DECLARATION OF STEVEN B. JACOBSON; CERTIFICATE OF SERVICE |

Counterclaim Defendants |

## DEFENDANTS' EX PARTE MOTION AND APPLICATION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS AND EXPERT'S FEES AND COSTS

Defendants Anthony Charles Grande and Narindar Kaur Grande, pro se, hereby move and apply *ex parte* for an extension of the date by which they must file any opposition to the plaintiff Association's Motion for Award of Attorney's Fees and Costs and Expert Fees and Costs,[1] from Monday, May 12, 2008,[2] to Friday, May 30, 2008.

Until the past summer, Mr. and Mrs. Grande were represented in this action by attorney Steven B. Jacobson. Mr. Jacobson is the person most familiar with the activities of plaintiff's counsel in this action, and the person best able to provide the information – and apply his knowledge and experience with the laws and rules governing fees and cost awards – necessary to properly oppose plaintiff's fee and cost request (approximating $200,000 in a case decided without a trial).

Because of his semester-end duties at the University of Hawaii, and as a part-time Appeals Officer of the Hawaii Department of Labor and Industrial Relations, and on a rush matter for a private client, Mr. Jacobson – although

---

[1] The Counterclaim Defendants are not seeking fees.

[2] Plaintiff's Statement of Consultation was served by mail on Monday, April 29, so Defendants' opposition is presently due Monday, May 12. See FRCP 6(b)(three days added where service is by mail) and LR 54.3(f)(opposition otherwise due ii days after service).

willing to do so – has been unable to devote any time to analyzing and helping

respond to Plaintiff's fee and cost application, and will be unable to do so until the

week of May 19-23, 2008.

In addition, there is an FRCP Rule 59 motion before Judge Ezra – still

pending to the best of Defendants' knowledge – which could, if granted, affect the

fee and cost motion.

Opposing counsel have been unreachable, and have previously refused

extension requests anyway, so an extension by stipulation does not appear possible.

This request is made pursuant to FRCP Rule 6(b)(1)(a) and LR 6.2(b-c).

DATED:  May 9, 2008.


_____
ANTHONY CHARLES GRANDE


NARINDAR KAUR GRANDE