STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON  4117-0
(sjacobson.law@hawaiiantel.net)
Post Office Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Defendants and Counterclaim
Plaintiffs Anthony and Narindar Grande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; and DOES,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. | CIVIL NO. CV04-00413-DAE BMK<br><br>ORDER GRANTING DEFENDANTS' EX PARTE MOTION AND APPLICATION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS AND EXPERT'S FEES AND COSTS |

AWA; and DOES 1-25,

      Counterclaim Defendants

### ORDER GRANTING DEFENDANTS' EX PARTE MOTION AND APPLICATION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS AND EXPERT'S FEES AND COSTS

Upon consideration of DEFENDANTS' EX PARTE MOTION AND APPLICATION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS AND EXPERT'S FEES AND COSTS, and good cause appearing therefor, IT IS HEREBY ORDERED that said motion is GRANTED, and that the date by which Defendants may respond to PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS AND EXPERT'S FEES AND COSTS is extended to Friday, May 30, 2008.

DATED: Honolulu, Hawai'i, 5-12-2008.

                                          UNITED STATES MAGISTRATE JUDGE

CIVIL NO. CV04-00413-DAE BMK; ORDER GRANTING DEFENDANTS' EX PARTE MOTION AND APPLICATION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS AND EXPERT'S FEES AND COSTS