## Attorneys' Fees and Costs Related to
## Memorandum in Opposition to Alter or Amend and
## Motion for Supplemental Award of Attorneys' Fees and Costs

| FEES | | | | |
|---|---|---|---|---|
| **DATE** | **TIME** | **RATE** | **FEE** | **DESCRIPTION** |
| 4/15/2008 | 0.4 | $  200.00 | $  80.00 | Review Motion to Amend Judgment |
| 4/16/2008 | 0.4 | $  200.00 | $  80.00 | Review Motion to Amend Judgment; review court rules re deadline to file response |
| 4/24/2008 | 3.2 | $  200.00 | $  640.00 | Draft Memorandum in Opposition to Motion to Amend; research 59(e) standards for motions to amend |
| 4/25/2008 | 2.3 | $  200.00 | $  460.00 | Draft Memorandum in Opposition to Motion to Alter or Amend |
| 5/28/2008 | 3.1 | $  200.00 | $  620.00 | Draft Supplemental Motion for Award of AFC; draft Decl. of LSF; prepare Exh. A; review Court Rules; review May 15, 2008 Order |
| | | *Sub-total* | *$  1,880.00* | |
| | | *Tax* | *$  88.58* | |
| | | *Total* | ***$  1,968.58*** | |
| | | | | |
| | | | | |
| **COSTS** | | | | |
| | | | | |
| 4/17/2008 | | | $  18.30 | postage |
| 4/22/2008 | | | $  2.80 | photocopy |
| 4/25/2008 | | | $  5.60 | photocopy |
| 4/25/2008 | | | $  0.41 | postage |
| 5/28/2008 | | | $  6.60 | photocopy |
| 5/28/2008 | | | $  0.76 | postage |
| | | *Sub-total* | *$  34.47* | |
| | | *Tax* | *$  1.62* | |
| | | *Total* | ***$  36.09*** | |
| | | | | |
| | | **Grand Total** | **$  2,004.67** | |

**Exhibit "A"**