IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/BMK (Injunctive Relief)<br><br>DECLARATION OF LANCE S. FUJISAKI |

## DECLARATION OF LANCE S. FUJISAKI

I, LANCE S. FUJISAKI, hereby declare under penalty of law that the following is true and correct:

1. I am an attorney for Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION ("NPH") regarding the above matter and a partner in the law firm of Neeley & Anderson LLP A Limited Liability Law Partnership ("N&A") and I make this affidavit based on my own personal knowledge and information.

2. This Declaration supplements the Declaration attached to NPH's Motion for Award of Attorneys' Fees and Costs and Expert's Fees and Costs filed on April 11, 2008.

3. The legal services provided to NPH in this action were required in order to adequately protect the interests of NPH and enforce NPH's governing documents.

4. Attached to the Motion as Exhibit "A" is a true and correct itemization of work performed by N&A per LR54.3(d)1 concerning Defendants' Motion to Alter or Amend filed April 14, 2008 (Doc. #220) and preparation of the instant Motion.

5. I have reviewed and approved the time and charges described in Exhibit "A" and hereby attest that the time and charges set forth in said Exhibit were reasonable and necessary under the circumstances.

6. The fees sought by NPH are reasonable in light of the criteria in Rule 1.5 of the Hawai`i Rules of Professional Conduct.

7. NPH seeks from Defendants the copying charges of $15.00 based upon a charge of 15 cents per page per LR54.2(f)4 and a total of 100 copies made.

DATED: Honolulu, Hawaii, May 28, 2008.

/s/ Lance S. Fujisaki
LANCE S. FUJISAKI