## Attorneys' Fees and Costs Related to
## Memorandum in Opposition to Alter or Amend and
## Motion for Supplemental Award of Attorneys' Fees and Costs

| FEES | | | | |
|---|---|---|---|---|
| DATE | TIME | RATE | FEE | DESCRIPTION |
| 4/15/2008 | 0.4 | $ 200.00 | $ 80.00 | Review Motion to Amend Judgment |
| 4/16/2008 | 0.4 | $ 200.00 | $ 80.00 | Review Motion to Amend Judgment; review court rules re deadline to file response |
| 4/22/2008 | 0.1 | $ 200.00 | $ 20.00 | Telephone conference with Cid Inoue re status of action and how his client can help to fix property |
| 4/24/2008 | 3.2 | $ 200.00 | $ 640.00 | Draft Memorandum in Opposition to Motion to Amend; research 59(e) standards for motions to amend |
| 4/25/2008 | 2.3 | $ 200.00 | $ 460.00 | Draft Memorandum in Opposition to Motion to Alter or Amend; draft |
| 5/28/2008 | 3.1 | $ 200.00 | $ 620.00 | Draft Supplemental Motion for Award of AFC; draft Decl. of LSF; prepare Exh. A; review Court Rules; review May 15, 2008 Order |
| | | *Sub-total* | $ 1,900.00 | |
| | | *Tax* | $ 89.52 | |
| | | *Total* | **$ 1,989.52** | |

| COSTS | | | | |
|---|---|---|---|---|
| 4/17/2008 | | | $ 18.30 | postage |
| 4/22/2008 | | | $ 2.80 | photocopy |
| 4/25/2008 | | | $ 5.60 | photocopy |
| 4/25/2008 | | | $ 0.41 | postage |
| 5/28/2008 | | | $ 6.60 | photocopy |
| 5/28/2008 | | | $ 0.76 | postage |
| | | *Sub-total* | $ 34.47 | |
| | | *Tax* | $ 1.62 | |
| | | *Total* | **$ 36.09** | |
| | | **Grand Total** | **$ 2,025.61** | |

**Exhibit "A"**