IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>Counterclaim Defendants | CIVIL NO. CV04-00413-DAE BMK<br><br>REQUEST FOR JUDICIAL NOTICE |

REQUEST FOR JUDICIAL NOTICE

The Court is hereby requested to take judicial notice that Exhibits B and D are true and correct copies of documents filed in Circuit Court No. 05-1-2061-11, and that a notice of appeal was filed in that action on May 29, 2008.

~ 15 ~

DATED: May 29, 2008.

_____
ANTHONY CHARLES GRANDE