FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
8:31 O'CLOCK A.M.
MAR 10 2008, 20__
I. RICHARDSON
Clerk, 4th Division

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| BRANDT HOMES INCORPORATED, a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE; et al.,<br><br>Defendants. | Civil No. 05-1-2061-11 (GJK)<br>(Foreclosure)<br><br>FINAL JUDGMENT AS TO CLAIMS BETWEEN BRANDT HOMES INCORPORATED/JEFFREY BRANDT AND ANTHONY CHARLES GRANDE/NARINDAR KAUR GRANDE<br><br>Judge: Glenn J. Kim<br>Trial Date: June 18, 2007 |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaimants,<br><br>v.<br><br>BRANDT HOMES INCORPORATED; JEFFREY BRANDT; and NA PALI HAWEO COMMUNITY ASSOCIATION,<br><br>Counterclaim-Defendants. | |

**FINAL JUDGMENT AS TO CLAIMS BETWEEN
BRANDT HOMES INCORPORATED/JEFFREY BRANDT
AND ANTHONY CHARLES GRANDE/NARINDAR KAUR GRANDE**

This case having come on for jury-waived trial before the Honorable Glenn J. Kim, Judge of the above-entitled court, on June 18, 20, 21, 22 and July 11, 12, and 13, 2007, Plaintiffs and Counterclaim Defendants Jeffrey Brandt and Brandt Homes Incorporated

6

(hereinafter referred to as "Brandt") being represented by Cid H. Inouye, Esq., and Defendants and Counterclaimants Anthony Charles Grande and Narindar Kaur Grande (hereinafter referred to as "the Grandes") being represented by Steven B. Jacobson, Esq., and the Court having taken witness testimony, received various other documentary and photographic evidence, heard argument of counsel, and being otherwise fully advised in the premises, and pursuant to the "Amended Order Granting Brandt Homes Incorporated and Jeffrey Brandt's Motion for Rule 54(b) Certification" filed on February 11, 2008, and this Court having found no just reason to delay,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that pursuant to this Court's Amended Findings of Fact and Conclusions of Law filed on January 24, 2008, and pursuant to the "Amended Order Granting Brandt Homes Incorporated and Jeffrey Brandt's Motion for Rule 54(b) Certification" filed on February 11, 2008, final judgment is entered in favor of Brandt and against the Grandes as follows:

1. Brandt prevailed against the Grandes on Count I of the First Amended Complaint and is awarded damages of $32,493.38 in contract damages and reasonable attorneys fees of $8,123.35 incurred in prosecuting its affirmative claim;

2. Brandt prevailed in its defense against the Grandes' counterclaim. Brandt is therefore awarded reasonable attorneys fees in the amount of $70,188.54 in defense of the counterclaim.

IT IS FURTHER ADJUDGED, ORDERED AND DECREED that judgment for costs is entered in favor of Brandt in the amount of $4,985.28.

The claims between the Grandes and Na Pali Haweo Community Association were stayed by order filed on March 16, 2007 and are the only claims remaining in this case.

Counts II, III and IV of the First Amended Complaint are dismissed.

All other claims, if any, not specifically identified in this Judgment are dismissed.

DATED: Honolulu, Hawaii __MAR 6 2008__

_____
JUDGE OF THE ABOVE-ENTITLED COURT

[SEAL: First Circuit Court, State of Hawaii]