IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES,<br>　　　　Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25,<br><br>　　　　Counterclaim Defendants | CIVIL NO. CV04-00413-DAE BMK<br><br>DECLARATION OF STEVEN B. JACOBSON |

DECLARATION OF STEVEN B. JACOBSON

Steven B. Jacobson declares under penalty of perjury as follows:

1. I am an attorney duly authorized to practice law in the State of Hawaii and before this Court since 1986. My original admission in the District of Columbia was in 1973. My areas of practice include the representation of

~ 17 ~

condominium associations. I have personal knowledge of the facts in this Declaration, and could and would competently testify thereto if called as a witness.

2. The general reputation of Plaintiff's counsel in the community is that they overbill, have difficulty settling matters, and have little litigation expertise – as revealed by the record in this case.

3. I hired Judge Ezra's now-former law clerk for a summer clerkship at the Torkildson law firm, while I was hiring partner there. She did not receive an offer at the end of her clerkship.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of May, 2008, at Honolulu, Hawaii.

_____
STEVEN B. JACOBSON