IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation, | CIVIL NO. CV04-00413-DAE BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE, and DOES, | |
| Defendants. | |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | |
| Counterclaim Plaintiffs, | |
| v. | |
| NA PALI HAWAO COMMUNITY ASSOCIATION; RONALD K. AWA; and DOES 1-25, | |
| Counterclaim Defendants | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing document will

be served today by first-class mail or hand delivery upon:

JOYCE Y. NEELEY, ESQ.
LANCE S. FUJISAKI, ESQ.
SCOTT GRIGSBY, ESQ.
Neeley & Anderson LLP
733 Bishop Street, Suite 2301
Honolulu, Hawai'i  96813

Attorneys for Plaintiff
and Counterclaim Defendant
Na Pali Haweo Community Association

JOHN D. ZALEWSKI, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI  96813

Attorneys for Plaintiff
and Counterclaim Defendants
Na Pali Haweo Community Association
and Ronald K. Awa

DATED:  May 29, 2008.

_____
ANTHONY CHARLES GRANDE