NEELEY & ANDERSON LLP
A Limited Liability Law Partnership

JOYCE Y. NEELEY      (3134-0)
LANCE S. FUJISAKI    (4224-0)
SCOTT R. GRIGSBY     (6673-0)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawai`i  96813
Telephone: (808) 536-8177
Facsimile: (808) 536-4977

X:\NaPaliHaweo\Grande\Usdc PLEADINGS\Mtn Fees-Stmt of Consult060508-fnl.wpd

Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>        Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>        Counterclaim Plaintiffs, | CIVIL NO. CV04-00413 DAE/BMK (Injunctive Relief)<br><br>PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S STATEMENT OF CONSULTATION RE: SUPPLEMENTAL MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS (FILED MAY 28, 2008); CERTIFICATE OF SERVICE |

|  |
|---|
| vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>    Counterclaim Defendants. |

PLAINTIFF NA PALI HAWEO COMMUNITY ASSOCIATION'S STATEMENT OF CONSULTATION RE: SUPPLEMENTAL MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS (FILED MAY 28, 2008)

Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION hereby advises this Court that it has attempted to schedule a meeting or telephone conference with Defendants pursuant to LR54.3(b), concerning the fees and costs requested in the Association's Supplemental Motion for Award of Attorneys' Fees and Costs. By letter dated May 30, 2008, the Association requested a response by June 4, 2008. Although the Association made a good faith attempt to consult with Defendants, Defendants failed to respond and the Association was unable to arrange a conference.

DATED: Honolulu, Hawai`i, June 5, 2008.

 /s/ *Lance S. Fujisaki*
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION