IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>　　　Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>　　　Counterclaim Plaintiffs,<br><br>　　　vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>　　　Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/BMK (Injunctive Relief)<br><br>DECLARATION OF LANCE S. FUJISAKI |

## DECLARATION OF LANCE S. FUJISAKI

I, LANCE S. FUJISAKI, hereby declare under penalty of law that the following is true and correct:

1. I am an attorney for Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION ("NPH") regarding the above matter and a partner in the law firm of Neeley & Anderson LLP A Limited Liability Law Partnership ("N&A") and I make this affidavit based on my own personal knowledge and information.

2. In addition to the fees and costs requested in NPH's Motion filed April 11, 2008, the following fees and costs have been incurred in connection with the Reply Memorandum to which this Declaration is attached:

| Date | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| 6/2/08 | Review memo in opp to Motion for Fees | .3 | 200 | 60.00 |
| 6/4/08 | Draft e-mail to client re Memo in Opp to Motion for Fees | .4 | 200 | 80.00 |
| 6/4/08 | Telephone conference with President re Motion for Fees | .2 | 200 | 40.00 |
| 6/4/08 | Draft Reply Memo re Motion for Fees | .4 | 200 | 80.00 |
| 6/5/08 | Review memo in opp | .3 | 200 | 60.00 |
| 6/5/08 | Prepare statement of consultation filed 6/5/08 | .3 | 200 | 60.00 |
| 6/7/08 | Review and analyze Memo in Opposition and prepare Reply | 4.1 | 200 | 820.00 |
| 6/8/08 | Research and draft Reply Memo | 5.2 | 200 | 1040.00 |
| 6/8/08 | Research federal fees cases citing Chapters 607 and 421J and cases cited by Defendants | .9 | 200 | 180.00 |
| 6/9/08 | Research and draft Reply Memo; draft Declaration of Lance Fujisaki | 5.7 | 200 | 1140.00 |
| 6/9/08 | Research federal cases re fees; research legal fees as damages | .8 | 200 | 160 |
|  |  | 18.6 |  | 3720.00 |
|  | Taxes (4.712%) |  |  | 175.29 |
|  | Total Fees and Taxes |  |  | 3895.29 |

2

5. I have reviewed and approved the foregoing time and charges and hereby attest that the time and charges were reasonable and necessary under the circumstances.

6. The fees sought by NPH are reasonable in light of the criteria in Rule 1.5 of the Hawai`i Rules of Professional Conduct.

7. NPH seeks from Defendants the copying charges of $9.45 based upon a charge of 15 cents per page per LR54.2(f)4 and a total of 63 copies (21 pages x 3 copies).

8. Attached hereto as Exhibit "W" is a true and accurate copy of a Declaration of Charles E. McKay, which was attached to the Motion for Attorneys' Fees filed on September 27, 2007, in Civil No. 05-1-2061-11 GJK, filed in the Circuit Court of the First Circuit.

9. Defendants state that N&A should not have spent .2 hours (12 minutes) to review the hearing notice of NPH's MSJ. The review of the notice included reviewing the court rules and briefing schedule for the motion. This is not an unreasonable amount of time for a highly critical task.

DATED: Honolulu, Hawaii, June 9, 2008.

/s/ Lance S. Fujisaki
LANCE S. FUJISAKI