IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| BRANDT HOMES INCORPORATED, a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE; et al.,<br><br>Defendants. | Civil No. 05-1-2061-11 GJK<br>(Foreclosure)<br><br>DECLARATION OF CHARLES E. McKAY |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>Counterclaimants,<br><br>v.<br><br>BRANDT HOMES INCORPORATED; JEFFREY BRANDT; and NA PALI HAWEO COMMUNITY ASSOCIATION,<br><br>Counterclaim-Defendants. | |

DECLARATION OF CHARLES E. McKAY

CHARLES E. McKAY, makes the following declaration under penalty of perjury pursuant to the laws of the State of Hawaii:

1. I am an attorney licensed to practice law before all Federal and State courts in the State of Hawaii. I have been licensed to practice in this jurisdiction since

1983, and for the past twenty four years, my primary place of work has been in the City and County of Honolulu. I am currently a partner in the firm of Rosenberg & McKay.

2. In the course of my legal work in this State, I have practiced primarily in civil litigation in the fields of commercial and business disputes, construction litigation, contract matters, real estate, professional malpractice, and personal injury. My practice has been divided between defense and plaintiff work.

3. It is my understanding that the hourly rates charged for legal services in the above-captioned case were $145.00 for Cid H. Inouye, Esq. (currently a partner at Reinwald O'Connor & Playdon, practicing since 1986); $125.00 for Charles R. Prather (an associate at the foregoing firm, practicing since 2001), and $90.00 per hour for paralegal services.

4. I am familiar with the general nature of the above-captioned dispute and the allegations asserted by the parties. The claims and defenses raised in this matter fall within practice areas with which I am familiar.

5. Based upon my familiarity with the above, it is my opinion that the rates charged for partner, associate, and legal assistant time as described above are reasonable, if not lower than average, in light of the prevailing rates charged in this jurisdiction, the level of experience of the attorneys, and the nature of the case.

DATED: Honolulu, Hawaii, September 24, 2007.

_____
CHARLES E. McKAY
Declarant

**Exhibit "W"**
**Page 2 of 2**

2