IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai‘i non-profit corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>  Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>  Counterclaim Plaintiffs,<br><br>  vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>  Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be duly served upon the following parties in the manner and on the date indicated below:

| | |
|---|---|
| ANTHONY CHARLES GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, FL 32951 | FIRST CLASS U.S. MAIL<br>6/9/08 |
| NARINDAR KAUR GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach , FL 32951 | FIRST CLASS U.S. MAIL<br>6/9/08 |
| JOHN D. ZALEWSKI, ESQ.<br>Case Lombardi & Pettit<br>733 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>    Attorney for Counterclaim Defendants<br>    NA PALI HAWEO COMMUNITY ASSOCIATION<br>    and RONALD K. AWA | ELECTRONIC SERVICE<br>6/9/08 |

DATED:  Honolulu, Hawai‘i, June 9, 2008.

　　　　　　　　　　　　　　/s/ Lance S. Fujisaki
　　　　　　　　　　　　　　JOYCE Y. NEELEY
　　　　　　　　　　　　　　LANCE S. FUJISAKI
　　　　　　　　　　　　　　SCOTT R. GRIGSBY
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　NA PALI HAWEO COMMUNITY
　　　　　　　　　　　　　　ASSOCIATION