IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawaii non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>    Defendants.<br><br>ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,<br><br>    Counterclaim Plaintiffs,<br><br>    vs.<br><br>NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25,<br><br>    Counterclaim Defendants. | CIVIL NO. CV04-00413 DAE/BMK (Injunctive Relief)<br><br>DECLARATION OF LANCE S. FUJISAKI |

## DECLARATION OF LANCE S. FUJISAKI

I, LANCE S. FUJISAKI, hereby declare under penalty of law that the following is true and correct:

1. I am an attorney for Plaintiff NA PALI HAWEO COMMUNITY ASSOCIATION ("NPH") regarding the above matter and a partner in the law firm of Neeley & Anderson LLP A Limited Liability Law Partnership ("N&A") and I make this affidavit based on my own personal knowledge and information.

2. This Declaration supports NPH's request for additional attorneys' fees and costs in responding to Defendants' Objections to Special Master's Report Recommending That Plaintiff's Motion for Attorney's Fees and Costs Be Granted in Part and Denied in Part (Filed August 7, 2008) ("Objections").

3. The following legal services were provided to NPH concerning NPH's response to the Objections:

**FEES**

| DATE | TIME | RATE | FEE | DESCRIPTION |
|---|---|---|---|---|
| 8/8/08 | .5 | $200.00 | $100.00 | Review Objections |
| 8/11/08 | .9 | $200.00 | $180.00 | Research court rules re deadline for filing objections |
| | .2 | $200.00 | $40.00 | Telephone conference with attorney John Zalewski (counsel for NPH on Counterclaim) re objections |
| | 1.3 | $200.00 | $260.00 | Draft argument re Objections are untimely |
| 8/16/08 | 1.2 | $200.00 | $240.00 | Research Defendants' argument that Hawai`i law does not apply on issue of costs; research Federal Court cases on costs |
| 8/17/08 | 1.8 | $200.00 | $360.00 | Research cases re required content of objections to magistrate orders; draft discussion for Reply |

2

| Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|
| 8/17/08 | .9 | $200.00 | $180.00 | Research procedures for filing objections and Defendants' delay in filing objections |
| 8/18/08 | .8 | $200.00 | $160.00 | Research whether state law controls re award of costs |
| 8/18/08 | 2.2 | $200.00 | $440.00 | Draft Response to Objections |
| 8/19/08 | 1.2 | $200.00 | $240.00 | Review memoranda and other documents filed in 2004-2006 concerning entry of default, discussions re same, and draft response to Defendants' argument concerning Judge Ezra's Order re Sanctions |
| 8/19/08 | 3.1 | $200.00 | $620.00 | Draft Response to Objections |
|  | 14.1 |  |  |  |

|  |  |
|---|---|
| *Sub-total* | *$2,820.00* |
| *Tax* | *$ 132.87* |
| *Total* | ***$2,952.87*** |

**COSTS**

| Date |  | Amount | Description |
|---|---|---|---|
| 8/19/08 |  | $9.00 | Photocopy at .15/page |
| 8/19/08 |  | $0.93 | Postage |

|  |  |
|---|---|
| *Sub-total* | *$9.93* |
| *Tax* | *$0.46* |
| *Total* | ***$10.39*** |

**Grand Total**     **$2,963.26**

    4.    I have reviewed and approved the forgoing time and charges described above and hereby attest that the time and charges were reasonable and necessary under the circumstances.

    5.    The fees sought by NPH are reasonable in light of the criteria in Rule 1.5 of the Hawai`i Rules of Professional Conduct.

6. NPH seeks from Defendants the copying charges of $9.00 based upon a charge of 15 cents per page per LR54.2(f)4 and a total of 60 copies made.

DATED: Honolulu, Hawaii, August 19, 2008.

/s/ Lance S. Fujisaki
LANCE S. FUJISAKI