IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, a Hawai‘i non-profit corporation, | CIVIL NO. CV04-00413 DAE/BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| ANTHONY CHARLES GRANDE; NARINDAR KAUR GRANDE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, | |
| Defendants. | |
| ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| NA PALI HAWEO COMMUNITY ASSOCIATION; RONALD K. AWA and DOES 1-25, | |
| Counterclaim Defendants. | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be duly served upon the following parties in the manner and on the date indicated below:

| | |
|---|---|
| ANTHONY CHARLES GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, FL 32951 | FIRST CLASS U.S. MAIL<br>8/19/08 |
| NARINDAR KAUR GRANDE<br>125 Mar-Len Drive<br>Melbourne Beach, FL 32951 | FIRST CLASS U.S. MAIL<br>8/19/08 |
| JOHN D. ZALEWSKI, ESQ.<br>Case Lombardi & Pettit<br>733 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>    Attorney for Counterclaim Defendants<br>    NA PALI HAWEO COMMUNITY ASSOCIATION<br>    and RONALD K. AWA | VIA ELECTRONIC MAIL<br>8/19/08 |

DATED:  Honolulu, Hawai‘i, August 19, 2008.

_____
JOYCE Y. NEELEY
LANCE S. FUJISAKI
SCOTT R. GRIGSBY
Attorneys for Plaintiff
NA PALI HAWEO COMMUNITY ASSOCIATION