IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NA PALI HAWEO COMMUNITY ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTHONY CHARLES GRANDE; )<br>NARINDAR KAUR GRANDE; et al., )<br>)<br>Defendants. )<br>_____ ) | CIVIL 04-00413 DAE-BMK |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed on August 28, 2009 and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on August 31, 2009 by First Class Mail to the address of record for Anthony Charles Grande and Narindar Kaur Grande, and to the address of record for Scott R. Grigsby, Esq. And Joyce Y. Neeley, Esq., and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "SPECIAL MASTER'S REPORT UPON REMAND RECOMMENDING THAT

PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS BE GRANTED IN PART AND DENIED IN PART," docket entry no. [249], is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 24, 2009.



_____
David Alan Ezra
United States District Judge

Na Pali Haweo Community Association v. Grande; Civ. No. 04-00413 DAE-BMK; ORDER ADOPTING REPORT OF SPECIAL MASTER